Case: 3:14-cv-00877-wmc   Document #: 20   Filed: 11/17/15   Page 1 of 21

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                                    Page 1

```
 1                     UNITED STATES DISTRICT COURT

 2                     WESTERN DISTRICT OF WISCONSIN

 3

 4

 5    AVL POWERTRAIN ENGINEERING, INC.,

 6

 7         Plaintiff/Counterclaim Defendant,

 8

 9    vs.                              Case No. 14-cv-877

10

11    FAIRBANKS MORSE ENGINE, a division of

12    COLTEC INDUSTRIES, INC.,

13

14         Defendant/Counterclaim Plaintiff.

15

16

17

18         The videotaped deposition of STEPHEN PLEWA was

19    taken by the Defendant/Counterclaim Plaintiff on Wednesday,

20    October 14, 2015, at 500 Woodward Avenue, Suite 2500,

21    Detroit, Michigan, at 2:45 p.m.

22

23

24

25
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                              Pages 2..5

Page 2

```
1    APPEARANCES:
2
3    KERR, RUSSELL AND WEBER, PLC
4    By:  Fred K. Herrmann
5    500 Woodward Avenue, Suite 2500
6    Detroit, Michigan  48226
7    (313) 961-0200
8    fherrmann@kerr-russell.com
9         Appearing on behalf of the
10        Plaintiff/Counterclaim Defendant.
11
12   ROBINSON BRADSHAW & HINSON, P.A.
13   By:  R. Steven DeGeorge
14   101 North Tryon Street, Suite 1900
15   Charlotte, North Carolina  28246
16   (704) 377-2536
17   sdegeorge@rbh.com
18        Appearing on behalf of the
19        Defendant/Counterclaim Plaintiff.
20
21   Also Present:  Ms. Lori A. Brown
22                  Mr. Tracy Clegg, Videographer
23
24   Reported by:  Elizabeth G. LaBarge, CSR 4467
25                  Certified Court Reporter
```

Page 3

```
1               I N D E X
2
3    WITNESS                              PAGE
4
5         STEPHEN PLEWA
6
7    Examination by Mr. DeGeorge            5
8    Examination by Mr. Herrmann           26
9    Re-examination by Mr. DeGeorge        29
10
11
12
13          E X H I B I T S
14
15   NUMBER      IDENTIFICATION          PAGE
16   Exhibit 29  Email Re: Emission background   13
17   Exhibit 30  Email Re: AVL fuel usage        17
18   Exhibit 31  Email Re: Fuel usage spreadsheet 18
19   Exhibit 32  Email FM EH&S                   19
20   Exhibit 33  Email Re: AVL - Beloit air permit
21               requirements                    23
22               (Exhibits are attached hereto.)
23               *    *    *
24
25
```

Page 4

```
1                    Wednesday, October 14, 2015
2                    Detroit, Michigan
3                    2:45 p.m.
4               *    *    *
5         VIDEOGRAPHER:  We are now on the record.  This is
6    the beginning of media number one in the deposition of
7    Steve Plewa being taken on October 14th, 2015.  We are
8    here in the matter of AVL Powertrain Engineering versus
9    Fairbanks Morse Engine, a division of Coltec Industries,
10   Incorporated, Case Number 14-cv-877.  The time on the
11   video monitor is 2:45 p.m.
12        My name is Tracy Clegg and I am the videographer.
13   The court reporter is Beth LaBarge.  We are here with
14   Huseby Global Litigation.
15        Counsel, please introduce yourself, after which the
16   court reporter will swear in the witness.
17        MR. HERRMANN:  Fred Herrmann for AVL.
18        MR. DeGEORGE:  Steve DeGeorge for the Defendant.
19        COURT REPORTER:  And I will swear you in if you'll
20   raise your right hand.
21        Do you solemnly swear or affirm the testimony you
22   are about to give will be the truth, the whole truth,
23   and nothing but the truth?
24        THE WITNESS:  I do.
25
```

Page 5

```
1               S T E P H E N   P L E W A
2    having been first duly sworn, was examined and
3    testified as follows:
4               E X A M I N A T I O N
5    BY MR. DeGEORGE:
6    Q    Mr. Plewa, my name is Steve DeGeorge, I'm one of the
7         attorneys in this case representing the Defendant
8         FM -- I'll refer to it as FME.  It's Fairbanks Morse
9         Engine, a division of Coltec, but if I use the term
10        "FME," you'll know --
11   A    I understand.
12   Q    -- what I'm talking about?
13   A    Yes, sir.
14   Q    All right.  Have you ever had your deposition taken
15        before?
16   A    No, sir.
17   Q    Well, it's pretty simple.  I'll ask you some questions
18        and hopefully you'll do the best you can to answer them.
19        If you don't understand a question, either because I
20        didn't articulate it clearly or it's just a messy
21        question, tell me and I'll --
22   A    Sure.
23   Q    -- do my best to --
24   A    Sure.
25   Q    -- to ask again in a better way.  Mr. Herrmann may
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                                      Pages 6..9

**Page 6**

1    object to some of my questions and if he does, you just
2    take your lead from him on what to do in relation to his
3    objection.
4  A  Okay.
5  Q  I think we'll be pretty short, so we probably won't need
6    a break, but if you need to take a break, just let me
7    know.  And the only thing I ask of you is that we not
8    break if there's a question pending.
9  A  Sure.
10 Q  Let's begin by if you could just tell me briefly what
11   you did to prepare for your deposition today, whether
12   you reviewed any documents, for example?
13 A  Yeah.  Approximately two weeks ago reviewed several, a
14   stack of documents of emails with -- that corresponded
15   with my name on them.
16 Q  Okay.  And did you review those -- where were you
17   physically when you reviewed those?
18 A  We were on site at AVL in Plymouth, Michigan.
19 Q  All right.  And was Mr. Herrmann there with you at the
20   time?
21 A  Yes, sir.
22 Q  And who else was there?
23 A  Lori Brown and --
24 Q  Just the --
25 A  -- that's it.

**Page 7**

1  Q  -- three of you?
2  A  Yep.
3  Q  Thank you.  Do you recall any of the specific documents
4    you reviewed?
5  A  There's just one document that I recall that sticks out
6    in my head.
7  Q  And what document is that?
8  A  It's one where I had laid out a list of items that Julie
9    Mosley and myself had previously discussed.
10 Q  I think I have that one, we'll probably talk briefly
11   about it.
12         Why don't we just talk briefly about your
13   educational and work backgrounds.  Where and when did
14   you graduate from college?
15 A  I have no college degree.
16 Q  All right.
17 A  Yeah.
18 Q  All right.  Did you attend college?
19 A  I took three courses, but that was just in the past five
20   or six years.
21 Q  Okay.  When did you graduate from high school?
22 A  I earned my GED in 1997.
23 Q  And what was your first job after earning your GED?
24 A  I was a dynamometer technician with Watson Engineering
25   in Taylor, Michigan.

**Page 8**

1  Q  And when did you first become employed by AVL?
2  A  It's -- it was January, I don't remember the exact date,
3    but it was January 2004.
4  Q  And have you been employed by AVL continuously since
5    that time?
6  A  Yes, sir.
7  Q  All right.  I just want to walk briefly through the
8    positions that you've held --
9  A  Um-hmm.
10 Q  -- while an AVL employee.  What was your first job?
11 A  I was brought on to be the quality document manager.
12 Q  And what did that entail?
13 A  Basically, AVL at the time, AVL was in the process of
14   obtaining the ISO certifications for ISO 9001 and 17025
15   and 14001 and so they were in the process of creating
16   documents to adhere to those ISO standards.
17 Q  Okay.  And what was your -- I assume during the course
18   of the roughly 12 years you've been with -- more than
19   12 years, I guess now, that you've been with AVL, that
20   you've been promoted one or more times?
21 A  Yes.
22 Q  Okay.  What was your next -- your second position with
23   AVL?
24 A  Approximately four months after being hired, I was
25   approached by HR and they wanted me to also assume the

**Page 9**

1    role of -- as quality manager and then environmental
2    health and safety manager, as well.
3  Q  Okay.  And tell me what your responsibilities were -- I
4    assume you took that opportunity?
5  A  Yes, sir.
6  Q  All right.  What were your responsibilities as EHS
7    manager?
8  A  Focused on the environment with regards to air
9    permitting, with regards to waste disposals at the
10   facilities, employee safety, and quality, you know,
11   documenting the processes and procedures to support the
12   environmental health and safety standards.
13 Q  Let's focus on air permitting, what -- let's talk about
14   that in a little greater detail.  What were your -- what
15   were your duties or responsibilities as EHS manager in
16   relation to air permitting?
17 A  I at the time, I worked with an outside consultant that
18   AVL had already had on -- hired, I guess, is the way you
19   would put it, so I worked with them to help establish
20   what types of fuels we would burn, how much fuels we
21   would burn, and just helping getting the proper testing
22   for the State of Michigan in place and following through
23   with documents.
24 Q  And did AVL have its own air permit for its Michigan
25   facility?

Case: 3:14-cv-00877-wmc   Document #: 20   Filed: 11/17/15   Page 4 of 21

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Stephen Plewa on 10/14/2015                                    Pages 10..13

**Page 10**

1  A  Yes, they had -- they had one for Plymouth and they were
2     in the process of completing the one for Ann Arbor.  We
3     have two locations, one in Plymouth and one in
4     Ann Arbor.
5  Q  And who was the outside consultant that you worked with?
6  A  At that time, it was Vision Environmental.
7  Q  When you say "at that time," what time frame are we
8     talking about?
9  A  From the onset.  It really, it still is.  Vision
10    Enviromental was bought up by a company and they go by
11    GZA now.
12  Q  G as in George, Z as in zebra, A as in Allen?
13  A  Yes, sir.
14  Q  And where are they located?
15  A  They're -- they have a branch that's not too far from us
16    in Plymouth, Michigan.  I believe their headquarters is
17    out of state, though.
18  Q  And is there a particular person at -- I'll just refer
19    to it as Vision/GZA, okay?
20  A  Sure, sure.
21  Q  Is there a particular person in relation to air
22    permitting that -- or people that you've worked with at
23    Vision/GZA --
24  A  Yes.
25  Q  -- over the years?

**Page 11**

1  A  Yes.
2  Q  And who are those people?
3  A  Jamie Boothby.
4  Q  Spell that, Boothby?
5  A  Boothby is B-o-o-t-h-b-y.
6  Q  Jamie, is Jamie a male or a female?
7  A  Yes, sir, he's a male.
8  Q  All right, Jamie Boothby.  Who else?
9  A  And his direct boss, Tony Percha.
10  Q  All right.  One more time, how do you spell that?
11  A  P-e-r-c-h-a.
12  Q  Over the last 12 years, are those essentially the only
13    two people that you worked with at Vision Environmental
14    and GZA as it relates to air permitting issues?
15  A  Yes, sir.
16  Q  All right.  Over that period of time, are there other
17    outside environmental consulting firms with whom you
18    have worked in relation to air permitting issues?
19  A  There was one other company, but I didn't personally
20    work with them.
21  Q  Do you recall what that company was?
22  A  I don't recall what that company's name was.
23  Q  Does John McDonald ring a bell?
24  A  No, sir.
25  Q  No?

**Page 12**

1  A  No.
2  Q  Environ, does that ring a bell?
3  A  No.
4  Q  Thank you.  All right.  So then you took on added
5     responsibilities as EHS manager, I'm sorry if I asked
6     you and you already answered, roughly when, four months
7     after you started, is that --
8  A  It was --
9  Q  -- what you said?
10  A  -- approximately four months after I --
11  Q  Okay.
12  A  -- started in 2004.
13  Q  And is that something you still do today?
14  A  Yes.
15  Q  All right.  What -- jumping to the -- well, let's talk
16    about the time frame of 2007 to 2011.  What was your
17    title and what were your duties in that time frame?  As
18    best as you can --
19  A  Yeah --
20  Q  -- recall?
21  A  -- no, it was -- it was the quality manager and the
22    environmental health and safety manager.
23  Q  Okay.  And have your responsibilities or title changed
24    since 2011?
25  A  Yes.

**Page 13**

1  Q  Okay.  Tell me what the next --
2  A  So we've --
3  Q  -- change was?
4  A  -- added on to that now and now I'm the dyno -- or
5     Plymouth dyno lab supervisor.
6  Q  So you're the dyno lab supervisor in addition to
7     your --
8  A  Yes, sir.
9  Q  -- the previous duties?
10  A  Yes, sir.
11  Q  I'm sorry, and this is as much my fault as it is yours,
12    but we have to try to talk one at a time because
13    otherwise the court reporter will get really mad at us
14    because she can't take down what two people are saying.
15  A  Okay.
16       MR. DeGEORGE:  Let's do Defendant 29.
17       (Exhibit 29 was marked for identification.)
18  BY MR. DeGEORGE:
19  Q  Mr. Plewa, you've been handed what the court reporter
20    has marked as Defendant's -- or yeah, Defendant's
21    Exhibit 29, and it's an email from Joe Eves at -- well,
22    it says EnPro, but at Fairbanks Morse, which is an EnPro
23    company.
24  A  Um-hm.
25  Q  You know who Joe Eves is, right?

Case: 3:14-cv-00877-wmc   Document #: 20   Filed: 11/17/15   Page 5 of 21

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                                    Pages 14..17

**Page 14**

1  A   I don't know him personally, no.

2  Q   Okay.  And you do know that he's with Fairbanks Morse,

3      or at least was back in 2008?

4  A   I heard the name back then, yeah.

5  Q   All right.  And this is an email that Mr. Eves sent to

6      Mr. -- to Mike Golda and to Dwight Hansell and to Andrew

7      Smart, all of whom were with AVL at the time, correct?

8  A   Yes, sir.

9  Q   Okay.  I guess my first question to you is do you

10     remember ever seeing this document before?

11 A   This summary?

12 Q   Either the email or the attached memo?

13 A   I don't recall seeing it.

14 Q   Now, let's talk a little bit about the memo.  Even

15     though you don't recall having seen it, I want to ask

16     you about a couple of the things that are mentioned in

17     it to see if you were aware of these facts.

18         The attached memo is from ERM, which is an

19     environmental engineering firm, and it was sent by ERM

20     to Julie Mosley.  Do you know who Julie Mosley was?

21 A   Yes, sir, I do.

22 Q   And who was she?

23 A   She was my environmental contact with Fairbanks Morse.

24 Q   Okay.  And this memo is dated April 22, 2008.  And

25     there's a number of references in this memorandum and

**Page 15**

1      I'm not -- if you want to read the whole thing, you're

2      free to, but I don't think you'll need to to answer this

3      question.  There's a number of references in the

4      memorandum to fuel limit or fuel limitation.  Do you

5      know what that's in reference to?

6  A   I know what fuel ref -- or fuel limitations are a

7      reference of, yes.

8  Q   Okay.  And do you recall whether there was a fuel

9      limitation in relation to the OP building at the

10     Fairbanks Morse plant in Beloit?

11 A   Yes, I do recall.

12 Q   Okay.  Do you recall when you became aware of the fuel

13     limitation -- well, let me step back.

14         Is it your understanding that the fuel limitation

15     at the OP building at the Beloit plant was something

16     that was contained in FME's air permit?

17 A   Yes.

18 Q   Okay.  Do you know when was the first time that you laid

19     eyes on the FME air permit for the Beloit plant?

20         MR. HERRMANN:  Object to foundation.  You can

21     answer the question.

22         THE WITNESS:  Okay.

23 A   I don't remember the exact time, no, sir.

24 BY MR. DeGEORGE:

25 Q   Okay.  But you have seen it?

**Page 16**

1  A   Yes, sir.

2  Q   Do you recall whether it was be -- well, let me give you

3      the date.  FME and AVL entered into their contract,

4      which is called the master agreement, on August 28,

5      2008.  Do you recall whether, using that date as a

6      reference point, do you recall whether you had seen the

7      FME air permit before that date?

8  A   No, sir, I don't recall.

9  Q   You just don't recall one way or the other?

10 A   Right.

11 Q   You do know that the air permit -- or do you know that

12     the FME air permit is accessible online at the Wisconsin

13     DNR website?

14 A   Yes, sir.

15 Q   Here's a document, Mr. Plewa, that was marked this

16     morning as Defendant's Exhibit 3.

17         By the way, this Exhibit 29, particularly the memo

18     from ERM, is that something that you recall looking at

19     in preparation for your deposition?

20 A   No, sir.

21 Q   The document, this one-page document you have was

22     marked at Mr. Vietinghoff's deposition as Defendant's

23     Exhibit 3 and I'm trying to figure out who prepared this

24     document.

25         Have you ever seen this before or do you know who

**Page 17**

1      prepared it?

2  A   No, sir.

3  Q   No?  All right.

4         (Exhibit 30 was marked for identification.)

5  BY MR. DeGEORGE:

6  Q   Mr. Plewa, you've now been handed what has been marked

7      as Defendant's Exhibit Number 30 and I want to ask you a

8      couple questions about the email you sent to Julie

9      Mosley with a copy to Mike Golda, G-o-l-d-a, on

10     August 28, 2008, so it may be helpful for you to just

11     read to yourself the text of your email.

12 A   Okay.

13 Q   Well, I guess first of all, do you remember this email

14     that you sent to Ms. Mosley on August 28th, 2008?

15 A   I don't remember it specifically.

16 Q   Do you have any reason to dispute that this is an email

17     that you sent to Julie Mosley?

18 A   No, sir.

19 Q   Okay.  You opened the email by saying, "Julie, During

20     our conversation last Thursday, 8/21/08, I mentioned

21     that our expected fuel usage through the remainder of

22     2008 would be approximately 28,000 gallons of diesel

23     fuel."

24         Do you remember that discussion with Ms. Mosley?

25 A   Vaguely.

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                                    Pages 18..21

Page 18

```
1   Q   Your next sentence says, "I am curious to know, should
2       we run over this amount, would we still be in compliance
3       with your current air permit?"
4           Am I correct in inferring from these two sentences
5       that as of August 21, 2008, when you had
6       this -- apparently had this discussion with Ms. Mosley,
7       that you were aware that FME's air permit had a fuel
8       limitation in it?
9   A   Yeah.
10  Q   Okay.
11          (Exhibit 31 was marked for identification.)
12  BY MR. DeGEORGE:
13  Q   Mr. Plewa, you've been handed what's been marked as
14      Defendant's Exhibit 31.  The first email is from
15      Ms. Mosley to you on August 29 at 8:56 a.m. and it says,
16      "We will not have any sort of problem with fuel usage
17      limitations in 2009."  But then she in the top email
18      that she sent to you at 10:55 a.m., she corrected
19      herself and said she meant to refer to 2008, do you see
20      that?
21  A   Yes, sir.
22  Q   Okay.  And is it your understanding that that was what
23      she meant, at the time you understood that she was
24      talking about 2008, not 2009?
25  A   Yes.
```

Page 19

```
1   Q   Okay.  Now, your email to Ms. Mosley on August 29th
2       at 9:07 a.m. indicates that you had spoken with Mike
3       Golda and that he stated, quote, "It is highly probable
4       that AVL could be testing four engines next year and
5       running all four engines simultaneously at the same
6       time."
7           Is that a discussion you recall having with
8       Mr. Golda?
9   A   Yeah.
10  Q   And then it says, "This should be considered during
11      your air modeling for your air permit -- permits
12      revision."
13          Tell me as best as you can recall what your
14      understanding was at that time as to any possible
15      revisions to FME's air permit?
16  A   Ms. Mosley had stated to me that they were in the
17      process of revising their current air permits and that
18      she was -- she wanted to know what we would be testing
19      out there or what our plan was to test out there so that
20      she could include the -- for that -- that for the fuel
21      burn usage also.
22          (Exhibit 32 was marked for identification.)
23  BY MR. DeGEORGE:
24  Q   Mr. Plewa, you've been handed what has been marked as
25      Defendant's Exhibit 32.  Is that correct, 32?
```

Page 20

```
1   A   Yes, sir.
2   Q   Which is an email that you sent to Ms. Mosley on
3       September 2, 2008, and it reads -- your email reads
4       "Julie, Please see the attached documented notes from
5       our conversation on 8/21/08 along with a few of my
6       observations in regards to environmental health and
7       safety."
8           Do you recall sending this email to Ms. Mosley?
9   A   Yeah.
10  Q   And you recall sending to Ms. Mosley the documented
11      notes attached to the email?
12  A   Yeah.
13  Q   And are these notes attached to the email which are
14      FME pages 531 and 532, are these notes that you
15      prepared?
16  A   Yes.
17  Q   And these notes are reflective of a discussion that you
18      and Ms. Mosley had on August 21, 2008, correct?
19  A   Yes, sir.
20  Q   I'd like to ask you a couple of questions on your notes
21      from the section headed Environmental which begins on
22      the bottom of page FME 531, are you with me?
23  A   Yes, sir.
24  Q   By the way, when I asked you what documents you reviewed
25      in preparation for your deposition, you made specific
```

Page 21

```
1       reference to a document.  Is this the one you were
2       referring to or was --
3   A   Yes, sir.
4   Q   -- it something else?  This is it?
5   A   Yes.
6   Q   This section entitled Environmental, the first bulleted
7       point states "FM current air permit is adequate to
8       complete testing through 2008 based on AVL estimated
9       diesel fuel usage of approximately 28,000 gallons
10      through December 2008."
11          Is it your recollection that 28,000 gallons,
12      roughly, would be what F -- what AVL would expect to
13      have burned through the end of 2008 in the OP building
14      with relation to its testing, engine testing?
15  A   Yes, 28,000 gallons, yes.
16  Q   Okay.  Then the next bulleted item says "FM will
17      conduct additional air modeling in order to revise the
18      current air permit to accommodate required testing for
19      2009."
20          Am I correct to infer from that sentence that you
21      understood on August 21, 2008, when you had this
22      discussion with Ms. Moley -- Ms. Mos -- Ms. Mosley that
23      Fairbanks Morse's current permit was inadequate to
24      accommodate the level of engine testing that F -- that
25      AVL anticipated in 2009, that a revision to the permit
```

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Stephen Plewa on 10/14/2015                    Pages 22..25

**Page 22**

1  was going to be necessary?
2  A  Could you rephrase that?
3  Q  Yes.  This -- these documented notes are reflective of a
4     conversation you had with Ms. Mosley on August 21, 2008,
5     correct?
6  A  Yes.
7  Q  All right.  And the bulleted item that we're talking
8     about here says that "Fairbanks Morse will conduct
9     additional air modeling in order to revise the
10    current air permit to accommodate required testing for
11    2009."
12        Now, when you say required testing for 2009, you're
13    referring to AVL's testing, right?
14 A  Yes, sir.
15 Q  Okay.  And you are saying in this sentence that it will
16    be necessary for the Fairbanks Morse air permit to be
17    revised in order to accommodate the level of testing
18    that AVL intended to perform at the Beloit plant in
19    2009?
20 A  I'm not making that speculation in that sentence.
21 Q  Okay.
22 A  This is something that Fairbanks Morse was already in
23    the process of doing.
24 Q  Right.  But you understood that the permit as it stood
25    on August 21, 2008, was inadequate to accommodate,

**Page 23**

1  that's your word, the level of testing that AVL
2  anticipated for the year 2009?
3  A  No.
4  Q  So it was your under -- was it then your understanding
5     that the permit as it existed on August 21, 2008,
6     was already adequate to accommodate the level of
7     testing that FME anticipated -- that AVL anticipated for
8     2009?
9  A  It was my understanding that 2008 was good and they were
10    already in process of doing a revision for 2009, not
11    specifically just for AVL --
12 Q  Right.
13 A  -- they were doing it for somebody else --
14 Q  Right.
15 A  -- for themselves.
16 Q  But you understood that the permit absent a revision
17    would not allow AVL to perform the level of testing that
18    it anticipated performing at the Beloit plant in the
19    year 2009?
20 A  Yeah.
21 Q  Yes?
22 A  Yes.
23        (Exhibit 33 was marked for identification.)
24 BY MR. DeGEORGE:
25 Q  Mr. Plewa, you've been handed what has been marked as

**Page 24**

1  Defendant's Exhibit 33 and I want to just ask you a
2  couple of questions about the email at the bottom of the
3  first page and the top of the second page that you sent
4  to Julie Mosley on February 25, 2009, do you see that
5  email?
6  A  Yes, sir.
7  Q  Do you recall sending her this email?
8  A  Not offhand, no.
9  Q  Okay.  Do you have any reason to question whether you
10    sent her this email?
11 A  No, sir.
12 Q  The first sentence says, "AVL is currently working on
13    quoting a project that if we get will involve utilizing
14    your facility."
15        And "your facility," were you referring to what was
16    commonly referred to as the OP building?
17 A  I was just -- just their facility, I wasn't specific to
18    a building in this sentence, it was just Fairbanks
19    Morse.
20 Q  Was it your understanding at that time that there were
21    multiple buildings at the Beloit plant?
22 A  Sure, yes.
23 Q  Okay.  And was it your understanding that -- did you
24    have an understanding as to which building or buildings
25    AVL would be testing large engines in?

**Page 25**

1  A  I knew the OP one was, but I wasn't sure about the other
2     ones.
3  Q  Okay.  Now, on the next page, which is FME 3090, your
4     email goes on to say, "The three items of concern right
5     now are particulate matter, sulfur, and opacity limits."
6     And the next sentence says, "In reviewing your current
7     permit, I was able to find our limits for sulfur and
8     opacity for test sites P 20, P 21 and P 22.  However,
9     unless I'm just clearly overlooking the limit, I cannot
10    find the limit for PM for these test sites."
11        Is that -- did I read accurately what your email to
12    Ms. Mosley said?
13 A  Yes.
14 Q  So at this point, which is February 25, 2009, you
15    obviously had a copy of the permit?
16 A  Yes.
17 Q  Okay.  And this was the permit for the OP building,
18    correct?
19 A  Yes.
20 Q  Were you also looking at the permit for the other
21    building?
22 A  Yeah, there's -- it's very confusing, but yes.
23 Q  Okay.  But the permit you're referring to here is the
24    permit for the OP building?
25 A  Yes.

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                                          Pages 26..29

| | Page 26 |
|---|---|

1  Q   Now, we know by this email that by February 25 of 2009,
2      you had the permit.
3  A   Um-hmm, yes.
4  Q   Do you recall how long you might have had it or where
5      you got it from?
6  A   I remember getting it from the DNR, the Wisconsin DNR
7      website.  I don't recall when I got it, though.
8  Q   But it was freely available to the public on the DNR
9      website, correct?
10 A   Yes, sir.
11 Q   And you could have gotten it any time you wanted it?
12 A   Yes, sir.
13         MR. DeGEORGE:  I don't have any further questions.
14     Thank you.
15         THE WITNESS:  You're welcome.
16              E X A M I N A T I O N
17 BY MR. HERRMANN:
18 Q   I do have just a few questions for you, Mr. Plewa.
19         If you could return to Defendant's Exhibit 32.  And
20     if you could turn to the second page where Mr. DeGeorge
21     was discussing the heading Environmental, do you see
22     that?
23 A   Yes, sir.
24 Q   In the second bullet point, do you see the sentence
25     beginning at the end of that second bullet point that

| | Page 27 |
|---|---|

1      flows on to the next page, "AVL does anticipate running
2      up to four engines at once in 2009"?
3  A   Yes, sir.
4  Q   Do you see that?
5  A   Um-hmm.
6  Q   Now, when you prepared these notes of your discussion
7      with Ms. Mosley, was it your understanding that the
8      required testing for 2009 would have included those four
9      engines running?
10 A   Yes.
11 Q   Okay.  And at this point in time, this August 21st,
12     2009, discussion with Ms. Mosley, had you at that time
13     had access to the FME air permit?
14 A   Are you asking if I had it --
15 Q   Correct.
16 A   -- or did I -- I had access to it.  I mean, like we -- I
17     said at the --
18 Q   No, I'm --
19 A   -- beginning --
20 Q   -- asking if you had --
21 A   Did I have it at that time?
22 Q   Correct.
23 A   I don't recall.
24 Q   Had you reviewed it at any time prior to this
25     August 21st discussion with Ms. Mosley?

| | Page 28 |
|---|---|

1  A   I believe so.  Yes.
2  Q   Did you understand from your review of that permit
3      whether it was or was not sufficient for the testing AVL
4      anticipated conducting in 2009?
5  A   I couldn't determine that.
6  Q   Okay.  So with respect to this second bullet point under
7      Environmental, where did your understanding come from of
8      whether or not the permit was sufficient to conduct
9      testing in 2009 for AVL?
10 A   From Julie Mosley.
11 Q   And what did she say to you about that?
12 A   She had discussed that they were -- I keep going back
13     to that they were in the process of updating their
14     current air permit for themselves, so they were just
15     going to include these four engines for AVL in this new
16     update.
17 Q   Did Ms. Mosley at any time after this August 21st
18     discussion ever tell you that AVL could not proceed with
19     testing up to four engines in 2009?
20 A   I don't recall.
21 Q   Did anyone, any representative of FME ever at any time
22     tell you that AVL could not proceed to test four engines
23     in 2009?
24 A   I don't recall ever hearing -- anybody ever telling me
25     anything.

| | Page 29 |
|---|---|

1          MR. HERRMANN:  I have no further questions.
2            R E - E X A M I N A T I O N
3  BY MR. DeGEORGE:
4  Q   I have a couple more.  So now you think you did read the
5      permit by August of 2008.  So before AVL signed the
6      master agreement on August 28th of 2008, having read the
7      permit, you knew that no more than 30,333 gallons of
8      diesel fuel could be burned in the OP building per
9      month, correct?
10 A   I didn't know directly what could be burned or what
11     couldn't be just by looking at the permit.  You have to
12     base what can be done off of their current fuel usage
13     records, so just by looking at the air permit, I could
14     not determine that.
15 Q   So you're saying that by reading the air permit, you had
16     no way of determining whether there was a maximum amount
17     of 30,333 gallons allowed to be burned in the
18     OP building per month?
19 A   I don't recall seeing that in the permit.
20 Q   Did Ms. Mosley or anyone else at AVL ever promise you
21     that they would secure from Wisconsin DNR a new permit
22     or a revision to their existing permit?
23         MR. HERRMANN:  Object to form.  You can answer.
24         THE WITNESS:  Okay.
25 A   Nothing specific.

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                                    Pages 30..33

**Page 30**

1      MR. DeGEORGE:  Okay, I have nothing further.  Thank
2  you.
3      THE WITNESS:  Thank you.
4      MR. HERRMANN:  Thank you, I have nothing further.
5  We'll reserve the read and sign privilege.
6      VIDEOGRAPHER:  This concludes the deposition of
7  Steve Plewa consisting of one disk.  We are going off
8  the record.  The time is 3:23 p.m.
9      (Deposition concluded at 3:23 p.m.)
10                    *    *    *
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 31**

1  State of Michigan          )
2  County of Oakland          )
3          Certificate of Notary Public - Court Reporter
4
5      I certify that this transcript is a complete, true, and
6  correct record of the testimony of the witness held in this
7  case.
8
9      I also certify that prior to taking this deposition, the
10  witness was duly sworn or affirmed to tell the truth.
11
12      I further certify that I am not a relative or an
13  employee of or an attorney for a party; and that I am not
14  financially interested, directly or indirectly, in the
15  matter.
16
17      I hereby set my hand this ____ day of _____, 2015.
18
19
20      Elizabeth G. LaBarge
21
22      Elizabeth G. LaBarge, CSR-4467
23      Certified Shorthand Reporter
24      Notary Public, Wayne County, Michigan
25

**Page 32**

1                    DEPOSITION ERRATA SHEET
2
3
4  Case Caption:  AVL Powertrain Engineering, Inc.
5               vs. Fairbanks Morse Engine
6
7  October 14, 2015, deposition of STEPHEN PLEWA
8
9      DECLARATION UNDER PENALTY OF PERJURY
10
11  I declare under penalty of perjury that I have read the
12  entire transcript of my deposition taken in the captioned
13  matter or the same has been read to me, and the same is true
14  and accurate, save and except for changes and/or corrections,
15  if any, as indicated by me on the DEPOSITION ERRATA SHEET
16  hereof, with the understanding that I offer these changes as
17  if still under oath.
18  Signed on the _____ day of _____, 2015.
19
20
21  _____
22          STEPHEN PLEWA
23
24
25

**Page 33**

1                    DEPOSITION ERRATA SHEET
2  Page No.____Line No.____Change to:_____
3  _____
4  Reason for change:_____
5  Page No.____Line No.____Change to:_____
6  _____
7  Reason for change:_____
8  Page No.____Line No.____Change to:_____
9  _____
10  Reason for change:_____
11  Page No.____Line No.____Change to:_____
12  _____
13  Reason for change:_____
14  Page No.____Line No.____Change to:_____
15  _____
16  Reason for change:_____
17  Page No.____Line No.____Change to:_____
18  _____
19  Reason for change:_____
20  Page No.____Line No.____Change to:_____
21  _____
22  Reason for change:_____
23  _____
24  SIGNATURE:_____DATE:_____
25          STEPHEN PLEWA

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                                    Page 34

```
                                              Page 34
 1              DEPOSITION ERRATA SHEET
 2   Page No._____Line No._____Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No._____Line No._____Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No._____Line No._____Change to:_____
 9   _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25           STEPHEN PLEWA
```

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Stephen Plewa on 10/14/2015                    Index: 10:55..air

**1**

**10:55**  18:18

**12**  8:18,19
  11:12

**14**  4:1

**14-cv-877**
  4:10

**14001**  8:15

**14th**  4:7

**17025**  8:14

**1997**  7:22

**2**

**2**  20:3

**20**  25:8

**2004**  8:3
  12:12

**2007**  12:16

**2008**  14:3,
  24 16:5
  17:10,14,
  22 18:5,
  19,24
  20:3,18
  21:8,10,
  13,21
  22:4,25
  23:5,9
  29:5,6

**2009**  18:17,
  24 21:19,

**25** 22:11,
  12,19
  23:2,8,10,
  19 24:4
  25:14 26:1
  27:2,8,12
  28:4,9,19,
  23

**2011**  12:16,
  24

**2015**  4:1,7

**21**  18:5
  20:18
  21:21
  22:4,25
  23:5 25:8

**21st**  27:11,
  25 28:17

**22**  14:24
  25:8

**25**  24:4
  25:14 26:1

**28**  16:4
  17:10

**28,000**  17:22
  21:9,11,15

**28th**  17:14
  29:6

**29**  13:16,
  17,21
  16:17
  18:15

**29th**  19:1

**2:45**  4:3,11

**3**

**3**  16:16,23

**30**  17:4,7

**30,333**  29:7,
  17

**3090**  25:3

**31**  18:11,14

**32**  19:22,25
  26:19

**33**  23:23
  24:1

**3:23**  30:8,9

**5**

**531**  20:14,
  22

**532**  20:14

**8**

**8/21/08**
  17:20 20:5

**8:56**  18:15

**9**

**9001**  8:14

**9:07**  19:2

**A**

**a.m.**  18:15,
  18 19:2

**absent**  23:16

**access**
  27:13,16

**accessible**
  16:12

**accommodate**
  21:18,24
  22:10,17,
  25 23:6

**accurately**
  25:11

**added**  12:4
  13:4

**addition**
  13:6

**additional**
  21:17 22:9

**adequate**
  21:7 23:6

**adhere**  8:16

**affirm**  4:21

**agreement**
  16:4 29:6

**air**  9:8,13,
  16,24
  10:21
  11:14,18
  15:16,19
  16:7,11,12

18:3,7
19:11,15,
17 21:7,
17,18
22:9,10,16
27:13
28:14
29:13,15

**Allen**  10:12

**allowed**
 29:17

**amount**  18:2
 29:16

**Andrew**  14:6

**Ann**  10:2,4

**anticipate**
 27:1

**anticipated**
 21:25
 23:2,7,18
 28:4

**apparently**
 18:6

**approached**
 8:25

**approximately**
 6:13 8:24
 12:10
 17:22 21:9

**April**  14:24

**Arbor**  10:2,4

**articulate**
 5:20

**assume**  8:17,
 25 9:4

**attached**
 14:12,18
 20:4,11,13

**attend**  7:18

**attorneys**
 5:7

**August**  16:4
 17:10,14
 18:5,15
 19:1 20:18
 21:21
 22:4,25
 23:5
 27:11,25
 28:17
 29:5,6

**AVL**  4:8,17
 6:18 8:1,
 4,10,13,
 19,23
 9:18,24
 14:7 16:3
 19:4 21:8,
 12,25
 22:18
 23:1,7,11,
 17 24:12,
 25 27:1
 28:3,9,15,
 18,22
 29:5,20

**AVL'S**  22:13

**aware**  14:17
 15:12 18:7

---
**B**
---

**B-o-o-t-h-b-y**
 11:5

**back**  14:3,4
 15:13
 28:12

**backgrounds**
 7:13

**base**  29:12

**based**  21:8

**Basically**
 8:13

**begin**  6:10

**beginning**
 4:6 26:25
 27:19

**begins**  20:21

**bell**  11:23
 12:2

**Beloit**
 15:10,15,
 19 22:18
 23:18
 24:21

**Beth**  4:13

**bit**  14:14

**Boothby**
 11:3,4,5,8

**boss**  11:9

**bottom**  20:22
 24:2

**bought**  10:10

**branch**  10:15

**break**  6:6,8

**briefly**  6:10
 7:10,12
 8:7

**brought**  8:11

**Brown**  6:23

**building**
 15:9,15
 21:13
 24:16,18,
 24 25:17,
 21,24
 29:8,18

**buildings**
 24:21,24

**bullet**
 26:24,25
 28:6

**bulleted**
 21:6,16
 22:7

**burn**  9:20,
 21 19:21

**burned**  21:13
 29:8,10,17

---
**C**
---

**called**  16:4

**case**  4:10
 5:7

Case: 3:14-cv-00877-wmc  Document #: 20  Filed: 11/17/15  Page 13 of 21

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015     Index: certifications..discussing

certifications
  8:14

change   13:3

changed
  12:23

Clegg   4:12

college
  7:14,15,18

Coltec   4:9
  5:9

commonly
  24:16

company
  10:10
  11:19,21
  13:23

company's
  11:22

complete
  21:8

completing
  10:2

compliance
  18:2

concern   25:4

concluded
  30:9

concludes
  30:6

conduct
  21:17 22:8
  28:8

conducting
  28:4

confusing
  25:22

considered
  19:10

consisting
  30:7

consultant
  9:17 10:5

consulting
  11:17

contact
  14:23

contained
  15:16

continuously
  8:4

contract
  16:3

conversation
  17:20 20:5
  22:4

copy   17:9
  25:15

correct   14:7
  18:4 19:25
  20:18
  21:20 22:5
  25:18 26:9
  27:15,22
  29:9

corrected

18:18

corresponded
  6:14

Counsel   4:15

couple   14:16
  17:8 20:20
  24:2 29:4

courses   7:19

court   4:13,
  16,19
  13:13,19

creating
  8:15

curious   18:1

current   18:3
  19:17
  21:7,18,23
  22:10 25:6
  28:14
  29:12

_____

_____
          **D**
_____

date   8:2
  16:3,5,7

dated   14:24

December
  21:10

Defendant
  4:18 5:7
  13:16

Defendant's
  13:20
  16:16,22

17:7 18:14
19:25 24:1
26:19

Degeorge
  4:18 5:5,6
  13:16,18
  15:24 17:5
  18:12
  19:23
  23:24
  26:13,20
  29:3 30:1

degree   7:15

deposition
  4:6 5:14
  6:11
  16:19,22
  20:25
  30:6,9

detail   9:14

determine
  28:5 29:14

determining
  29:16

Detroit   4:2

diesel   17:22
  21:9 29:8

direct   11:9

directly
  29:10

discussed
  7:9 28:12

discussing
  26:21

Case: 3:14-cv-00877-wmc   Document #: 20   Filed: 11/17/15   Page 14 of 21

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015     Index: discussion..Fairbanks

discussion
  17:24 18:6
  19:7 20:17
  21:22
  27:6,12,25
  28:18

disk  30:7

disposals
  9:9

dispute
  17:16

division  4:9
  5:9

DNR  16:13
  26:6,8
  29:21

document
  7:5,7 8:11
  14:10
  16:15,21,
  24 21:1

documented
  20:4,10
  22:3

documenting
  9:11

documents
  6:12,14
  7:3 8:16
  9:23 20:24

duly  5:2

duties  9:15
  12:17 13:9

Dwight  14:6

dynamometer
  7:24

dyno  13:4,
  5,6

_____
            **E**
_____

earned  7:22

earning  7:23

educational
  7:13

EHS  9:6,15
  12:5

email  13:21
  14:5,12
  17:8,11,
  13,16,19
  18:14,17
  19:1 20:2,
  3,8,11,13
  24:2,5,7,
  10 25:4,11
  26:1

emails  6:14

employed
  8:1,4

employee
  8:10 9:10

end  21:13
  26:25

engine  4:9
  5:9 21:14,
  24

engineering
  4:8 7:24
  14:19

engines
  19:4,5
  24:25
  27:2,9
  28:15,19,
  22

Enpro  13:22

entail  8:12

entered  16:3

entitled
  21:6

Environ  12:2

environment
  9:8

environmental
  9:1,12
  10:6,10
  11:13,17
  12:22
  14:19,23
  20:6,21
  21:6 26:21
  28:7

ERM  14:18,
  19 16:18

essentially
  11:12

establish
  9:19

estimated
  21:8

Eves  13:21,
  25 14:5

exact  8:2
  15:23

examined  5:2

exhibit
  13:17,21
  16:16,17,
  23 17:4,7
  18:11,14
  19:22,25
  23:23 24:1
  26:19

existed  23:5

existing
  29:22

expect  21:12

expected
  17:21

eyes  15:19

_____
            **F**
_____

facilities
  9:10

facility
  9:25
  24:14,15,
  17

facts  14:17

Fairbanks
  4:9 5:8
  13:22
  14:2,23

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                    Index: fault..intended

15:10
21:23
22:8,16,22
24:18

**fault**  13:11

**February**
  24:4 25:14
  26:1

**female**  11:6

**figure**  16:23

**find**  25:7,
  10

**firm**  14:19

**firms**  11:17

**flows**  27:1

**FM**  5:8
  21:7,16

**FME**  5:8,10
  15:19
  16:3,7,12
  20:14,22
  23:7 25:3
  27:13
  28:21

**FME'S**  15:16
  18:7 19:15

**focus**  9:13

**Focused**  9:8

**form**  29:23

**foundation**
  15:20

**frame**  10:7

12:16,17

**Fred**  4:17

**free**  15:2

**freely**  26:8

**fuel**  15:4,
  6,8,12,14
  17:21,23
  18:7,16
  19:20 21:9
  29:8,12

**fuels**  9:20

————————
          **G**
————————

**G-o-l-d-a**
  17:9

**gallons**
  17:22
  21:9,11,15
  29:7,17

**GED**  7:22,23

**George**  10:12

**give**  4:22
  16:2

**Global**  4:14

**Golda**  14:6
  17:9 19:3,
  8

**good**  23:9

**graduate**
  7:14,21

**greater**  9:14

**guess**  8:19
  9:18 14:9
  17:13

**GZA**  10:11
  11:14

————————
          **H**
————————

**hand**  4:20

**handed**  13:19
  17:6 18:13
  19:24
  23:25

**Hansell**  14:6

**head**  7:6

**headed**  20:21

**heading**
  26:21

**headquarters**
  10:16

**health**  9:2,
  12 12:22
  20:6

**heard**  14:4

**hearing**
  28:24

**held**  8:8

**helpful**
  17:10

**helping**  9:21

**Herrmann**
  4:17 5:25
  6:19 15:20

26:17
29:1,23
30:4

**high**  7:21

**highly**  19:3

**hired**  8:24
  9:18

**HR**  8:25

**Huseby**  4:14

————————
          **I**
————————

**identification**
  13:17 17:4
  18:11
  19:22
  23:23

**inadequate**
  21:23
  22:25

**include**
  19:20
  28:15

**included**
  27:8

**Incorporated**
  4:10

**Industries**
  4:9

**infer**  21:20

**inferring**
  18:4

**intended**

Case: 3:14-cv-00877-wmc   Document #: 20   Filed: 11/17/15   Page 16 of 21

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015          Index: introduce..Mosley

22:18

**introduce**
  4:15

**involve**
  24:13

**ISO**  8:14,16

**issues**
  11:14,18

**item**  21:16
  22:7

**items**  7:8
  25:4

---

**J**

**Jamie**  11:3,
  6,8

**January**  8:2,
  3

**job**  7:23
  8:10

**Joe**  13:21,
  25

**John**  11:23

**Julie**  7:8
  14:20
  17:8,17,19
  20:4 24:4
  28:10

**jumping**
  12:15

---

**K**

**knew**  25:1
  29:7

---

**L**

**lab**  13:5,6

**Labarge**  4:13

**laid**  7:8
  15:18

**large**  24:25

**lead**  6:2

**level**  21:24
  22:17
  23:1,6,17

**limit**  15:4
  25:9,10

**limitation**
  15:4,9,13,
  14 18:8

**limitations**
  15:6 18:17

**limits**  25:5,
  7

**list**  7:8

**Litigation**
  4:14

**located**
  10:14

**locations**
  10:3

**long**  26:4

**Lori**  6:23

---

**M**

**mad**  13:13

**made**  20:25

**making**  22:20

**male**  11:6,7

**manager**  8:11
  9:1,2,7,15
  12:5,21,22

**marked**
  13:17,20
  16:15,22
  17:4,6
  18:11,13
  19:22,24
  23:23,25

**master**  16:4
  29:6

**matter**  4:8
  25:5

**maximum**
  29:16

**Mcdonald**
  11:23

**meant**  18:19,
  23

**media**  4:6

**memo**  14:12,
  14,18,24
  16:17

**memorandum**
  14:25 15:4

**mentioned**
  14:16
  17:20

**messy**  5:20

**Michigan**  4:2
  6:18 7:25
  9:22,24
  10:16

**Mike**  14:6
  17:9 19:2

**modeling**
  19:11
  21:17 22:9

**Moley**  21:22

**monitor**  4:11

**month**  29:9,
  18

**months**  8:24
  12:6,10

**morning**
  16:16

**Morse**  4:9
  5:8 13:22
  14:2,23
  15:10
  22:8,16,22
  24:19

**Morse's**
  21:23

**Mos**  21:22

**Mosley**  7:9

14:20
17:9,14,
17,24
18:6,15
19:1,16
20:2,8,10,
18 21:22
22:4 24:4
25:12
27:7,12,25
28:10,17
29:20

**multiple**
24:21

———————

————— **N** —————

**notes** 20:4,
11,13,14,
17,20 22:3
27:6

**number** 4:6,
10 14:25
15:3 17:7

———————

————— **O** —————

**object** 6:1
15:20
29:23

**objection**
6:3

**observations**
20:6

**obtaining**
8:14

**October** 4:1,
7

**offhand** 24:8

**one-page**
16:21

**online** 16:12

**onset** 10:9

**OP** 15:9,15
21:13
24:16
25:1,17,24
29:8,18

**opacity**
25:5,8

**opened** 17:19

**opportunity**
9:4

**order** 21:17
22:9,17

**overlooking**
25:9

———————

————— **P** —————

**P-e-r-c-h-a**
11:11

**p.m.** 4:3,11
30:8,9

**pages** 20:14

**particulate**
25:5

**past** 7:19

**pending** 6:8

**people** 10:22
11:2,13
13:14

**Percha** 11:9

**perform**
22:18
23:17

**performing**
23:18

**period** 11:16

**permit** 9:24
15:16,19
16:7,11,12
18:3,7
19:11,15
21:7,18,
23,25
22:10,16,
24 23:5,16
25:7,15,
17,20,23,
24 26:2
27:13
28:2,8,14
29:5,7,11,
13,15,19,
21,22

**permits**
19:11,17

**permitting**
9:9,13,16
10:22
11:14,18

**person**

10:18,21

**personally**
11:19 14:1

**physically**
6:17

**place** 9:22

**plan** 19:19

**plant** 15:10,
15,19
22:18
23:18
24:21

**Plewa** 4:7
5:6 13:19
16:15 17:6
18:13
19:24
23:25
26:18 30:7

**Plymouth**
6:18 10:1,
3,16 13:5

**PM** 25:10

**point** 16:6
21:7 25:14
26:24,25
27:11 28:6

**position**
8:22

**positions**
8:8

**Powertrain**
4:8

preparation
  16:19
  20:25

prepare   6:11

prepared
  16:23 17:1
  20:15 27:6

pretty   5:17
  6:5

previous
  13:9

previously
  7:9

prior   27:24

privilege
  30:5

probable
  19:3

problem
  18:16

procedures
  9:11

proceed
  28:18,22

process
  8:13,15
  10:2 19:17
  22:23
  23:10
  28:13

processes
  9:11

project

24:13

promise
  29:20

promoted
  8:20

proper   9:21

public   26:8

put   9:19

———————
Q
———————

quality   8:11
  9:1,10
  12:21

question
  5:19,21
  6:8 14:9
  15:3,21
  24:9

questions
  5:17 6:1
  17:8 20:20
  24:2
  26:13,18
  29:1

quote   19:3

quoting
  24:13

———————
R
———————

raise   4:20

read   15:1
  17:11
  25:11

29:4,6
  30:5

reading
  29:15

reads   20:3

reason   17:16
  24:9

recall   7:3,5
  11:21,22
  12:20
  14:13,15
  15:8,11,12
  16:2,5,6,
  8,9,18
  19:7,13
  20:8,10
  24:7 26:4,
  7 27:23
  28:20,24
  29:19

recollection
  21:11

record   4:5
  30:8

records
  29:13

ref   15:6

refer   5:8
  10:18
  18:19

reference
  15:5,7
  16:6 21:1

references

14:25 15:3

referred
  24:16

referring
  21:2 22:13
  24:15
  25:23

reflective
  20:17 22:3

relates
  11:14

relation   6:2
  9:16 10:21
  11:18 15:9
  21:14

remainder
  17:21

remember   8:2
  14:10
  15:23
  17:13,15,
  24 26:6

rephrase
  22:2

reporter
  4:13,16,19
  13:13,19

representative
  28:21

representing
  5:7

required
  21:18
  22:10,12

27:8

**reserve** 30:5

**respect** 28:6

**responsibiliti es** 9:3,6,15
12:5,23

**return** 26:19

**review** 6:16
28:2

**reviewed**
6:12,13,17
7:4 20:24
27:24

**reviewing**
25:6

**revise** 21:17
22:9

**revised**
22:17

**revising**
19:17

**revision**
19:12
21:25
23:10,16
29:22

**revisions**
19:15

**ring** 11:23
12:2

**role** 9:1

**roughly** 8:18
12:6 21:12

**run** 18:2

**running** 19:5
27:1,9

___

**S**

**safety** 9:2,
10,12
12:22 20:7

**school** 7:21

**section**
20:21 21:6

**secure** 29:21

**sending**
20:8,10
24:7

**sentence**
18:1 21:20
22:15,20
24:12,18
25:6 26:24

**sentences**
18:4

**September**
20:3

**short** 6:5

**sign** 30:5

**signed** 29:5

**simple** 5:17

**simultaneously**
19:5

**sir** 5:13,16
6:21 8:6

9:5 10:13
11:7,15,24
13:8,10
14:8,21
15:23
16:1,8,14,
20 17:2,18
18:21
20:1,19,23
21:3 22:14
24:6,11
26:10,12,
23 27:3

**site** 6:18

**sites** 25:8,
10

**Smart** 14:7

**solemnly**
4:21

**sort** 18:16

**specific** 7:3
20:25
24:17
29:25

**specifically**
17:15
23:11

**speculation**
22:20

**spell** 11:4,
10

**spoken** 19:2

**stack** 6:14

**standards**
8:16 9:12

**started**
12:7,12

**state** 9:22
10:17

**stated** 19:3,
16

**states** 21:7

**step** 15:13

**Steve** 4:7,18
5:6 30:7

**sticks** 7:5

**stood** 22:24

**sufficient**
28:3,8

**sulfur** 25:5,
7

**summary**
14:11

**supervisor**
13:5,6

**support** 9:11

**swear** 4:16,
19,21

**sworn** 5:2

___

**T**

**talk** 7:10,
12 9:13
12:15
13:12

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                    Index: talking..year

| | | | |
|---|---|---|---|
| 14:14 | 6:20 8:5, | understand | Vision  10:6, |
| talking  5:12 | 13 9:17 | 5:11,19 | 9 11:13 |
| 10:8 18:24 | 10:6,7 | 28:2 | |
| 22:7 | 11:10,16 | | Vision/gza |
| | 12:16,17 | understanding | 10:19,23 |
| Taylor  7:25 | 13:12 14:7 | 15:14 | |
| technician | 15:18,23 | 18:22 | W |
| 7:24 | 18:23 | 19:14 | |
| | 19:6,14 | 23:4,9 | walk  8:7 |
| telling | 24:20 | 24:20,23, | |
| 28:24 | 26:11 | 24 27:7 | wanted  8:25 |
| term  5:9 | 27:11,12, | 28:7 | 19:18 |
| test  19:19 | 21,24 | understood | 26:11 |
| 25:8,10 | 28:17,21 | 18:23 | waste  9:9 |
| 28:22 | 30:8 | 21:21 | Watson  7:24 |
| testified | times  8:20 | 22:24 | website |
| 5:3 | title  12:17, | 23:16 | 16:13 |
| testimony | 23 | update  28:16 | 26:7,9 |
| 4:21 | today  6:11 | updating | Wednesday |
| testing  9:21 | 12:13 | 28:13 | 4:1 |
| 19:4,18 | Tony  11:9 | usage  17:21 | weeks  6:13 |
| 21:8,14, | top  18:17 | 18:16 | Wisconsin |
| 18,24 | 24:3 | 19:21 21:9 | 16:12 26:6 |
| 22:10,12, | Tracy  4:12 | 29:12 | 29:21 |
| 13,17 | truth  4:22, | utilizing | word  23:1 |
| 23:1,7,17 | 23 | 24:13 | work  7:13 |
| 24:25 27:8 | turn  26:20 | | 11:20 |
| 28:3,9,19 | types  9:20 | V | worked  9:17, |
| text  17:11 | | | 19 10:5,22 |
| thing  6:7 | U | Vaguely | 11:13,18 |
| 15:1 | | 17:25 | working |
| things  14:16 | Um-hmm  8:9 | versus  4:8 | 24:12 |
| Thursday | 13:24 26:3 | video  4:11 | Y |
| 17:20 | 27:5 | Vietinghoff's | |
| time  4:10 | | 16:22 | year  19:4 |

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Stephen Plewa on 10/14/2015                    Index: years..zebra

    23:2,19

**years**  7:20
    8:18,19
    10:25
    11:12

        _____
        **z**
        _____

**zebra**  10:12