Case: 3:14-cv-00877-wmc    Document #: 21    Filed: 12/04/15    Page 1 of 86

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Page 1

```
 1                    UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF WISCONSIN

 3

 4

 5    AVL POWERTRAIN ENGINEERING, INC.,

 6

 7         Plaintiff/Counterclaim Defendant,

 8

 9    vs.                           Case No. 3:14-cv-00877

10

11    FAIRBANKS MORSE ENGINE, a division of

12    COLTEC INDUSTRIES, INC.,

13

14         Defendant/Counterclaim Plaintiff.

15

16

17

18         The videotaped deposition of RAYMOND CORBIN was

19    taken by the Defendant/Counterclaim Plaintiff on Thursday,

20    November 12, 2015, at 201 West Big Beaver Road, Suite 260,

21    Troy, Michigan, at 9:03 a.m.

22

23

24

25
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
**Raymond Corbin on 11/12/2015**                                    **Pages 2..5**

Page 2

```
 1   APPEARANCES:
 2
 3   KERR, RUSSELL AND WEBER, PLC
 4   By:  Fred K. Herrmann
 5   500 Woodward Avenue, Suite 2500
 6   Detroit, Michigan  48226
 7   (313) 961-0200
 8   fherrmann@kerr-russell.com
 9       Appearing on behalf of the
10       Plaintiff/Counterclaim Defendant.
11
12   ROBINSON BRADSHAW & HINSON, P.A.
13   By:  R. Steven DeGeorge
14   101 North Tryon Street, Suite 1900
15   Charlotte, North Carolina  28246
16   (704) 377-2536
17   sdegeorge@rbh.com
18       Appearing on behalf of the
19       Defendant/Counterclaim Plaintiff.
20
21   Also Present:  Ms. Lori A. Brown
22              Mr. Tim Reitman, Videographer
23
24   Reported by:  Elizabeth G. LaBarge, CSR 4467
25              Certified Court Reporter
```

Page 3

```
 1            I N D E X
 2
 3   WITNESS                                    PAGE
 4
 5      RAYMOND CORBIN
 6
 7   Examination by Mr. DeGeorge                   7
 8
 9
10
11        E X H I B I T S
12
13   NUMBER    IDENTIFICATION               PAGE
14   Exhibit 44  Master Engineering Testing
15              Services Agreement            7
16   Exhibit 45  Master Consulting Agreement   8
17   Exhibit 46  Schedule No. 15               8
18   Exhibit 47  Proposal for the Use of AVL
19              S Beloit Facility for the Testing
20              of 3516 Marine Engine Variants  44
21   Exhibit 48  Proposal for Rating Development
22              of EMD Engine Variants        48
23   Exhibit 49  Purchase Order               50
24   Exhibit 50  Caterpillar Requirements for Further
25              Testing in AVL's Beloit Facility  54
```

Page 4

```
 1          E X H I B I T S
 2
 3   NUMBER    IDENTIFICATION               PAGE
 4   Exhibit 51  FME - AVL Meeting            66
 5   Exhibit 52  Email Re: AVL option/permitting  75
 6   Exhibit 53  Email Re: Discussion Summary  79
 7   Exhibit 54  Email Re: FME- AVL Meeting
 8              Thursday June 29, 2011        84
 9   Exhibit 55  Email Re: Large Engine Testing
10              Overview - Beloit            91
11   Exhibit 56  Email Re: Meeting           94
12   Exhibit 57  Permit Process Status Update
13              July 21, 2011                96
14   Exhibit 58  Master Agreement           100
15   Exhibit 59  Memo to File: Dwight Hansell
16              Re: Comments on Test Cell 32  126
17   Exhibit 60  Memo to File Dwight Hansell
18              Re: Refusal to support LE Test
19              facilities at FME           128
20   Exhibit 61  6/20/11 letter             138
21   Exhibit 62  6/21/11 letter Re: Master
22              Agreement                   138
23
24
25
```

Page 5

```
 1   P R E V I O U S L Y   M A R K E D   E X H I B I T S
 2
 3   NUMBER    IDENTIFICATION               PAGE
 4   Exhibit 1   Complaint and Jury Demand   142
 5   Exhibit 7   4/9/10 letter Re: Budgetary
 6              quotation for test bay rental  33
 7   Exhibit 12  Caterpillar Master Engineering &
 8              Testing Service Agreement     35
 9   Exhibit 17  Multiple Large Engine Test Cells
10              Update on Current Concerns 6/14/11  88
11   Exhibit 20  Email Re: AVL-EPA permits - update 141
12   Exhibit 26  Email Re: Revised proposal for
13              OP engine thermodynamic modeling  99
14   Exhibit 35  Typewritten document - History of
15              Operations at Beloit         129
16              (Exhibits are attached hereto.)
17                 *   *   *
18
19
20
21
22
23
24
25
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 6..9

Page 6

1      Thursday, November 12, 2015
2      Troy, Michigan
3      9:03 a.m.
4      *    *    *    *
5      VIDEOGRAPHER:  This is the beginning of media
6  number one in the deposition of Mr. Ray Corbin in the
7  matter of AVL Powertrain Engineering versus Fairbanks
8  Morse Engine, Case Number 3:14-cv-00877.  Today's date
9  is November 12th, 2015, and the time on the monitor is
10  9:03 a.m.  My name is Tim Reitman, I'm the videographer,
11  the court reporter is Beth LaBarge, and we are here with
12  Huseby Global Litigation.
13      Counsel, please introduce yourself, after which the
14  court reporter will swear in the witness.
15      MR. HERRMANN:  Fred Herrmann for plaintiff, AVL.
16      MR. DeGEORGE:  Steve DeGeorge for the defendant.
17      COURT REPORTER:  And I will swear you in if you'll
18  raise your right hand.
19      THE WITNESS:  Sure.
20      COURT REPORTER:  Do you solemnly swear or affirm
21  the testimony you are about to give will be the truth,
22  the whole truth, and nothing but the truth?
23      THE WITNESS:  I will.
24          R A Y M O N D   C O R B I N
25  having been first duly sworn, was examined and

Page 7

1      testified as follows:
2          E X A M I N A T I O N
3  BY MR. DeGEORGE:
4  Q   Good morning, Mr. Corbin.
5  A   Good morning.  And please call me Ray, okay?
6  Q   Well, I think -- I would like to and --
7  A   But you can't.
8  Q   -- when we're off the record I will --
9  A   Okay.
10  Q   -- but I think for purposes of --
11  A   Testimony.
12  Q   -- being on the record --
13  A   Yeah, okay, fair enough.
14  Q   -- it will be a little more formal.
15  A   Okay, sir.
16      MR. DeGEORGE:  Why don't we mark this as 44,
17      Defendant's 44.  It looks like I have an extra one, so
18      it's your lucky day.
19      (Exhibit 44 was marked for identification.)
20      MR. DeGEORGE:  Oh, wait.
21      MS. BROWN:  It's different.
22      MR. DeGEORGE:  There's two different agreements
23      there, that's why I thought I had extras.  So the one
24      that we marked as 44, it says Master Consulting
25      Agreement on the top, correct?

Page 8

1      MR. HERRMANN:  Well, the one you handed me was
2      AVL 16329 starting Bates.
3  BY MR. DeGEORGE:
4  Q   Yeah, that's going to be Exhibit 46.  The one,
5      Mr. Corbin, the one that you have in front of you --
6  A   Okay.
7  Q   -- is that called Master Consulting Agreement dated
8      2003?
9  A   Master Testing Services Agreement you mean?
10      MR. HERRMANN:  This says Master Engineering
11      Testing --
12  A   Testing Services --
13      MR. HERRMANN:  -- Services Agreement.
14  A   -- Agreement.
15      MR. DeGEORGE:  That's fine, leave that as 44, it's
16      not the end of the world.  And then we'll make this one
17      45.
18      (Exhibit 45 was marked for identification.)
19      MR. DeGEORGE:  And then we'll make this one 46.
20      (Exhibit 46 was marked for identification.)
21  BY MR. DeGEORGE:
22  Q   Just to make sure we're all on the same page here,
23      Mr. Corbin, you've been handed, I believe you've been
24      handed three documents which have been marked as
25      Exhibits 44, 45, and 46.

Page 9

1  A   Okay.
2  Q   Exhibit Number 44 is entitled Master Engineering Testing
3      Services Agreement dated April 18, 2011, correct?
4  A   Okay, yes.
5  Q   All right.  And Exhibit Number 45 is entitled Master
6      Consulting Agreement dated July 10, 2003, is that
7      correct?
8  A   That's correct.
9  Q   And Exhibit Number 46 is entitled Schedule No. 15 dated
10      January 4, 2010, is that correct?
11  A   I see that on the top of it.
12  Q   All right.
13      MR. HERRMANN:  I'm sorry, Steve, I still need 45.
14      MR. DeGEORGE:  Forty-five is Master Consulting
15      Agreement dated 2003.
16      MR. HERRMANN:  I only have 44 and 46, the witness
17      has all the marked exhibits.  If you have another copy
18      of that, I'd appreciate it.
19      MR. DeGEORGE:  Here you go.
20      MR. HERRMANN:  Super, thank you.
21      MR. DeGEORGE:  All right, I apologize for the
22      confusion.
23  BY MR. DeGEORGE:
24  Q   Let's start, Mr. Corbin, with Exhibit 45.
25  A   Okay.

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 10..13

### Page 10

1   Q   I'll represent to you that this is a document that was
2       produced by Caterpillar in response -- if I refer to
3       Caterpillar as "CAT," you'll know that that's what I'm
4       referring to?
5   A   Absolutely, yes.
6   Q   Okay.  And then I believe there's a -- it used to be a
7       separate company, but I believe it's part of Caterpillar
8       now called Electro-Motive Diesel --
9   A   EMD, yes.
10  Q   -- EMD --
11  A   Correct.
12  Q   -- and I'll use that term --
13  A   That's fine.
14  Q   -- "EMD" when I'm referring to EMD.
15          So Exhibit Number 45 entitled Master Consulting
16      Agreement dated July 10, 2003, have you seen this
17      document before, do you know what it is?
18  A   I'm going to have to take some minutes to look at this
19      because I -- right now I'm not familiar with this
20      document.
21  Q   Okay.  Well, take -- I'm going to ask you just a couple
22      questions about it, but why don't you take a look at it
23      and we'll see what we can do.
24  A   This document was signed before I was part of the
25      company, it was signed by my predecessor, Josef Maier,

### Page 11

1       so I really have no intimate knowledge of this document.
2   Q   Okay.  Do you have any understanding as to whether or to
3       what extent this Master Consulting Agreement,
4       Exhibit 45, pertained to any of the engine testing work
5       that AVL did on behalf of CAT or EMD?
6   A   I do not.
7   Q   Okay.  Then let us look at Exhibit 44.
8   A   Do you want this back?
9   Q   No, please keep that.
10  A   Okay.  Okay.
11  Q   Exhibit 44 which is entitled Master Engineering Testing
12      Services Agreement dated April 18th, 2011, does that
13      document look familiar?  I believe it bears your
14      signature on page 9.
15  A   Yes, I do remember this document and it was an amendment
16      to what you produced as Exhibit Number 45.
17  Q   Okay.  Let us look, if you would, sticking with Exhibit
18      Number 44, Mr. Corbin, on the second page, Section 1,
19      which is entitled Previous Agreement, do you see that?
20  A   Yes.
21  Q   About halfway down it says, "This Master Agreement
22      supersedes and replaces the Prior Agreement," and the
23      prior agreement is -- let me make sure I get this -- the
24      prior agreement is defined in the first sentence of
25      Section 1 as the Master Consulting Agreement dated

### Page 12

1       July 10, 2003, do you see that?
2   A   Yes.
3   Q   Okay.  So is it your understanding, having now looked at
4       Section 1 of Exhibit 44, that it superseded and replaced
5       the Master Consulting Agreement which is Exhibit 45?
6   A   Yes.
7   Q   Okay.  And is it your understanding that subsequent to
8       the date of Exhibit 44, which is April 18, 2011, that
9       Master Engineering Testing Services Agreement applied to
10      engine testing work that AVL performed on behalf of CAT
11      and EMD subsequent to April 18, 2011?
12  A   I do not -- I cannot attest to that as a fact.
13  Q   Okay.  You just don't know that one way --
14  A   I just don't know -- I just don't know one way or the
15      other.
16  Q   Okay.  Are you aware of any other contract between CAT
17      or EMD and AVL that might have governed the business
18      relationship between AVL and CAT subsequent to April 18,
19      2011?
20  A   Can I ask a clarifying question?
21  Q   Yes.
22  A   Are you asking for the testing work that we did, was
23      there another agreement in place to do that testing
24      work?
25  Q   Yes.

### Page 13

1   A   That was done through the purchase orders that we had
2       received from Caterpillar.
3   Q   Okay.  Now if you look at the first page of Exhibit 44,
4       definition (b), Master Agreement, do you see that?
5   A   Yes.
6   Q   And that states, "'Master Agreement' means the terms and
7       conditions of this Master Engineering Testing Services
8       Agreement together with the exhibits, schedules or
9       written purchase orders entered into or issued under
10      this Master Engineering Testing Services Agreement," did
11      I read that correctly?
12  A   Yes.
13  Q   Now, does that have any bearing on the answer you just
14      provided concerning the purchase orders you referred to?
15  A   Can I read that -- can I read that, please --
16  Q   Yes.
17  A   -- again?
18          I think it refers to the purchase orders that I
19      referred to in this -- in this line, so --.
20          I don't -- I don't understand the relevance
21      of -- the relevance of the question, I guess.
22  Q   Well, I'm trying to understand -- well, I would like
23      your understanding on whether the purchase orders you
24      referred to are ultimately governed by the terms of
25      Exhibit 44?

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                                    Pages 14..17

Page 14

1        MR. HERRMANN:  Objection to the extent it asks for
2   a legal conclusion, but go ahead, Ray, you can answer to
3   the best of your knowledge.
4  A   Well, I think this -- as I remember this document, it
5   was over a period of time being developed between
6   ourselves and Caterpillar, so therefore, waiting -- not
7   waiting for this document, we took purchase orders in
8   anticipation of this document being in place.
9  BY MR. DeGEORGE:
10  Q   Right.  And before this document, you had the Master
11   Consulting Agreement --
12  A   Right.
13  Q   -- which is Exhibit 45?
14  A   Right.
15  Q   Okay.  I'll tell you my understanding having read these
16   documents, and I'm just trying to --
17  A   Sure.
18  Q   -- see if you have a different understanding.  If you
19   have no understanding, that's fine.
20  A   Um-hmm.
21  Q   What I need to know is if your view is different.
22  A   Sure.
23  Q   My understanding is that between July 10 of two
24   thousand -- July 10 of 2003 and April 18, 2011, the
25   testing work that AVL did for CAT and EMD -- well, for

Page 15

1   CAT was governed by the Master Consulting Agreement
2   which is Exhibit 45 and then after April 18, 2011, that
3   engine testing work was governed by the Master
4   Engineering Testing Services Agreement which is
5   Exhibit 44, that's my understanding.  Is that -- do you
6   have any understanding on that?
7  A   I, again, I do not understand -- I did not sign
8   Number 45.  I was aware, only aware that there was a
9   consulting agreement there.  I'm not sure how that plays
10   in as a testing -- from a testing services standpoint.
11   But we realized we needed to update our consulting
12   agreement with them, which it had been 11 years at that
13   point, almost 11 -- or eight years, so we decided to
14   update that to encompass everything we were doing with
15   them.
16  Q   Okay.  And what's your understanding as to what
17   Exhibit 45 governed after April 18, 2011?
18  A   This document?
19  Q   Exhibit 44, I'm sorry.
20  A   Okay, this document.  I think -- this document, we did
21   consulting work for Caterpillar and design work, that's
22   what this document will have -- will have handled.  We
23   added test services to our umbrella of things we were
24   doing for Caterpillar at that point, that's what this
25   document does.

Page 16

1  Q   When you're saying that's what "this document" does,
2   you're --
3  A   Meaning --
4  Q   -- referring to --
5  A   -- Exhibit 44.
6  Q   -- Exhibit 44?
7  A   Forty-four, right.
8  Q   Okay.  So am I correct that your understanding is that
9   subsequent to April 18, 2011, Exhibit Number 44 governed
10   the engine testing work that AVL did for CAT and EMD?
11        MR. HERRMANN:  Let me place an objection here only
12   to the extent that Exhibit 44 carries "Confidential
13   Draft" on it and I see it's only signed by
14   Mr. Corbin --
15  A   Right, right, I just was wondering the same thing.
16        MR. HERRMANN:  -- so I only note that for the
17   record because I would just object to the extent that
18   this is not a final or an executed document, but --
19        MR. DeGEORGE:  Well, it is executed.
20  BY MR. DeGEORGE:
21  Q   You signed it, right?
22  A   I signed it, but it was not signed by the customer.
23  Q   Right.  But you signed it?
24  A   Correct.
25  Q   Okay.  Are you aware of any other version of the Master

Page 17

1   Engineering Testing Services Agreement which is
2   Exhibit 44?
3  A   I am not aware of anything else other than this.
4  Q   So as you sit here today, what is your understanding as
5   to the relationship between Exhibit 44 and purchase
6   orders between CAT and AVL for engine testing subsequent
7   to April 18, 2011?
8  A   Well, subsequent to April 18th, we were accepting
9   purchase orders for actual testing services from them.
10  Q   I understand that.  That wasn't my question.  My
11   question was how does Exhibit 44 relate to such purchase
12   orders?
13        MR. HERRMANN:  I'll object to the extent it calls
14   for a legal conclusion.
15  BY MR. DeGEORGE:
16  Q   Who would know, who would have some idea of what the
17   contracts you all signed meant?
18  A   We -- we have legal counsel in the case of contracts and
19   that's how these contracts are prepared, through our
20   legal counsel, and this was done through Caterpillar's
21   legal counsel.
22  Q   I didn't ask about Caterpillar, I asked about AVL.
23  A   Okay.
24  Q   Who would know what this contract means from AVL's
25   perspective?

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 18..21

**Page 18**

1  A  Who would know.  Interesting question.  Within our
2     organization, all of our contracts are handled through
3     our financial -- our financial part of our company, so
4     there is a legal representation that comes in through
5     that organization, which is Chet Ricker's organization.
6  Q  Which is whose organization?
7  A  Chet Ricker's organization.
8  Q  Chet Ricker's organization.  What is his organization,
9     is that a separate company?
10 A  No.  He's the CFO and he -- in there inside of that is
11    where we do any legal preparation that we have to have
12    done for our contracts and et cetera, we -- you know,
13    we're not respon -- we're not -- do not have the
14    authority inside of our operations area to do contracts
15    on our own, so those are handled through that
16    organization.
17 Q  Okay.  Do you have any idea whether you read this
18    Exhibit 44 before you signed it?
19 A  Well, of course I read it before I signed it.
20 Q  All right.  And but as you sit here today, you don't
21    understand whether or to what extent Exhibit 44 relates
22    to purchase orders between CAT and AVL which were --
23        MR. HERRMANN:  Object to the form of the question.
24    Go ahead, Ray, you can answer.
25 A  Certainly I understand that before -- that purchase

**Page 19**

1     orders are -- would be as part of this master services
2     agreement a legal document or methodology which we would
3     do work for Caterpillar.  That's what this master
4     services agreement part of this provides.  Prior to this
5     master services agreement and, obviously, with that one
6     in place, we were continuing to do purchase orders
7     through a normal purchase order process that we have
8     with Caterpillar.
9  BY MR. DeGEORGE:
10 Q  Okay, maybe I'll just talk to Mr. Ricker about this
11    because we're not getting anywhere.
12        Let's look at the -- let's look at page 4 of
13    Exhibit 44, Section 5(c), do you see that sort of in the
14    middle of page 4?
15 A  Yep.
16 Q  And down toward the bottom of Section 5(c) -- by the
17    way, this is the representations and warranties that AVL
18    made to Caterpillar, do you see that, the heading of
19    Section 5, "Representations and Warranties.  Consultant
20    represents and warrants to Caterpillar that," did I read
21    that correctly?
22 A  That's correct.
23 Q  And down in subsection (c) toward the bottom, about
24    three quarters of the way down it says, "It," which I
25    believe refers to AVL, "is aware of all laws,

**Page 20**

1     regulations, orders, and other governmental requirements
2     pertaining to the performance of such services; it will
3     perform such services in full compliance with all
4     applicable laws, regulations, orders, and other
5     governmental requirements; it will perform such services
6     in compliance with all necessary and applicable
7     permits," did I read that correctly?
8  A  Yes.
9  Q  And that was a representation and warranty that AVL made
10    to Caterpillar in Exhibit Number 44?
11 A  Okay.
12 Q  Correct?
13 A  That's what's written here, yes.
14 Q  And then if you go down to subsection 5(f), it states,
15    "Consultant," which that's AVL, right?
16 A  Yes.
17 Q  "Shall comply with all applicable laws and regulations."
18        That's another representation and warranty that AVL
19    made to CAT, correct?
20 A  Yes.
21 Q  Okay.  Now, in the summer of 2011 when the parties,
22    CAT -- I'm sorry -- AVL and FME were trying to figure
23    out issues related to FME's air permit, do you recall
24    what role Mark Thimke played in that effort?
25 A  Yes.

**Page 21**

1         MR. HERRMANN:  Let me object to the form of the
2     question.  Go ahead, Ray.
3  A  I could say yes.
4  BY MR. DeGEORGE:
5  Q  What role did he play?
6  A  He was -- he acted as our legal counsel in the state of
7     Wisconsin to help and guide us in the permitting and air
8     quality -- understanding the local regulations and
9     applicable laws at that time.
10 Q  Okay.  And was he -- was one of his objectives as you
11    understand it or one of the reasons he was hired to see
12    what he could do to help the parties either negotiate
13    with Wisconsin DNR to either revise the existing permit
14    or secure a new permit?
15 A  Well, when we first hired him, it was to
16    understand -- understand the permitting issues that
17    suddenly came to light at that time and so Mark, through
18    that process, you know, we at our own cost brought Mark
19    in to try and see with a new set of eyes how we could
20    approach the permitting issues that obviously came into
21    play and even brought in our own consultant from an air
22    quality calculations standpoint to help us calculate, so
23    that's what Mark's role was with -- basically, a legal
24    consultant for us.
25 Q  Okay.  Other than what you just described, in 2011 did

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                          Pages 22..25

| | | Page 22 |
|---|---|---|
| 1 | Q | Mr. Thimke play any other role for AVL? |
| 2 | A | In what way? |
| 3 | Q | I don't know, I'm asking you. |
| 4 | A | Okay. |
| 5 | Q | You just told me what role he played -- |
| 6 | A | Right. |
| 7 | Q | -- and I'm asking if that's it? |
| 8 | A | That's it. |
| 9 | Q | Okay. Who was the air consultant you referred to? |
| 10 | A | You know, I tried to think of that last night, I knew |
| 11 | | you were going to ask that question, and I can't -- I |
| 12 | | have it in my files. I do not have that name. I can |
| 13 | | find that out, but I don't know that right now. |
| 14 | Q | What files do you have it in? |
| 15 | A | Well, it's in all the files that you've seen, so -- |
| 16 | Q | Well, you said I have it in my files. What were you |
| 17 | | referring to? |
| 18 | A | Well, it was produced as part of my -- as part of |
| 19 | | evidential material, so --. |
| 20 | Q | By whom? |
| 21 | A | I don't know who pro -- I gave -- I gave them all my |
| 22 | | files. |
| 23 | Q | Okay, that's good. What files did you -- where did you |
| 24 | | have files? |
| 25 | A | I had files on my computer which I produced and I had |

| | | Page 23 |
|---|---|---|
| 1 | | files, handwritten files that I produced. |
| 2 | Q | Tell me about the handwritten files. |
| 3 | A | In what way? |
| 4 | Q | What did you have? |
| 5 | A | Just notes that I had taken during the period of time. |
| 6 | Q | And who did you give those to? |
| 7 | A | I gave those to my legal counsel. |
| 8 | Q | How much was there? Hundreds of pages? |
| 9 | A | Oh, not hundreds, no. |
| 10 | Q | What sort of notes did you take? |
| 11 | A | I just took as things progressed day-to-day notes about |
| 12 | | what we needed to do, they were actions, they were |
| 13 | | things that we were thinking about doing, they were |
| 14 | | discussions with FME in there, so they're typical |
| 15 | | engineering type notes that I would take. |
| 16 | Q | And who did you give those to? |
| 17 | A | I gave those to our legal counsel. |
| 18 | Q | Who is your legal counsel? |
| 19 | A | This gentleman right here. Actually, AVL's legal |
| 20 | | counsel, because I no longer reside -- I no longer work |
| 21 | | for them. |
| 22 | Q | Who do you work for now? |
| 23 | A | I work for my own company. |
| 24 | Q | And what's the name of your company? |
| 25 | A | Corbin Clear Path Consultants. |

| | | Page 24 |
|---|---|---|
| 1 | Q | And do you do consulting work for AVL? |
| 2 | A | I do. |
| 3 | Q | How much, what percentage of your business? |
| 4 | A | Probably 70 percent of my business is still with AVL. |
| 5 | Q | So your relationship with AVL is very important to you? |
| 6 | A | Sure, I mean it always has been. |
| 7 | Q | Are you being paid for your time today? |
| 8 | A | No. |
| 9 | Q | Do you have any sort of a separation agreement with AVL |
| 10 | | from when you left their employ? |
| 11 | A | No. |
| 12 | Q | Tell me the circumstances under which you left AVL's |
| 13 | | employ? |
| 14 | A | It was a personal decision that actually that decision |
| 15 | | had started long before this -- this had |
| 16 | | actually -- this all unfolded, I had actually talked to |
| 17 | | several people, to my boss, and had told him that I |
| 18 | | wanted to move into a phase of retirement, which I had |
| 19 | | given them a date, which was the end of the year, and so |
| 20 | | that's exactly what I executed with them and then I was |
| 21 | | asked to continue to do consulting work for them. |
| 22 | Q | So your departure from AVL, I just want to make sure |
| 23 | | I have -- |
| 24 | A | Sure. |
| 25 | Q | -- this straight, your departure from AVL was entirely |

| | | Page 25 |
|---|---|---|
| 1 | | your decision? |
| 2 | A | Yes. |
| 3 | Q | Tell me about your -- you said you had your computer |
| 4 | | and -- when I was asking you some questions about -- |
| 5 | A | Sure. |
| 6 | Q | -- documents -- |
| 7 | A | Right. |
| 8 | Q | -- your files, you made reference to your computer. |
| 9 | | What computer were you referring to? |
| 10 | A | The AVL computer that I had at that particular time. |
| 11 | Q | At what particular time? |
| 12 | A | When I was -- during the time that this -- the whole FME |
| 13 | | was going on. When I separated on 12/31/2011, I had |
| 14 | | files that I had accumulated and subsequently produced, |
| 15 | | all emails, et cetera, as required. |
| 16 | Q | And did you keep that computer when you left AVL? |
| 17 | A | I still have an AVL computer. |
| 18 | Q | You still have an AVL computer and 70 percent of your |
| 19 | | work is for AVL? |
| 20 | A | Right. Yeah. |
| 21 | Q | Tell me roughly what 70 percent of your annual revenue |
| 22 | | would be, your company's annual revenue, roughly? |
| 23 | A | One hundred -- let's see. Probably -- about 100,000. |
| 24 | Q | Now, we were talking about Mr. Thimke. Do you recall an |
| 25 | | idea that I think was his in the summer of 2011 which I |

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 26..29

**Page 26**

1  think some people referred to as the judicial approach
2  or judicial solution, does that ring any bells?
3  A  Yes.
4  Q  Tell me what you recall about that?
5  A  Well, he -- at that time, and I don't -- I honestly
6  don't remember all the details, but I remember he
7  proposed some different approach to -- to the permitting
8  that would take a much different approach than what FME
9  at that time was considering, that's the basis of what I
10  remember.
11  Q  Okay.  Do you recall that the judicial approach that
12  Mr. Thimke proposed would have involved FME
13  intentionally violating its permit?
14  A  I believe there was an element -- yes, I believe there
15  was an element of that.
16  Q  And do you recall that as part of that discussion,
17  Mr. Thimke's judicial approach idea, that AVL had agreed
18  that if the judicial approach were pursued, AVL would
19  either pay or reimburse FME for any fines or penalties
20  that might be assessed?
21  A  I do not remember that.
22  Q  You don't remember that?
23  A  No.
24  Q  Okay.  Now, would you agree that had FME pursued the
25  judicial approach conceived by Mr. Thimke, that such an

**Page 27**

1  approach would have violated Sections 5(c) and 5(f), the
2  portions we just read about complying with all necessary
3  and applicable permits and environmental laws and
4  regulations in Exhibit 44, that that approach would have
5  violated those provisions, is that a fair statement?
6  A  I believe that's a legal question that I'm unable to
7  answer.
8  Q  Okay.  Well, I don't care about your legal opinion.  The
9  contract contains your company's, you signed it,
10  representation that all the services would be -- would
11  be performed, quote, in compliance with all necessary
12  and applicable permits, end quote.
13     Now, had the judicial approach been pursued by FME,
14  the work would have by design not been in compliance
15  with FME's air permit, correct?
16  MR. HERRMANN:  Objection to form and to the extent
17  it calls for a legal conclusion.  Go ahead, Ray.
18  A  You know, if you take this at face value, I would agree,
19  but you're also not considering the fact that had
20  something along this line been put in place, we would
21  not have done this without consulting our customer, our
22  customer.
23  BY MR. DeGEORGE:
24  Q  Okay.  So before the -- if FME would have agreed to
25  pursue the judicial approach, you would have still had

**Page 28**

1  to go to CAT and get their approval, is that what you're
2  saying?
3  A  Oh, I'm saying within this legal document, obviously, we
4  would have done that.
5  Q  Okay, fair enough.  If you would turn to page 8 of
6  Exhibit 44, Section 19, Termination, do you see that?
7  A  Yep.
8  Q  Okay.  And I'm not -- I'm not asking for a legal
9  opinion, I'm just asking for your interpretation of a
10  portion of Section 19(a) which reads, quote, "At any
11  time, Caterpillar may terminate the services under this
12  Master Agreement or under any schedule or purchase order
13  by giving Consultant," which is AVL, "written notice, in
14  which event Consultant shall be reimbursed only for
15  authorized services performed and authorized reasonably
16  incurred prior -- and authorized expenses reasonably
17  incurred prior to receipt of such notice," did I read
18  that correctly?
19  A  Yes.
20  Q  So is it your understanding, not a legal conclusion,
21  just your understanding, that under Exhibit 44, CAT had
22  the unilateral right to terminate the agreement for
23  whatever reason and whenever it chose?
24  A  That's -- that would be my interpretation of this.
25  Q  Okay, thank you.  If you'll -- let's go back very

**Page 29**

1  briefly to Exhibit 45, which is the Master Consulting
2  Agreement dated July 10, 2003.  I know that you didn't
3  sign this.
4  A  Right.
5  Q  I just want to -- by the way, who is --
6  A  Josef Maier.
7  Q  Josef Maier, is he your predecessor?
8  A  Yes.
9  Q  Okay.  Do you know where he is these days?
10  A  He is in Austria.
11  Q  Okay.  Is he still with AVL?
12  A  Yes.
13  Q  Okay.  Now, on Exhibit 45 on page 5, Section 15, do you
14  see that, it's the termination provision?
15  A  Right.
16  Q  And it reads, "At any time, Caterpillar may terminate
17  the services under this agreement or under any schedule
18  by giving Consultant written notice, in which event
19  Consultant shall be reimbursed only for authorized
20  services performed and authorized expenses reasonably
21  incurred prior to receipt of such notice," did I read
22  that correctly?
23  A  Yes.
24  Q  And again, is it your interpretation that this provision
25  afforded Caterpillar the right to terminate this

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 30..33

**Page 30**

1   contract at any time and for any reason?
2  A  It is my interpretation of that.  I'm not a lawyer, but
3     yes.
4  Q  Thank you.  By the way, do you know, did you ever
5     provide, you personally, Ray Corbin, ever provide copies
6     of Exhibit 44 or Exhibit 45 to anybody at FME?
7  A  No, I do not believe so.
8  Q  Do you know whether anybody else at AVL provided copies
9     of these contracts to FME?
10  A  I do not have that knowledge.
11  Q  Okay.  But you didn't?
12  A  I did not.
13  Q  And you didn't ask anybody else to?
14  A  No.
15  Q  If you'd take a look at Exhibit 46, Mr. Corbin, it's
16     entitled Schedule No. 15 --
17  A  Right.
18  Q  -- which is that your signature on the first page?
19  A  It's not my signature, but I authorized this and it
20     was -- at that time, this was our admin, I was out of
21     town, she signed this on my behalf and initialed it,
22     so --.
23  Q  So -- and you authorized her to sign --
24  A  Excuse me.  Dwight Hansell signed this on my behalf on
25     3/19/16, or 14, I can't tell.

**Page 31**

1  Q  And did you authorize Mr. Hansell to sign Exhibit 46?
2  A  Yes.
3  Q  Can you tell me what this is?
4  A  It -- can I read through this?
5  Q  Yes.
6  A  I want to make sure before I answer that question.
7  Q  Please do.
8  A  So these schedules were the base -- this schedule was
9     the basis of the test work that we -- the test work we
10     were going to do for Caterpillar and this basically was
11     the prelude to a purchase order that we would receive,
12     so this defined -- it's basically a statement of work to
13     us is what it is.
14  Q  In the opening paragraph of Exhibit 46, do you see it
15     says, "This Schedule 15 is effective as of January 4,
16     2010, to the Master Consulting Agreement by and between
17     AVL and Caterpillar which was entered into as of
18     July 10, 2003," do you see that?
19  A  Yeah.
20  Q  And I believe -- well, my belief doesn't really matter.
21        Would it be your understanding that that is
22     referring to Exhibit 45?
23  A  Yes.
24  Q  And if you'll look at Section 6 on the first page of
25     Exhibit 46?

**Page 32**

1  A  Right.
2  Q  It says, "This schedule is issued pursuant to the
3     Agreement."  And the Agreement is Exhibit 45, as
4     defined.  "All of the terms and conditions of said
5     Agreement," which again is in reference to Exhibit 45,
6     "including any amendments thereto, are incorporated
7     herein and made a part hereof as if such terms and
8     conditions were set forth in this schedule," did I read
9     that correctly?
10  A  Yes.
11  Q  So is it your understanding that Schedule No. 15 was
12     ultimately governed by the terms of Exhibit Number 45?
13  A  Yes.
14  Q  Did you personally provide anybody at FME with a copy of
15     Exhibit 46?
16  A  I did not personally provide anybody a copy.
17  Q  Did you ask anybody else to?
18  A  No.
19  Q  Do you know whether anybody else did?
20  A  No.
21  Q  If you'll turn to page 4 of Exhibit -- by the way,
22     Exhibit 46, this pertained, I believe, if you'll look at
23     the top of page 2, it looks like it pertained to the
24     testing of Caterpillar's C175 16-cylinder engine?
25  A  Yes.

**Page 33**

1  Q  Is that right?
2  A  Yes.
3  Q  Okay.  And if you'll turn to page 4, do you see
4     paragraph number 9 in the top portion of page 4?
5  A  Yes.
6  Q  It says, "Conducting testing 24 hours per day, five days
7     per week."  Was that your understanding of the -- was it
8     your understanding that this was the contemplated level
9     of testing that AVL was going to be performing?
10  A  This is detail that I was not involved in.
11  Q  So you don't know one way or the other?
12  A  No.
13  Q  But that's what it says?
14  A  Right, that's what it says.
15  Q  And you signed it?
16  A  Yes.
17  Q  So that's what was agreed to?
18  A  Yes, I guess that's what's --.
19  Q  Mr. Corbin, I'll hand you what has been previously
20     marked as Defendant's Exhibit 7.  Do you recall seeing
21     this document before?
22  A  No.
23  Q  It appears to be an AVL document, right?
24  A  Well, it has the AVL logo on top.
25  Q  Okay.  And it's dated April 9, 2010, correct?

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 34..37

## Page 34

1  A   Yes.

2  Q   And it says -- it appears to be from Mr. Vietinghoff to

3      Isaac Fox at Caterpillar and the opening sentence says,

4      "Further to your request to conduct C280 piston seizure

5      testing I can confirm a budgetary quotation for a rental

6      of a test bay at our facility in Beloit, Wisconsin as

7      follows," did I read that correctly?

8  A   Yes.

9  Q   And do you recall whether AVL did testing of a C280

10     Caterpillar engine at the Beloit plant?

11 A   I am not a hundred percent sure, so I'm going to have to

12     say I'm not sure.

13 Q   And the budgetary quotation right below the opening

14     sentence says, "Base test bay per month, $215,000,"

15     right?

16 A   Right.

17 Q   And then in parentheses it says, "3 shift, 5 day,

18     operation," correct?

19 A   Correct.

20 Q   So is it -- just from reading this, and I know that this

21     isn't a document you prepared or you're familiar with,

22     but this would suggest, would it not, that in exchange

23     for $215,000 per month, AVL was proposing to conduct

24     testing of the C280 engine 24 hours a day, five days a

25     week?

## Page 35

1  A   Per this document, that's what it says.

2  Q   Okay.  I'm handing you, Mr. Corbin, what was previously

3      marked as Defendant's Exhibit 12.

4  A   Okay.

5  Q   By the way, just in case you're curious, you probably

6      know that Mr. Vietinghoff and Mr. Plewa and Mr. Hansell

7      had their depositions taken recently --

8  A   I have heard there were other depositions, I was not

9      sure who.

10 Q   -- and we had marked some exhibits at those depositions,

11     so --

12 A   Okay.

13 Q   -- during the course of your deposition if I hand you a

14     document that's previously been marked, that's the

15     explanation --

16 A   Okay.

17 Q   -- if there's any --

18 A   Very good, thank you.

19 Q   To avoid any confusion.

20 A   I suspected that was it, but I wasn't quite sure.

21 Q   By the way, what did you do to prepare for your

22     deposition today?

23 A   What did I do.  I slept last night, for the first thing.

24 Q   Well, good, so did I.

25 A   So I just basically did review of whatever I had and we

## Page 36

1      had a session yesterday just to talk about how this

2      mechanically would work.  This is not my first

3      deposition, so I just wanted to be refreshed as to how

4      you would handle it, how this -- it's the first time

5      I've had one taped, so we kind of talked about the

6      mechanics of this.

7  Q   Okay.  And you said you reviewed your materials.  What

8      did you review and where did you get them from?

9  A   I went back through my -- my notebooks and I looked at

10     my -- at whatever pertinent emails that I could find

11     that, you know, that were there.

12 Q   What notebooks did you look through?

13 A   The ones that we originally talked about, the ones that

14     I said I had taken notes, and I have those in my

15     possession still.

16 Q   Okay.  I thought you said you gave those to your

17     counsel?

18 A   I gave copies of those to counsel.

19 Q   Okay.  And you still have --

20 A   I still have --

21 Q   -- your own copies?

22 A   Yes.  Because there are other notes other than just FME

23     in there --

24 Q   Understood.

25 A   -- obviously, so --.

## Page 37

1  Q   Thank you.  And your meeting yesterday was with

2      Mr. Herrmann?

3  A   Yes.

4  Q   And did you review any specific documents yesterday when

5      you were with Mr. Herrmann?  I don't want to know

6      anything about what you guys talked about, I'm just

7      wondering if you reviewed any specific documents?

8  A   So I'm going --

9          MR. HERRMANN:  Right, don't discuss any

10     communications we had, but to the extent you looked at

11     documents before --

12         THE WITNESS:  Yeah.

13         MR. HERRMANN:  -- today, you can describe those.

14 A   There were documents that were produced that I looked

15     at, yes.

16 BY MR. DeGEORGE:

17 Q   And do you remember what those were?

18         THE WITNESS:  Can I talk in detail?

19         MR. HERRMANN:  Absolutely.

20 A   We looked at internal documents at that time only,

21     things that bared my -- mostly my -- my -- my direct

22     involvement in, and that's it, it was directed towards

23     what my direct involvement was.

24 BY MR. DeGEORGE:

25 Q   Do you recall any specific documents that come to mind

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 38..41

### Page 38

1   that you looked at yesterday?
2        THE WITNESS:  Fred?  Okay.
3        MR. HERRMANN:  To the best of your memory, Ray, go
4   ahead.
5   A  The master services agreement that we signed.  There
6   were doc -- there were some letters of when we entered
7   into the period of -- I'll call it the permitting
8   craziness that we went through and the facility stuff,
9   there were documents that I -- that were from Bottorff,
10  from Whittier that we reviewed and letters that I had
11  written them, so we went through those documents.
12  BY MR. DeGEORGE:
13  Q  Okay.  Had you met with AVL's counsel related to this
14  lawsuit before yesterday?
15  A  I can't remember if we've had any other meetings.  I
16  mean, I was -- I think there was one, just one short
17  meeting where they described that we're --
18       MR. HERRMANN:  Don't --
19  BY MR. DeGEORGE:
20  Q  I don't want to hear --
21       MR. HERRMANN:  Don't discuss --
22  Q  -- what you --
23       MR. HERRMANN:  -- what was discussed --
24  Q  -- talked about --
25       THE WITNESS:  Okay.

### Page 39

1   Q  -- I was just wondering if you --
2        MR. HERRMANN:  -- but you can talk about if there
3   were any other meetings.
4   A  There was one other meeting that I'm aware of.
5   BY MR. DeGEORGE:
6   Q  Okay.  And roughly when was that?
7   A  Months ago, several months ago.
8   Q  Have you spoken -- by the way, are you familiar with the
9   Complaint that AVL filed in this case?
10  A  Roughly, because the Complaint -- only roughly because
11  the Complaint was filed after I left the company, so I
12  have no -- no reason to be involved in that Complaint
13  because I'm no longer the president of that company.
14  Q  Right.  So is it fair to say that you played zero role
15  in the preparation of the Complaint?
16  A  Yes.
17  Q  Have you seen the Complaint?
18  A  No.
19  Q  So as you sit here today, you have never laid eyes on
20  the Complaint that AVL filed in this case?
21  A  That's correct.
22  Q  Have you spoken with Mr. Vietinghoff since his
23  deposition?
24  A  No.
25  Q  Who's your primary contact person at AVL for your

### Page 40

1   business?
2   A  For my business?  It's Don Manvel, our CEO.
3   Q  Have you discussed -- is it M-a-n-v-e-l?
4   A  Yes.
5   Q  Have you discussed anything about this lawsuit with
6   Mr. Manvel?
7   A  No.
8   Q  All right, let's look at Exhibit 12.  I'll represent to
9   you, Mr. Corbin, that this is a document that AVL
10  produced in this lawsuit.  Does it look familiar to you?
11  A  Could I look through it, please?
12  Q  Yes, please.  By the way, that -- you raise a good
13  point.  Whenever I hand you a document, I want you to
14  understand that this is your deposition --
15  A  Right.
16  Q  -- and I want you to take whatever time you need to
17  familiarize yourself with whatever I give you.  Now,
18  having said that, in most instances I may just have one
19  or two questions about a document --
20  A  Sure.
21  Q  -- so we may get to a question and then you may want to
22  say, "I need to spend another minute looking at that
23  page," or whatever, but I want you to understand
24  whatever time you need, you have, okay?
25  A  Right.  So this document I have seen and this was a

### Page 41

1   document which we reviewed this with the owner of our
2   company to be able to prepare and agree to the master
3   services agreement dated April 18th of 2011.
4   Q  And who was the owner of your company you reviewed this
5   with?
6   A  Helmut List.
7   Q  And where -- did that occur over the telephone or in
8   person?
9   A  It was telephone.
10  Q  And he's in Austria?
11  A  Yeah.
12  Q  And what was the purpose of going over this with
13  Mr. List?
14  A  Because --
15  Q  Or Dr. List, I believe?
16  A  Professor List.
17  Q  Professor List.
18  A  Right.
19  Q  Or Professor Dr. List --
20  A  Yeah.
21  Q  -- I think Mr. Vietinghoff told us.
22  A  Yeah, it is Professor List is how he's known.
23       In the master services agreement, of course, these
24  are pretty much standard terms and conditions from
25  Caterpillar.  We as a company often will try and work

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 42..45

Page 42

1    with companies to modify their standard terms and
2    conditions, there are certain things that we do not
3    necessarily want to sign up for.  And you can guess what
4    those are, you know, IP liability, et cetera.  This was
5    a document prepared to get Professor List comfortable
6    that we could sign the standard terms and conditions,
7    which is what we ultimately did.
8  Q  And you're talking about the contract that you
9    ultimately signed with Caterpillar --
10 A  Yeah, your Exhibit 44.
11 Q  Correct, all right.  So this internal AVL document that
12   you discussed with Professor List pertained to the
13   contract, Exhibit Number 44, that AVL ultimately
14   signed --
15 A  Yes.
16 Q  -- that you signed?
17 A  Yes.
18 Q  And as I understand it from Mr. Vietinghoff's testimony,
19   that at the end of the day, AVL signed the Caterpillar
20   contract without any changes?
21 A  That's correct.
22 Q  Okay.  I just want to ask you just a couple quick
23   questions.  If you would go to page 9 of Exhibit 12, do
24   you see the second bulleted item from the bottom, it
25   says, "AVL wants a 3 year commitment for 3 test cells in

Page 43

1    Beloit in exchange for a 4 percent reduction on price.
2    Purchasing says signing the METSA is a requirement."
3    Tell me what this means, if you recall?
4  A  We had placed a considerable amount of capital into
5    Beloit at that point, and in order for us to be assured
6    that we were going to return -- have a return on
7    investment for the capital and the time that we had put
8    in setting up that facility, because it really was in
9    pretty bad shape when we got there, we needed to get
10   Caterpillar to try and agree to a long-term contract
11   with us, and to do that, we were going to offer them a
12   price break to entice them to a long-term contract.
13 Q  And then on page 10 there's a bulleted item about a
14   little more than halfway down, it says, "We want a
15   3 year commitment on Beloit."  That's the same thing you
16   were just talking about?
17 A  Yes.
18 Q  You wanted a three-year commitment from CAT?
19 A  Right.
20 Q  And CAT -- the contract, Exhibit 44, that was ultimately
21   entered into with CAT contained no commitment, right?
22 A  No, at that point -- at that time it did not.
23 Q  That's correct, no commitment?
24 A  Right.
25    MR. DeGEORGE:  What time is it?

Page 44

1    VIDEOGRAPHER:  It's 9:56.
2    MR. DeGEORGE:  Why don't we take a couple minutes.
3    VIDEOGRAPHER:  Off the record, 9:56 a.m.
4    (Short recess.)
5    VIDEOGRAPHER:  We're back on the record at
6  10:12 a.m.
7    MR. DeGEORGE:  All right.  Let's mark this as 47, I
8  think.
9    (Exhibit 47 was marked for identification.)
10 A  Thank you.
11 BY MR. DeGEORGE:
12 Q  Mr. Corbin, you've been handed what has been marked as
13   Exhibit Number 47, and if you'd just take a minute to
14   familiarize yourself with it, I just have just a couple
15   of questions --
16 A  Okay.
17 Q  -- about a couple specific pieces.
18    I think what I'm going to ask you --
19 A  Okay.
20 Q  -- about this document, Mr. Corbin, would probably not
21   require you to spend --
22 A  Yeah, I --
23 Q  -- a lot of time with it, but basically, can you tell us
24   what this is?
25 A  With our customers, we always submit a proposal

Page 45

1    for -- to do work for them, and this is a standard
2    proposal that we -- or a proposal that we would have
3    submitted to Caterpillar to perform the testing work for
4    them.  By the way, prepared by Jerry Vietinghoff, not by
5    myself, so --
6  Q  Okay.  By the way, have you discussed anything about
7    this lawsuit with anybody at Caterpillar?
8  A  No.
9  Q  Do you do any business with Caterpillar?
10 A  No.
11 Q  This proposal by AVL is dated December 7, 2010, correct?
12 A  That's correct.
13 Q  And if you'll turn to page 3 --
14 A  Okay.
15 Q  -- it appears to concern testing by AVL of a 3516 marine
16   engine, is that right?
17 A  Yes.
18 Q  And is this testing that, as you recall or if you
19   recall, that AVL actually performed for Caterpillar at
20   the FME plant?
21 A  You know, I know we tested four engines, I'm just not
22   totally familiar with the total -- I mean, I can't cite
23   the four configurations off the top of my head.
24 Q  And sticking on page 3 and subparagraph number 2, it
25   reads, "The provided test cell will be support --" and

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                          Pages 46..49

**Page 46**

```
1    this is referring to a test cell at the FME plant in
2    Beloit, Wisconsin, correct?
3  A Right, that's correct.
4  Q Okay.  "The provided test cell will be supported and
5    available 24 hours a day, five days a week, at a monthly
6    rate of $215,000," correct?
7  A Correct.
8  Q Now, hypothetically, if it turned out for whatever
9    reason that AVL could only test under this proposal one
10   shift, in other words, eight hours a day five days a
11   week rather than 24 hours a day five days a week, would
12   that have any impact on the monthly fee that Caterpillar
13   would be required to pay?
14      MR. HERRMANN:  Object to form and foundation.
15 A It depends upon what caused this to not be able to run,
16   obviously.  If it's a customer issue, that's one thing.
17   If it's a facility issue, that's a different thing.
18 BY MR. DeGEORGE:
19 Q Okay.  Let's assume that it was not Caterpillar's
20   fault --
21 A Right.
22 Q -- it was entirely a facility issue.
23 A Then we would have taken a look at what the causes were
24   to the customer and then we would have made a decision
25   on whether or not we would adjust the required billing
```

**Page 47**

```
1    for that month.
2  Q So are you saying that if it turned out that AVL was
3    able to only test one-third of the time, one shift a day
4    rather than three, that it's possible it wouldn't have
5    made an adjustment -- and it was not CAT's fault --
6  A Right.
7  Q -- that it's possible that AVL would not have adjusted
8    the $215,000 a month price tag?
9  A It depends -- there's -- we would have examined that and
10   discussed it with Caterpillar, that's what we would have
11   done.  I can't say for sure what we would have done
12   because it's -- there's too many variables to be able to
13   answer that.
14 Q But this proposal does -- am I correct that this
15   proposal contemplates a rate of $215,000 a month for
16   24 hours a day, five days a week testing?
17 A Correct.
18 Q And if you'll turn to the last page, Mr. Corbin, of
19   Exhibit 47, there's an underlined sentence at the bottom
20   of page 11 which reads, "The terms and conditions
21   outlined in the Master Consulting Agreement effective
22   July 10, 2003, will apply to work undertaken under the
23   scope of this proposal," did I read that correctly?
24 A You did.
25 Q And the Master Consulting Agreement effective July 10,
```

**Page 48**

```
1    2003, that was Exhibit 45 we talked about earlier?
2  A That's correct.
3  Q All right.  By the way, did you personally provide a
4    copy of Exhibit 47 to anyone at FME?
5  A No.
6  Q Did you ask anyone on your behalf to provide a copy of
7    Exhibit 47 to FME?
8  A No.
9  Q Do you know whether AVL provided copies of any proposals
10   or purchase orders between AVL and CAT to FME?
11 A No.
12 Q You don't know or they didn't?
13 A I don't know, but -- I don't know.
14 Q Okay.  Would it surprise you if somebody had?
15 A Yes.
16 Q And you certainly never asked anybody to provide copies
17   of any purchase orders, schedules, proposals between CAT
18   and AVL to FME?
19 A No, because those were between Caterpillar and
20   ourselves.
21 Q Okay.
22      MR. DeGEORGE:  Mark this as 48.
23      (Exhibit 48 was marked for identification.)
24 A Thank you.  Okay.
25 BY MR. DeGEORGE:
```

**Page 49**

```
1  Q And again, I'm just going to ask you a couple questions
2    about this, Mr. --
3  A Sure.
4  Q -- Corbin.
5  A I don't think I need to read this entire thing.
6  Q I don't think you do, but if we get to a question --
7  A Sure.
8  Q -- and you feel you want to.  Exhibit Number 48
9    is -- appears to be -- by the way, this is a document
10   that AVL produced in this litigation.
11 A Um-hmm.
12 Q It appears to be an AVL proposal to do some engine
13   testing work for EMD, correct?
14 A Yes.
15 Q And it's dated March 3 of 2011?
16 A Correct.
17 Q And the questions I just asked you about AVL not
18   providing FME with copies of proposals and purchase
19   orders with CAT, would that -- would your answers apply
20   the same to if I were talking about EMD?
21 A Yes.
22 Q Okay.  And if you'll turn to page 3 of Exhibit 48?
23 A Okay.
24 Q This indicates that the proposal would require EMD to
25   pay AVL $200,000 per month, correct?
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
**Raymond Corbin on 11/12/2015**                                    Pages 50..53

**Page 50**

1  A   That's correct.

2  Q   And it appears from subsection 3 that this is for

3      12 months of testing in a single bay at the FME plant in

4      Beloit?

5  A   Correct.

6  Q   And then if you'll turn to page 5 of Exhibit 48, this

7      indicates that -- it states, "Generally, testing will be

8      conducted during two shift operation for five days per

9      week (80 hours a week)," is that right?

10 A   Yes.

11 Q   And that's in exchange for the $200,000 monthly payment?

12 A   Correct.

13 Q   And if you'll turn, Mr. Corbin, to the final page of

14     Exhibit 48, again there's this underlined language at

15     the end of the document that specifies that this

16     proposal will be governed by that July 10, 2003,

17     contract between AVL and CAT?

18 A   This document does clearly state that, yes.

19 Q   And is that your understanding?

20 A   Yes.

21         MR. DeGEORGE:  Mark this as 49.

22         (Exhibit 49 was marked for identification.)

23 A   Thank you.

24 BY MR. DeGEORGE:

25 Q   Mr. Corbin, you've been handed what has been marked as

**Page 51**

1      Exhibit 49, which again is a document that was produced

2      in this litigation by AVL, and I'm just going to ask you

3      a couple questions about it, but before that, can you

4      take a look and tell me what this document is?

5  A   I've never seen this document before, first of all, but

6      it appears to be a purchase order from Caterpillar to

7      AVL North America or AVL.

8  Q   Have you seen documents like this before, purchase

9      orders from CAT to AVL?

10 A   This is the level of detail I was never involved in.

11 Q   Okay.  Who would be the best person in your judgment to

12     talk about specifics of these purchase orders?

13 A   Jerry Vietinghoff.

14 Q   And if you'll turn to page 2 of Exhibit 49, it appears

15     if you go about a third of the way down, it appears that

16     the engine testing contemplated by this purchase order

17     would be done, it says, at consultant's large engine

18     test facility in Beloit, Wisconsin, do you see that

19     about, oh, I don't know, fifteen lines down?

20 A   I'm trying to find that.

21 Q   Yeah, it's -- I have mine highlighted, so it's a little

22     easier for me.

23 A   Can you just kind of generally --

24 Q   Yeah.  We're on page 2 and it's one, two, three, four,

25     five, six, seven, eight, nine, ten, eleven, twelve,

**Page 52**

1      thirteen -- it is fifteen lines down on the very

2      left --

3  A   I got it, okay.

4  Q   It says "Consultant's large engine test facility in

5      Beloit, Wisconsin."  To --

6  A   Yeah, I see it.

7  Q   Would that to you refer to the FME plant in Beloit?

8  A   Yes.

9  Q   Okay.  And then six lines down from that, do you see

10     it's actually an item number 4 --

11 A   Got it.

12 Q   -- it says, "Generally, testing will be conducted during

13     three shift operation for five days a week (120 hours a

14     week)," is that right?

15 A   Yes.

16 Q   And in exchange for 120 hours a week of engine testing

17     under this purchase order, CAT was agreeing to pay AVL a

18     certain amount of money?

19 A   Correct.

20 Q   Okay.  You're aware, I presume, that FME's air permit

21     limited the amount of fuel that could be burned per

22     month in the OP building, correct?

23 A   We became -- I became aware of that as we were already

24     into the testing phase as to what that was, so --

25     So before you were into the testing phase, nobody at AVL

**Page 53**

1      ever told you about that limitation?

2  A   Not to my knowledge.

3  Q   Okay.  Throughout the -- well, let me just put

4      bookmark -- or bookends on this.

5  A   Sure.

6  Q   From -- I'll represent to you that the Master Agreement

7      between AVL and FME was entered into effective

8      August 28, 2008, does that sound right?

9  A   That sounds correct, yes.

10 Q   Okay.  Between August 28th, 2008, and let's say

11     the -- December 31, 2011, did you personally ever

12     inform -- let me step back.

13         Between August 28th, 2008, and December 31, 2010,

14     before all this permitting stuff --

15 A   Um-hmm.

16 Q   -- came to the surface in 2011, do you know whether

17     anybody at AVL ever informed anybody at CAT about the

18     fuel use limitation in the air permit, in the FME air

19     permit?

20 A   I do not have personal knowledge of that.

21 Q   Okay.  Have you -- do you have any anecdotal knowledge

22     of that?

23 A   By --

24 Q   Did anyone ever suggest to you that AVL told CAT about

25     that fuel limitation?  I'm talking about before 2011

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                           Pages 54..57

Page 54

```
 1      now.
 2   A  Yeah, before 2011.  I -- it's unfair for me to guess
 3      that because I don't believe that's the case.
 4   Q  Okay.  Do you know whether anybody from AVL ever
 5      provided anybody at CAT with a copy of the FME air
 6      permit?
 7   A  No.
 8   Q  You don't know?
 9   A  I -- no, I do -- I do not know, yes, sir.
10   Q  You didn't?
11   A  I did not.
12   Q  And you didn't ask anybody else to?
13   A  I did not.
14   Q  Do you know whether anybody at AVL ever provided anybody
15      at CAT, I'm talking ever now, with a copy of the Master
16      Agreement between AVL and FME?
17   A  No, I do not have that knowledge.
18   Q  Okay.  You didn't?
19   A  I did not.
20   Q  And you didn't instruct anybody else to do so?
21   A  That's correct.
22   Q  Okay.
23         MR. DeGEORGE:  Let's mark this as 50.
24         (Exhibit 50 was marked for identification.)
25   BY MR. DeGEORGE:
```

Page 55

```
 1   Q  Mr. Corbin, I've handed you what has been marked as
 2      Exhibit Number 50.
 3   A  Okay.
 4   Q  And I'll represent to you that this is a document that
 5      AVL produced to us in this lawsuit.
 6   A  Okay.
 7   Q  By the way, you may already know this, but you'll see at
 8      the bottoms of most of the documents that there's
 9      numbers, and this particular number is AVL 15443.  Those
10      are numbers that the lawyers put on the documents --
11   A  All right.
12   Q  -- they didn't appear on the original versions of the
13      documents.
14   A  I understand.
15   Q  Okay, thank you.  First of all, can you tell me whether
16      this document looks familiar to you?
17   A  Can I look through it, please?
18   Q  Yes, please do, and then -
19   A  Right now --
20   Q  -- I'll ask you --
21   A  -- my initial --
22   Q  -- additional questions.
23   A  -- my initial feeling is no, but --
24   Q  Okay.
25   A  -- I need to look through it.
```

Page 56

```
 1   Q  All right.
 2   A  I cannot remember seeing this document.
 3   Q  Okay.  Just to provide a little context, it appears sort
 4      of in the bottom right-hand corner of the first page, it
 5      appears to be dated July 28th, 2011.
 6   A  Okay.
 7   Q  And it also appears, because on the top of the first
 8      page it says "Caterpillar Confidential Yellow" and it
 9      bears the Caterpillar logo on the front, it appears to
10      me that it was prepared by Caterpillar.  I don't know
11      that for a fact, but that --
12   A  One could surmise that.  I have no knowledge that they
13      prepared this, so --.
14   Q  And since it was produced to us by AVL, it further
15      appears that at some point before this litigation, AVL
16      came into possession of this document.
17   A  Okay.
18   Q  All right.  Well, let me ask you a few questions about
19      the contents of the document to see if you have any
20      independent recollection.
21   A  Okay.
22   Q  The front page, the document is entitled Caterpillar
23      Requirements for Further Testing at AVL's Beloit
24      Facility.
25   A  Okay.
```

Page 57

```
 1   Q  Now, there's a lot of documents that refer to AVL's
 2      Beloit facility, we've already looked at some of them.
 3      Would it be your understanding that whenever that sort
 4      of terminology is used, that it's referring to the FME
 5      plant in Beloit, Wisconsin?
 6   A  Yes.
 7   Q  AVL didn't have any other facilities in Beloit?
 8   A  No.
 9   Q  Okay.  On page two of Exhibit 50 -- this document,
10      again, is entitled CAT requirements for testing at the
11      FME plant --
12   A  Sure.
13   Q  -- it indicates that CAT -- CAT's requirements included
14      four test cells with an option for two more, so a total
15      of six test cells, is that correct?
16   A  Yes.
17   Q  And did you have any -- or do you have any independent
18      recollection that this is something that CAT wanted?
19   A  Well, Caterpillar had expressed to us their strong
20      desire to be -- for us to be their testing partner in
21      the large engines, so I'm not surprised by this document
22      stating exactly what they felt they needed to go forward
23      with.  I mean, we had entered into a business agreement
24      with them that they wanted to continue with us, so my
25      guess is this -- and Jerry Vietinghoff was my
```

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015
Pages 58..61

| | Page 58 | | Page 60 |
|---|---|---|---|
| 1 | representative inside of Caterpillar, I'm sure Jerry was | 1 A | That's correct. |
| 2 | the one that would have seen this, so -- | 2 Q | -- at the FME plant, correct? |
| 3 Q | And when you say that they entered into a business | 3 A | That's correct. Put in at our expense. |
| 4 | agreement, are you referring to a written contract aside | 4 Q | Right. And you didn't ask FME to pay that expense, did |
| 5 | from the ones we've already looked at? | 5 | you? |
| 6 A | No. | 6 A | No. |
| 7 Q | There's a reference that these six cells that CAT wanted | 7 Q | Because it was your understanding that that was AVL's |
| 8 | at the FME plant were to be 1065 compliant. Do you know | 8 | responsibility? |
| 9 | what that means? | 9 A | Well, at the time we couldn't -- we couldn't take time |
| 10 A | Um-hmm. 1065 compliant means a EPA testing protocol for | 10 | to decide that, we had to -- we had to take care of the |
| 11 | large engines and it -- it's a very common -- it's | 11 | customer, so -- but in this particular case, I would |
| 12 | become now a common industry standard for testing. | 12 | have felt that was my cost to take -- to bear. |
| 13 Q | And back in 2011, in order to make a facility 1065 | 13 Q | The next page is entitled Air Permitting. |
| 14 | compliant, what did that entail, do you know? | 14 A | Right. |
| 15 A | I can't give you all the details, but it has most to do | 15 Q | And CAT states that its requirement was, "Must have |
| 16 | with how you measure engines and the degree of accuracy | 16 | valid air/fuel permitting to provide uninterrupted |
| 17 | that you do things with, also the air intake | 17 | testing." |
| 18 | temperature, et cetera, et cetera. There's a whole lot | 18 | Do you know, do you have any idea what CAT meant by |
| 19 | of regulations that I'm not totally familiar with. | 19 | uninterrupted testing? |
| 20 Q | Okay. Well, generally speaking, to the extent that | 20 A | Well, during this period of time, Caterpillar certainly |
| 21 | making test cells at the FME plant 1065 compliant for | 21 | became aware of the issues that we were having with the |
| 22 | testing of CAT's engines, to the extent that would have | 22 | air permitting. How that happened directly, I can't |
| 23 | involved any expense to do that, whose responsibility | 23 | tell you. So I think what they were -- what -- and this |
| 24 | would that expense have been? | 24 | is my -- this is my interpretation, it's not a legal or |
| 25 A | To make them 1065 compliant? | 25 | other. They were saying make sure you take care of any |

| | Page 59 | | Page 61 |
|---|---|---|---|
| 1 Q | Yes. | 1 | of those issues so we don't have to go up and down. |
| 2 A | That would -- | 2 Q | So was it your understanding, not necessarily just |
| 3 | MR. HERRMANN: Objection to the form and it calls | 3 | because it appears in Exhibit 50, but in the July of |
| 4 | for a legal conclusion. Go ahead. | 4 | 2011 time frame, that in order for CAT to continue |
| 5 A | We have done test cells to 1065 compliance inside of our | 5 | having AVL testing of its engines at the FME plant in |
| 6 | testing facilities in the state of Michigan and we know | 6 | Beloit, Wisconsin, that one of CAT's requirements was to |
| 7 | exactly what it would need to do that, and we would have | 7 | have the permit squared away so that it could have |
| 8 | borne the costs, like we did on the millions of dollars | 8 | uninterrupted testing of its engines? |
| 9 | that we put into the facility, to bring them 1065 | 9 A | They needed to know that we were able to run in that |
| 10 | compliant. | 10 | facility without any interruption due to almost |
| 11 BY MR. DeGEORGE: | 11 | anything. I mean, that -- this -- air permitting is |
| 12 Q | Okay. And you're talking about the FME plant now? | 12 | only one section of this. |
| 13 A | Right. | 13 Q | Okay. And they according to this document, CAT -- CAT's |
| 14 Q | The next page states CAT's fuel requirements. | 14 | requirement for AVL was to have the facilities and |
| 15 A | Right. | 15 | permitting necessary to run between four and six engines |
| 16 Q | And the first bulleted item is, "Must operate | 16 | simultaneously on an uninterrupted basis? |
| 17 | exclusively on CAT fuel." | 17 A | Yes. |
| 18 | What do you recall about that subject? | 18 Q | Okay. Now, if you'll turn to the next page, it's |
| 19 A | Well, many companies in the area of testing have their | 19 | entitled Facility, are you with me? |
| 20 | own -- have their own line of test fuels that they use. | 20 A | I am. |
| 21 | Caterpillar is no different than other large companies. | 21 Q | Okay. "Combustion air control to meet certification |
| 22 | And so we were required and put in the tank to support | 22 | standards." |
| 23 | running their test cells on their fuel. | 23 | Do you know what that refers to? |
| 24 Q | And that tank that you're referring to, that was an | 24 A | Yes. |
| 25 | above-ground fuel storage tank -- | 25 Q | Okay. Tell me about that. |

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 17 of 86

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Pages 62..65

**Page 62**

1  A  Well, in the testing of an engine to certify it, you
2     have to have a controlled environment going into the
3     engine both from a temperature and a humidity
4     perspective, and they were saying in order to -- and
5     this is part of 1065 compliance, you need to be able to
6     have that in place.
7  Q  Okay.  So this is part of the 1065 compliance we talked
8     about earlier?
9  A  Yep, right.
10 Q  All right.  And then the third bulleted item says,
11    "Cooling capacity to support all cells."
12       I assume when it says "all cells," it's referring
13    to the four to six cells that we saw on the first page,
14    right?
15 A  I would make that same assumption.
16 Q  What do you know about this cooling capacity
17    requirement?
18 A  Well, once we got into the facility and started to test,
19    we ran into cooling issues from a -- from a ability to
20    handle our water break dynos, only in the summer and
21    only at peak temperature times, so they -- we spent a
22    lot of time and effort and our own money trying to
23    understand how to improve the cooling and actually made
24    suggestions on how we could do some temporary fixes to
25    be able to get to a point where we could support all the

**Page 63**

1     test cells simultaneously.
2  Q  And to the extent that adding cooling capacity to allow
3     AVL to continue testing CAT engines, to the extent that
4     would have involved an expense for AVL to do that CAT
5     testing, who would have borne that expense?
6  A  We had not gotten to that decision between FME and
7     ourselves.  Because it also affected the fact that they
8     were running product at the same time in there, so I
9     don't -- I think we would have had to sit down and talk
10    how we would ex -- if we would -- how and if we would do
11    that expense together.
12 Q  So is it fair to say based on that answer that AVL never
13    formally offered to incur such an expense?
14 A  We offered to put in temporary cooling at our expense.
15 Q  Right.  I'm talking about long-term facility --
16 A  On a permanent fix, we never made an offer to do that.
17 Q  Okay, good.  The next bulleted item says, "Minimum of
18    6 year lease (AVL with FME)."
19 A  Correct.
20 Q  "Does AVL have control of facility?"
21       Tell me what you remember about that requirement by
22    CAT?
23 A  Well, again, you know, I have not seen this document,
24    but I believe what we were talking to them about at that
25    point, which was a long-term agreement, we talked about

**Page 64**

1     that in some of the other documents, I think what
2     they're saying to us here is we need a long-term
3     commitment with FME from you.  But at this time, I
4     didn't even know that they didn't -- FME didn't own that
5     building, it only became to light in this time frame
6     that that was a leased facility, so that was an
7     interesting -- that was an interesting fact to find out
8     at that time because this all came about at the same
9     time.
10 Q  But in any event, CAT was, according to this document,
11    one of their requirements was to have a minimum of a
12    six-year commitment at the FME plant in Beloit?
13 A  That -- according to this document, that's true.
14 Q  Well, do you have any contrary recollection?
15 A  No.
16 Q  Then the next item says, "Room for aftertreatment
17    devices (SCR catalyst is estimated at 30 feet tall for
18    C280)."
19       What do you know about that requirement?
20 A  That I -- I -- I can't speak to that one.
21 Q  You know nothing about that?
22 A  No.
23 Q  The second to the last page of Exhibit 50 which bears
24    the number at the bottom right-hand corner 15449, do you
25    see that?

**Page 65**

1  A  Yep.
2  Q  It says, "Business Plan.  AVL to present a long term
3     business plan to CAT management for the facility."
4        I assume this is referring to the FME plant?
5  A  Yes.
6  Q  Do you know if AVL presented a long-term business plan
7     to CAT management?
8  A  I do not -- I do not know that Jerry did present
9     anything to them, but we never reached a point where we
10    could do that.
11 Q  Okay.
12 A  I mean --
13 Q  Why not?
14 A  Because there were too many variables that we were not
15    in control of at that point.  To satisfy this document
16    would have been not possible.
17 Q  And when you say to satisfy "this document," you're
18    talking about --
19 A  Meaning satisfying Caterpillar's desires in this
20    document, so --.
21 Q  And when you say "this document," you're referring to
22    Exhibit 50?
23 A  Yes.
24       MR. HERRMANN:  Can we go off the record for just a
25    minute?

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Pages 66..69

| Page 66 |
|---|
| 1    MR. DeGEORGE:  Yeah. |
| 2    VIDEOGRAPHER:  Off the record at 10:43 a.m. |
| 3    (Discussion held off the record.) |
| 4    VIDEOGRAPHER:  Back on the record at 10:45. |
| 5    MR. DeGEORGE:  Let's mark this as 51. |
| 6    (Exhibit 51 was marked for identification.) |
| 7  A   Thank you. |
| 8  BY MR. DeGEORGE: |
| 9  Q   All right, Mr. Corbin, you have been handed what has |
| 10     been marked as Exhibit 51. |
| 11 A   Correct. |
| 12 Q   Does this document look familiar to you? |
| 13 A   May I look through it, please? |
| 14 Q   Yes.  Again, whatever you need. |
| 15 A   Yes, this looks familiar. |
| 16 Q   What is Exhibit 51? |
| 17 A   This was a meeting -- this was, I believe -- I shouldn't |
| 18     say -- this was a meeting held between the two companies |
| 19     in which we were trying to figure out all of the issues |
| 20     that we had and how to move forward and this was a |
| 21     document prepared in order to kind of put the issues up |
| 22     in front so we could have a logical meeting. |
| 23 Q   And this document was prepared by AVL, correct? |
| 24 A   Yes. |
| 25 Q   All right.  And it's dated June 30, 2011? |

| Page 67 |
|---|
| 1  A   Correct. |
| 2  Q   And if you'll turn to page 4, it's entitled |
| 3      Relationship - Working Teams, do you see that? |
| 4  A   Correct. |
| 5  Q   And then there's a sort of a chart, a three-column -- |
| 6  A   Yep. |
| 7  Q   -- chart, and one of the items is Permitting and then in |
| 8      the AVL column it says, "Responsible: Maly."  I assume |
| 9      that's -- is it Bob Maly? |
| 10 A   Yeah, Bob Maly. |
| 11 Q   Is it your recollection that he was the primarily |
| 12     responsible person at AVL at this point, June 30, 2011, |
| 13     in relation to permitting issues? |
| 14 A   He was the -- he was taking the lead on our behalf at |
| 15     FME. |
| 16 Q   And "Support:  Thimke," T-h-i-m-k-e, that's the |
| 17     attorney, Mark Thimke, that AVL hired? |
| 18 A   Correct. |
| 19 Q   And you described earlier the reasons why AVL hired |
| 20     him -- |
| 21 A   Yes. |
| 22 Q   -- do you remember that testimony? |
| 23 A   Yep, um-hmm. |
| 24 Q   Okay.  And then the last item on this chart is |
| 25     "Contract."  Do you know what that refers to? |

| Page 68 |
|---|
| 1  A   Well, at that time, there was -- there was discussion |
| 2      ongoing between FME and ourselves about should we revise |
| 3      the master services agreement which we had written back |
| 4      in 2007 or '8, I guess '8, and so Dwight from our side, |
| 5      he was deemed as the person to take the lead, since he |
| 6      had done the original contracts. |
| 7  Q   Are you aware of anybody at AVL actually preparing and |
| 8      submitting to FME a new contract between the parties? |
| 9  A   No. |
| 10 Q   You're not aware of that happening? |
| 11 A   I'm not aware that we had done that, no. |
| 12 Q   Okay.  You've never seen such a document? |
| 13 A   Not that I'm aware of.  Not that I remember. |
| 14 Q   Then if you'll turn to the next page, page 5, it's |
| 15     entitled Permitting.  Do -- |
| 16 A   Right. |
| 17 Q   -- you see that? |
| 18 A   Um-hmm. |
| 19 Q   And the second bulleted item says, "AVL believes there |
| 20     may be an alternative route using a judicial process |
| 21     where AVL would accept the penalties," did I read that |
| 22     correctly? |
| 23 A   You did. |
| 24 Q   And is that this judicial process or solution that we |
| 25     talked about earlier that Mr. Thimke had conceived? |

| Page 69 |
|---|
| 1  A   Yes. |
| 2  Q   And then if you'll turn to the next page, 6, which is |
| 3      entitled Alternative Approach, and you'll recall on |
| 4      page 5 we just read the bulleted item that read AVL |
| 5      believes there may be an alternative route, and then |
| 6      this page is entitled Alternative Approach.  Is it your |
| 7      understanding that this page provides a little more |
| 8      detail about this judicial approach? |
| 9  A   No, I believe this is a different -- this is another |
| 10     alternative -- |
| 11 Q   Okay. |
| 12 A   -- it's a second alternative. |
| 13 Q   Tell me what this alternative involved? |
| 14 A   This one involved breaking the facility into two permits |
| 15     in the facility and separating the Fairbanks Morse |
| 16     testing from our testing in the two-permit approach, as |
| 17     it says here. |
| 18 Q   And then the third item says, "The noncompliance would |
| 19     be resolved by AVL taking responsibility as the, quote, |
| 20     operator, end quote." |
| 21     Tell me what you recall about that concept? |
| 22 A   I don't think I can give you an accurate answer on that. |
| 23 Q   Okay.  But in any event, this alternative, the central |
| 24     feature of this alternative would have involved two air |
| 25     permits, correct? |

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 19 of 86

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 70..73

**Page 70**

1   A   Correct.
2   Q   And would they have been two air permits for the
3       OP building or for the entire campus?
4   A   Well, the original -- the original one was for the
5       entire campus and so we would have looked at how do we
6       break our testing down, and I'm not sure if it would be
7       that building only or in other buildings, to allow us to
8       be able to run.
9   Q   When you say "that building only," you mean the
10      OP building?
11  A   I'm sorry, the OP building, right.
12  Q   Okay.  And if you'll turn to page 8 of Exhibit 51, which
13      is entitled Test Cell 7 Discussion, tell me what you
14      recall about the issues surrounding Test Cell 7?
15  A   Well, we had facilitated Test Cell 7 to run -- to run,
16      we had taken a test cell that was basically mothballed,
17      brought it up on our expense and got it prepared to run
18      an engine, was doing testing in that, only to be
19      informed by FME that we would have to turn that test
20      cell back to them.  So at that time we were trying to
21      determine, since we had paid a significant amount of
22      money to upgrade that cell and then FME said, "Well, now
23      you have to pay a million dollars," so we would -- we
24      would have had to pay another million dollars to
25      upset -- upgrade another cell, we were trying to figure

**Page 71**

1       out how we -- how we can do that and not have an issue
2       with our customer at that point.  And so this was kind
3       of a really difficult decision for us to how to move
4       forward with this.
5   Q   Okay.  And the first bulleted item says, "We," which is,
6       I assume, AVL --
7   A   Right.
8   Q   -- "clearly understand the importance of assuring the
9       PA6 engine has a test cell available and FME needs the
10      cell by October 1 for running in Q1," I assume
11      October 1, 2011, for running in the first quarter of
12      2012, is that right?
13  A   That's correct.  This was an acknowledgment we
14      understood their requirements.
15  Q   Okay.  And was it your understanding that FME had the
16      right under the master services agreement to use Test
17      Cell 7 for its purposes?
18      MR. HERRMANN:  Objection for a legal conclusion.
19  A   In the original master ser -- in the master services
20      agreement, there was a provision in there for FME to be
21      able to do business as -- as normal business model.
22      Nowhere in the time frame that we were dealing with them
23      throughout this time frame until this came up was this
24      ever presented as a -- as a -- as an option to us that
25      they would need this test cell.

**Page 72**

1   BY MR. DeGEORGE:
2   Q   Well, evidently they had by at least June of 2011 told
3       you that they were going to need it by the first quarter
4       of 2012, correct?
5   A   Yeah, after we had invested -- invested a huge amount of
6       money into that test cell.
7   Q   And at the time that money was invested by AVL, did
8       anybody from AVL either ask FME or request a commitment
9       from FME that AVL would have the use of that test cell
10      for any specific period of time?
11  A   I don't have knowledge of that.
12  Q   So as far as you know, no such communication occurred?
13  A   I do not have knowledge of that communication.
14  Q   And then if you look at the next page, which is entitled
15      Additional Specificity in the Agreement, and it reads,
16      "AVL agrees to discuss additional specificity in the
17      Master Agreement," what do you recall about that?
18  A   The only thing I recall is that there were -- after a
19      period of time, of course, from the master services
20      agreement, there were things that we both felt needed to
21      be clarified in the master services agreement, that's
22      the only recollection I have, that we agreed that we
23      would sit down, look through as a team, and decide where
24      we needed to make changes.
25  Q   Do you recall any specific changes or additional

**Page 73**

1       specificity that AVL had in mind?
2   A   No.
3   Q   And then if you'll turn to page 14 of Exhibit 51, it's
4       entitled Traditional Approach, correct?
5   A   Yes.
6   Q   And that refers to the traditional permitting approach,
7       is that right?
8   A   That -- yes, I believe that's the case.
9   Q   Okay.  And then there's a number of items listed under
10      the traditional approach which included best available
11      control technology, modeling, which likely requires
12      controls, permit issuance and installation of controls.
13      What control -- and then at the bottom
14      it -- construction/operation issued and controls
15      installed.
16          What controls as best as you can remember was this
17      referring to?
18  A   It would be there is emission controls that are put on
19      to test cells and to buildings -- and to areas where
20      fuel burn takes place to be able to help to eliminate
21      NOx and particulate matter.
22  Q   And those controls cost money, right?
23  A   Yes.
24  .Q  And who would have paid for those controls?
25  A   I don't believe we had ever reached an agreement on

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 20 of 86

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 74..77

**Page 74**

1    that.

2 Q  To the best of your recollection, did the master

3    services agreement between FME and AVL require FME to

4    pay for such controls?

5 A  I don't think it was implicit in the master services

6    agreement.

7 Q  It was what?

8 A  It was not implicit in the -- in the master services

9    agreement.

10 Q  Nor was it explicit, correct?

11 A  Right.

12 Q  And then the final page of Exhibit 51 refers to "AVL

13    allowed to operate under court approved compliance

14    plan."

15       Again, is that referring to the judicial

16    solution --

17 A  Yes.

18 Q  -- that Mr. Thimke conceived?

19 A  I'm not a hundred percent sure on that.

20 Q  Okay.  Would -- does anything else come to mind as to

21    what that may have referred to?

22 A  No.

23 Q  And then the final bulleted item says, "Settlement

24    governs until new permit issued to AVL."

25       Do you recall anything about that?

**Page 75**

1 A  No.

2 Q  Okay.

3       MR. DeGEORGE:  Fifty-two.

4       (Exhibit 52 was marked for identification.)

5 BY MR. DeGEORGE:

6 Q  Mr. Corbin, you've been handed what has been marked as

7    Exhibit Number 52.  Can you tell us what this is?

8 A  Yeah.  This was a letter written to myself from George

9    Whittier and it was in response to Exhibit 51's meeting

10    the day before and in which we had presented

11    alternatives to them, and this was his response back to

12    us.

13 Q  And is it fair to say that Mr. Whittier was reporting to

14    you that FME had decided against pursuing the, quote,

15    judicial solution that Mark Thimke had conceived?

16 A  Yes.

17 Q  Do you believe as you sit here today that AVL -- I'm

18    sorry -- that FME had any sort of express or implicit

19    obligation to pursue the judicial solution?

20 A  Not -- I don't know that they were required to -- I

21    would not say necessarily do that, but they had -- they

22    had a responsibility in our master services agreement to

23    be able to provide us a permitting capability that

24    allowed us to run and so what we were trying to do was

25    try to be a cooperative customer, and that's really what

**Page 76**

1    we were in this case, is a customer, and every time we

2    turned the corner, we were turned away with ideas.

3 Q  Well, now this idea was basically for FME to

4    intentionally violate its air permit, correct?

5 A  If you take it literally, yes.

6 Q  Well, if somebody would have come to AVL when you were

7    president of AVL and proposed that AVL intentionally

8    violate one of its environmental permits, how do you

9    think you might have reacted to that?

10 A  Well, certainly we're not in the business to violate

11    permits, but given the business situation that we were

12    in, we are a very inventive company, too, we would have

13    examined -- which if you look at this, Mark Thimke was

14    saying that he had a relationship with the DNR,

15    Wisconsin DNR, I think having met with George Stevens

16    myself, I think they did not want us to leave the state

17    of Wisconsin, so they would have been open to discussing

18    how to do that.  So don't take it literally, take it as

19    an -- a potential avenue for us to be able to continue

20    to do work in the state of Wisconsin.

21 Q  And what -- all right.  So FME declined the idea of

22    intentionally violating its air permit to accomplish

23    that objective.  What other ideas did AVL propose that

24    you believe FME rejected?

25 A  Well, early on, we talked about sitting down with the

**Page 77**

1    State of Wisconsin and trying to figure out are there

2    other options that we could do, and they seemed to,

3    whatever reason they -- even though we had meetings,

4    they seemed to be very, very reluctant to look at

5    anything other short of doing a construction -- a

6    renewed construction permit, which leads to a new air

7    permit.

8 Q  Right, I understand that.  My question is what specific

9    ideas did AVL bring to the table other than this

10    judicial solution that FME declined to pursue?

11 A  I cannot recall directly, I'd have to go back and look

12    at my notes, I just don't have that recollection.

13 Q  And when you refer to your notes, you're referring to

14    the notes we talked about earlier --

15 A  Yeah.

16 Q  -- that you provided to your counsel?

17 A  Right.

18 Q  And those may reveal other specific ideas that AVL

19    presented that you think FME declined?

20 A  It may.  I don't know that for a fact.

21 Q  But as you sit here today, you are unable to tell me

22    other than the judicial solution of any specific ideas

23    that AVL brought to the table that FME rejected?

24 A  Well, I think if you look at this, there was actually

25    two parts to that, there was a judicial solution and

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
**Raymond Corbin on 11/12/2015**                                    **Pages 78..81**

Page 78

1    there was also a two-permit proposal.  They're somewhat
2    intertwined, but they also are very separate, which is
3    why that says in here that's an alternative approach.
4  Q  All right.  So we have the judicial approach, which
5    would have involved a violation of the permit and
6    involvement of a court and the issuance of some sort of
7    a settlement agreement?
8  A  Yeah.
9  Q  And then we have the two-permit approach?
10  A  Right.
11  Q  Do you recall, did FME reject the two-permit approach or
12    did DNR reject the two-permit approach?
13  A  FME rejected both of those approaches.
14  Q  Okay.  And do you recall whether FME offered an
15    explanation as to why it wasn't interested in the
16    two-permit approach?
17  A  There was a reason, but quite honestly, I don't think I
18    have a total recollection of that, so --
19  Q  Would that possibly be reflected in your notes?
20  A  I don't -- I don't think so.
21  Q  Okay.  All right.  So we have the judicial solution and
22    the two-permit approach.
23  A  Right.
24  Q  As you sit here today, can you recall any other ideas,
25    permitting ideas, that FM -- that AVL brought to the

Page 79

1    table that FME rejected?
2  A  Not as I sit here today.
3  Q  Okay.
4        MR. DeGEORGE:  Mark this 52.
5        COURT REPORTER:  Fifty-three.
6        MR. DeGEORGE:  Fifty-three?  We're going faster
7    than I thought.
8        (Exhibit 53 was marked for identification.)
9  BY MR. DeGEORGE:
10  Q  Mr. Corbin, you've been handed what has been marked as
11    Exhibit 53, and I'll acknowledge that this is an email
12    that you neither authored nor apparently received at the
13    time, it was authored by Mr. Ricker, but having said
14    that, does this look familiar to you?
15  A  I don't believe I've seen this document.
16  Q  Okay.  Well, I'll ask Mr. Ricker about it later today,
17    but I do have a few questions just to see if you have an
18    independent recollection.  The email, it goes from
19    Mr. Ricker to Mr. John Bottorff, B-o-t-t-o-r-f-f, and
20    it's dated July 15, 2011, and it begins, "John.  This
21    email is a very quick summary of some key items we
22    discussed both Wednesday and yesterday regarding the,
23    quote, Traditional, end quote, permitting process by
24    FME.  We really appreciate your suggestions."
25        Do you have any recollection of what suggestions

Page 80

1    FME had had that AVL really appreciated?
2  A  No.
3  Q  And then the first bulleted item says, "AVL will not
4    pursue the quote, Judicial, end quote, permitting
5    approach."
6        That's the same thing we've been talking about,
7    right?
8  A  That's correct.
9  Q  And the next bulleted item says, "FME and AVL will
10    work together on the 'Traditional' permitting approach
11    with the intent of getting necessary changes in
12    permitting for the OP building as quickly as possible
13    (3 to 4 months)," did I read that correctly?
14  A  You did.
15  Q  So at this point, at least as far as Mr. Ricker appears
16    to have been concerned, July 15, 2011, FME and AVL were
17    continuing to work together on the traditional
18    permitting approach, correct?
19  A  That appears to be correct, yes.
20  Q  And then it says, "FME will allow Mark Thimke to work
21    with FME and AVL on the permitting process," right?
22  A  Um-hmm.
23  Q  And is it your understanding that when AVL hired
24    Mr. Thimke, it asked for and received from FME a waiver
25    of the conflict of interest created by the fact that

Page 81

1    Mr. Thimke had previously done work for FME, do you
2    recall that?
3  A  Yes.
4  Q  Okay.  So FME agreed to waive that conflict --
5  A  That's correct.
6  Q  -- in order to help this process along?
7  A  That is true.
8  Q  And then if you'll go down to near the bottom, there's a
9    paragraph that begins with the word "Finally," do you
10    see that?
11  A  Yep.
12  Q  It says, "Finally, AVL appreciates the opportunity FME
13    has provided to consider the Assembly Building for AVL
14    testing," did I read that correctly?
15  A  Yes, you did.
16  Q  What is the assembly building?
17  A  It's where they assemble their engines for their
18    production engines.
19  Q  You're talking about --
20  A  FME.
21  Q  -- FME?
22  A  Yeah.
23  Q  In this -- in this sentence, Mr. Ricker is expressing
24    AVL's appreciation that FME would consider the
25    possibility of allowing AVL to do some work in the

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                              Pages 82..85

**Page 82**

1    assembly building?
2  A  That's correct.
3  Q  Did you -- have you heard that building sometimes
4    referred to as the large engine building?
5  A  Yes.
6  Q  So if I use the term "large engine building," we'll be
7    talking about the same thing?
8  A  Yes.
9  Q  All right.  So was it your understanding in July of 2011
10   that in order for AVL to do engine testing in the large
11   engine building, it required FME's approval?
12      MR. HERRMANN:  Object to the extent it calls for a
13   legal conclusion.
14  A  Well, of course it needed it, I can't just go move an
15   engine in there.
16  BY MR. DeGEORGE:
17  Q  Okay.  Well, I guess I'll ask it more specifically.
18      Under the master services agreement, did AVL have
19   an express right to test engines in the large engine
20   building?
21      MR. HERRMANN:  Same objection.
22  A  In the master services agreement, it is not specific as
23   to which building that we would do testing, so our
24   assumption was we would do testing on the Fairbanks
25   Morse campus.

**Page 83**

1  BY MR. DeGEORGE:
2  Q  That was your assumption when?
3  A  At the beginning of the -- in the master services
4    agreement.
5  Q  Are you aware of a single document that ever said that?
6  A  Not that I'm aware of.
7  Q  Was it your understanding when the master services
8    agreement was entered into that FM -- that AVL would be
9    allowed to test in every building on the campus?
10  A  We were -- at that time were focused on the OP building.
11  Q  Right.
12  A  We were focused on that building.
13  Q  Yeah, and that wasn't my question.
14      My question is when the master services agreement
15   was signed in August of 2008, was it AVL's understanding
16   that it would be entitled to conduct engine testing in
17   any or all of the buildings at the FME campus in Beloit,
18   Wisconsin?
19  A  It was not implicit in the contract, I would agree with
20   that.
21  Q  Nor was it explicit?
22  A  Right, nor was it explicit.
23  Q  And just so we're clear on the record, are you aware of
24   any written or oral communication ever communicated by
25   AVL to FME expressing the view that AVL had the

**Page 84**

1    contractual right to test engines in the large engine
2    building?
3  A  I don't believe there was ever any documentation
4    to -- to that -- to that effect.
5  Q  And what about orally, do you know -- are you aware of
6    anybody from AVL ever saying to anybody from FME, "Hey,
7    we have a right under the master services agreement to
8    use the large engine building"?
9  A  Not that I'm personally aware of.
10      VIDEOGRAPHER:  Five minutes left on these DVDs.
11      MR. DeGEORGE:  Well, let's see if we can get
12   through one more and then we'll -- this is 54.
13      (Exhibit 54 was marked for identification.)
14  BY MR. DeGEORGE:
15  Q  Mr. Corbin, you've been handed what has been marked as
16   Exhibit 54.
17  A  Right.
18  Q  Can you tell us what this is?
19  A  This is a series of communications between George
20   Whittier and myself prior to the June 30th meeting which
21   we looked at one of the exhibits from.
22  Q  Okay.  And Mr. -- one of the emails is an email that
23   Mr. Whittier sent to you on June 29th at 8:54 a.m.,
24   correct?  The middle one?
25  A  Yes.

**Page 85**

1  Q  Okay.
2  A  I'm sorry, I got confused.
3  Q  And Mr. Whittier's email to you says, among other
4    things, "We intend to talk about the air permit stack
5    and fuel limitations and make sure AVL is aware of the
6    very limited nature of testing that can be supported
7    through the rest of this year," did I read that
8    correctly?
9  A  Yes.
10  Q  Do you recall what Mr. Whittier was referring to about
11   the fuel limitation and the limited nature of testing
12   that can be supported through the end of 2011?
13  A  Yes.
14  Q  What was that?
15  A  Well, there was a fuel burn requirement for the facility
16   on a rolling basis, on a monthly rolling basis, and so
17   because we had been the only person testing in that
18   building which had been going on for a period of time,
19   suddenly they show up with engines inside the facility
20   and no longer is the fuel burn sufficient to handle all
21   of our testing, that's what it referred to.
22  Q  And am I correct that FME had the right to test engines
23   in the OP building under the master services agreement?
24  A  They also -- the answer would be, you know, they
25   had -- in the contract it stated that, that's true.

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 23 of 86

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 86..89

**Page 86**

1  Q  Okay.
2  A  But they also had an obligation to us to be able to
3     provide us with our testing needs, also, in my opinion.
4  Q  And does the master services agreement say that
5     explicitly?
6        MR. HERRMANN:  Object to the extent it calls for a
7     legal conclusion.
8  A  Yeah, that's a legal -- that's a legal -- I'm not going
9     to comment on that.
10 BY MR. DeGEORGE:
11 Q  You just don't know?
12 A  I'm not going to comment because I think it calls to
13    interpretation of a document that I'm not legally
14    capable of making that determination.
15 Q  Well, I mean, I'll tell you, and your attorney will
16    correct me if I'm wrong, but if a contract is unclear,
17    one of the pieces of evidence that a Court will consider
18    is what the intent of the parties was when they entered
19    into the contract.
20 A  So let me answer it this way.  When we entered into that
21    contract together, when I walked out to the OP building,
22    there was nothing in that building testing.  The
23    building had broken windows, it had nothing in the
24    building.  When we asked them at that time, "What do you
25    foresee is your needs?" a dialogue had taken place that

**Page 87**

1     said, "We haven't used this building in years, we are
2     glad to be able to utilize it."  So that's why we
3     entered into this contract.
4  Q  Did somebody from FME ever tell you or anybody else to
5     your knowledge at AVL that FME did not have any plans to
6     ever do any more testing in the OP building?
7  A  Not that I'm aware of.
8        MR. DeGEORGE:  Okay.  Why don't we take a break
9     because it will take more than a few minutes to finish
10    this document.
11       VIDEOGRAPHER:  This is the end of media number one
12    in the deposition of Mr. Ray Corbin.  We're going off
13    the record at 11:16 a.m.
14       (Short recess.)
15       VIDEOGRAPHER:  This is the beginning of media
16    number two in the continuing deposition of Mr. Ray
17    Corbin.  We're back on the record at 11:25.
18 BY MR. DeGEORGE:
19 Q  All right, Mr. Corbin, let's just finish up Exhibit 54,
20    I just want to ask you one more question.
21 A  Sure.
22 Q  There's a reference which we talked about a little
23    earlier to permit stack and fuel limitations.  Those
24    were two separate limitations that -- we're talking
25    about the FME air permit and these were two limitations

**Page 88**

1     that were contained in that permit, is that correct?
2  A  Yes.
3  Q  Okay.  And the fuel limitation was independent of the
4     stack issue in the sense that no matter how many
5     stacks there were available to FME and AVL in the
6     OP building, if there was a hundred stacks, it didn't
7     matter, it didn't have any impact on the fuel
8     limitation, correct?
9  A  As long as they were permitted, that's correct.
10 Q  Right.  So the 30,333-gallon-per-month rolling average
11    fuel limitation in the permit applied irrespective of
12    how many permitted stacks there were?
13 A  That's my -- I believe that to be true, yes.
14 Q  Okay.  Let's go to -- Mr. Corbin, this was previously
15    marked as Exhibit 17.
16 A  Okay.
17 Q  And I'm just going to have a couple questions about
18    this --
19 A  Sure.
20 Q  -- and as I ask them, you may need to spend a minute
21    getting context.  First of all, I'll represent to you
22    that this document was produced to us by AVL.  It's
23    entitled Multiple Large Engine Test Cells, Update on
24    Current Concerns, and it's dated June 14, 2011.
25       Does this document look familiar to you?

**Page 89**

1  A  It does not.
2  Q  Okay.  Then I'll just ask you if you have any
3     recollection of some of the subjects that are discussed
4     in this document.  On the third page, the first bulleted
5     item reads, "Have learned that we will be hitting the
6     existing air permitting limit in the end of August/early
7     September time frame."  And I presume this is referring
8     to end of August, early September 2011, correct?
9        MR. HERRMANN:  Object to foundation.
10 A  I can't -- I can't comment, I suppose.
11 BY MR. DeGEORGE:
12 Q  Well, would you have any reason to believe that it was
13    referring to another year?
14 A  No.
15 Q  I'm sorry?
16 A  No.
17 Q  Okay.  Was it your understanding that in the summer of
18    2011, that there were indications that the fuel
19    limitation contained in the FME air permit was going to
20    be hit later that year?
21 A  Yes.
22 Q  Okay.  And then directly beneath that bulleted item is a
23    sub-item which reads "Combined AVL/FME."
24 A  Correct.
25 Q  So again, I know you haven't seen this document before

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                   Pages 90..93

**Page 90**

1    or don't recall this document, but would that indicate
2    to you that what this is referring to is the amount of
3    fuel that was being used combined by AVL and FME?
4  A  Yes.
5  Q  Okay.  Then on the next -- page 4 is entitled
6    Aftertreatment.  And the third bulleted item says,
7    "If required, AVL may need a price adjustment of between
8    $10,000 and $20,000 per cell for the next 5 years."
9        Do you have any recollection of what that referred
10   to?
11 A  I think -- no, I can't -- I can't comment to that
12   bullet.
13 Q  So you have no --
14 A  I can't --
15 Q  -- no idea what that referred to?
16 A  I do not know what this document was trying to convey to
17   Caterpillar in this particular instance.
18 Q  Do you recall the subject coming up with CAT about
19   whether CAT would be asked -- well, first of all, do you
20   recall the subject coming up internally at AVL about the
21   possibility of asking Caterpillar to in some fashion
22   help finance any capital improvements that would be
23   necessary at the FME plant?
24 A  We did indeed have an internal discussion, but realized
25   that that is not something that we could ask our

**Page 91**

1    customer to bear the cost for.
2        MR. DeGEORGE:  This is 55.
3        (Exhibit 55 was marked for identification.)
4  A  Thank you.
5  BY MR. DeGEORGE:
6  Q  Mr. Corbin, you've been handed what has been marked
7    Exhibit Number 55 and it consists of two emails.  The
8    one I want to ask you a few questions about is Robert
9    Maly's email to you and others dated June 28, 2011, at
10   12:19 p.m., are you with me?
11 A  Yep.
12 Q  Okay.  And the subject is "Large Engine Testing
13   Overview - Beloit."
14 A  Okay.
15 Q  Okay?  There's a section of the email that says "Current
16   Plan" and it indicates that Mr. Maly met with Tim
17   Meyers, M-e-y-e-r-s, Greg Hudson, H-u-d-s-o-n, Jonathan
18   Kilkenny, K-i-l-k-e-n-n-y, Blake Smith, and Swapnil,
19   S-w-a-p-n-i-l, Padate, P-a-d-a-t-e, my apologies for
20   mispronouncing that, "yesterday afternoon to explain our
21   situation here in Beloit and laid out the following
22   plan."
23        Are those people that I just mentioned, are those
24   people with CAT or EMD?
25 A  The only name that I'm familiar there is with Swapnil

**Page 92**

1    and he is with CAT, yes.
2  Q  The other people listed there, they're not with AVL,
3    right?
4  A  They're not with AVL.
5  Q  And to your knowledge, they were not with FME?
6  A  I believe that to be true, yes.
7  Q  And the four items are:  Run the C175 for one or two
8    more days, remove engine.  Two, once the C175 is
9    finished, run the 3516 for about a week, remove engine.
10   Three, return the C175 engine to CAT.  And four, run the
11   C280 program to completion, remove engine.
12        Tell me what you remember about that current plan?
13 A  Well, at this time, in during this period of time,
14   Caterpillar -- we had informed Caterpillar of our
15   inability to test because of the fuel limits and this
16   was a plan to get them engines back to their facility,
17   so we were in the process of not being able to fulfill
18   our contractual agreements with them.
19 Q  So when you informed Caterpillar about the fuel
20   limitation that was impeding your ability to test their
21   engines, what was Caterpillar's reaction, did they say,
22   "Well, then we're going to pull our engines"?
23 A  First they tried -- you know, I think we've seen
24   documentation where we tried to explain to them the
25   situation so they understood it and then I think there

**Page 93**

1    was nothing that we could present to them as a valid
2    plan at this point that would get us to be able to test
3    into the fall time frame, which was important to them.
4    So I think they were very, very upset with us that we
5    could not meet their testing requirements because we had
6    invested and had invested a lot of money in that
7    facility at that point.
8  Q  What if you -- let me ask it this way.
9        Do you know whether AVL made a proposal to CAT to
10   the effect that we're unable to meet all your
11   requirements, but what about testing two engines on a
12   part-time basis, did anything like that ever come up
13   with CAT, sort of a scaled-back testing program?
14 A  We discussed with them, although I was not personally
15   involved, I know Jerry Vietinghoff discussed with them
16   alternatives to shorter test cycles, other things, and
17   you have to understand the nature of engine testing, it
18   isn't something where you can just turn it on and turn
19   it off, you have -- when you do it, you have to start a
20   test in a series of tests to be able to get the
21   calibration done, so it doesn't lend itself to, oh, I've
22   got 100 gallons of fuel today I'll go burn.  So that's
23   where Caterpillar basically looked at these things with
24   us, but I think their exit plan was such that they had
25   to take care of them self.

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                     Pages 94..97

Page 94

```
 1   Q   So it was Caterpillar's decision that under the
 2       circumstances, it needed to find some place else to have
 3       its engines tested?
 4   A   Yes.
 5           THE WITNESS:  It got cooler suddenly, didn't it?
 6           MR. DeGEORGE:  Mark this as 56.
 7           (Exhibit 56 was marked for identification.)
 8   BY MR. DeGEORGE:
 9   Q   Mr. Corbin, I know that you left AVL effective
10       December 31, 2011, correct?
11   A   That's correct.
12   Q   All right.  Before or after you left, do you know -- do
13       you know what a litigation hold is?
14   A   Do not.
15   Q   Okay.  Sometimes when parties find themselves facing a
16       legal disagreement, the lawyers for the parties tell
17       everybody who is involved to hold on to all your
18       records, don't delete emails, don't throw anything away
19       related to this dispute.  Do you recall any such
20       communication?
21   A   Yes.
22   Q   Okay.  Tell me about that?
23   A   I --
24           MR. HERRMANN:  Well, let me just place an objection
25       to the extent we may be talking about attorney/client
```

Page 95

```
 1       communications.  I have --
 2           THE WITNESS:  Yeah.
 3           MR. HERRMANN:  -- no issues with you describing
 4       what you were informed to do --
 5           THE WITNESS:  Right.
 6           MR. HERRMANN:  -- just as long as it's not a more
 7       extensive conversation --
 8           THE WITNESS:  No.
 9           MR. HERRMANN:  -- but go ahead.
10   A   You described what we were -- what I was -- we were
11       all -- I was asked do not destroy anything to do
12       with -- anything to do with Fairbanks Morse.
13   BY MR. DeGEORGE:
14   Q   Okay, good.  Thank you.  Do you know whether that was in
15       writing or did someone just tell you that orally?
16   A   You know, I don't remember, I --
17   Q   Okay.
18   A   I don't remember.
19   Q   And you held on to all your notes and the other things
20       you've described?
21   A   Yes.
22   Q   And eventually turned them over to your counsel?
23   A   That's correct.
24   Q   Okay.  I'll just ask Mr. Ricker about these --
25   A   I was saying going to say, yeah, I don't think there's
```

Page 96

```
 1       anything I can add to that one.
 2           MR. DeGEORGE:  Fifty-six.  We'll mark this as 57.
 3           (Exhibit 57 was marked for identification.)
 4   BY MR. DeGEORGE:
 5   Q   I'm just going to have a couple question
 6       about -- questions --
 7   A   Sure.
 8   Q   -- about 57.  First of all, do you recall seeing this
 9       document before?
10   A   I can't say that I remember seeing this document.
11   Q   Okay.  Well, let me ask you a couple questions just to
12       see if you have any recollection independently of a
13       couple things that are mentioned --
14   A   Okay.
15   Q   -- in it.  Page 2 of Exhibit 57 --
16   A   Okay.
17   Q   -- the fourth and fifth bulleted items refer to FME
18       agreeing to allow Mark Thimke to work collaboratively
19       with Dan Guido at ERM to explore all possible approaches
20       that would allow -- well, all possible ways to expedite
21       the process and then all possible approaches that would
22       allow AVL to start running as soon as possible after the
23       permit is issued.
24           Is it your recollection that FME had indeed agreed
25       to allow its attorney, Mark Thimke, to work
```

Page 97

```
 1       collaboratively with FME's environmental consultant, Dan
 2       Guido, to try to figure out what to do?
 3   A   Yes.
 4   Q   On page 4, Mr. Corbin, of Exhibit 57 --
 5   A   Okay.
 6   Q   -- the first bulleted item indicates -- states, "AVL to
 7       confirm scenario to be modeled" and then it talks about
 8       some specifics, and the second bulleted item says, "AVL
 9       to provide all detailed parameters required for modeling
10       to Dan Guido at ERM."
11           To your knowledge, did AVL ever provide these
12       details to Mr. Guido?
13   A   Yes.
14   Q   You think it did?
15   A   Yes.
16   Q   And who provided that?
17   A   Oh, God.  There was an engineer on site that provided
18       that information and he provided it to -- an engineer
19       at -- at FME, so --.
20   Q   If you'll turn to the last page --
21   A   Sure.
22   Q   -- Mr. Corbin, of Exhibit 57 which is entitled Get Up
23       and Running ASAP, and the first item on the left column,
24       Activity, "Accelerate the permitting process."  And then
25       the Status says, "Hansell," H-a-n-s-e-l-l, "driving
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 98..101

**Page 98**

1    efforts of FME/AVL team to move as fast as possible.
2    Getting good cooperation from FME/ERM," did I read that
3    correctly?
4    A    Yes.
5    Q    Do you disagree with this statement?
6    A    No.  Only to the extent, though, that we were placed in
7         a significant problem, so he saw this as at least we
8         were trying to get cooperative -- a cooperative manner
9         moving forward, so I don't --
10   Q    And you were getting cooperation, correct, from FME and
11        ERM?
12   A    In my opinion, no.
13   Q    Okay.  Do you know who authored Exhibit 57?
14   A    I do not.
15   Q    Well, it appears somebody at AVL --
16   A    Yeah, it appears to be somebody at AVL, I agree.
17   Q    -- thought that good cooperation was being provided by
18        FME and ERM?
19   A    Right.
20   Q    Okay.  Did you have any -- did you personally have any
21        direct dealings with ERM?
22   A    I was in meetings where he was part of the -- part of
23        the meetings, yeah.
24   Q    "He" being Dan Guido?
25   A    Dan Guido, yes.

**Page 99**

1    Q    And was it ever your impression that he was
2         uncooperative?
3    A    Never uncooperative.
4    Q    Okay.  You'll be handed what has been previously
5         marked as Exhibit 26.  Exhibit 26 appears to be an email
6         from Mr. Vietinghoff, V-i-e-t-i-n-g-h-o-f-f, to
7         Mr. DiCaro, D-i-C-a-r-o, dated July 28, 2011, and just
8         generally speaking, and I know that this is not an email
9         that you authored or was sent to you at the time, but
10        generally speaking, as of July 28, 2011, was it your
11        understanding that AVL and FME and their respective
12        representatives continued to work together to solve
13        these problems?
14   A    I think there was a cooperative -- a cooperative
15        environment, but not producing results.
16   Q    But the effort was ongoing?
17   A    Yeah, I think the documentation would relay that we were
18        all trying to work together at this point.
19   Q    Okay, thank you.
20   A    Can I add something to that last statement?
21   Q    Absolutely.
22   A    So in a meeting that I sat across the table from George
23        Whittier at, he made it extremely clear to me that his
24        number one priority was to take care of his customer,
25        which was the engine testing that was going on in there,

**Page 100**

1    and that to me really bothered me because wasn't I a
2    customer also?  And it was very evident even though they
3    were being cooperative, their number one goal was to
4    take care of themselves in this process.
5    Q    And what was your number one goal?
6    A    My number one goal was to take care of my customer,
7         obviously.
8    Q    Okay, good.  Fair enough.  Your customer being CAT?
9    A    Correct.  Well, and the owner of our company because we
10        had put a significant amount of money into that
11        facility.
12            MR. DeGEORGE:  What is this, 58 we're up to?  I'm
13        sorry, I marked 58 on your copy.
14            (Exhibit 58 was marked for identification.)
15            MR. HERRMANN:  This is 58, though, correct?
16            MR. DeGEORGE:  Yeah, it is 58.
17   BY MR. DeGEORGE:
18   Q    All right, let's talk about the contract.  This is the
19        Master Agreement between AVL and FME --
20   A    Yes.
21   Q    -- effective August 28, 2008?
22   A    That's correct.
23   Q    Correct.  And this is a document you reviewed as
24        recently as yesterday, correct?
25   A    Yes.

**Page 101**

1    Q    Okay.  And you may have already answered this question,
2         but tell us what your role was in the negotiations
3         leading up to the Master Agreement?
4    A    The negotiations for this Master Agreement were mainly
5         hand -- were handled between -- was mainly handled by
6         Dwight Hansell and I did not get involved in the -- in
7         great detail of this agreement.
8    Q    And is it your view that Mr. Hansell did a pretty crumby
9         job in negotiating the terms of this agreement?
10   A    I think in -- if we look backwards, which is always easy
11        to do, one could construe that both parties needed to
12        have done maybe more due diligence than was done.
13   Q    Okay.
14   A    But, you know, that's hindsight, you can't --
15   Q    Right.  Well, with the benefit of hindsight, what, if
16        anything, would you have had Mr. Hansell do differently
17        in negotiating this contract?
18   A    Well, obviously, the things that we found along the
19        process we probably would have done a deeper due
20        diligence on.  I mean, that's easy to say, you know,
21        it's easy to look at what went wrong and say I would
22        have done a better job on that, so --.
23   Q    Well, whose responsibility was it, if you know, at
24        AVL -- you used the term "due diligence."  I would
25        presume that one piece of the due diligence would be to

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                          Pages 102..105

Page 102

```
1        review the air permit for the --
2    A   Right.
3    Q   -- facility? Correct?
4    A   Correct.
5    Q   That would be pretty basic, wouldn't it?
6    A   Right.
7    Q   Okay.  Whose responsibility was it to review the FME air
8        permit before the Master Agreement was signed?
9    A   That would have been done through Mike Golda's
10       organization, Operations.
11   Q   So Mike Golda would be the right person to ask about
12       that aspect of the due diligence?
13   A   Yes.
14   Q   Okay.  Did Mr. Golda or anybody else at AVL ever submit
15       to you any sort of written or oral report about the
16       contents of the FME air permit and how they may relate
17       to this relationship?
18   A   No.
19   Q   Okay.  So I think you testified that Mr. Hansell was
20       primarily responsible --
21   A   Correct.
22   Q   -- for negotiating the terms of this Master Agreement.
23           Just summarize for me what, if any, role you played
24       as the terms were being negotiated?
25   A   My main role was I went out to see the facility
```

Page 103

```
1        firsthand to understand what we were signing up to do,
2        what FME was offering us, so that I could understand at
3        least physically what they were offering to us.  Because
4        I had never been to Fairbanks Morse before, so my
5        main -- main thing was looking at facilities trying to
6        understand costs, you know, understand what it would
7        take to upgrade this facility that when I went to, I
8        went -- it was really a pretty bad facility, you know,
9        and so we had to sit down and make a decision do we want
10       to invest significantly into a building like this.  It
11       had bones, what I call bones, but it needed a lot of
12       infrastructure fixed.
13   Q   You're referring to the OP building?
14   A   Yeah, the OP building.  And we did walk and we did have
15       the opportunity to tour the other test cells on the
16       facility in the --
17   Q   You're talking about the large engine building?
18   A   Yeah, the large engine building, we were able -- they
19       were very -- they did take us through the entire
20       building and showed us where -- the entire campus and
21       showed us where they were testing.
22   Q   And when you -- roughly when was it that you did this
23       visit?
24   A   It would have been in -- let's see, we signed this in
25       August.  That would have been in the winter before that,
```

Page 104

```
1        we went over in the winter of like in December, I
2        believe it was, to review and -- and the person that we
3        met with was Tony Gioffedi.
4    Q   And was it your understanding when you made that visit,
5        I know we're talking about how many months before the
6        agreement was signed --
7    A   Right.
8    Q   -- but was it your understanding at that time when you
9        saw the large engine building that you would be testing
10       engines in that building, as well?
11   A   There was -- there was no reason to believe we couldn't
12       at that point, there was nobody that said you can't test
13       in this building.  So even though we were looking at the
14       OP building as our primary building, there was never
15       anything construed that would say you're excluded from
16       these facilities.
17   Q   Did you ever ask?
18   A   No, to be honest, did not ask.
19   Q   So you never said, "Are we going to be allowed to test
20       in this really nice building?"
21   A   No, not that I -- I did not ask those questions.  There
22       could have been other people within the organization
23       that asked that.  I did not ask that --
24   Q   Did anybody --
25   A   -- question.
```

Page 105

```
1        -- at FME ever say, "Hey, we're going to let you test in
2        this building, as well," before the agreement was
3        signed?
4    A   No, but they never said to you couldn't test in there
5        either, so --
6    Q   Right.  Okay.  So you visited the facility in the
7        winter --
8    A   Right.
9    Q   -- before the agreement was signed, months before.
10   A   Right.
11   Q   So then at some point the parties started exchanging
12       drafts of the Master Agreement?
13   A   Correct, that's --
14   Q   All right.  What role did you play in that process?
15   A   I was very -- a very limited role at that point.
16   Q   By the way, did you ever ask anybody, Mr. Golda or
17       anybody else, to give you a report or a summary of the
18       FME air permit before the contract was signed?
19   A   I did not.
20   Q   Was Mr. Golda fired?
21   A   Mr. Golda, I was not involved in his termination, so I
22       can't speak to that.
23   Q   That was before you left, right?
24   A   Yeah.  There was a period of time when I was off ill, I
25       had major surgery, and during that period of time his
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                    Pages 106..109

Page 106

1    termination took place.
2  Q  Okay.  Do you have any understanding as to why he was
3    terminated?
4  A  I do not have firsthand knowledge.
5  Q  Do you have secondhand knowledge?
6  A  No.
7  Q  So you have no idea at all why he might have been fired?
8  A  I did not sign any of his termination papers, nor
9    was -- I was only informed that he was terminated while
10    I was off.
11  Q  You didn't ask anybody why he was terminated?
12  A  No.
13  Q  What about Mr. Maly, he was terminated also, right?
14  A  Well, he was -- he basically, as the facility was
15    winding down, he had to be term -- there was nothing for
16    him to do.
17  Q  And that was the reason for his termination?
18  A  Right.
19  Q  Okay.  And Mr. Hansell was terminated?
20  A  That's correct.
21  Q  And you were involved in that?
22  A  Well, again, that took place while I was off, but that
23    one, I do have knowledge that it was based on his lack
24    of communicating with management during this entire
25    process as well as his hand in the Test Cell 32 or Test

Page 107

1    Cell 7 situation.
2  Q  So when you say his lack of communicating with
3    management during this process, you mean during the
4    process of negotiating the Master Agreement?
5  A  Throughout the entire process.
6  Q  Including the negotiation of the Master Agreement?
7  A  Correct.
8  Q  When you -- did you see drafts of the Master Agreement
9    as it was being negotiated?
10  A  Not -- I may have seen a couple of drafts, but those
11    were mainly handled between Dwight Hansell and our legal
12    counsel.
13  Q  Okay.  And who was your legal counsel?
14  A  At that time it would have gone through Chet Ricker's
15    organization to legal counsel, which would be --
16  Q  The Kerr Russell firm?
17  A  I believe that's who that was.  You'd have to ask Chet
18    that question.
19  Q  And to the extent you looked at any drafts of the Master
20    Agreement, do you recall whether you ever asked anybody
21    about what particular draft terms meant or asked anybody
22    to change anything specific?  I know this was a long
23    time ago, I'm just --
24  A  Yeah, this was --
25  Q  -- trying to get a --

Page 108

1  A  -- a long time ago.
2  Q  -- handle on what you did as this --
3  A  This is really a long time ago, I mean, I'm having a
4    hard time recollecting a lot of this stuff.
5       I think the only thing that I talked to them about
6    was the length of time that we should put this contract
7    in place, because I didn't want it to be a short-term
8    contract because of the investments that we were about
9    to impart on for AVL.
10  Q  Okay.  As I mentioned to you earlier, one of the things
11    that the Court may or may not be asked to look at or the
12    jury --
13  A  Um-hmm.
14  Q  -- will be what each of the two parties might have
15    intended concerning certain language in the contract.
16       Aside from the term, the five-year term of the
17    contract, which you just said that that was important to
18    you, who would be -- you know, if I wanted to ask
19    somebody what was the intent by this provision, is there
20    a single person at AVL that would be the right person to
21    ask those kinds of questions or would it be a number of
22    people?
23  A  Well, I think, first of all, it would be a number of
24    people.  I don't know if there's one singular person
25    that you can ask that question of.

Page 109

1  Q  Okay.  Did you read the Master Agreement before you
2    signed it?
3  A  Yes.
4  Q  Okay.  And does your signature appear on page 12 of the
5    Master Agreement?
6  A  That is my signature.
7  Q  And when you read the Master Agreement before signing
8    it, were you under any pressure to sign it immediately
9    or did you have a fair opportunity to read it and talk
10    to whomever you wanted to talk to about it?
11  A  I was not under pressure, I had fair time.
12  Q  After you read it, did you go to Mr. Hansell or
13    Mr. Golda or anybody else and talk with them about any
14    of the terms of the agreement that you had questions
15    about?
16  A  Not that I recollect.
17  Q  Okay.  What about with legal counsel, did you speak -- I
18    don't want to -- I don't want to know about any --
19  A  Right.
20  Q  -- the substance of any discussions --
21  A  Right.
22  Q  -- but did you confer with legal counsel about any
23    specific terms?
24  A  Not that I recollect.
25  Q  Would that have been, as far as you know, Mr. Hansell's

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015     Pages 110..113

1   responsibility?

2   A   He was working through the -- through the legal portion

3     of this on behalf of the company, yes.

4   Q   Okay.  So between the time you read the final version of

5     the agreement and signed it, you didn't have -- you

6     didn't ask anybody any questions about its terms?

7   A   Well, we reviewed the terms, obviously, before I signed

8     this, I wouldn't just take a document and sign it.

9   Q   Right.  Who's "we"?

10   A   I reviewed this with Dwight Hansell --

11   Q   Okay.

12   A   -- and Mike Golda because in here was the impacts to us

13     from a operational and from a customer impact

14     standpoint.

15   Q   And as you reviewed it with Mr. Hansell and Mr. Golda,

16     do you recall asking them any specific questions about

17     particular provisions in the agreement and what they

18     meant?

19   A   I can't -- that's so long ago, I don't remember that

20     kind of --

21   Q   So you don't remember specifically --

22   A   Right.

23   Q   -- objecting to anything in the agreement?

24   A   No.

25   Q   As you sit here today, having read the agreement before

1   you signed it and again having read the agreement as

2   recently as yesterday, does anything come to mind in

3   this agreement that you believe does not accurately

4   reflect what your intent was when you signed it?

5   A   I don't believe there's misrepresentation of what we

6     wanted to do in this, I mean, I think it represents in

7     general what we wanted to do.

8   Q   Okay.  With the benefit of hindsight, again, having

9     signed the agreement and having read it as recently as

10     yesterday and now knowing about this whole mess --

11   A   Right.

12   Q   -- litigation --

13   A   Right.

14   Q   -- is there anything that comes to mind that if you had

15     the opportunity, you would write differently in this

16     agreement?

17   A   Well, I think that was the intent when we were -- when

18     we were trying to redo the master services agreement,

19     that there were provisions in here, and for me to point

20     out specific provisions, I'd have to go through this in

21     great detail, but in hindsight, yeah, there's probably a

22     few things I would have done differently.

23   Q   Anything come to mind?

24   A   Well, I think we would have put -- we would have put

25     responsibilities -- some stronger responsibilities on

1   FME because they just didn't give us all the

2   information, we did not have all the information when I

3   signed this, and that's the part that -- I didn't know

4   they didn't own the building.  Why didn't they tell me

5   that?

6   Q   What relevance did that have?

7   A   Because without control of the building, why would

8     I -- why would I not immediately start to question what

9     is your terms of length of time, what is your

10     relationship with your -- with your -- with your

11     landlord?  What provisions do you have with them for

12     being able to do this?  I mean, we invested millions of

13     dollars --

14   Q   Okay.

15   A   -- in a facility that we didn't realize FME had no

16     control over.

17   Q   Well, as you sit here today, does the fact that FME

18     leased the OP building from the owner, did that have

19     anything at all to do with any of the problems that AVL

20     ran into with its engine testing program in that

21     building?

22   A   Not -- it did not have to do with those specific

23     problems, but it had to do with the ability for us to

24     have a long-term contract in that building.  I don't

25     know what the provisions and terms were with their

1   landlord, but any prudent businessman would want to know

2   what those are so that if I'm investing millions of

3   dollars on behalf of this company, that I can do so with

4   the faith that the landlord can't pull the rug out from

5   behind me.

6   Q   Right.  And do you know what the terms of the lease

7     between FME and its landlord were?

8   A   I was never given that information.

9   Q   Okay.  Do you know whether that was included in the due

10     diligence that your people did?

11   A   Not that I'm aware of.

12   Q   That's a publicly-available document --

13   A   Right.

14   Q   -- is it not?

15   A   I -- you know, you -- I don't know.

16   Q   You don't know?

17   A   I don't know.

18   Q   You don't know whether the owner of a piece of real

19     estate is a matter of public record?

20   A   When we worked with FME, they described their campus as

21     including the OP building, they told us that was

22     included as part of their campus.

23   Q   Did they ever tell you, "We own the OP building"?

24   A   They never told us they didn't.

25   Q   Now, I want to make sure the record is clear on this.

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Pages 114..117

| Page 114 | Page 116 |
|---|---|

**Page 114**

1  Did the fact that FME leased the OP building have
2  anything at all to do with the problems that AVL and
3  FME ultimately ran into in 2011 as they relate to AVL's
4  continuing ability to test engines in the OP building?
5      MR. HERRMANN:  Object to foundation.  Go ahead.
6  A  If you want to say did it have to do with the -- with
7  the air permitting issue?  No.  Did it have to do with
8  the cooling?  No.  But there's a bigger business thing
9  here that we're forgetting, and that is not being able
10 to know that -- what happens if we're three years into
11 this and suddenly the landlord says, "Well, we're going
12 to pull -- we're going to pull -- we want the building
13 back," and then --
14 BY MR. DeGEORGE:
15 Q  That didn't happen.
16 A  No, but it could have.
17 Q  And you have no idea whether the landlord had any such
18 right under the lease?
19 A  Right, but it could -- but they could have, right?
20 Q  How could they if you don't know what the lease said?
21 A  Okay, that's true, that I would not disagree with.
22 Q  Okay.  So you will agree that as you sit here today, the
23 fact that that was a leased building had no bearing on
24 AVL's ability to test engines in that plant, in that
25 building?

**Page 115**

1  A  I would have to say that directly, that's true.
2  Q  Okay.  Now, the question I had asked you, and we talked
3  about the lease, was whether with the benefit of
4  hindsight and knowing we're now in litigation, whether
5  there's anything that you would have done differently in
6  the master services agreement -- or the Master
7  Agreement.  Anything else?
8  A  Again, without having gone back completely through this
9  in any great detail, I don't know of anything.
10 Q  Well, spend whatever time you need with it.
11 A  Yeah, I --.
12     Probably not at this point.
13 Q  Okay.  Let's -- I just want to talk about some of the
14 specific language in the agreement.  We'll start with
15 Section 1.1 on the first page.
16 A  Um-hmm.
17 Q  And it talks about the services that are encompassed by
18 this agreement.  And you'll see in the third line down
19 right before the term "services" is defined or in the
20 definition of "services," it says "as are mutually
21 agreed upon."
22     When it says "as mutually agreed upon," is it your
23 understanding that that meant mutually being both AVL
24 and FME?
25 A  Yes.

**Page 116**

1  Q  Okay.  Now if you'll turn to page 3 of the Master
2  Agreement, Section 4.1, the last sentence of Section 4.1
3  says, "This Agreement in no form or fashion constitutes
4  a commitment from AVL or (sic) FME for any purchase
5  order or a commitment for FME to accept any purchase
6  order," did I read that correctly?
7  A  Which line are you in?  I'm sorry.
8  Q  The last sentence of Section 4.1.
9  A  Okay.
10 Q  Is it your understanding that this sentence means that
11 FME made no commitment to accept any purchase order it
12 may have received from AVL in relation to the Master
13 Agreement?
14 A  If you read this literally, that's correct.
15 Q  Okay.  Is there any other way to read it?
16 A  No, I'm just --.
17 Q  Okay.  Let's go to the second page of the Master
18 Agreement, Section 2.1.  There's a defined term, "test
19 facilities."  When you signed this agreement, did you
20 have an understanding of what that term meant?
21 A  At that time, we considered the OP building to be our
22 test -- the test facilities that we were going to be
23 putting our test cells in.
24 Q  And then if you'll go down to the one, two, three,
25 four, five, six, seventh line of Section 2.1, there's a

**Page 117**

1  phrase that says "above the test floor," do you see
2  that?
3  A  Yes.
4  Q  And the test floor refers to the test floor in the
5  OP building?
6  A  In this case it does, yes.
7  Q  And then the final sentence of -- you'll see at the top
8  of Section 2.1 it refers to AVL's exclusive use of the
9  test facilities, right?
10 A  Right.
11 Q  And then the final sentence says, "Notwithstanding the
12 foregoing, AVL acknowledges that FME shall have the
13 right to utilize the test facilities for testing of FME
14 manufactured engines or licensor manufactured engines or
15 any engines or equipment tested congruent with FME's
16 conventional business model," did I read that correctly?
17 A  You did.
18 Q  So was it your understanding when you signed this
19 agreement that that sentence meant that AVL had -- I'm
20 sorry -- that FME had the priority right to use the test
21 facilities as long as it did so congruent with its
22 conventional business model?
23     MR. HERRMANN:  Object to form.
24 A  I do not interpret this as them having priority.
25 BY MR. DeGEORGE:

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 31 of 86

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                                    Pages 118..121

**Page 118**

1  Q   Okay.  How do you interpret it?

2  A   I interpret it as two companies within the facility.

3  Q   Okay.  So as far as your intent was when you signed this
4      agreement, neither party had priority?

5  A   I -- no.  My intent was we would have priority, but we
6      understood that FME may need to test engines during that
7      period of time.

8  Q   Okay.  And that if FME wanted to test an engine and you
9      also wanted to test an engine in the same test stand, it
10     was your understanding and intent when you signed this
11     that AVL would have the right to say, "We're using that
12     test stand, you can't"?

13 A   My understanding would be we would negotiate how we
14     would make that happen, that we would work as a team to
15     do that.

16 Q   So did either party have the priority right to use a
17     given test stand at a given time under this agreement?

18 A   The test cells that we invested money in, that we
19     brought up, we had -- we were the priority people in
20     that case.  And they acknowledged that.  Because we
21     invested millions of dollars in --

22 Q   Who acknowledged that?

23 A   Well, there was no need to use those test cells that we
24     were using, that we were doing, it only came down to one
25     test cell that became an issue, and that was Test

**Page 119**

1      Cell 7.

2  Q   And who had the priority on that test cell?

3  A   Obviously, FME thought they had the priority.

4  Q   And did you think you had the priority?

5  A   I felt that they had an obligation, since we had
6      invested a huge amount of money, to give us a chance to
7      be able to do what we needed to do to support our
8      customer.

9  Q   Do you know of a single written or oral communication
10     from AVL to FME in which AVL took the position that it
11     had the superior right to use that test cell?

12 A   No, I don't, that I don't.

13 Q   Now, do you have a view -- we're talking about Test
14     Cell 7, right?

15 A   Um-hmm.

16 Q   Okay.  Do you have an understanding or a view as to
17     whether the engine testing that FME did in Test Cell 7
18     was congruent with FME's conventional business model?

19 A   I can't answer that question, I'm not a hundred percent
20     sure, so I don't think I can answer that.

21 Q   You just don't know one way or the other?

22 A   I just don't know one way or the other.

23 Q   But if it was congruent with FME's conventional business
24     model, then FME had at least some right to test that
25     engine --

**Page 120**

1  A   Yeah, we -- we --

2      -- on that test stand?

3  A   We never argued that point with them.  We only argued
4      the point of how we would -- how we would move out of
5      that test cell and the fact that we had spent -- it was
6      going to cost us another million dollars to move our
7      engine.

8  Q   Okay, let's talk about Section 4.3 on page 3, which
9      reads, "FME shall have the right to terminate this
10     Agreement upon 30 days prior written notice to AVL, if
11     during any calendar year, there is not at least six
12     months of revenue generated under this Agreement from at
13     least one test cell at the test facilities," did I read
14     that correctly?

15 A   Yes.

16 Q   Tell me how much revenue was generated from the
17     use -- from AVL's use of one or more test cells at the
18     FME plant in calendar year 2009?

19 A   I don't have that number, but I can tell you it
20     was -- it was small.

21 Q   It was zero, wasn't it?

22 A   It was very small, yep.

23 Q   It was zero.

24 A   Okay, then it's zero.

25 Q   Okay.  And if it was zero, this provision would appear

**Page 121**

1      to afford FME the right to terminate the agreement,
2      correct?

3  A   That's correct.

4  Q   Then if we can turn to the next page, 4, Section 5.3?
5      Are you with me?

6  A   Yep.

7  Q   "Neither party will have any right, power, or authority
8      to create any obligation, express or implied, or make
9      any representation on behalf of the other party," did I
10     read that correctly?

11 A   That's correct.

12 Q   And would this to you mean that AVL had no authority to
13     make any commitments to CAT on behalf of FME?

14 A   I don't believe I can --

15     MR. HERRMANN:  Object to form.  Go ahead.

16 A   I can't -- I will not -- this is a legal point which I
17     don't understand, nor can I comment on.

18 BY MR. DeGEORGE:

19 Q   So you have no -- nothing to say at all about what the
20     intent was on this provision?

21 A   No, I don't --

22 Q   Okay.

23 A   I don't --

24 Q   Fair enough.

25 A   I don't know.

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 122..125

| | Page 122 |
|---|---|
| 1 | Q   If you'll look at Section 11.1 on page 7? |
| 2 | A   Okay. |
| 3 | Q   It contains language concerning FME's |
| 4 |     intended -- indemnity obligations and then I'm reading |
| 5 |     from the -- the fourth line down I'm going to read. |
| 6 |     "Arising out of or connected with (a) any actual or |
| 7 |     alleged breach by FME of any term, condition, warranty |
| 8 |     or covenant set forth in this Agreement," did I read |
| 9 |     that correctly? |
| 10 | A   Yes. |
| 11 | Q   Okay.  As you sit here today, do you believe that FME |
| 12 |     breached any term, condition, warranty or covenant in |
| 13 |     the Master Agreement? |
| 14 |         MR. HERRMANN:  Object to the extent it calls for a |
| 15 |     legal conclusion. |
| 16 | A   Obviously, we're sitting here for a reason, and that |
| 17 |     reason is that we do believe that, obviously. |
| 18 | BY MR. DeGEORGE: |
| 19 | Q   So what part of this agreement did FME breach? |
| 20 | A   I have not been involved in this -- in this lawsuit to |
| 21 |     any detail at all, to no detail, so I don't believe I |
| 22 |     can make a reasonable comment to what this lawsuit is |
| 23 |     about in that area. |
| 24 | Q   So as you sit here today, you have no view or opinion as |
| 25 |     to what, if any, provision in the Master Agreement FME |

| | Page 123 |
|---|---|
| 1 |     allegedly breached? |
| 2 | A   No. |
| 3 | Q   Okay.  Who would be the best person I should probably |
| 4 |     talk to about that? |
| 5 | A   I think Chet Ricker would be the right person to talk |
| 6 |     to. |
| 7 | Q   Okay, thank you.  If you look at Section 12.3 on page 8? |
| 8 | A   Okay. |
| 9 | Q   12.3 refers to FME's indemnity obligations arising from |
| 10 |     its violations of any environmental laws. |
| 11 |         As you sit here today, do you have any view on any |
| 12 |     environmental laws that FME violated? |
| 13 | A   Not that I'm aware of. |
| 14 | Q   Okay.  And Section 14.1 also on page 8 expresses the |
| 15 |     parties' agreement that all activities and work |
| 16 |     performed under the Master Agreement shall be carried |
| 17 |     out in accordance with all applicable laws, regulations, |
| 18 |     and policies of the United States. |
| 19 |         Do you have a view or did you when you signed this |
| 20 |     as to whether all applicable laws, regulations, and |
| 21 |     policies included environmental permits? |
| 22 | A   Yes. |
| 23 | Q   So had FME pursued the so-called judicial solution and |
| 24 |     intentionally violated its permit, it would have in turn |
| 25 |     violated Section 14.1 of the Master Agreement? |

| | Page 124 |
|---|---|
| 1 | A   That is a possibility, yes.  However, once again, we |
| 2 |     would have negotiated this in a way that would have not |
| 3 |     allow -- we didn't want them to get into trouble with |
| 4 |     the DNR of Wisconsin, that was never our intention. |
| 5 | Q   And now if you'll go to Section 19.3 on page 11, this is |
| 6 |     a fairly typical provision you see in contracts, |
| 7 |     Mr. Corbin -- |
| 8 | A   Right. |
| 9 | Q   -- and this particular one says that this Master |
| 10 |     Agreement "supersedes any and all previous or |
| 11 |     contemporaneous oral or written communications, |
| 12 |     representations, understandings, agreements, |
| 13 |     negotiations, and discussions with respect to the |
| 14 |     subject matter hereof." |
| 15 |         What does that mean to you? |
| 16 | A   You know what?  This is a legal -- a legal -- a legal |
| 17 |     paragraph that I don't feel comfortable commenting, I |
| 18 |     really don't. |
| 19 | Q   Okay, fair enough.  The last sentence of Section 19.3 |
| 20 |     says, "The parties acknowledge and agree that there are |
| 21 |     no conditions precedent to the effectiveness of this |
| 22 |     Agreement and that there are no written or oral |
| 23 |     agreements, promises, understandings, or representations |
| 24 |     directly or indirectly related to this Agreement or the |
| 25 |     subject matter hereof that are not set forth herein." |

| | Page 125 |
|---|---|
| 1 |         Let me ask you this, because I know that there's a |
| 2 |     certain legal aspect to this, so I'll just ask you are |
| 3 |     you aware of any written or oral -- other than what is |
| 4 |     set forth in the Master Agreement, are you aware of any |
| 5 |     other written or oral agreements, promises, |
| 6 |     understandings, or representations concerning the |
| 7 |     subject matter of this contract? |
| 8 | A   No. |
| 9 | Q   Okay.  And Section 19.7 says, "This Agreement may be |
| 10 |     amended or altered in any of its provisions only by the |
| 11 |     mutual written agreement of the parties." |
| 12 |         Do you know if there was ever any such amendment or |
| 13 |     alteration to the Master Agreement? |
| 14 | A   Not that I'm aware of. |
| 15 | Q   Now, having read -- having signed the Master Agreement |
| 16 |     and having read it as recently as yesterday, do you |
| 17 |     recall anything in the Master Agreement that expressly |
| 18 |     required FME to either change its air permit or get a |
| 19 |     new air permit? |
| 20 | A   Not that I'm aware of. |
| 21 | Q   Okay.  Are you aware of anything in the Master Agreement |
| 22 |     that required FME to pay for any equipment that might |
| 23 |     become necessary for AVL to test engines in the |
| 24 |     OP building? |
| 25 | A   No. |

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 126..129

**Page 126**

1  Q  All right, we're almost done.

2        MR. DeGEORGE:  Is this 59?

3        COURT REPORTER:  Yes.

4        (Exhibit 59 was marked for identification.)

5  BY MR. DeGEORGE:

6  Q  Mr. Corbin, you've been handed Exhibit Number 59, which

7     I will represent to you we received from Mr. Hansell in

8     connection with a subpoena he received --

9  A  Right.

10  Q  -- in this case.  First just tell me what Exhibit 59 is?

11  A  It was a memo to file concerning the actions that Dwight

12     took on behalf of the company on Test Cell 32.

13  Q  And you wrote this?

14  A  Yes.

15  Q  Is this one of the documents you turned over to your

16     attorneys?

17  A  This was one of the documents that I turned over to

18     Human Resources to put into his file.

19  Q  All right.  So this is not --

20  A  Oh, I'm sorry.  Did I turn this over?

21  Q  I mean, we talked earlier about your computer and --

22  A  Correct.

23  Q  -- notes and files you had.  I'm just wondering if this

24     was in that material that you turned over to your

25     attorneys in connection with this case?

**Page 127**

1  A  I don't -- I don't recall if I turned this over or

2     this could have also come out of his -- his HR file,

3     too.

4  Q  And that would have been his HR file at AVL?

5  A  Yes, that's correct.

6  Q  Okay.

7     I remember writing this.  I don't remember how this got

8     produced, obviously.

9  Q  And the subject of this -- tell me why you prepared

10     this?

11  A  During this period of time, it was apparent that Dwight

12     had been taking some actions that were not under his

13     authority, and I wanted to make sure that it was

14     documented as such.  And none of us were at that time

15     authorized to do this and so this was just a memo to

16     file that said --

17  Q  And this refers to -- I think we have been referring to

18     it as Test Stand 7, is --

19  A  Seven and --

20  Q  -- that the same thing?

21  A  Yeah, we call it 32, yeah.  Seven and 32 are the same

22     thing.

23  Q  And what decision did Mr. Hansell make without informing

24     you?

25  A  He informed -- before we had a chance to completely

**Page 128**

1     understand what we were going to do as a company based

2     upon that test cell, how we were going to react to -- to

3     how we were going to have to remove the engine and move

4     on, he informed FME, "Well, we're going to go ahead and

5     move," and he had never been -- he was not authorized to

6     do that at that point.

7  Q  So your understanding is he told somebody at FME that

8     they could use that test cell?

9  A  Yeah, that we would vacate it.

10        (Exhibit 60 was marked for identification.)

11  BY MR. DeGEORGE:

12  Q  Mr. Corbin, could you tell us what Exhibit 60 is?

13  A  This was another memo to file.  During this period of

14     time, I was spending an exorbitant amount of time in

15     Beloit trying to manage this situation, and when I asked

16     him to come and to join me and also to take on some of

17     the issues that were in front of us, he basically said

18     he would not do it.

19  Q  Okay.  Toward the bottom of Exhibit 60, there appears to

20     be some sort of a stamp that says "Oakland County

21     Michigan."  Do you know why that's on here?

22  A  I have no clue.

23  Q  So those handwritten notes are not yours?

24  A  They are definitely not mine.  They are not mine.

25  Q  I'll hand you what has been previously marked as

**Page 129**

1     Exhibit 35.

2  A  Got it.

3  Q  Did I give you two copies of that?  Yeah.

4  A  You did.

5        MR. HERRMANN:  Thank you.

6  BY MR. DeGEORGE:

7  Q  I'll represent to you, Mr. Corbin, that Exhibit 35 is a

8     document that we received from Mr. Hansell, and I

9     believe he testified that this is a document he prepared

10     in relation -- in relation to the termination of his

11     employment --

12  A  Sure.

13  Q  -- by AVL.  Have you seen this document before?

14  A  I have not.

15  Q  The first page, it says History of Operations at Beloit,

16     and the -- the sixth bulleted item -- now, and I

17     understand you didn't write this, you've never seen it

18     before.

19  A  Sure.

20  Q  But Mr. Hansell wrote, "Details of the contract with FME

21     were reviewed with Ray Corbin, President, Chet Ricker,

22     CFO, Mike Golda, Operations Director, and Jeffrey -- and

23     Jeff Brantley," B-r-a-n-t-l-e-y, "AVL attorney.

24     Everyone agreed to the contract and it was signed by Ray

25     Corbin."

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                                    Pages 130..133

Page 130

```
1              Is that consistent with your recollection?
2   A   That's consistent with what I've said so far, yes.
3   Q   Okay.  And then it says parenthetically, again, this is
4       Mr. Hansell writing this, "(No one saw the need to
5       include the requirement for adequate air permitting in
6       the contract - if something was missed, everyone missed
7       it)."
8              Tell me what your reaction is to that statement?
9   A   Again, this was all -- if you look backwards from today,
10      he probably has -- this is his opinion, and I would say
11      it applies to both of us, both FME and AVL, that this
12      was a -- an area we should have explored deeper
13      together.
14  Q   And if you'll go to the next page, they're not numbered,
15      but it's the --
16  A   Sure.
17  Q   -- second page of Exhibit 35 --
18  A   Okay.
19  Q   -- one, two, three, four, five, six, seven, eight, nine,
20      ten, the tenth bulleted item, it reads, "We were told by
21      the CFO and President AVL did not have the capital
22      required for the additional investment."
23  A   I'm not sure what he's talking about there.
24  Q   Okay.  So you have no idea what that refers to?
25  A   Well, without reading the other bullets, I'm not sure
```

Page 131

```
1       what he's -- what he's --
2   Q   Well, let me ask you this.
3   A   Okay.  So this --
4   Q   Okay.
5   A   This is in reference to the air handling -- the
6       air -- the clean air handling equipment, and what he
7       said here is a true statement, we -- we did not between
8       Chet and I have the authorization, nor the money, to
9       go do this without preparing a business case for our
10      owner.
11  Q   Okay.  And did you ever do that?
12  A   No, we never got to that point.
13  Q   Okay.  So the record is clear, you and Mr. -- neither
14      you, Mr. Ricker, nor anybody else at AVL as far as you
15      know ever presented a formal business case to AVL in
16      Austria, I assume you're referring to --
17  A   Right.
18  Q   -- concerning capital investment at the FME plant?
19  A   For this particular area, that's correct.  For all
20      capital investments, we have to go to -- to AVL Graz.
21  Q   And so the record is entirely clear, AVL Michigan did
22      not formally go to AVL Austria and make a business case
23      for investing additional money in the FME plant in the
24      summer of 2011 or thereafter?
25  A   Because there was no reason to because FME terminated
```

Page 132

```
1       the contract at that point.  In addition, we didn't have
2       enough information about how we were going to do the
3       permitting -- they were going to do the permitting for
4       me to be able to do an adequate job of trying to
5       understand what it would take.
6   Q   When did FME terminate the contract?
7   A   We were told that they would not -- that we would
8       not -- we were not welcome in the facility anymore.  I
9       was at home in -- after surgery and I was on the phone
10      with Chet and -- I believe Chet and Dimitri Kazarinoff
11      were there representing AVL and that was a statement
12      made by Mr. Whittier.
13  Q   He said what exactly?
14  A   He said, "We do not see how we can move forward with
15      this relationship."
16  Q   And was that because of the fuel limitation?
17  A   I think it was just because of all of the uncertainty in
18      that building that he faced and we faced.
19  Q   Did he say why?
20  A   I don't recall that.
21  Q   Did he say, "Get out"?
22  A   That certainly was the message that we received.
23  Q   And when was that?
24  A   September of 2011.
25  Q   Okay.  Was there a meeting in September of 2011 where
```

Page 133

```
1       you physically were present?
2   A   No.  I was unable to travel at that time.
3   Q   So September 23, 2011, you did not attend a meeting at
4       the FME plant?
5   A   No.  I was on the phone at that time.
6   Q   Okay.  And do you recall whether -- I know you weren't
7       physically there, but whether Mr. Whittier at that
8       meeting presented a written letter to AVL that it was
9       not going to renew the Master Agreement?
10  A   I believe that's the case, yes.
11  Q   You believe that happened?
12  A   Yeah.
13  Q   Have you seen that letter?
14  A   I have not seen that letter.  Not that I recall it, not
15      that I personally recall.
16  Q   But your recollection is that happened --
17  A   Right.
18  Q   -- at that meeting?
19  A   Yes.
20  Q   If you'll turn to the last page of Exhibit 35, I want to
21      talk about three bulleted items sort of in the middle.
22      The first -- three in a row.  The first one begins
23      "Sometime in March," do you see that?
24  A   The third bullet?
25  Q   No, no, no.  It's about one, two, three, four, five,
```

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 35 of 86

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                           Pages 134..137

**Page 134**

1    six, the seventh bullet down starts with the phrase
2    "Sometime in March."
3  A  On the last page?
4  Q  Yeah.  Oops, I'm sorry, second to the last page, my
5    mistake.
6  A  Sometime -- oh, okay, on March --
7  Q  Yes.  It says, "Sometime in March, I received a call,"
8    the second to the last page?
9  A  Yep, got it.
10  Q  Okay.  Mr. Hansell testified that in March of 2011, he
11    received a call from you where, according to
12    Mr. Hansell, you said that AVL was fucked and that you
13    told him that AVL had hired an attorney who specialized
14    in air permits.
15       Do you remember that conversation?
16  A  Sure.
17  Q  Is that something you would have said?
18  A  Well, I probably didn't put it that way, but I did -- I
19    did tell him that I hired Mark Thimke at that point.
20  Q  Okay.  And do you recall what the problem was that you
21    were telling him AVL was facing at that time?  And this
22    is March of 2011, I believe.
23  A  It came down to at that time, that's when the fuel
24    burn issue became really apparent, and at that time I
25    could get nobody either inside of FME or inside of the

**Page 135**

1    company that could adequately describe it to my -- to
2    me, so I sought local help because I think it's always
3    good to get help in the state that you're dealing with,
4    so --.
5  Q  We talked a little bit earlier about the air permit's
6    fuel use limitation and I may have asked you this
7    question, and if I did, I apologize.
8  A  Sure.
9  Q  Am I correct that before -- prior to your signing the
10    Master Agreement on August 28th, 2008, none of -- nobody
11    from AVL who was participating in the due diligence
12    process reported to you that the air permit had this
13    fuel limitation?
14  A  That's correct.
15  Q  On the final page, I just have a couple final questions
16    on this document.
17  A  Okay.
18  Q  There's a -- the second to the last paragraph
19    reads -- begins, "They are now suggesting I was fired
20    because I did not have a contract with FME that covered
21    emissions permits."
22       Do you have any rec -- do you have any knowledge
23    about that?
24  A  No.
25  Q  So any communication that Mr. Hansell may have had on

**Page 136**

1    that subject you were not involved with?
2  A  As far as that, the reason that he was fired and because
3    of this, no.
4  Q  Why was he fired?
5  A  Well, we went through --
6  Q  Is it --
7  A  -- this once before.
8  Q  -- Test Stand 7?
9  A  Test Stand 7 and just the overall communication and
10    management of this contract.
11  Q  The next paragraph, the second sentence says,
12    "Permitting was never discussed in the initial contract
13    that was approved by legal (Jeff Brantley) and signed by
14    the President."
15       Now, I know you're in no position to, unless you
16    had a discuss -- well, did you and Mr. -- no, let
17    me -- I can't talk about communications with
18    Mr. Brantley.
19  A  Okay.
20  Q  Did you have a discussion with anybody before signing
21    the Master Agreement about air permitting?
22  A  No.
23  Q  And I believe I asked you this before, but is it correct
24    that Jeff Brantley was the outside attorney who worked
25    with AVL in relation to the negotiation of the Master

**Page 137**

1    Agreement?
2       THE WITNESS:  Am I allowed to answer that question
3    or not?
4       MR. HERRMANN:  You can identify his role, just
5    don't discuss communications --
6  A  Yeah, he was --
7       MR. HERRMANN:  -- you had with him.
8  A  -- our local counsel on this particular issue.
9       MR. DeGEORGE:  Okay.  What time is it?
10       VIDEOGRAPHER:  12:39.
11       MR. DeGEORGE:  All right.  Well, this may take a
12    very -- just a few minutes, I just have one more
13    document, so why don't we just push ahead.  Do you want
14    to call Mr. Ricker?
15       MR. HERRMANN:  Well --
16       MR. DeGEORGE:  Let's go off the record.
17       VIDEOGRAPHER:  Off the record, 12:39 p.m.
18       (Discussion held off the record.)
19       VIDEOGRAPHER:  Back on the record, 12:41.
20       MR. DeGEORGE:  Actually, there are a few more
21    documents I forgot about, but I'll blow through these.
22    What are we up to?
23       COURT REPORTER:  Sixty-one.
24       MR. DeGEORGE:  Okay.  This is 51?
25       COURT REPORTER:  Sixty-one.

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                    Pages 138..141

| | Page 138 |
|---|---|
| 1 | MR. DeGEORGE:  Sixty-one.  Oops.  There you go, 61. |
| 2 | (Exhibit 61 was marked for identification.) |
| 3 | BY MR. DeGEORGE: |
| 4 | Q   Mr. Corbin, I've handed you what has been marked as |
| 5 | Exhibit 61.  Could you tell us what this is? |
| 6 | A   Yeah.  This was a document that George Whittier sent to |
| 7 | me concerning the fact that two of the stacks that we |
| 8 | were -- that were currently in the facility were not |
| 9 | permitted by the State of -- by the Wisconsin Department |
| 10 | of Natural Resources under their air pollution control. |
| 11 | Q   Now, Mr. Thinke disagreed with that view, did he not? |
| 12 | A   That I -- I can't -- I can't say one way or the other. |
| 13 | Q   You have no recollection of that? |
| 14 | A   No, I have no recollection of that. |
| 15 | Q   Okay.  Then we'll look at Exhibit 62. |
| 16 | (Exhibit 62 was marked for identification.) |
| 17 | BY MR. DeGEORGE: |
| 18 | Q   Can you tell us what Exhibit 62 is? |
| 19 | A   Okay.  This is a response back to George Whittier based |
| 20 | on his letter of the 20th. |
| 21 | Q   So this is in response to Exhibit 61? |
| 22 | A   Right. |
| 23 | Q   All right.  And you wrote 62? |
| 24 | A   Correct, I wrote 62. |
| 25 | Q   And you signed it? |

| | Page 139 |
|---|---|
| 1 | A   And I signed it. |
| 2 | Q   Okay.  And the second paragraph says that under the |
| 3 | Master Agreement, "FME is not allowed to terminate AVL's |
| 4 | usage of any of the four test cells utilized by AVL. |
| 5 | Continued interference and resulting delays in the |
| 6 | ability of AVL to fully operate any of the test cells |
| 7 | which AVL is entitled to operate pursuant to the |
| 8 | Agreement constitutes a material breach of the Agreement |
| 9 | by FME," did I read that correctly? |
| 10 | A   You did. |
| 11 | Q   So was it your position that as of roughly June 21, |
| 12 | 2011, that FME had materially breached the Master |
| 13 | Agreement? |
| 14 | A   They -- the reason -- the reason this was put in here |
| 15 | is, and if you go back up into the -- into the previous |
| 16 | paragraph, there was -- I asked for documentation and |
| 17 | proof that this was in fact a violation.  That was not |
| 18 | provided.  Under that provision, without having that |
| 19 | documentation, we felt that they were in breach of our |
| 20 | contract. |
| 21 | Q   So the only breach you're referring to at this time was |
| 22 | not providing information? |
| 23 | A   Well, no, they came and they shut us down. |
| 24 | Q   Okay.  So as of June 21, 2011, I just want to get this |
| 25 | straight, as of June 21, 2011, it was your view that FME |

| | Page 140 |
|---|---|
| 1 | had breached the Master Agreement? |
| 2 | A   Yes. |
| 3 | Q   Okay.  And I believe the Complaint in the case contains |
| 4 | an allegation, and I know you've never read it, but I |
| 5 | want to ask you about it, contains an allegation that |
| 6 | had FM -- had AVL known about how the stacks were |
| 7 | treated in the air permit, it wouldn't have ever entered |
| 8 | into the Master Agreement in the first place? |
| 9 | A   Right. |
| 10 | Q   Is that a fair statement? |
| 11 | A   Well, that's -- I think at that level, that |
| 12 | technol -- that technical data at that level would never |
| 13 | have been in the -- in a master services agreement. |
| 14 | Q   That wasn't my question. |
| 15 | A   Okay. |
| 16 | Q   My question was -- |
| 17 | A   Then I misunderstood. |
| 18 | Q   -- had AVL known exactly how the stacks were treated in |
| 19 | the air permit, the Complaint says that had AVL known |
| 20 | that -- |
| 21 | A   Okay. |
| 22 | Q   -- that it wouldn't have entered into the Master |
| 23 | Agreement.  My question to you is, is that an accurate |
| 24 | statement? |
| 25 | A   Had we known that, had we known that, it would have |

| | Page 141 |
|---|---|
| 1 | caused us to stand back and question a lot more about |
| 2 | the air permit at that point, yes. |
| 3 | Q   Okay. |
| 4 | A   So not that we would never have, but we would |
| 5 | have before we signed anything, we would have been very |
| 6 | careful in what we signed. |
| 7 | Q   And when you signed the Master Agreement, you didn't |
| 8 | know what was in the air permit? |
| 9 | A   I did not know that, yes. |
| 10 | Q   Nobody had reported that to you -- |
| 11 | A   That's correct. |
| 12 | Q   -- from AVL? |
| 13 | A   Yep. |
| 14 | Q   Now, as of June 21, 2011, when you believed that FME had |
| 15 | materially breached the Master Agreement, did you or |
| 16 | anybody else from AVL to your knowledge communicate to |
| 17 | FME that, "We are cancelling or rescinding the Master |
| 18 | Agreement"? |
| 19 | A   No. |
| 20 | Q   This was previously marked as Exhibit 20.  Exhibit 20, |
| 21 | Mr. Corbin, is a document that was marked at |
| 22 | Mr. Vietinghoff's deposition and this is an email he |
| 23 | wrote which you may or may not have seen before, but he |
| 24 | reports to CAT or EMD on June 23 of 2011, "It looks like |
| 25 | we have a solution and can be up and running again on |

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                                    Pages 142..145

### Page 142

```
1    Monday."
2         Is it your recollection that a solution concerning
3    the stack problem had been found?
4  A  That I don't remember at this point.
5  Q  You don't remember that?
6  A  Yeah.
7  Q  Okay.  After you articulated your view in June of 2011
8    that AVL -- that FME, I'm sorry, had breached the Master
9    Agreement, isn't it true that AVL continued engine
10   testing at the FME plant until roughly October of 2012?
11 A  That's correct.
12 Q  And that was under the Master Agreement?
13 A  That's correct.
14 Q  Are you aware of anybody from FME ever telling AVL that
15   it could not continue to test engines in the
16   OP building, provided that the limitations contained in
17   the permit were met, did anyone ever say, "You are not
18   allowed to conduct any more testing even if we can
19   comply with the air permit"?
20 A  No.
21 Q  All right.  Now we'll talk briefly about the Complaint.
22 A  Okay.
23 Q  And this was marked as Exhibit 1.
24 A  Right at the beginning, huh?
25 Q  Yeah.  An oldie, but a goodie.  I don't think you're
```

### Page 143

```
1    going to need to spend much time looking at this because
2    I believe you testified earlier that you've never seen
3    it before?
4  A  No.
5  Q  So you obviously played no role in its preparation?
6  A  No.  At that time, I had left AVL as a full-time
7    employee.
8  Q  Okay.  Did anybody confer with you about the Complaint,
9    you know, get your input for what went into the
10   Complaint?
11 A  No.
12 Q  If you'll look at paragraph 18 which is on page 5 of the
13   Complaint, Mr. Corbin, now, again, I know you haven't
14   read this before, but I just want to ask you about
15   whether you agree with a particular allegation.
16   Paragraph 18 says that, "By June 2011, AVL was running
17   tests at various times in all four of these test cells.
18   FME knew of all of these AVL contracts and operations
19   from inception through June 2011 and never voiced any
20   concerns regarding FME's compliance with environmental
21   laws."
22        Isn't it true that the fuel limitation contained in
23   the permit was discussed by representatives of FME and
24   AVL before the contract was signed in 2008?
25 A  State that question again, please?
```

### Page 144

```
1  Q  Yeah.  Are you aware of representatives of FME and AVL
2    discussing the fact that the air permit contained a fuel
3    limitation?
4  A  I'm not aware of that.
5  Q  So no one -- nobody from AVL told you before you signed
6    the contract that they had already discussed that
7    issue --
8  A  No.
9  Q  -- with FME?
10 A  No.
11 Q  Now, I believe FME represented in the Master Agreement
12   that at the time of the agreement, it was in compliance
13   with all environmental laws, which would have included
14   its permit, correct?
15 A  Correct.
16 Q  Are you aware of any -- are you aware of any way in
17   which FME was not in compliance with environmental laws
18   as of August 28th, 2008?
19 A  Concerning their facilities?
20 Q  Concerning anything, any environmental laws, are you
21   aware of any ongoing violation as of August 28, 2008?
22 A  No.
23 Q  If you'll look at paragraph -- I'm sorry -- page 14 of
24   the Complaint?
25 A  Which item?
```

### Page 145

```
1  Q  Paragraph 58.  This is -- it says that FME had
2    represented that it was in compliance with applicable
3    environmental laws, were knowingly and recklessly false.
4    This relates to the question I just asked you.
5  A  Um-hmm.
6  Q  I believe you testified that you personally aren't aware
7    of any ongoing noncompliance by FME as of the date the
8    Master Agreement was signed?
9  A  That's correct.
10 Q  Okay.  Paragraph 64 says, "AVL believed and reasonably
11   relied on FME's misrepresentations by entering into the
12   Agreement and thereafter securing customer contracts and
13   investing in the facility."
14        Do you know what misrepresentations are referenced
15   in that paragraph?
16 A  I do not --
17      MR. HERRMANN:  Object to foundation.  Go ahead.
18 A  I do not because I did not prepare this, obviously.
19 BY MR. DeGEORGE:
20 Q  All right.  And then finally, paragraph 71 on page 16,
21   it alleges, "FME knew AVL was unaware that the facility
22   lacked the proper permitting."
23        Do you have any knowledge about that allegation?
24 A  Not personally, no.
25 Q  Okay.
```

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                Pages 146..149

                                                                    Page 146
1        MR. DeGEORGE:  Thank you.  I have no further
2   questions.  Your attorney might, but I don't.
3        MR. HERRMANN:  I have no questions.  Thank you.
4        VIDEOGRAPHER:  This is the end of media number two
5   and concludes the deposition of Mr. Ray Corbin.  We're
6   going off the record at 12:55 p.m.
7        (Deposition concluded at 12:55 p.m.)
8              *      *      *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                                    Page 147
1   State of Michigan        )
2   County of Oakland        )
3          Certificate of Notary Public - Court Reporter
4
5        I certify that this transcript is a complete, true, and
6   correct record of the testimony of the witness held in this
7   case.
8
9        I also certify that prior to taking this deposition, the
10  witness was duly sworn or affirmed to tell the truth.
11
12       I further certify that I am not a relative or an
13  employee of or an attorney for a party; and that I am not
14  financially interested, directly or indirectly, in the
15  matter.
16
17       I hereby set my hand this 30th day of November, 2015.
18
19
20
21       *Elizabeth G. LaBarge*
22       Elizabeth G. LaBarge, CSR-4467
23       Certified Shorthand Reporter
24       Notary Public, Wayne County, Michigan
25

                                                                    Page 148
1                   DEPOSITION ERRATA SHEET
2
3
4   Case Caption:  AVL Powertrain Engineering, Inc.
5                  vs. Fairbanks Morse Engine, et al.
6
7   November 12, 2015, deposition of RAYMOND CORBIN
8
9        DECLARATION UNDER PENALTY OF PERJURY
10
11  I declare under penalty of perjury that I have read the
12  entire transcript of my deposition taken in the captioned
13  matter or the same has been read to me, and the same is true
14  and accurate, save and except for changes and/or corrections,
15  if any, as indicated by me on the DEPOSITION ERRATA SHEET
16  hereof, with the understanding that I offer these changes as
17  if still under oath.
18  Signed on the _____ day of _____, 2015.
19
20
21  _____
22       RAYMOND CORBIN
23
24
25

                                                                    Page 149
1                   DEPOSITION ERRATA SHEET
2   Page No._____Line No._____Change to:_____
3   _____
4   Reason for change:_____
5   Page No._____Line No._____Change to:_____
6   _____
7   Reason for change:_____
8   Page No._____Line No._____Change to:_____
9   _____
10  Reason for change:_____
11  Page No._____Line No._____Change to:_____
12  _____
13  Reason for change:_____
14  Page No._____Line No._____Change to:_____
15  _____
16  Reason for change:_____
17  Page No._____Line No._____Change to:_____
18  _____
19  Reason for change:_____
20  Page No._____Line No._____Change to:_____
21  _____
22  Reason for change:_____
23
24  SIGNATURE:_____DATE:_____
25       RAYMOND CORBIN

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                                            Page 150

```
                                        Page 150
1                    DEPOSITION ERRATA SHEET
2    Page No._____Line No._____Change to:_____
3    _____
4    Reason for change:_____
5    Page No._____Line No._____Change to:_____
6    _____
7    Reason for change:_____
8    Page No._____Line No._____Change to:_____
9    _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
12   _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
15   _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
18   _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
21   _____
22   Reason for change:_____
23
24   SIGNATURE:_____DATE:_____
25           RAYMOND CORBIN
```

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: $10,000..2011

25:23

**$**

**$10,000**   90:8

**$20,000**   90:8

**$200,000**
   49:25
   50:11

**$215,000**
   34:14,23
   46:6  47:8,
   15

**(**

**(a)**   122:6

**(b)**   13:4

**(c)**   19:23

**1**

**1**  11:18,25
   12:4
   71:10,11
   142:23

**1.1**  115:15

**10**  9:6
   10:16 12:1
   14:23,24
   29:2 31:18
   43:13
   47:22,25
   50:16

**100**  93:22

**100,000**

**1065**  58:8,
   10,13,21,
   25 59:5,9
   62:5,7

**10:12**  44:6

**10:43**  66:2

**10:45**  66:4

**11**  15:12,13
   47:20
   124:5

**11.1**  122:1

**11:16**  87:13

**11:25**  87:17

**12**  35:3
   40:8 42:23
   50:3 109:4

**12.3**  123:7,
   9

**12/31/2011**
   25:13

**120**  52:13,
   16

**12:19**  91:10

**12:39**
   137:10,17

**12:41**  137:19

**12:55**  146:6,
   7

**14**  30:25
   73:3 88:24
   144:23

**14.1**
   123:14,25

**15**  9:9
   29:13
   30:16
   31:15
   32:11
   79:20
   80:16

**15443**  55:9

**15449**  64:24

**16**  145:20

**16-cylinder**
   32:24

**16329**  8:2

**17**  88:15

**18**  9:3
   12:8,11,18
   14:24
   15:2,17
   16:9 17:7
   143:12,16

**18th**  11:12
   17:8 41:3

**19**  28:6

**19(a)**  28:10

**19.3**  124:5,
   19

**19.7**  125:9

**2**

**2**  32:23

**45:24**

**51:14,24**

**96:15**

**2.1**  116:18,
   25 117:8

**20**  141:20

**2003**  8:8
   9:6,15
   10:16 12:1
   14:24 29:2
   31:18
   47:22 48:1
   50:16

**2007**  68:4

**2008**  53:8,
   10,13
   83:15
   100:21
   135:10
   143:24
   144:18,21

**2009**  120:18

**2010**  9:10
   31:16
   33:25
   45:11
   53:13

**2011**  9:3
   11:12
   12:8,11,19
   14:24
   15:2,17
   16:9 17:7
   20:21
   21:25

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: 2012..5(c)

25:25 41:3
49:15
53:11,16,
25 54:2
56:5 58:13
61:4 66:25
67:12
71:11 72:2
79:20
80:16 82:9
85:12
88:24
89:8,18
91:9 94:10
99:7,10
114:3
131:24
132:24,25
133:3
134:10,22
139:12,24,
25 141:14,
24 142:7
143:16,19

**2012** 71:12
72:4
142:10

**20th** 138:20

**21** 139:11,
24,25
141:14

**23** 133:3
141:24

**24** 33:6
34:24
46:5,11

47:16

**26** 99:5

**28** 53:8
91:9 99:7,
10 100:21
144:21

**28th** 53:10,
13 56:5
135:10
144:18

**29th** 84:23

___

3

**3** 34:17
42:25
43:15
45:13,24
49:15,22
50:2 80:13
116:1
120:8

**3/19/16**
30:25

**30** 64:17
66:25
67:12
120:10

**30,333-gallon-
per-month**
88:10

**30th** 84:20

**31** 53:11,13
94:10

**32** 106:25
126:12
127:21

**35** 129:1,7
130:17
133:20

**3516** 45:15
92:9

___

4

**4** 9:10
19:12,14
31:15
32:21
33:3,4
43:1 52:10
67:2 80:13
90:5 97:4
121:4

**4.1** 116:2,8

**4.3** 120:8

**44** 7:16,17,
19,24
8:15,25
9:2,16
11:7,11,18
12:4,8
13:3,25
15:5,19
16:5,6,9,
12 17:2,5,
11 18:18,
21 19:13
20:10 27:4
28:6,21

30:6
42:10,13
43:20

**45** 8:17,18,
25 9:5,13,
24 10:15
11:4,16
12:5 14:13
15:2,8,17
29:1,13
30:6 31:22
32:3,5,12
48:1

**46** 8:4,19,
20,25 9:9,
16 30:15
31:1,14,25
32:15,22

**47** 44:7,9,
13 47:19
48:4,7

**48** 48:22,23
49:8,22
50:6,14

**49** 50:21,22
51:1,14

___

5

**5** 19:19
29:13
34:17 50:6
68:14 69:4
90:8
143:12

**5(c)** 19:13,

16 27:1

5(f)   20:14
27:1

5.3   121:4

50   54:23,24
55:2 57:9
61:3 64:23
65:22

51   66:5,6,
10,16
70:12 73:3
74:12
137:24

51's   75:9

52   75:4,7
79:4

53   79:8,11

54   84:12,
13,16
87:19

55   91:2,3,7

56   94:6,7

57   96:2,3,
8,15 97:4,
22 98:13

58   100:12,
13,14,15,
16 145:1

59   126:2,4,
6,10

### 6

6   31:24
63:18 69:2

60   128:10,
12,19

61   138:1,2,
5,21

62   138:15,
16,18,23,
24

64   145:10

### 7

7   33:20
45:11
70:13,14,
15 71:17
107:1
119:1,14,
17 122:1
127:18
136:8,9

70   24:4
25:18,21

71   145:20

### 8

8   28:5 68:4
70:12
123:7,14

80   50:9

8:54   84:23

### 9

9   11:14
33:4,25
42:23

9:56   44:1,3

### A

a.m.   44:3,6
66:2 84:23
87:13

ability
62:19
92:20
112:23
114:4,24
139:6

above-ground
59:25

Absolutely
10:5 37:19
99:21

Accelerate
97:24

accept   68:21
116:5,11

accepting
17:8

accomplish
76:22

accordance
123:17

accumulated

25:14

accuracy
58:16

accurate
69:22
140:23

accurately
111:3

acknowledge
79:11
124:20

acknowledged
118:20,22

acknowledges
117:12

acknowledgment
71:13

acted   21:6

actions
23:12
126:11
127:12

activities
123:15

Activity
97:24

actual   17:9
122:6

add   96:1
99:20

added   15:23

adding   63:2

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: addition..air

addition
  132:1

additional
  55:22
  72:15,16,
  25 130:22
  131:23

adequate
  130:5
  132:4

adequately
  135:1

adjust   46:25

adjusted
  47:7

adjustment
  47:5 90:7

admin   30:20

affected
  63:7

afford   121:1

afforded
  29:25

afternoon
  91:20

aftertreatment
  64:16 90:6

agree   26:24
  27:18 41:2
  43:10
  83:19
  98:16
  114:22

124:20
143:15

agreed   26:17
  27:24
  33:17
  72:22 81:4
  96:24
  115:21,22
  129:24

agreeing
  52:17
  96:18

agreement
  7:25 8:7,
  9,13,14
  9:3,6,15
  10:16
  11:3,12,
  19,21,22,
  23,24,25
  12:5,9,23
  13:4,8,10
  14:11
  15:1,4,9,
  12 17:1
  19:2,4,5
  24:9
  28:12,22
  29:2,17
  31:16
  32:3,5
  38:5 41:3,
  23 47:21,
  25 53:6
  54:16
  57:23 58:4
  63:25 68:3

71:16,20
72:15,17,
20,21
73:25
74:3,6,9
75:22 78:7
82:18,22
83:4,8,14
84:7 85:23
86:4
100:19
101:3,4,7,
9 102:8,22
104:6
105:2,9,12
107:4,6,8,
20 109:1,
5,7,14
110:5,17,
23,25
111:1,3,9,
16,18
115:6,7,
14,18
116:2,3,
13,18,19
117:19
118:4,17
120:10,12
121:1
122:8,13,
19,25
123:15,16,
25 124:10,
22,24
125:4,9,
11,13,15,
17,21

133:9
135:10
136:21
137:1
139:3,8,13
140:1,8,
13,23
141:7,15,
18 142:9,
12 144:11,
12 145:8,
12

Agreement'
  13:6

agreements
  7:22 92:18
  124:12,23
  125:5

agrees   72:16

ahead   14:2
  18:24 21:2
  27:17 38:4
  59:4 95:9
  114:5
  121:15
  128:4
  137:13
  145:17

air   20:23
  21:7,21
  22:9 27:15
  52:20
  53:18 54:5
  58:17
  60:13,22
  61:11,21

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: air/fuel..April

69:24 70:2
76:4,22
77:6 85:4
87:25
89:6,19
102:1,7,16
105:18
114:7
125:18,19
130:5
131:5,6
134:14
135:5,12
136:21
138:10
140:7,19
141:2,8
142:19
144:2

air/fuel
60:16

allegation
140:4,5
143:15
145:23

alleged
122:7

allegedly
123:1

alleges
145:21

allowed
74:13
75:24 83:9
104:19
137:2

139:3
142:18

allowing
81:25

alteration
125:13

altered
125:10

alternative
68:20
69:3,5,6,
10,12,13,
23,24 78:3

alternatives
75:11
93:16

amended
125:10

amendment
11:15
125:12

amendments
32:6

America  51:7

amount  43:4
52:18,21
70:21 72:5
90:2
100:10
119:6
128:14

anecdotal
53:21

annual
25:21,22

answers
49:19

anticipation
14:8

anymore
132:8

apologies
91:19

apologize
9:21 135:7

apparent
127:11
134:24

apparently
79:12

appears
33:23 34:2
45:15
49:9,12
50:2 51:6,
14,15
56:3,5,7,
9,15 61:3
80:15,19
98:15,16
99:5
128:19

applicable
20:4,6,17
21:9 27:3,
12 123:17,
20 145:2

applied  12:9
88:11

applies
130:11

apply  47:22
49:19

appreciated
80:1

appreciates
81:12

appreciation
81:24

approach
21:20
26:1,7,8,
11,17,18,
25 27:1,4,
13,25
69:3,6,8,
16 73:4,6,
10 78:3,4,
9,11,12,
16,22
80:5,10,18

approaches
78:13
96:19,21

approval
28:1 82:11

approved
74:13
136:13

April  9:3
11:12

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: area..AVL

12:8,11,18
14:24
15:2,17
16:9 17:7,
8 33:25
41:3

**area**  18:14
59:19
122:23
130:12
131:19

**areas**  73:19

**argued**  120:3

**arising**
122:6
123:9

**articulated**
142:7

**ASAP**  97:23

**asks**  14:1

**aspect**
102:12
125:2

**assemble**
81:17

**assembly**
81:13,16
82:1

**assessed**
26:20

**assume**  46:19
62:12 65:4
67:8 71:6,
10 131:16

**assumption**
62:15
82:24 83:2

**assured**  43:5

**assuring**
71:8

**attend**  133:3

**attest**  12:12

**attorney**
67:17
86:15
96:25
129:23
134:13
136:24
146:2

**attorney/
client**  94:25

**attorneys**
126:16,25

**August**  53:8,
10,13
83:15 89:8
100:21
103:25
135:10
144:18,21

**August/early**
89:6

**Austria**
29:10
41:10
131:16,22

**authored**

79:12,13
98:13 99:9

**authority**
18:14
121:7,12
127:13

**authorization**
131:8

**authorize**
31:1

**authorized**
28:15,16
29:19,20
30:19,23
127:15
128:5

**avenue**  76:19

**average**
88:10

**AVL**  8:2
11:5
12:10,17,
18 14:25
16:10
17:6,22
18:22
19:17,25
20:9,15,
18,22 22:1
24:1,4,5,
9,22,25
25:10,16,
17,18,19
26:17,18
28:13

29:11 30:8
31:17
33:9,23,24
34:9,23
39:9,20,25
40:9
42:11,13,
19,25
45:11,15,
19 46:9
47:2,7
48:9,10,18
49:10,12,
17,25
50:17
51:2,7,9
52:17,25
53:7,17,24
54:4,14,16
55:5,9
56:14,15
57:7 61:5,
14 63:3,4,
12,18,20
65:2,6
66:23
67:8,12,
17,19
68:7,19,21
69:4,19
71:6 72:7,
8,9,16
73:1 74:3,
12,24
75:17
76:6,7,23
77:9,18,23
78:25

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: AVL'S..begins

80:1,3,9,
16,21,23
81:12,13,
25 82:10,
18 83:8,25
84:6 85:5
87:5 88:5,
22 90:3,7,
20 92:2,4
93:9 94:9
96:22
97:6,8,11
98:15,16
99:11
100:19
101:24
102:14
108:9,20
112:19
114:2
115:23
116:4,12
117:12,19
118:11
119:10
120:10
121:12
125:23
127:4
129:13,23
130:11,21
131:14,15,
20,21,22
132:11
133:8
134:12,13,
21 135:11
136:25

139:4,6,7
140:6,18,
19 141:12,
16 142:8,
9,14
143:6,16,
18,24
144:1,5
145:10,21

AVL'S   17:24
23:19
24:12
38:13
56:23 57:1
60:7 81:24
83:15
114:3,24
117:8
120:17
139:3

AVL/FME
89:23

avoid   35:19

aware   12:16
15:8 16:25
17:3 19:25
39:4
52:20,23
60:21
68:7,10,
11,13
83:5,6,23
84:5,9
85:5 87:7
113:11
123:13
125:3,4,

14,20,21
142:14
144:1,4,
16,21
145:6

B

B-o-t-t-o-r-f-
f   79:19

B-r-a-n-t-l-e-
y   129:23

back   11:8
28:25 36:9
44:5 53:12
58:13 66:4
68:3 70:20
75:11
77:11
87:17
92:16
114:13
115:8
137:19
138:19
139:15
141:1

backwards
101:10
130:9

bad   43:9
103:8

bared   37:21

base   31:8
34:14

based   63:12

106:23
128:1
138:19

basic   102:5

basically
21:23
31:10,12
35:25
44:23
70:16 76:3
93:23
106:14
128:17

basis   26:9
31:9 61:16
85:16
93:12

Bates   8:2

bay   34:6,14
50:3

bear   60:12
91:1

bearing
13:13
114:23

bears   11:13
56:9 64:23

beginning
83:3 87:15
142:24

begins   79:20
81:9
133:22
135:19

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: behalf..bulleted

behalf   11:5
12:10
30:21,24
48:6 67:14
110:3
113:3
121:9,13
126:12

belief   31:20

believed
141:14
145:10

believes
68:19 69:5

bells   26:2

Beloit   34:6,
10 43:1,5,
15 46:2
50:4 51:18
52:5,7
56:23
57:2,5,7
61:6 64:12
83:17
91:13,21
128:15
129:15

beneath
89:22

benefit
101:15
111:8
115:3

bigger   114:8

billing

46:25

bit   135:5

Blake   91:18

blow   137:21

Bob   67:9,10

bones   103:11

bookends
53:4

bookmark
53:4

borne   59:8
63:5

boss   24:17

bothered
100:1

bottom
19:16,23
42:24
47:19 56:4
64:24
73:13 81:8
128:19

bottoms   55:8

Bottorff
38:9 79:19

Brantley
129:23
136:13,18,
24

breach
122:7,19
139:8,19,
21

breached
122:12
123:1
139:12
140:1
141:15
142:8

break   43:12
62:20 70:6
87:8

breaking
69:14

briefly   29:1
142:21

bring   59:9
77:9

broken   86:23

brought
21:18,21
70:17
77:23
78:25
118:19

BROWN   7:21

budgetary
34:5,13

building
52:22 64:5
70:3,7,9,
10,11
80:12
81:13,16
82:1,3,4,
6,11,20,23
83:9,10,12

84:2,8
85:18,23
86:21,22,
23,24
87:1,6
88:6
103:10,13,
14,17,18,
20 104:9,
10,13,14,
20 105:2
112:4,7,
18,21,24
113:21,23
114:1,4,
12,23,25
116:21
117:5
125:24
132:18
142:16

buildings
70:7 73:19
83:17

bullet   90:12
133:24
134:1

bulleted
42:24
43:13
59:16
62:10
63:17
68:19 69:4
71:5 74:23
80:3,9
89:4,22

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: bullets..Caterpillar

90:6 96:17
97:6,8
129:16
130:20
133:21

**bullets**
130:25

**burn** 73:20
85:15,20
93:22
134:24

**burned** 52:21

**business**
12:17
24:3,4
40:1,2
45:9 57:23
58:3 65:2,
3,6 71:21
76:10,11
114:8
117:16,22
119:18,23
131:9,15,
22

**businessman**
113:1

---

**C**

**C175** 32:24
92:7,8,10

**C280** 34:4,
9,24 64:18
92:11

**calculate**
21:22

**calculations**
21:22

**calendar**
120:11,18

**calibration**
93:21

**call** 7:5
38:7
103:11
127:21
134:7,11
137:14

**called** 8:7
10:8

**calls** 17:13
27:17 59:3
82:12
86:6,12
122:14

**campus** 70:3,
5 82:25
83:9,17
103:20
113:20,22

**cancelling**
141:17

**capability**
75:23

**capable**
86:14

**capacity**
62:11,16

63:2

**capital**
43:4,7
90:22
130:21
131:18,20

**care** 27:8
60:10,25
93:25
99:24
100:4,6

**careful**
141:6

**carried**
123:16

**carries**
16:12

**case** 17:18
35:5 39:9,
20 54:3
60:11 73:8
76:1 117:6
118:20
126:10,25
131:9,15,
22 133:10
140:3

**CAT** 10:3
11:5
12:10,16,
18 14:25
15:1 16:10
17:6 18:22
20:19,22
28:1,21

43:18,20,
21 48:10,
17 49:19
50:17 51:9
52:17
53:17,24
54:5,15
57:10,13,
18 58:7
59:17
60:15,18
61:4,13
63:3,4,22
64:10
65:3,7
90:18,19
91:24
92:1,10
93:9,13
100:8
121:13
141:24

**CAT'S** 47:5
57:13
58:22
59:14
61:6,13

**catalyst**
64:17

**Caterpillar**
10:2,3,7
13:2 14:6
15:21,24
17:22
19:3,8,18,
20 20:10
28:11

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015 Index: Caterpillar's..communication

29:16,25
31:10,17
34:3,10
41:25
42:9,19
43:10
45:3,7,9,
19 46:12
47:10
48:19 51:6
56:8,9,10,
22 57:19
58:1 59:21
60:20
90:17,21
92:14,19
93:23

**Caterpillar's**
17:20
32:24
46:19
65:19
92:21 94:1

**caused** 46:15
141:1

**cell** 45:25
46:1,4
70:13,14,
15,16,20,
22,25
71:9,10,
17,25
72:6,9
90:8
106:25
107:1
118:25

119:1,2,
11,14,17
120:5,13
126:12
128:2,8

**cells** 42:25
57:14,15
58:7,21
59:5,23
62:11,12,
13 63:1
73:19
88:23
103:15
116:23
118:18,23
120:17
139:4,6
143:17

**central**
69:23

**CEO** 40:2

**certification**
61:21

**certify** 62:1

**cetera** 18:12
25:15 42:4
58:18

**CFO** 18:10
129:22
130:21

**chance** 119:6
127:25

**change**
107:22

125:18

**chart** 67:5,
7,24

**Chet** 18:5,
7,8
107:14,17
123:5
129:21
131:8
132:10

**chose** 28:23

**circumstances**
24:12 94:2

**cite** 45:22

**clarified**
72:21

**clarifying**
12:20

**clean** 131:6

**clear** 23:25
83:23
99:23
113:25
131:13,21

**clue** 128:22

**collaborativel
y** 96:18
97:1

**column** 67:8
97:23

**combined**
89:23 90:3

**Combustion**

61:21

**comfortable**
42:5
124:17

**comment**
86:9,12
89:10
90:11
121:17
122:22

**commenting**
124:17

**commitment**
42:25
43:15,18,
21,23
64:3,12
72:8
116:4,5,11

**commitments**
121:13

**common**
58:11,12

**communicate**
141:16

**communicated**
83:24

**communicating**
106:24
107:2

**communication**
72:12,13
83:24
94:20

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 50 of 86

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015 Index: communications..constitutes

119:9
135:25
136:9

communications
37:10
84:19 95:1
124:11
136:17
137:5

companies
42:1
59:19,21
66:18
118:2

company
10:7,25
18:3,9
23:23,24
39:11,13
41:2,4,25
76:12
100:9
110:3
113:3
126:12
128:1
135:1

company's
25:22 27:9

Complaint
39:9,10,
11,12,15,
17,20
140:3,19
142:21
143:8,10,

13 144:24

completely
115:8
127:25

completion
92:11

compliance
20:3,6
27:11,14
59:5 62:5,
7 74:13
143:20
144:12,17
145:2

compliant
58:8,10,
14,21,25
59:10

comply 20:17
142:19

complying
27:2

computer
22:25
25:3,8,9,
10,16,17,
18 126:21

conceived
26:25
68:25
74:18
75:15

concept
69:21

concern
45:15

concerned
80:16

concerns
88:24
143:20

concluded
146:7

concludes
146:5

conclusion
14:2 17:14
27:17
28:20 59:4
71:18
82:13 86:7
122:15

condition
122:7,12

conditions
13:7 32:4,
8 41:24
42:2,6
47:20
124:21

conduct
34:4,23
83:16
142:18

conducted
50:8 52:12

Conducting
33:6

confer
109:22
143:8

Confidential
16:12 56:8

configurations
45:23

confirm   34:5
97:7

conflict
80:25 81:4

confused
85:2

confusion
9:22 35:19

congruent
117:15,21
119:18,23

connected
122:6

connection
126:8,25

considerable
43:4

considered
116:21

consistent
130:1,2

consists
91:7

constitutes
116:3
139:8

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015        Index: construction..copy

construction
  77:5, 6

construction/
operation
  73:14

construe
  101:11

construed
  104:15

consultant
  19:19
  20:15
  21:21,24
  22:9
  28:13,14
  29:18,19
  97:1

consultant's
  51:17 52:4

Consultants
  23:25

consulting
  7:24 8:7
  9:6,14
  10:15
  11:3,25
  12:5 14:11
  15:1,9,11,
  21 24:1,21
  27:21 29:1
  31:16
  47:21,25

contact
  39:25

contained

43:21 88:1
89:19
142:16
143:22
144:2

contemplated
  33:8 51:16

contemplates
  47:15

contemporaneou
s  124:11

contents
  56:19
  102:16

context  56:3
  88:21

continue
  24:21
  57:24 61:4
  63:3 76:19
  142:15

continued
  99:12
  139:5
  142:9

continuing
  19:6 80:17
  87:16
  114:4

contract
  12:16
  17:24 27:9
  30:1 42:8,
  13,20
  43:10,12,

20 50:17
58:4 67:25
68:8 83:19
85:25
86:16,19,
21 87:3
100:18
101:17
105:18
108:6,8,
15,17
112:24
125:7
129:20,24
130:6
132:1,6
135:20
136:10,12
139:20
143:24
144:6

contracts
  17:17,18,
  19 18:2,
  12,14 30:9
  68:6 124:6
  143:18
  145:12

contractual
  84:1 92:18

contrary
  64:14

control
  61:21
  63:20
  65:15
  73:11,13

112:7,16
138:10

controlled
  62:2

controls
  73:12,14,
  16,18,22,
  24 74:4

conventional
  117:16,22
  119:18,23

conversation
  95:7
  134:15

convey  90:16

cooler  94:5

cooling
  62:11,16,
  19,23
  63:2,14
  114:8

cooperation
  98:2,10,17

cooperative
  75:25 98:8
  99:14
  100:3

copies  30:5,
  8 36:18,21
  48:9,16
  49:18
  129:3

copy  9:17
  32:14,16

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015        Index: Corbin..crumby

48:4,6
54:5,15
100:13

**Corbin**  7:4
 8:5,23
 9:24 11:18
 16:14
 23:25
 30:5,15
 33:19 35:2
 40:9
 44:12,20
 47:18 49:4
 50:13,25
 55:1 66:9
 75:6 79:10
 84:15
 87:12,17,
 19 88:14
 91:6 94:9
 97:4,22
 124:7
 126:6
 128:12
 129:7,21,
 25 138:4
 141:21
 143:13
 146:5

**corner**   56:4
 64:24 76:2

**correct**  7:25
 9:3,7,8,10
 10:11
 16:8,24
 19:22
 20:12,19

27:15
33:25
34:18,19
39:21
42:11,21
43:23
45:11,12
46:2,3,6,7
47:14,17
48:2
49:13,16,
25 50:1,5,
12 52:19,
22 53:9
54:21
57:15
60:1,2,3
63:19
66:11,23
67:1,4,18
69:25 70:1
71:13 72:4
73:4 74:10
76:4 80:8,
18,19 81:5
82:2 84:24
85:22
86:16
88:1,8,9
89:8,24
94:10,11
95:23
98:10
100:9,15,
22,23,24
102:3,4,21
105:13
106:20

107:7
116:14
121:2,3,11
126:22
127:5
131:19
135:9,14
136:23
138:24
141:11
142:11,13
144:14,15
145:9

**correctly**
 13:11
 19:21 20:7
 28:18
 29:22 32:9
 34:7 47:23
 68:22
 80:13
 81:14 85:8
 98:3 116:6
 117:16
 120:14
 121:10
 122:9
 139:9

**cost**   21:18
 60:12
 73:22 91:1
 120:6

**costs**  59:8
 103:6

**counsel**
 17:18,20,
 21 21:6

23:7,17,
18,20
36:17,18
38:13
77:16
95:22
107:12,13,
15 109:17,
22 137:8

**County**
 128:20

**couple**  10:21
 42:22
 44:2,14,17
 49:1 51:3
 88:17
 96:5,11,13
 107:10
 135:15

**court**   74:13
 78:6 79:5
 86:17
 108:11
 126:3
 137:23,25

**covenant**
 122:8,12

**covered**
 135:20

**craziness**
 38:8

**create**   121:8

**created**
 80:25

**crumby**   101:8

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: curious..delete

curious    35:5

current
  88:24
  91:15
  92:12

customer
  16:22
  27:21,22
  46:16,24
  60:11 71:2
  75:25 76:1
  91:1 99:24
  100:2,6,8
  110:13
  119:8
  145:12

customers
  44:25

cycles    93:16

---

D

D-i-c-a-r-o
  99:7

Dan    96:19
  97:1,10
  98:24,25

data    140:12

date    12:8
  24:19
  145:7

dated    8:7
  9:3,6,9,15
  10:16
  11:12,25

29:2 33:25
41:3 45:11
49:15 56:5
66:25
79:20
88:24 91:9
99:7

day    7:18
  33:6
  34:17,24
  42:19
  46:5,10,11
  47:3,16
  75:10

day-to-day
  23:11

days    29:9
  33:6 34:24
  46:5,10,11
  47:16 50:8
  52:13 92:8
  120:10

dealing
  71:22
  135:3

dealings
  98:21

December
  45:11
  53:11,13
  94:10
  104:1

decide    60:10
  72:23

decided

15:13
75:14

decision
  24:14 25:1
  46:24 63:6
  71:3 94:1
  103:9
  127:23

declined
  76:21
  77:10,19

deemed    68:5

deeper
  101:19
  130:12

Defendant's
  7:17 33:20
  35:3

defined
  11:24
  31:12 32:4
  115:19
  116:18

definition
  13:4
  115:20

Degeorge
  7:3,16,20,
  22 8:3,15,
  19,21
  9:14,19,
  21,23 14:9
  16:19,20
  17:15 19:9
  21:4 27:23

37:16,24
38:12,19
39:5 43:25
44:2,7,11
46:18
48:22,25
50:21,24
54:23,25
59:11
66:1,5,8
72:1 75:3,
5 79:4,6,9
82:16 83:1
84:11,14
86:10
87:8,18
89:11
91:2,5
94:6,8
95:13
96:2,4
100:12,16,
17 114:14
117:25
121:18
122:18
126:2,5
128:11
129:6
137:9,11,
16,20,24
138:1,3,17
145:19
146:1

degree    58:16

delays    139:5

delete    94:18

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015     Index: Department..document

**Department**
138:9

**departure**
24:22,25

**depends**
46:15 47:9

**deposition**
35:13,22
36:3 39:23
40:14
87:12,16
141:22
146:5,7

**depositions**
35:7,8,10

**describe**
37:13
135:1

**describing**
95:3

**design**   15:21
27:14

**desire**   57:20

**desires**
65:19

**destroy**
95:11

**detail**   33:10
37:18
51:10 69:8
101:7
111:21
115:9
122:21

**detailed**
97:9

**details**   26:6
58:15
97:12
129:20

**determination**
86:14

**determine**
70:21

**developed**
14:5

**devices**
64:17

**dialogue**
86:25

**Dicaro**   99:7

**Diesel**   10:8

**differently**
101:16
111:15,22
115:5

**difficult**
71:3

**diligence**
101:12,20,
24,25
102:12
113:10
135:11

**Dimitri**
132:10

**direct**

37:21,23
98:21

**directed**
37:22

**directly**
60:22
77:11
89:22
115:1
124:24

**Director**
129:22

**disagree**
98:5
114:21

**disagreed**
138:11

**disagreement**
94:16

**discuss**   37:9
38:21
72:16
136:16
137:5

**discussed**
38:23
40:3,5
42:12 45:6
47:10
79:22 89:3
93:14,15
136:12
143:23
144:6

**discussing**

76:17
144:2

**discussion**
26:16 66:3
68:1 70:13
90:24
136:20
137:18

**discussions**
23:14
109:20
124:13

**dispute**
94:19

**DNR**   21:13
76:14,15
78:12
124:4

**doc**   38:6

**document**
10:1,17,
20,24
11:1,13,15
14:4,7,8,
10 15:18,
20,22,25
16:1,18
19:2 28:3
33:21,23
34:21
35:1,14
40:9,13,
19,25 41:1
42:5,11
44:20 49:9
50:15,18

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015Index: documentation..encompass

51:1,4,5
55:4,16
56:2,16,
19,22
57:9,21
61:13
63:23
64:10,13
65:15,17,
20,21
66:12,21,
23 68:12
79:15 83:5
86:13
87:10
88:22,25
89:4,25
90:1,16
96:9,10
100:23
110:8
113:12
129:8,9,13
135:16
137:13
138:6
141:21

documentation
84:3 92:24
99:17
139:16,19

documented
127:14

documents
8:24 14:16
25:6 37:4,
7,11,14,

20,25
38:9,11
51:8 55:8,
10,13 57:1
64:1
126:15,17
137:21

dollars   59:8
70:23,24
112:13
113:3
118:21
120:6

Don   40:2

draft   16:13
107:21

drafts
105:12
107:8,10,
19

driving
97:25

due   61:10
101:12,19,
24,25
102:12
113:9
135:11

DVDS   84:10

Dwight   30:24
68:4 101:6
107:11
110:10
126:11
127:11

dynos   62:20

E

earlier   48:1
62:8 67:19
68:25
77:14
87:23
108:10
126:21
135:5
143:2

early   76:25
89:8

easier   51:22

easy
101:10,20,
21

effect   84:4
93:10

effective
31:15
47:21,25
53:7 94:9
100:21

effectiveness
124:21

effort   20:24
62:22
99:16

efforts   98:1

Electro-motive
10:8

element
26:14,15

eleven   51:25

eliminate
73:20

email   79:11,
18,21
84:22 85:3
91:9,15
99:5,8
141:22

emails   25:15
36:10
84:22 91:7
94:18

EMD   10:9,
10,14 11:5
12:11,17
14:25
16:10
49:13,20,
24 91:24
141:24

emission
73:18

emissions
135:21

employ
24:10,13

employee
143:7

employment
129:11

encompass

15:14

encompassed
 115:17

end   8:16
 24:19
 27:12
 42:19
 50:15
 69:20
 79:23  80:4
 85:12
 87:11
 89:6,8
 146:4

engine   11:4
 12:10  15:3
 16:10  17:6
 32:24
 34:10,24
 45:16
 49:12
 51:16,17
 52:4,16
 62:1,3
 70:18  71:9
 82:4,6,10,
 11,15,19
 83:16
 84:1,8
 88:23
 91:12
 92:8,9,10,
 11  93:17
 99:25
 103:17,18
 104:9
 112:20

118:8,9
119:17,25
120:7
128:3
142:9

engineer
 97:17,18

engineering
 8:10  9:2
 11:11  12:9
 13:7,10
 15:4  17:1
 23:15

engines
 45:21
 57:21
 58:11,16,
 22  61:5,8,
 15  63:3
 81:17,18
 82:19  84:1
 85:19,22
 92:16,21,
 22  93:11
 94:3
 104:10
 114:4,24
 117:14,15
 118:6
 125:23
 142:15

entail   58:14

entered   13:9
 31:17  38:6
 43:21  53:7
 57:23  58:3

83:8
86:18,20
87:3
140:7,22

entering
 145:11

entice   43:12

entire   49:5
 70:3,5
 103:19,20
 106:24
 107:5

entitled
 9:2,5,9
 10:15
 11:11,19
 30:16
 56:22
 57:10
 60:13
 61:19  67:2
 68:15
 69:3,6
 70:13
 72:14  73:4
 83:16
 88:23  90:5
 97:22
 139:7

environment
 62:2  99:15

environmental
 27:3  76:8
 97:1
 123:10,12,
 21  143:20

144:13,17,
 20  145:3

EPA   58:10

equipment
 117:15
 125:22
 131:6

ERM   96:19
 97:10
 98:11,18,
 21

estate
 113:19

estimated
 64:17

event   28:14
 29:18
 64:10
 69:23

eventually
 95:22

evidence
 86:17

evident
 100:2

evidential
 22:19

evidently
 72:2

examined
 47:9  76:13

exchange
 34:22  43:1

50:11
52:16

exchanging
105:11

excluded
104:15

exclusive
117:8

exclusively
59:17

Excuse   30:24

executed
16:18,19
24:20

exhibit   7:19
8:4,18,20
9:2,5,9,24
10:15
11:4,7,11,
16,17
12:4,5,8
13:3,25
14:13
15:2,5,17,
19 16:5,6,
9,12 17:2,
5,11
18:18,21
19:13
20:10 27:4
28:6,21
29:1,13
30:6,15
31:1,14,
22,25

32:3,5,12,
15,21,22
33:20 35:3
40:8
42:10,13,
23 43:20
44:9,13
47:19
48:1,4,7,
23 49:8,22
50:6,14,22
51:1,14
54:24 55:2
57:9 61:3
64:23
65:22
66:6,10,16
70:12 73:3
74:12
75:4,7,9
79:8,11
84:13,16
87:19
88:15
91:3,7
94:7 96:3,
15 97:4,22
98:13 99:5
100:14
126:4,6,10
128:10,12,
19 129:1,7
130:17
133:20
138:2,5,
15,16,18,
21 141:20
142:23

exhibits
8:25 9:17
13:8 35:10
84:21

existing
21:13 89:6

exit   93:24

exorbitant
128:14

expedite
96:20

expense
58:23,24
60:3,4
63:4,5,11,
13,14
70:17

expenses
28:16
29:20

explain
91:20
92:24

explanation
35:15
78:15

explicit
74:10
83:21,22

explicitly
86:5

explore
96:19

explored
130:12

express
75:18
82:19
121:8

expressed
57:19

expresses
123:14

expressing
81:23
83:25

expressly
125:17

extensive
95:7

extent   11:3
14:1
16:12,17
17:13
18:21
27:16
37:10
58:20,22
63:2,3
82:12 86:6
94:25 98:6
107:19
122:14

extra   7:17

extras   7:23

extremely
99:23

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: eyes..final

eyes   21:19
   39:19

        F

face   27:18

faced   132:18

facilitated
   70:15

facilities
   57:7  59:6
   61:14
   103:5
   104:16
   116:19,22
   117:9,13,
   21  120:13
   144:19

facility
   34:6  38:8
   43:8
   46:17,22
   51:18  52:4
   56:24  57:2
   58:13  59:9
   61:10,19
   62:18
   63:15,20
   64:6  65:3
   69:14,15
   85:15,19
   92:16  93:7
   100:11
   102:3,25
   103:7,8,16
   105:6
   106:14

112:15
118:2
132:8
138:8
145:13,21

facing   94:15
   134:21

fact   12:12
   27:19
   56:11  63:7
   64:7  77:20
   80:25
   112:17
   114:1,23
   120:5
   138:7
   139:17
   144:2

fair   7:13
   27:5  28:5
   39:14
   63:12
   75:13
   100:8
   109:9,11
   121:24
   124:19
   140:10

Fairbanks
   69:15
   82:24
   95:12
   103:4

fairly   124:6

faith   113:4

fall   93:3

false   145:3

familiar
   10:19
   11:13
   34:21  39:8
   40:10
   45:22
   55:16
   58:19
   66:12,15
   79:14
   88:25
   91:25

familiarize
   40:17
   44:14

fashion
   90:21
   116:3

fast   98:1

faster   79:6

fault   46:20
   47:5

feature
   69:24

fee   46:12

feel   49:8
   124:17

feeling
   55:23

feet   64:17

felt   57:22

60:12
72:20
119:5
139:19

fifteen
   51:19  52:1

Fifty-six
   96:2

Fifty-three
   79:5,6

Fifty-two
   75:3

figure   20:22
   66:19
   70:25  77:1
   97:2

file
   126:11,18
   127:2,4,16
   128:13

filed   39:9,
   11,20

files   22:12,
   14,15,16,
   22,23,24,
   25  23:1,2
   25:8,14
   126:23

final   16:18
   50:13
   74:12,23
   110:4
   117:7,11
   135:15

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: finally..form

finally
 81:9,12
 145:20

finance
 90:22

financial
 18:3

find  22:13
 36:10
 51:20 64:7
 94:2,15

fine  8:15
 10:13
 14:19

fines  26:19

finish  87:9,
 19

finished
 92:9

fired  105:20
 106:7
 135:19
 136:2,4

firm  107:16

firsthand
 103:1
 106:4

five-year
 108:16

fix  63:16

fixed  103:12

fixes  62:24

floor  117:1,
 4

FM  78:25
 83:8 140:6

FME  20:22
 23:14
 25:12
 26:8,12,
 19,24
 27:13,24
 30:6,9
 32:14
 36:22
 45:20 46:1
 48:4,7,10,
 18 49:18
 50:3 52:7
 53:7,18
 54:5,16
 57:4,11
 58:8,21
 59:12
 60:2,4
 61:5 63:6,
 18 64:3,4,
 12 65:4
 67:15
 68:2,8
 70:19,22
 71:9,15,20
 72:8,9
 74:3
 75:14,18
 76:3,21,24
 77:10,19,
 23 78:11,
 13,14

79:1,24
80:1,9,16,
 20,21,24
81:1,4,12,
 20,21,24
83:17,25
84:6 85:22
87:4,5,25
88:5 89:19
90:3,23
92:5
96:17,24
97:19
98:10,18
99:11
100:19
102:7,16
103:2
105:1,18
112:1,15,
 17 113:7,
 20 114:1,3
115:24
116:4,5,11
117:12,13,
 20 118:6,8
119:3,10,
 17,24
120:9,18
121:1,13
122:7,11,
 19,25
123:12,23
125:18,22
128:4,7
129:20
130:11
131:18,23,

25 132:6
133:4
134:25
135:20
139:3,9,
 12,25
141:14,17
142:8,10,
 14 143:18,
 23 144:1,
 9,11,17
145:1,7,21

FME'S  20:23
 27:15
 52:20
 82:11 97:1
 117:15
 119:18,23
 122:3
 123:9
 143:20
 145:11

FME/AVL  98:1

FME/ERM  98:2

focused
 83:10,12

foregoing
 117:12

foresee
 86:25

forgetting
 114:9

forgot
 137:21

form  18:23

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015              Index: formal..great

```
21:1 27:16          front   8:5       gave   22:21        God   97:17
46:14 59:3          56:9,22             23:7,17           Golda
116:3               66:22               36:16,18            102:11,14
117:23              128:17            general               105:16,20,
121:15            fucked               111:7                21 109:13
formal   7:14       134:12           generally             110:12,15
131:15            fuel   52:21         50:7 51:23           129:22
formally            53:18,25           52:12             Golda's
63:13               59:14,17,          58:20               102:9
131:22              23,25              99:8,10
Forty-five          73:20           generated            good   7:4,5
9:14                85:5,11,          120:12,16            22:23
Forty-four          15,20           gentleman              35:18,24
16:7                87:23             23:19                40:12
forward             88:3,7,11       George   75:8          63:17
57:22               89:18 90:3        76:15                95:14
66:20 71:4          92:15,19          84:19                98:2,17
98:9                93:22             99:22                100:8
132:14              132:16            138:6,19             135:3
found   101:18      134:23          Gioffedi            goodie
142:3               135:6,13          104:3                142:25
foundation          143:22          give   23:6,        governed
46:14 89:9          144:2             16 40:17            12:17
114:5            fuels   59:20        58:15               13:24
145:17           fulfill             69:22               15:1,3,17
fourth   96:17      92:17             105:17              16:9 32:12
122:5            full   20:3          112:1               50:16
Fox   34:3       full-time           119:6             governmental
frame   61:4        143:6             129:3                20:1,5
64:5             fully   139:6      giving   28:13      governs
71:22,23                              29:18                74:24
89:7 93:3              G            glad   87:2        Graz   131:20
Fred   38:2      gallons            goal   100:3,      great   101:7
                   93:22             5,6                  111:21
                                                         115:9
```

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: Greg..honestly

Greg   91:17

guess   13:21
   33:18  42:3
   54:2  57:25
   68:4  82:17

guide   21:7

Guido   96:19
   97:2,10,12
   98:24,25

guys   37:6

         H

H-a-n-s-e-l-l
   97:25

H-u-d-s-o-n
   91:17

halfway
   11:21
   43:14

hand   33:19
   35:13
   40:13
   101:5
   106:25
   128:25

handed   8:1,
   23,24
   44:12
   50:25  55:1
   66:9  75:6
   79:10
   84:15  91:6
   99:4  126:6
   138:4

handing   35:2

handle   36:4
   62:20
   85:20
   108:2

handled
   15:22
   18:2,15
   101:5
   107:11

handling
   131:5,6

handwritten
   23:1,2
   128:23

Hansell
   30:24  31:1
   35:6  97:25
   101:6,8,16
   102:19
   106:19
   107:11
   109:12
   110:10,15
   126:7
   127:23
   129:8,20
   130:4
   134:10,12
   135:25

Hansell's
   109:25

happen
   114:15
   118:14

happened
   60:22
   133:11,16

happening
   68:10

hard   108:4

head   45:23

heading
   19:18

hear   38:20

heard   35:8
   82:3

held   66:3,
   18  95:19
   137:18

Helmut   41:6

hereof   32:7
   124:14,25

Herrmann
   8:1,10,13
   9:13,16,20
   14:1
   16:11,16
   17:13
   18:23  21:1
   27:16
   37:2,5,9,
   13,19
   38:3,18,
   21,23  39:2
   46:14  59:3
   65:24
   71:18
   82:12,21

86:6  89:9
   94:24
   95:3,6,9
   100:15
   114:5
   117:23
   121:15
   122:14
   129:5
   137:4,7,15
   145:17
   146:3

Hey   84:6
   105:1

highlighted
   51:21

hindsight
   101:14,15
   111:8,21
   115:4

hired   21:11,
   15  67:17,
   19  80:23
   134:13,19

History
   129:15

hit   89:20

hitting   89:5

hold   94:13,
   17

home   132:9

honest
   104:18

honestly

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015      Index: hours..infrastructure

26:5 78:17

hours  33:6
  34:24
  46:5,10,11
  47:16 50:9
  52:13,16

HR  127:2,4

Hudson  91:17

huge  72:5
  119:6

Human  126:18

humidity
  62:3

hundred
  25:23
  34:11
  74:19 88:6
  119:19

hundreds
  23:8,9

hypothetically
  46:8

        I

idea  17:16
  18:17
  25:25
  26:17
  60:18
  76:3,21
  90:15
  106:7
  114:17
  130:24

ideas  76:2,
  23 77:9,
  18,22
  78:24,25

identification
  7:19 8:18,
  20 44:9
  48:23
  50:22
  54:24 66:6
  75:4 79:8
  84:13 91:3
  94:7 96:3
  100:14
  126:4
  128:10
  138:2,16

identify
  137:4

ill  105:24

immediately
  109:8
  112:8

impact  46:12
  88:7
  110:13

impacts
  110:12

impart  108:9

impeding
  92:20

implicit
  74:5,8
  75:18
  83:19

implied
  121:8

importance
  71:8

important
  24:5 93:3
  108:17

impression
  99:1

improve
  62:23

improvements
  90:22

inability
  92:15

inception
  143:19

include
  130:5

included
  57:13
  73:10
  113:9,22
  123:21
  144:13

including
  32:6 107:6
  113:21

incorporated
  32:6

incur  63:13

incurred
  28:16,17

29:21

indemnity
  122:4
  123:9

independent
  56:20
  57:17
  79:18 88:3

independently
  96:12

indications
  89:18

indirectly
  124:24

industry
  58:12

inform  53:12

information
  97:18
  112:2
  113:8
  132:2
  139:22

informed
  53:17
  70:19
  92:14,19
  95:4 106:9
  127:25
  128:4

informing
  127:23

infrastructure
  103:12

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: initial..item

initial
  55:21,23
  136:12
initialed
  30:21
input   143:9
inside
  18:10,14
  58:1  59:5
  85:19
  134:25
installation
  73:12
installed
  73:15
instance
  90:17
instances
  40:18
instruct
  54:20
intake   58:17
intend   85:4
intended
  108:15
  122:4
intent   80:11
  86:18
  108:19
  111:4,17
  118:3,5,10
  121:20
intention

  124:4
intentionally
  26:13
  76:4,7,22
  123:24
interest
  80:25
interested
  78:15
interesting
  18:1 64:7
interference
  139:5
internal
  37:20
  42:11
  90:24
internally
  90:20
interpret
  117:24
  118:1,2
interpretation
  28:9,24
  29:24 30:2
  60:24
  86:13
interruption
  61:10
intertwined
  78:2
intimate
  11:1

inventive
  76:12
invest
  103:10
invested
  72:5,7
  93:6
  112:12
  118:18,21
  119:6
investing
  113:2
  131:23
  145:13
investment
  43:7
  130:22
  131:18
investments
  108:8
  131:20
involved
  26:12
  33:10
  39:12
  51:10
  58:23 63:4
  69:13,14,
  24 78:5
  93:15
  94:17
  101:6
  105:21
  106:21
  122:20
  136:1

involvement
  37:22,23
  78:6
IP   42:4
irrespective
  88:11
Isaac   34:3
issuance
  73:12 78:6
issue   46:16,
  17,22 71:1
  88:4 114:7
  118:25
  134:24
  137:8
  144:7
issued   13:9
  32:2 73:14
  74:24
  96:23
issues   20:23
  21:16,20
  60:21 61:1
  62:19
  66:19,21
  67:13
  70:14 95:3
  128:17
item   42:24
  43:13
  52:10
  59:16
  62:10
  63:17
  64:16

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: items..laws

67:24
68:19
69:4,18
71:5 74:23
80:3,9
89:5,22
90:6 97:6,
8,23
129:16
130:20
144:25

**items** 67:7
73:9 79:21
92:7 96:17
133:21

**J**

**January** 9:10
31:15

**jeff** 129:23
136:13,24

**Jeffrey**
129:22

**Jerry** 45:4
51:13
57:25 58:1
65:8 93:15

**job** 101:9,
22 132:4

**John** 79:19,
20

**join** 128:16

**Jonathan**
91:17

**Josef** 10:25
29:6,7

**judgment**
51:11

**judicial**
26:1,2,11,
17,18,25
27:13,25
68:20,24
69:8 74:15
75:15,19
77:10,22,
25 78:4,21
80:4
123:23

**July** 9:6
10:16 12:1
14:23,24
29:2 31:18
47:22,25
50:16 56:5
61:3 79:20
80:16 82:9
99:7,10

**June** 66:25
67:12 72:2
84:20,23
88:24 91:9
139:11,24,
25 141:14,
24 142:7
143:16,19

**jury** 108:12

**K**

K-i-l-k-e-n-
y 91:18

**Kazarinoff**
132:10

**Kerr** 107:16

**key** 79:21

**Kilkenny**
91:18

**kind** 36:5
51:23
66:21 71:2
110:20

**kinds** 108:21

**knew** 22:10
143:18
145:21

**knowing**
111:10
115:4

**knowingly**
145:3

**knowledge**
11:1 14:3
30:10
53:2,20,21
54:17
56:12
72:11,13
87:5 92:5
97:11
106:4,5,23
135:22

141:16
145:23

**L**

**lack** 106:23
107:2

**lacked**
145:22

**laid** 39:19
91:21

**landlord**
112:11
113:1,4,7
114:11,17

**language**
50:14
108:15
115:14
122:3

**large** 51:17
52:4 57:21
58:11
59:21
82:4,6,10,
19 84:1,8
88:23
91:12
103:17,18
104:9

**laws** 19:25
20:4,17
21:9 27:3
123:10,12,
17,20
143:21

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: lawsuit..looked

144:13,17,
20 145:3

lawsuit
38:14
40:5,10
45:7 55:5
122:20,22

lawyer  30:2

lawyers
55:10
94:16

lead  67:14
68:5

leading
101:3

leads  77:6

learned  89:5

lease  63:18
113:6
114:18,20
115:3

leased  64:6
112:18
114:1,23

leave  8:15
76:16

left  24:10,
12 25:16
39:11 52:2
84:10
94:9,12
97:23
105:23
143:6

legal  14:2
17:14,18,
20,21
18:4,11
19:2 21:6,
23 23:7,
17,18,19
27:6,8,17
28:3,8,20
59:4 60:24
71:18
82:13
86:7,8
94:16
107:11,13,
15 109:17,
22 110:2
121:16
122:15
124:16
125:2
136:13

legally
86:13

lend  93:21

length  108:6
112:9

letter  75:8
133:8,13,
14 138:20

letters
38:6,10

level  33:8
51:10
140:11,12

liability
42:4

licensor
117:14

light  21:17
64:5

limit  89:6

limitation
53:1,18,25
85:11
88:3,8,11
89:19
92:20
132:16
135:6,13
143:22
144:3

limitations
85:5
87:23,24,
25 142:16

limited
52:21
85:6,11
105:15

limits  92:15

lines  51:19
52:1,9

List  41:6,
13,15,16,
17,19,22
42:5,12

listed  73:9
92:2

literally
76:5,18
116:14

litigation
49:10 51:2
56:15
94:13
111:12
115:4

local  21:8
135:2
137:8

logical
66:22

logo  33:24
56:9

long  24:15
65:2 88:9
95:6
107:22
108:1,3
110:19
117:21

long-term
43:10,12
63:15,25
64:2 65:6
112:24

longer  23:20
39:13
85:20

looked  12:3
36:9
37:10,14,
20 38:1

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: lot..master

| | | | |
|---|---|---|---|
| 57:2 58:5 | 11:23 | **marine** 45:15 | **master** 7:24 |
| 70:5 84:21 | 24:22 31:6 | **mark** 7:16 | 8:7,9,10 |
| 93:23 | 58:13,25 | 20:24 | 9:2,5,14 |
| 107:19 | 60:25 | 21:17,18 | 10:15 |
| **lot** 44:23 | 62:15 | 44:7 48:22 | 11:3,11, |
| 57:1 58:18 | 72:24 85:5 | 50:21 | 21,25 |
| 62:22 93:6 | 103:9 | 54:23 66:5 | 12:5,9 |
| 103:11 | 113:25 | 67:17 | 13:4,6,7, |
| 108:4 | 118:14 | 75:15 | 10 14:10 |
| 141:1 | 121:8,13 | 76:13 79:4 | 15:1,3 |
| **lucky** 7:18 | 122:22 | 80:20 94:6 | 16:25 |
| | 127:13,23 | 96:2,18,25 | 19:1,3,5 |
| | 131:22 | 134:19 | 28:12 29:1 |
| **M** | **making** 58:21 | **Mark's** 21:23 | 31:16 38:5 |
| | 86:14 | | 41:2,23 |
| **M-a-n-v-e-l** | **Maly** 67:8, | **marked** 7:19, | 47:21,25 |
| 40:3 | 9,10 91:16 | 24 8:18, | 53:6 54:15 |
| **M-e-y-e-r-s** | 106:13 | 20,24 9:17 | 68:3 |
| 91:17 | | 33:20 | 71:16,19 |
| **made** 19:18 | **Maly's** 91:9 | 35:3,10,14 | 72:17,19, |
| 20:9,19 | **manage** | 44:9,12 | 21 74:2,5, |
| 25:8 32:7 | 128:15 | 48:23 | 8 75:22 |
| 46:24 47:5 | **management** | 50:22,25 | 82:18,22 |
| 62:23 | 65:3,7 | 54:24 55:1 | 83:3,7,14 |
| 63:16 93:9 | 106:24 | 66:6,10 | 84:7 85:23 |
| 99:23 | 107:3 | 75:4,6 | 86:4 |
| 104:4 | 136:10 | 79:8,10 | 100:19 |
| 116:11 | **manner** 98:8 | 84:13,15 | 101:3,4 |
| 132:12 | **manufactured** | 88:15 | 102:8,22 |
| **Maier** 10:25 | 117:14 | 91:3,6 | 105:12 |
| 29:6,7 | | 94:7 96:3 | 107:4,6,8, |
| **main** 102:25 | **Manvel** 40:2, | 99:5 | 19 109:1, |
| 103:5 | 6 | 100:13,14 | 5,7 111:18 |
| **major** 105:25 | **March** 49:15 | 126:4 | 115:6 |
| **make** 8:16, | 133:23 | 128:10,25 | 116:1,12, |
| 19,22 | 134:2,6,7, | 138:2,4,16 | 17 122:13, |
| | 10,22 | 141:20,21 | 25 123:16, |
| | | 142:23 | 25 124:9 |

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015        Index: material..modeled

125:4,13,
15,17,21
133:9
135:10
136:21,25
139:3,12
140:1,8,
13,22
141:7,15,
17 142:8,
12 144:11
145:8

**material**
22:19
126:24
139:8

**materially**
139:12
141:15

**materials**
36:7

**matter**  31:20
73:21
88:4,7
113:19
124:14,25
125:7

**Meaning**  16:3
65:19

**means**  13:6
17:24 43:3
58:9,10
116:10

**meant**  17:17
60:18

107:21
110:18
115:23
116:20
117:19

**measure**
58:16

**mechanically**
36:2

**mechanics**
36:6

**media**  87:11,
15 146:4

**meet**  61:21
93:5

**meet all**
93:10

**meeting**  37:1
38:17 39:4
66:17,18,
22 75:9
84:20
99:22
132:25
133:3,8,18

**meetings**
38:15 39:3
77:3
98:22,23

**memo**  126:11
127:15
128:13

**memory**  38:3

**mentioned**

91:23
96:13
108:10

**mess**  111:10

**message**
132:22

**met**  38:13
76:15
91:16
104:3
142:17

**methodology**
19:2

**METSA**  43:2

**Meyers**  91:17

**Michigan**
59:6
128:21
131:21

**middle**  19:14
84:24
133:21

**Mike**  102:9,
11 110:12
129:22

**million**
70:23,24
120:6

**millions**
59:8
112:12
113:2
118:21

**mind**  37:25
73:1 74:20
111:2,14,
23

**mine**  51:21
128:24

**minimum**
63:17
64:11

**minute**  40:22
44:13
65:25
88:20

**minutes**
10:18 44:2
84:10 87:9
137:12

**mispronouncing**
91:20

**misrepresentat
ion**  111:5

**misrepresentat
ions**
145:11,14

**missed**  130:6

**mistake**
134:5

**misunderstood**
140:17

**model**  71:21
117:16,22
119:18,24

**modeled**  97:7

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: modeling..Oakland

**modeling**
  73:11 97:9

**modify**  42:1

**Monday**  142:1

**money**  52:18
  62:22
  70:22
  72:6,7
  73:22 93:6
  100:10
  118:18
  119:6
  131:8,23

**month**  34:14,
  23 47:1,8,
  15 49:25
  52:22

**monthly**
  46:5,12
  50:11
  85:16

**months**  39:7
  50:3 80:13
  104:5
  105:9
  120:12

**morning**  7:4,
  5

**Morse**  69:15
  82:25
  95:12
  103:4

**mothballed**
  70:16

**move**  24:18
  66:20 71:3
  82:14 98:1
  120:4,6
  128:3,5
  132:14

**moving**  98:9

**Multiple**
  88:23

**mutual**
  125:11

**mutually**
  115:20,22,
  23

**N**

**Natural**
  138:10

**nature**  85:6,
  11 93:17

**necessarily**
  42:3 61:2
  75:21

**needed**  15:11
  23:12 43:9
  57:22 61:9
  72:20,24
  82:14 94:2
  101:11
  103:11
  119:7

**negotiate**
  21:12
  118:13

**negotiated**
  102:24
  107:9
  124:2

**negotiating**
  101:9,17
  102:22
  107:4

**negotiation**
  107:6
  136:25

**negotiations**
  101:2,4
  124:13

**nice**  104:20

**night**  22:10
  35:23

**noncompliance**
  69:18
  145:7

**normal**  19:7
  71:21

**North**  51:7

**note**  16:16

**notebooks**
  36:9,12

**notes**  23:5,
  10,11,15
  36:14,22
  77:12,13,
  14 78:19
  95:19
  126:23
  128:23

**notice**
  28:13,17
  29:18,21
  120:10

**Notwithstandin
g**  117:11

**NOX**  73:21

**number**  9:2,
  5,9 10:15
  11:16,18
  15:8 16:9
  20:10
  32:12 33:4
  42:13
  44:13
  45:24 49:8
  52:10
  55:2,9
  64:24 73:9
  75:7
  87:11,16
  91:7 99:24
  100:3,5,6
  108:21,23
  120:19
  126:6
  146:4

**numbered**
  130:14

**numbers**
  55:9,10

**O**

**Oakland**
  128:20

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: object..Overview

object  16:17
17:13
18:23 21:1
46:14
82:12 86:6
89:9 114:5
117:23
121:15
122:14
145:17

objecting
110:23

objection
14:1 16:11
27:16 59:3
71:18
82:21
94:24

objective
76:23

objectives
21:10

obligation
75:19 86:2
119:5
121:8

obligations
122:4
123:9

occur  41:7

occurred
72:12

October
71:10,11
142:10

offer  43:11
63:16

offered
63:13,14
78:14

offering
103:2,3

oldie  142:25

one-third
47:3

ongoing  68:2
99:16
144:21
145:7

Oops  134:4
138:1

OP  52:22
70:3,10,11
80:12
83:10
85:23
86:21 87:6
88:6
103:13,14
104:14
112:18
113:21,23
114:1,4
116:21
117:5
125:24
142:16

open  76:17

opening
31:14

34:3,13

operate
59:16
74:13
139:6,7

operation
34:18 50:8
52:13

operational
110:13

operations
18:14
102:10
129:15,22
143:18

operator
69:20

opinion  27:8
28:9 86:3
98:12
122:24
130:10

opportunity
81:12
103:15
109:9
111:15

option  57:14
71:24

options  77:2

oral  83:24
102:15
119:9
124:11,22

125:3,5

orally  84:5
95:15

order  19:7
28:12
31:11 43:5
51:6,16
52:17
58:13 61:4
62:4 66:21
81:6 82:10
116:5,6,11

orders  13:1,
9,14,18,23
14:7 17:6,
9,12 18:22
19:1,6
20:1,4
48:10,17
49:19
51:9,12

organization
18:2,5,6,
7,8,16
102:10
104:22
107:15

original
55:12 68:6
70:4 71:19

originally
36:13

outlined
47:21

Overview

Case: 3:14-cv-00877-wmc   Document #: 21   Filed: 12/04/15   Page 70 of 86

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: owner..permit

91:13

**owner** 41:1,4
100:9
112:18
113:18
131:10

**P**

**P-a-d-a-t-e**
91:19

**p.m.** 91:10
137:17
· 146:6,7

**PA6** 71:9

**Padate** 91:19

**pages** 23:8

**paid** 24:7
70:21
73:24

**papers** 106:8

**paragraph**
31:14 33:4
81:9
124:17
135:18
136:11
139:2,16
143:12,16
144:23
145:1,10,
15,20

**parameters**
97:9

**parentheses**
34:17

**parentheticall
y** 130:3

**part** 10:7,
24 18:3
19:1,4
22:18
26:16 32:7
62:5,7
98:22
112:3
113:22
122:19

**part-time**
93:12

**participating**
135:11

**particulate**
73:21

**parties**
20:21
21:12 68:8
86:18
94:15,16
101:11
105:11
108:14
124:20
125:11

**parties'**
123:15

**partner**
57:20

**parts** 77:25

**party** 118:4,
16 121:7,9

**Path** 23:25

**pay** 26:19
46:13
49:25
52:17 60:4
70:23,24
74:4
125:22

**payment**
50:11

**peak** 62:21

**penalties**
26:19
68:21

**people** 24:17
26:1
91:23,24
92:2
104:22
108:22,24
113:10
118:19

**percent** 24:4
25:18,21
34:11 43:1
74:19
119:19

**percentage**
24:3

**perform**
20:3,5
45:3

**performance**
20:2

**performed**
12:10
27:11
28:15
29:20
45:19
123:16

**performing**
33:9

**period** 14:5
23:5 38:7
60:20
72:10,19
85:18
92:13
105:24,25
118:7
127:11
128:13

**permanent**
63:16

**permit** 20:23
21:13,14
26:13
27:15
52:20
53:18,19
54:6 61:7
73:12
74:24
76:4,22
77:6,7
78:5 85:4
87:23,25

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: permit's..point

88:1,11
89:19
96:23
102:1,8,16
105:18
123:24
125:18,19
135:12
140:7,19
141:2,8
142:17,19
143:23
144:2,14

permit's
135:5

permits  20:7
27:3,12
69:14,25
70:2 76:8,
11 123:21
134:14
135:21

permitted
88:9,12
138:9

permitting
21:7,16,20
26:7 38:7
53:14
60:13,16,
22 61:11,
15 67:7,13
68:15 73:6
75:23
78:25
79:23
80:4,10,

12,18,21
89:6 97:24
114:7
130:5
132:3
136:12,21
145:22

person  39:25
41:8 51:11
67:12 68:5
85:17
102:11
104:2
108:20,24
123:3,5

personal
24:14
53:20

personally
30:5
32:14,16
48:3 53:11
84:9 93:14
98:20
133:15
145:6,24

perspective
17:25 62:4

pertained
11:4
32:22,23
42:12

pertaining
20:2

pertinent

36:10

phase  24:18
52:24,25

phone  132:9
133:5

phrase  117:1
134:1

physically
103:3
133:1,7

piece  101:25
113:18

pieces  44:17
86:17

piston  34:4

place  12:23
14:8 16:11
19:6 27:20
62:6 73:20
86:25
94:2,24
106:1,22
108:7
140:8

plan  65:2,
3,6 74:14
91:16,22
92:12,16
93:2,24

plans  87:5

plant  34:10
45:20 46:1
50:3 52:7
57:5,11

58:8,21
59:12 60:2
61:5 64:12
65:4 90:23
114:24
120:18
131:18,23
133:4
142:10

play  21:5,
21 22:1
105:14

played  20:24
22:5 39:14
102:23
143:5

plays  15:9

Plewa  35:6

point  15:13,
24 40:13
43:5,22
56:15
62:25
63:25
65:9,15
67:12 71:2
80:15
93:2,7
99:18
104:12
105:11,15
111:19
115:12
120:3,4
121:16
128:6

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: policies..produced

131:12
132:1
134:19
141:2
142:4

policies
123:18,21

pollution
138:10

portion
28:10 33:4
110:2

portions
27:2

position
119:10
136:15
139:11

possession
36:15
56:16

possibility
81:25
90:21
124:1

possibly
78:19

potential
76:19

power   121:7

precedent
124:21

predecessor
10:25 29:7

prelude
31:11

preparation
18:11
39:15
143:5

prepare
35:21 41:2
145:18

prepared
17:19
34:21 42:5
45:4
56:10,13
66:21,23
70:17
127:9
129:9

preparing
68:7 131:9

present
65:2,8
93:1 133:1

presented
65:6 71:24
75:10
77:19
131:15
133:8

president
39:13 76:7
129:21
130:21
136:14

pressure

109:8,11

presume
52:20 89:7
101:25

pretty   41:24
43:9 101:8
102:5
103:8

previous
11:19
124:10
139:15

previously
33:19
35:2,14
81:1 88:14
99:4
128:25
141:20

price   43:1,
12 47:8
90:7

primarily
67:11
102:20

primary
39:25
104:14

prior   11:22,
23,24 19:4
28:16,17
29:21
84:20
120:10
135:9

priority
99:24
117:20,24
118:4,5,
16,19
119:2,3,4

pro   22:21

problem   98:7
134:20
142:3

problems
99:13
112:19,23
114:2

process   19:7
21:18
68:20,24
79:23
80:21 81:6
92:17
96:21
97:24
100:4
101:19
105:14
106:25
107:3,4,5
135:12

produced
10:2 11:16
22:18,25
23:1 25:14
37:14
40:10
49:10 51:1
55:5 56:14

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: producing..quarter

88:22
127:8

**producing**
99:15

**product** 63:8

**production**
81:18

**Professor**
41:16,17,
19,22
42:5,12

**program**
92:11
93:13
112:20

**progressed**
23:11

**promises**
124:23
125:5

**proof** 139:17

**proper**
145:22

**proposal**
44:25
45:2,11
46:9
47:14,15,
23 49:12,
24 50:16
78:1 93:9

**proposals**
48:9,17
49:18

**propose**
76:23

**proposed**
26:7,12
76:7

**proposing**
34:23

**protocol**
58:10

**provide** 30:5
32:14,16
48:3,6,16
56:3 60:16
75:23 86:3
97:9,11

**provided**
13:14 30:8
45:25 46:4
48:9 54:5,
14 77:16
81:13
97:16,17,
18 98:17
139:18
142:16

**providing**
49:18
139:22

**provision**
29:14,24
71:20
108:19
120:25
121:20
122:25
124:6

139:18

**provisions**
27:5
110:17
111:19,20
112:11,25
125:10

**prudent**
113:1

**public**
113:19

**publicly-
available**
113:12

**pull** 92:22
113:4
114:12

**purchase**
13:1,9,14,
18,23 14:7
17:5,9,11
18:22,25
19:6,7
28:12
31:11
48:10,17
49:18
51:6,8,12,
16 52:17
116:4,5,11

**Purchasing**
43:2

**purpose**
41:12

**purposes**

7:10 71:17

**pursuant**
32:2 139:7

**pursue** 27:25
75:19
77:10 80:4

**pursued**
26:18,24
27:13
123:23

**pursuing**
75:14

**push** 137:13

**put** 27:20
43:7 53:3
55:10
59:9,22
60:3 63:14
66:21
73:18
100:10
108:6
111:24
126:18
134:18
139:14

**putting**
116:23

**Q**

**Q1** 71:10

**quality**
21:8,22

**quarter**

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: quarters..recall

71:11 72:3

**quarters**
19:24

**question**
12:20
13:21
17:10,11
18:1,23
21:2 22:11
27:6 31:6
40:21 49:6
77:8
83:13,14
87:20 96:5
101:1
104:25
107:18
108:25
112:8
115:2
119:19
135:7
137:2
140:14,16,
23 141:1
143:25
145:4

**questions**
10:22 25:4
40:19
42:23
44:15
49:1,17
51:3 55:22
56:18
79:17
88:17 91:8

96:6,11
104:21
108:21
109:14
110:6,16
135:15
146:2,3

**quick**  42:22
79:21

**quickly**
80:12

**quotation**
34:5,13

**quote**  27:11,
12 28:10
69:19,20
75:14
79:23 80:4

---

**R**

**raise**  40:12

**ran**  62:19
112:20
114:3

**rate**  46:6
47:15

**Ray**  7:5
14:2 18:24
21:2 27:17
30:5 38:3
87:12,16
129:21,24
146:5

**reached**  65:9

73:25

**react**  128:2

**reacted**  76:9

**reaction**
92:21
130:8

**read**  13:11,
15 14:15
18:17,19
19:20 20:7
27:2 28:17
29:21 31:4
32:8 34:7
47:23 49:5
68:21 69:4
80:13
81:14 85:7
98:2
109:1,7,9,
12 110:4,
25 111:1,9
116:6,14,
15 117:16
120:13
121:10
122:5,8
125:15,16
139:9
140:4
143:14

**reading**
34:20
122:4
130:25

**reads**  28:10
29:16

45:25
47:20
72:15
89:5,23
120:9
130:20
135:19

**real**  113:18

**realize**
112:15

**realized**
15:11
90:24

**reason**  28:23
30:1 39:12
46:9 77:3
78:17
89:12
104:11
106:17
122:16,17
131:25
136:2
139:14

**reasonable**
122:22

**reasons**
21:11
67:19

**rec**  135:22

**recall**  20:23
25:24
26:4,11,16
33:20 34:9
37:25 43:3

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: receipt..rejected

| | | | |
|---|---|---|---|
| 45:18,19 | recess   44:4 | 94:18 | 127:17 |
| 59:18 | 87:14 | redo   111:18 | 131:16 |
| 69:3,21 | | | 139:21 |
| 70:14 | recklessly | reduction | |
| 72:17,18, | 145:3 | 43:1 | refers   13:18 |
| 25  74:25 | recollect | | 19:25 |
| 77:11 | 109:16,24 | refer   10:2 | 61:23 |
| 78:11,14, | | 52:7  57:1 | 67:25  73:6 |
| 24  81:2 | recollecting | 77:13 | 74:12 |
| 85:10 | 108:4 | 96:17 | 117:4,8 |
| 90:1,18,20 | recollection | reference | 123:9 |
| 94:19  96:8 | 56:20 | 25:8  32:5 | 127:17 |
| 107:20 | 57:18 | 58:7  87:22 | 130:24 |
| 110:16 | 64:14 | 131:5 | reflect |
| 125:17 | 67:11 | referenced | 111:4 |
| 127:1 | 72:22  74:2 | 145:14 | reflected |
| 132:20 | 77:12 | referred | 78:19 |
| 133:6,14, | 78:18 | 13:14,19, | refreshed |
| 15  134:20 | 79:18,25 | 24  22:9 | 36:3 |
| receipt | 89:3  90:9 | 26:1  74:21 | regulations |
| 28:17 | 96:12,24 | 82:4  85:21 | 20:1,4,17 |
| 29:21 | 130:1 | 90:9,15 | 21:8  27:4 |
| receive | 133:16 | referring | 58:19 |
| 31:11 | 138:13,14 | 10:4,14 | 123:17,20 |
| received | 142:2 | 16:4  22:17 | reimburse |
| 13:2  79:12 | record   7:8, | 25:9  31:22 | 26:19 |
| 80:24 | 12  16:17 | 46:1  57:4 | reimbursed |
| 116:12 | 44:3,5 | 58:4  59:24 | 28:14 |
| 126:7,8 | 65:24 | 62:12 | 29:19 |
| 129:8 | 66:2,3,4 | 65:4,21 | reject |
| 132:22 | 83:23 | 73:17 | 78:11,12 |
| 134:7,11 | 87:13,17 | 74:15 | rejected |
| recently | 113:19,25 | 77:13 | 76:24 |
| 35:7 | 131:13,21 | 85:10 | 77:23 |
| 100:24 | 137:16,17, | 89:7,13 | 78:13  79:1 |
| 111:2,9 | 18,19 | 90:2 | |
| 125:16 | 146:6 | 103:13 | |
| | records | | |

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: relate..Resources

**relate** 17:11
  102:16
  114:3

**related**
  20:23
  38:13
  94:19
  124:24

**relates**
  18:21
  145:4

**relation**
  67:13
  116:12
  129:10
  136:25

**relationship**
  12:18 17:5
  24:5 67:3
  76:14
  102:17
  112:10
  132:15

**relay** 99:17

**relevance**
  13:20,21
  112:6

**relied**
  145:11

**reluctant**
  77:4

**remember**
  11:15 14:4
  26:6,10,
  21,22

  37:17
  38:15 56:2
  63:21
  67:22
  68:13
  73:16
  92:12
  95:16,18
  96:10
  110:19,21
  127:7
  134:15
  142:4,5

**remove** 92:8,
  9,11 128:3

**renew** 133:9

**renewed** 77:6

**rental** 34:5

**replaced**
  12:4

**replaces**
  11:22

**report**
  102:15
  105:17

**reported**
  135:12
  141:10

**REPORTER**
  79:5 126:3
  137:23,25

**reporting**
  75:13

**reports**

  141:24

**represent**
  10:1 40:8
  53:6 55:4
  88:21
  126:7
  129:7

**representation**
  18:4 20:9,
  18 27:10
  121:9

**representations** 19:17,19
  124:12,23
  125:6

**representative**
  58:1

**representatives** 99:12
  143:23
  144:1

**represented**
  144:11
  145:2

**representing**
  132:11

**represents**
  19:20
  111:6

**request** 34:4
  72:8

**require**
  44:21
  49:24 74:3

**required**
  25:15
  46:13,25
  59:22
  75:20
  82:11 90:7
  97:9
  125:18,22
  130:22

**requirement**
  43:2 60:15
  61:14
  62:17
  63:21
  64:19
  85:15
  130:5

**requirements**
  20:1,5
  56:23
  57:10,13
  59:14 61:6
  64:11
  71:14
  93:5,11

**requires**
  73:11

**rescinding**
  141:17

**reside** 23:20

**resolved**
  69:19

**Resources**
  126:18
  138:10

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015                    Index: respect..section

**respect**
  124:13

**respective**
  99:11

**respon**  18:13

**response**
  10:2 75:9,
  11 138:19,
  21

**responsibiliti**
**es**  111:25

**responsibility**
  58:23 60:8
  69:19
  75:22
  101:23
  102:7
  110:1

**responsible**
  67:8,12
  102:20

**rest**  85:7

**resulting**
  139:5

**results**
  99:15

**retirement**
  24:18

**return**  43:6
  92:10

**reveal**  77:18

**revenue**
  25:21,22

  120:12,16

**review**  35:25
  36:8 37:4
  102:1,7
  104:2

**reviewed**
  36:7 37:7
  38:10
  41:1,4
  100:23
  110:7,10,
  15 129:21

**revise**  21:13
  68:2

**Ricker**  19:10
  79:13,16,
  19 80:15
  81:23
  95:24
  123:5
  129:21
  131:14
  137:14

**Ricker's**
  18:5,7,8
  107:14

**right-hand**
  56:4 64:24

**ring**  26:2

**Robert**  91:8

**role**  20:24
  21:5,23
  22:1,5
  39:14
  101:2

  102:23,25
  105:14,15
  137:4
  143:5

**rolling**
  85:16
  88:10

**Room**  64:16

**roughly**
  25:21,22
  39:6,10
  103:22
  139:11
  142:10

**route**  68:20
  69:5

**row**  133:22

**rug**  113:4

**run**  46:15
  61:9,15
  70:8,15,17
  75:24
  92:7,9,10

**running**
  59:23 63:8
  71:10,11
  96:22
  97:23
  141:25
  143:16

**Russell**
  107:16

                    S

**S-w-a-p-n-i-l**
  91:19

**sat**  99:22

**satisfy**
  65:15,17

**satisfying**
  65:19

**scaled-back**
  93:13

**scenario**
  97:7

**schedule**  9:9
  28:12
  29:17
  30:16
  31:8,15
  32:2,8,11

**schedules**
  13:8 31:8
  48:17

**scope**  47:23

**SCR**  64:17

**secondhand**
  106:5

**section**
  11:18,25
  12:4
  19:13,16,
  19 28:6,10
  29:13
  31:24
  61:12

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015              Index: Sections..signed

91:15
115:15
116:2,8,
18,25
117:8
120:8
121:4
122:1
123:7,14,
25 124:5,
19 125:9

Sections
27:1

secure   21:14

securing
145:12

seizure   34:4

sense   88:4

sentence
11:24
34:3,14
47:19
81:23
116:2,8,10
117:7,11,
19 124:19
136:11

separate
10:7 18:9
78:2 87:24

separated
25:13

separating
69:15

separation
24:9

September
89:7,8
132:24,25
133:3

ser   71:19

series   84:19
93:20

services
8:9,12,13
9:3 11:12
12:9 13:7,
10 15:4,
10,23
17:1,9
19:1,4,5
20:2,3,5
27:10
28:11,15
29:17,20
38:5 41:3,
23 68:3
71:16,19
72:19,21
74:3,5,8
75:22
82:18,22
83:3,7,14
84:7 85:23
86:4
111:18
115:6,17,
19,20
140:13

session   36:1

set   21:19
32:8 122:8
124:25
125:4

setting   43:8

settlement
74:23 78:7

seventh
116:25
134:1

shape   43:9

shift   34:17
46:10 47:3
50:8 52:13

short   38:16
44:4 77:5
87:14

short-term
108:7

shorter
93:16

show   85:19

showed
103:20,21

shut   139:23

sic   116:4

side   68:4

sign   15:7
29:3 30:23
31:1 42:3,
6 106:8
109:8
110:8

signature
11:14
30:18,19
109:4,6

signed
10:24,25
16:13,21,
22,23
17:17
18:18,19
27:9
30:21,24
33:15 38:5
42:9,14,
16,19
83:15
102:8
103:24
104:6
105:3,9,18
109:2
110:5,7
111:1,4,9
112:3
116:19
117:18
118:3,10
123:19
125:15
129:24
136:13
138:25
139:1
141:5,6,7
143:24
144:5
145:8

**significant**
70:21 98:7
100:10

**significantly**
103:10

**signing** 43:2
103:1
109:7
135:9
136:20

**simultaneously**
61:16 63:1

**single** 50:3
83:5
108:20
119:9

**singular**
108:24

**sir** 7:15
54:9

**sit** 17:4
18:20
39:19 63:9
72:23
75:17
77:21
78:24 79:2
103:9
110:25
112:17
114:22
122:11,24
123:11

**site** 97:17

**sitting**

76:25
122:16

**situation**
76:11
91:21
92:25
107:1
128:15

**six-year**
64:12

**sixth** 129:16

**Sixty-one**
137:23,25
138:1

**slept** 35:23

**small**
120:20,22

**Smith** 91:18

**so-called**
123:23

**solution**
26:2 68:24
74:16
75:15,19
77:10,22,
25 78:21
123:23
141:25
142:2

**solve** 99:12

**sort** 19:13
23:10 24:9
56:3 57:3
67:5 75:18

78:6 93:13
102:15
128:20
133:21

**sought** 135:2

**sound** 53:8

**sounds** 53:9

**speak** 64:20
105:22
109:17

**speaking**
58:20
99:8,10

**specialized**
134:13

**specific**
37:4,7,25
44:17
72:10,25
77:8,18,22
82:22
107:22
109:23
110:16
111:20
112:22
115:14

**specifically**
82:17
110:21

**specificity**
72:15,16
73:1

**specifics**

51:12 97:8

**specifies**
50:15

**spend** 40:22
44:21
88:20
115:10
143:1

**spending**
128:14

**spent** 62:21
120:5

**spoken** 39:8,
22

**squared** 61:7

**stack** 85:4
87:23 88:4
142:3

**stacks** 88:5,
6,12 138:7
140:6,18

**stamp** 128:20

**stand** 118:9,
12,17
120:2
127:18
136:8,9
141:1

**standard**
41:24
42:1,6
45:1 58:12

**standards**
61:22

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: standpoint..surgery

standpoint
  15:10
  21:22
  110:14

start  9:24
  93:19
  96:22
  112:8
  115:14

started
  24:15
  62:18
  105:11

starting  8:2

starts  134:1

state  21:6
  50:18 59:6
  76:16,20
  77:1 135:3
  138:9
  143:25

stated  85:25

statement
  27:5 31:12
  98:5 99:20
  130:8
  131:7
  132:11
  140:10,24

states  13:6
  20:14 50:7
  59:14
  60:15 97:6
  123:18

stating

57:22

Status  97:25

step  53:12

Steve  9:13

Stevens
  76:15

sticking
  11:17
  45:24

storage
  59:25

straight
  24:25
  139:25

strong  57:19

stronger
  111:25

stuff  38:8
  53:14
  108:4

sub-item
  89:23

subject
  59:18
  90:18,20
  91:12
  124:14,25
  125:7
  127:9
  136:1

subjects
  89:3

submit  44:25

102:14

submitted
  45:3

submitting
  68:8

subparagraph
  45:24

subpoena
  126:8

subsection
  19:23
  20:14 50:2

subsequent
  12:7,11,18
  16:9 17:6,
  8

subsequently
  25:14

substance
  109:20

suddenly
  21:17
  85:19 94:5
  114:11

sufficient
  85:20

suggest
  34:22
  53:24

suggesting
  135:19

suggestions
  62:24

79:24,25

summarize
  102:23

summary
  79:21
  105:17

summer  20:21
  25:25
  62:20
  89:17
  131:24

Super  9:20

superior
  119:11

superseded
  12:4

supersedes
  11:22
  124:10

support
  45:25
  59:22
  62:11,25
  67:16
  119:7

supported
  46:4 85:6,
  12

suppose
  89:10

surface
  53:16

surgery
  105:25

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: surmise..test

132:9

surmise
  56:12

surprise
  48:14

surprised
  57:21

surrounding
  70:14

suspected
  35:20

Swapnil
  91:18,25

            T

T-h-i-m-k-e
  67:16

table  77:9,
  23 79:1
  99:22

tag  47:8

takes  73:20

taking  67:14
  69:19
  127:12

talk  19:10
  36:1 37:18
  39:2 51:12
  63:9 85:4
  100:18
  109:9,10,
  13 115:13
  120:8

123:4,5
133:21
136:17
142:21

talked  24:16
  36:5,13
  37:6 38:24
  48:1 62:7
  63:25
  68:25
  76:25
  77:14
  87:22
  108:5
  115:2
  126:21
  135:5

talking
  25:24 42:8
  43:16
  49:20
  53:25
  54:15
  59:12
  63:15,24
  65:18 80:6
  81:19 82:7
  87:24
  94:25
  103:17
  104:5
  119:13
  130:23

talks  97:7
  115:17

tall  64:17

tank  59:22,
  24,25

taped  36:5

team  72:23
  98:1
  118:14

Teams  67:3

technical
  140:12

technol
  140:12

technology
  73:11

telephone
  41:7,9

telling
  134:21
  142:14

temperature
  58:18
  62:3,21

temporary
  62:24
  63:14

ten  51:25
  130:20

tenth  130:20

term  10:12
  65:2 82:6
  101:24
  106:15
  108:16
  115:19

116:18,20
122:7,12

terminate
  28:11,22
  29:16,25
  120:9
  121:1
  132:6
  139:3

terminated
  106:3,9,
  11,13,19
  131:25

termination
  28:6 29:14
  105:21
  106:1,8,17
  129:10

terminology
  57:4

terms  13:6,
  24 32:4,7,
  12 41:24
  42:1,6
  47:20
  101:9
  102:22,24
  107:21
  109:14,23
  110:6,7
  112:9,25
  113:6

test  15:23
  31:9 34:6,
  14 42:25
  45:25

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015      Index: tested..three-column

46:1,4,9
47:3 51:18
52:4
57:14,15
58:21
59:5,20,23
62:18 63:1
70:13,14,
15,16,19
71:9,16,25
72:6,9
73:19
82:19 83:9
84:1 85:22
88:23
92:15,20
93:2,16,20
103:15
104:12,19
105:1,4
106:25
114:4,24
116:18,22,
23 117:1,
4,9,13,20
118:6,8,9,
12,17,18,
23,25
119:2,11,
13,17,24
120:2,5,
13,17
125:23
126:12
127:18
128:2,8
136:8,9
139:4,6

142:15
143:17

tested   45:21
94:3
117:15

testified
102:19
129:9
134:10
143:2
145:6

testimony
7:11 42:18
67:22

testing  8:9,
11,12 9:2
11:4,11
12:9,10,
22,23
13:7,10
14:25
15:3,4,10
16:10
17:1,6,9
32:24
33:6,9
34:5,9,24
45:3,15,18
47:16
49:13
50:3,7
51:16
52:12,16,
24,25
56:23
57:10,20
58:10,12,

22 59:6,19
60:17,19
61:5,8
62:1 63:3,
5 69:16
70:6,18
81:14
82:10,23,
24 83:16
85:6,11,
17,21
86:3,22
87:6 91:12
93:5,11,
13,17
99:25
103:21
104:9
112:20
117:13
119:17
142:10,18

tests  93:20
143:17

thereto  32:6

Thimke  20:24
22:1 25:24
26:12,25
67:16,17
68:25
74:18
75:15
76:13
80:20,24
81:1
96:18,25
134:19

138:11

Thimke's
26:17

thing  16:15
35:23
43:15
46:16,17
49:5 72:18
80:6 82:7
103:5
108:5
114:8
127:20,22

things  15:23
23:11,13
37:21 42:2
58:17
72:20 85:4
93:16,23
95:19
96:13
101:18
108:10
111:22

thinking
23:13

thirteen
52:1

thought  7:23
36:16 79:7
98:17
119:3

thousand
14:24

three-column

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015      Index: three-year..ultimately

67:5

three-year
  43:18

throw  94:18

Tim  91:16

time  14:5
  21:9,17
  23:5 24:7
  25:10,11,
  12 26:5,9
  28:11
  29:16
  30:1,20
  36:4 37:20
  40:16,24
  43:7,22,25
  44:23 47:3
  60:9,20
  61:4 62:22
  63:8 64:3,
  5,8,9 68:1
  70:20
  71:22,23
  72:7,10,19
  76:1 79:13
  83:10
  85:18
  86:24 89:7
  92:13 93:3
  99:9 104:8
  105:24,25
  107:14,23
  108:1,3,4,
  6 109:11
  110:4
  112:9
  115:10

116:21
118:7,17
127:11,14
128:14
133:2,5
134:21,23,
24 137:9
139:21
143:1,6
144:12

times  62:21
  143:17

today  17:4
  18:20 24:7
  35:22
  37:13
  39:19
  75:17
  77:21
  78:24
  79:2,16
  93:22
  110:25
  112:17
  114:22
  122:11,24
  123:11
  130:9

told  22:5
  24:17
  41:21
  53:1,24
  72:2
  113:21,24
  128:7
  130:20
  132:7

134:13
144:5

Tony  104:3

top  7:25
  9:11 32:23
  33:4,24
  45:23 56:7
  117:7

total  45:22
  57:14
  78:18

totally
  45:22
  58:19

tour  103:15

town  30:21

traditional
  73:4,6,10
  79:23
  80:10,17

travel  133:2

treated
  140:7,18

trouble
  124:3

true  64:13
  81:7 85:25
  88:13 92:6
  114:21
  115:1
  131:7
  142:9
  143:22

turn  28:5
  32:21 33:3
  45:13
  47:18
  49:22
  50:6,13
  51:14
  61:18 67:2
  68:14 69:2
  70:12,19
  73:3 93:18
  97:20
  116:1
  121:4
  123:24
  126:20
  133:20

turned  46:8
  47:2 76:2
  95:22
  126:15,17,
  24 127:1

twelve  51:25

two-permit
  69:16
  78:1,9,11,
  12,16,22

type  23:15

typical
  23:14
  124:6

_____

U

ultimately
  13:24

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: um-hmm..view

32:12
42:7,9,13
43:20
114:3

um-hmm   14:20
49:11
53:15
58:10
67:23
68:18
80:22
108:13
115:16
119:15
145:5

umbrella
15:23

unable   27:6
77:21
93:10
133:2

unaware
145:21

uncertainty
132:17

unclear
86:16

uncooperative
99:2,3

underlined
47:19
50:14

understand
13:20,22
15:7  17:10

18:21,25
21:11,16
40:14,23
42:18
55:14
62:23 71:8
77:8 93:17
103:1,2,6
121:17
128:1
129:17
132:5

understanding
11:2 12:3,
7 13:23
14:15,18,
19,23
15:5,6,16
16:8 17:4
21:8
28:20,21
31:21
32:11
33:7,8
50:19 57:3
60:7 61:2
69:7 71:15
80:23 82:9
83:7,15
89:17
99:11
104:4,8
106:2
115:23
116:10,20
117:18
118:10,13
119:16

128:7

understandings
124:12,23
125:6

understood
36:24
71:14
92:25
118:6

undertaken
47:22

unfair   54:2

unfolded
24:16

unilateral
28:22

uninterrupted
60:16,19
61:8,16

United
123:18

update
15:11,14
88:23

upgrade
70:22,25
103:7

upset   70:25
93:4

usage   139:4

utilize   87:2
117:13

utilized

139:4

V

V-i-e-t-i-n-g-
h-o-f-f  99:6

vacate   128:9

valid   60:16
93:1

variables
47:12
65:14

version
16:25
110:4

versions
55:12

Vietinghoff
34:2 35:6
39:22
41:21 45:4
51:13
57:25
93:15 99:6

Vietinghoff's
42:18
141:22

view   14:21
83:25
101:8
119:13,16
122:24
123:11,19
138:11
139:25

**AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE**
Raymond Corbin on 11/12/2015                Index: violate..written

142:7

violate
  76:4,8,10

violated
  27:1,5
  123:12,24,
  25

violating
  26:13
  76:22

violation
  78:5
  139:17
  144:21

violations
  123:10

visit   103:23
  104:4

visited
  105:6

voiced
  143:19

— W —

wait   7:20

waiting
  14:6,7

waive   81:4

waiver   80:24

walk   103:14

walked   86:21

wanted   24:18

36:3 43:18
57:18,24
58:7
108:18
109:10
111:6,7
118:8,9
127:13

warranties
  19:17,19

warrants
  19:20

warranty
  20:9,18
  122:7,12

water   62:20

ways   96:20

Wednesday
  79:22

week   33:7
  34:25
  46:5,11
  47:16 50:9
  52:13,14,
  16 92:9

Whittier
  38:10
  75:9,13
  84:20,23
  85:10
  99:23
  132:12
  133:7
  138:6,19

Whittier's

85:3

whomever
  109:10

winding
  106:15

windows
  86:23

winter
  103:25
  104:1
  105:7

Wisconsin
  21:7,13
  34:6 46:2
  51:18 52:5
  57:5 61:6
  76:15,17,
  20 77:1
  83:18
  124:4
  138:9

wondering
  16:15 37:7
  39:1
  126:23

word   81:9

words   46:10

work   11:4
  12:10,22,
  24 14:25
  15:3,21
  16:10 19:3
  23:20,22,
  23 24:1,21
  25:19

27:14
31:9,12
36:2 41:25
45:1,3
47:22
49:13
76:20
80:10,17,
20 81:1,25
96:18,25
99:12,18
118:14
123:15

worked
  113:20
  136:24

working   67:3
  110:2

world   8:16

write   111:15
  129:17

writing
  95:15
  127:7
  130:4

written   13:9
  20:13
  28:13
  29:18
  38:11 58:4
  68:3 75:8
  83:24
  102:15
  119:9
  120:10
  124:11,22

AVL POWERTRAIN ENGINEERING, INC. vs. FAIRBANKS MORSE ENGINE
Raymond Corbin on 11/12/2015          Index: wrong..yesterday

125:3,5,11
133:8

**wrong** 86:16
101:21

**wrote** 126:13
129:20
138:23,24
141:23

---

Y

---

**year** 24:19
42:25
43:15
63:18 85:7
89:13,20
120:11,18

**years** 15:12,
13 87:1
90:8
114:10

**Yellow** 56:8

**yesterday**
36:1 37:1,
4 38:1,14
79:22
91:20
100:24
111:2,10
125:16