# In The Matter Of:

*AVL Powertrain Engineering, Inc. v.*
*Fairbanks Morse Engine*

---

*Deposition of Julie R. Mosley*
*November 20, 2015*

---



Excellence In Court Reporting

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 3

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF WISCONSIN

AVL POWERTRAIN ENGINEERING, INC.,

    Plaintiff,

v.          Case No. 3:14-cv-877

FAIRBANKS MORSE ENGINE,
a division of COLTEC INDUSTRIES, INC.,

    Defendant.

DEPOSITION

JULIE R. MOSLEY

Madison, Wisconsin
November 20, 2015

Susan C. Milleville, Court Reporter

---

E X H I B I T S (Continued)

| No. | Description | Identified |
|-----|-------------|-----------|
| 114 | September 9 and September 18, 2009 e-mails | 140 |
| 115 | November 12, 2009 letter with Operating Permit Renewal Application | 142 |
| 116 | March 2010 PowerPoint | 147 |
| 117 | April 6 and April 7, 2010 e-mails | 150 |
| 118 | April 2010 PowerPoint | 151 |
| 119 | April 21, April 25, April 27, May 5, and May 6, 2011 e-mails | 156 |
| 120 | June 10 and June 12, 2011 e-mails | 177 |
| 121 | Handwritten notes | 177 |
| 122 | June 13, June 14, and June 17, 2011 e-mails | 179 |
| 123 | June 20, 2011 e-mail with attachments | 180 |
| 124 | June 24, 2011 e-mail | 186 |
| 125 | April 25, 2011 and June 27, 2011 e-mails | 188 |
| 126 | September 14, 2011 e-mail with attachment | 195 |
| 127 | September 20, 2011 e-mail with attachment | 196 |

(The original exhibits were attached to the original transcript, and PDF copies were provided to counsel)

(The original deposition transcript was filed with Attorney Fred K. Herrmann)

---

Page 2

I N D E X

| Witness | Pages |
|---------|-------|
| JULIE R. MOSLEY | |
|     Examination by Mr. Herrmann | 5 |
|     Examination by Mr. DeGeorge | 197 |

E X H I B I T S

| No. | Description | Identified |
|-----|-------------|-----------|
| 103 | January 12, 2004 letter with attachment | 39 |
| 104 | January 24, 2008 e-mail | 90 |
| 105 | February 19, 2008 letter | 96 |
| 106 | April 7 and April 8, 2008 e-mails | 97 |
| 107 | July 24, 2008 letter | 118 |
| 108 | June 18, June 20, and June 21, 2007 e-mails with attachments | 120 |
| 109 | September 2008 Permit to Construct Application | 123 |
| 110 | September 2, 2008 e-mail with attachments | 131 |
| 111 | October 7, 2008 e-mail with attachment | 138 |
| 112 | March 18, 2011 e-mail | 138 |
| 113 | January 27, 2009 letter | 139 |

(Continuing)

---

Page 4

    DEPOSITION of JULIE R. MOSLEY, a witness
of lawful age, taken on behalf of the Plaintiff,
wherein AVL Powertrain Engineering, Inc. is Plaintiff,
and Fairbanks Morse Engine is Defendant, pending in
the United States District Court for the Western
District of Wisconsin, pursuant to notice, before
Susan C. Milleville, a Court Reporter and Notary
Public in and for the State of Wisconsin at the
offices of Whyte Hirschboeck Dudek, S.C., Attorneys
at Law, 33 East Main Street, Suite 300,
in the City of Madison, County of Dane, and State
of Wisconsin, on the 20th day of November 2015,
commencing at 9:52 in the forenoon.

A P P E A R A N C E S

FRED K. HERRMANN, Attorney,
for KERR, RUSSELL AND WEBER, PLC, Attorneys at Law,
    500 Woodward Avenue, Suite 2500, Detroit,
    Michigan 48226-3427, appearing on behalf of
    the Plaintiff.

R. STEVEN DeGEORGE, Attorney,
for ROBINSON BRADSHAW & HINSON, P.A., Attorneys at Law,
    101 North Tryon Street, Suite 1900, Charlotte,
    North Carolina 28246, appearing on behalf of
    the Defendant.

Also present:  Lori A. Brown, Corporate Government
    Compliance Officer at AVL

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 5

1    JULIE R. MOSLEY,
2    called as a witness, being first duly sworn,
3    testified on oath as follows:
4
5    EXAMINATION
6    By Mr. Herrmann:
7  Q  Good morning, Ms. Mosley. Could you state your
8     full name for our record, please.
9  A  Julie Mosley.
10 Q  Do you have a middle name?
11 A  Renae.
12 Q  Were you formerly known as Julie Gilson?
13 A  Yes.
14 Q  When did your name change from Gilson to Mosley?
15 A  In 2005.
16 Q  When in 2005?
17 A  August 2005.
18 Q  Was that due to marriage?
19 A  Yes.
20 Q  Have you ever given a deposition before?
21 A  Never.
22 Q  The rules are fairly simple. You will provide
23    responses to my questions. If at any time you
24    don't understand a question, I would ask that you
25    please ask me to clarify it for you before you

Page 6

1     answer. Fair enough?
2  A  Will do.
3  Q  If you need a break, just let me know. We can
4     take one. All I ask is that we don't break while
5     one of my questions is pending. Fair enough?
6  A  Fair.
7  Q  Today we're going to be referring to FME which
8     will refer to Fairbanks Morse Engine. Is that
9     fair?
10 A  Fair.
11 Q  When I refer to AVL, that will be AVL Powertrain
12    Engineering, Inc., the plaintiff in this case.
13    Fair enough?
14 A  Fair.
15 Q  What's your current residence address?
16 A  ████████████████████████████████████
17 Q  Are you currently employed?
18 A  Yes.
19 Q  Where?
20 A  DuPont Industrial Biosciences.
21 Q  Where is that company located?
22 A  It's located at 2600 Kennedy Drive, Beloit,
23    Wisconsin.
24 Q  How long have you been at DuPont?
25 A  Since June 2012.

Page 7

1    MR. HERRMANN: Plaintiff's 15,
2    Steve.
3    MR. DeGEORGE: Okay.
4  Q  Today we will be looking at a few documents,
5     Ms. Mosley. At any time feel free to review an
6     entirety of a document. You can have as much time
7     as you need. Sometimes my questions will only
8     refer to parts. I will leave it to your judgment
9     how much of the document you need to review to
10    answer my question. Fair?
11 A  Fair.
12 Q  You have before you what's been previously marked
13    as Plaintiff's Exhibit 15. Do you recognize that
14    document?
15 A  I do.
16 Q  What is this?
17 A  It is the Fairbanks Morse Engine air permit that
18    was from 2005 until 2010.
19 Q  So that permit governed the air emissions
20    compliance for WDNR with respect to the Beloit
21    facility during that timeframe you described?
22 A  Correct.
23 Q  Was there any other permit at this time that
24    governed air emissions at the Beloit facility?
25 A  I don't believe so, but the reason for my

Page 8

1     hesitation is we submitted a renewal permit
2     application within that timeframe to renew this
3     permit along with a construction permit that I
4     believe we never received during that timeframe.
5  Q  When were those submittals made that you just
6     described?
7  A  The air construction permit application would have
8     been in 2009. That would have included the AVL
9     engines. The air permit renewal application would
10    have been 18 months prior to the expiration date
11    of May 2010.
12 Q  Do you recall exactly when?
13 A  I do not.
14 Q  What is the difference between the air
15    construction permit and the air permit?
16 A  The air construction permit would have been for
17    modifications.
18 Q  Modifications to what exactly?
19 A  Anything within the permit that we were modifying.
20    In this case, the one that stands out the most
21    would have been the test stands for the OP
22    building we would have made modifications to.
23 Q  As of August 28, 2008, is this, Plaintiff's
24    Exhibit 15, the permit that governed emissions
25    from the Beloit facility?

**Page 9**

1  A   Can you say the date one more time?
2  Q   Sure. August 28, 2008.
3  A   Yes. I believe so.
4  Q   If you could turn to Page 18 of Plaintiff's
5      Exhibit 15. Go one more page to 19. I call your
6      attention to footnote 22 on that page.
7  A   Yes.
8  Q   Do you see it?
9  A   Yes.
10 Q   What does that language in footnote 22 mean to
11     you?
12 A   It means that when we had originally submitted the
13     permit application in 2005, there were no engines
14     hooked to these test stands, so they were not
15     modeled and included within the air permit because
16     there was no testing done on those.
17 Q   So as of 2005, when you submitted the permit, how
18     long had it been before that time when engines had
19     been tested on the stacks that are referenced in
20     footnote 22?
21 A   I wouldn't know without pulling records.
22 Q   How did you come to know that at that time in
23     2005, when you submitted this permit, that no
24     engines were being tested in these stacks?
25 A   Internal review working with engineering at the

**Page 10**

1      time on what engines were coming up from sales
2      that needed to be tested.
3  Q   And who did you consult with for that information?
4  A   It would have been operations and engineering.
5  Q   Who would that have been? Who are the people?
6  A   I don't recall.
7  Q   Did you have any personal knowledge without
8      consulting with ops and engineering what those
9      stacks were being used for as of the time this
10     permit was applied for?
11 A   I don't recall.
12 Q   Would you visit the OP building at the Beloit
13     facility to see what operations were being
14     conducted there?
15 A   Yes.
16 Q   So did you have any personal knowledge, based on
17     your visit to the OP building before this permit
18     was submitted, as to whether or not engines were
19     being tested through those stacks?
20 A   Yes.
21 Q   And what was your conclusion?
22 A   There was not much testing going on at the OP
23     building. It was largely -- most of the testing
24     was in the large engine building.
25 Q   Up to that point?

**Page 11**

1  A   Yes.
2  Q   What testing was proceeding in the OP building at
3      that time before you submitted this 2005 permit?
4  A   I don't exactly recall.
5  Q   Do you know for sure what engines were or were not
6      being tested at that time?
7  A   I wouldn't be able to recall that.
8  Q   Now, you just explained these stacks were not
9      included in the permit application because engines
10     had not been tested up to the time of the permit's
11     submission, correct?
12 A   Correct.
13 Q   Did you know whether FME had any plans in the
14     future to use those stacks for future engine
15     testing?
16 A   We would have evaluated it internally for a
17     five-year look, and, to the best of our knowledge,
18     at that time, when we submitted it -- those were
19     the engines that we submitted that we would be
20     testing within that five-year period.
21 Q   So then it's fair to say that the stacks
22     referenced in footnote 22 FME did not intend to
23     use for at least the period of this permit that
24     was applied for, correct?
25 A   That's correct. What was known at that time

**Page 12**

1      period.
2  Q   Now, if you look at footnote 22, the language says
3      "Four existing stacks, S20C, S21A, S21B and S21C,
4      were not considered in the modeling because they
5      are no longer being used, and are being removed
6      from the facility." Do you see that?
7  A   I do.
8  Q   Were they being removed from the facility?
9  A   They were not removed from the facility.
10 Q   Were they intended to be removed from the
11     facility?
12 A   I don't recall.
13 Q   Were you the lead person at FME at the time who
14     was responsible for submitting this permit
15     application?
16 A   Yes, I was.
17 Q   And at that time you reviewed this footnote 22,
18     correct?
19 A   Correct.
20 Q   And what was your understanding of the words
21     "being removed from the facility"?
22 A   I'm sorry. I just don't recall what I would have
23     thought reviewing it back then.
24 Q   You had no personal knowledge when this was
25     submitted whether or not those stacks were in fact

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

**Page 13**

1  being removed from the facility?
2           MR. DeGEORGE: Objection to the
3      form.
4           You can answer.
5  Q  You can answer.
6           MR. DeGEORGE: If you can answer.
7  A  I just don't recall.
8  Q  Well, would you have submitted this permit to WDNR
9      for approval if it were untrue that the stacks
10     were being removed from the facility?
11  A  What I recall was we submitted it knowing which
12     stacks we were using.  I don't recall language
13     that we needed to remove the stacks.
14  Q  So who put this language in here if not you?
15  A  Obviously it came from the DNR.
16  Q  The DNR said that FME would be removing stacks?
17  A  It may have been their interpretation since we no
18     longer used those stacks that they were to be
19     removed.
20  Q  So this footnote 22 is language that WDNR drafted?
21  A  They wrote the whole entire permit.  Yes.  We did
22     not write a permit.
23  Q  How did WDNR know at this time of the permit that
24     those stacks were actually being removed?
25  A  I don't recall.

**Page 14**

1  Q  How did DNR know what FME was doing?
2  A  They would have known from the permit application
3      that we submitted.
4  Q  So the permit application provided the information
5      to WDNR that WDNR relied on for this permit?
6  A  Correct.
7  Q  So whatever FME told WDNR in that permit
8      application, that's what the WDNR used?
9  A  That's correct.
10  Q  So if in that permit application it says in a
11     communication by or on behalf of FME to WDNR that
12     those stacks were being removed, then WDNR got
13     that from FME, right?
14  A  Yes.  I would want to review -- the document would
15     state who wrote it.
16  Q  Let's return to the earlier language here that the
17     four existing stacks were not considered in the
18     modeling.  Do you see that?
19  A  Yes, I do.
20  Q  What does modeling refer to there?
21  A  It's a method that we utilized a consultant for to
22     determine what our dispersion is to understand
23     what the emissions would be from our facility.
24  Q  And your consultant was?
25  A  ERM.

**Page 15**

1  Q  Is that an entity engaged by WDNR?
2  A  No.
3  Q  It's engaged by FME, correct?
4  A  Yes.
5  Q  So the modeling was conducted pursuant to FME's
6      relationship with ERM, right?
7  A  Correct.
8  Q  And the information ERM received for its modeling
9      came from FME?
10  A  Correct.
11  Q  What is the importance of modeling to the ultimate
12     grant of a permit?
13  A  The DNR also does a model.  In order for us to
14     submit an application, we want to make sure that
15     we have modeled as well to understand that we will
16     be within the emissions maximum requirement for
17     the permit.
18  Q  Did you submit such a model to WDNR?
19  A  I don't recall because they run their own.  So I'm
20     not sure if we submitted it or not.
21  Q  Well, it was a requirement for FME to submit its
22     model to WDNR to get the permit, right?
23  A  I'm not sure on the model, again, because they run
24     their own model.
25  Q  Right.  What information did FME provide to WDNR

**Page 16**

1      about these stacks that went into the model?
2  A  It would have been what was submitted in the air
3      permit application.
4  Q  So in reading footnote 22, does that mean that
5      those stacks that are listed here were not
6      permitted under this permit?
7  A  Can you say that one more time?
8  Q  Sure.  If you read footnote 22, does that tell you
9      that the referenced stacks are not included in
10     this permit?
11  A  I'm unsure.
12  Q  Why are you unsure?
13  A  Because it's subject to interpretation.
14  Q  What about it is subject to interpretation?
15  A  It's listed as a footnote, and, in conversation
16     with Mark Thimke, who is an environmental attorney
17     that was representing AVL -- he told me that a
18     footnote is not compliance demonstration.
19  Q  When did you talk to Mark Thimke about that?
20  A  It would have been sometime in 2011.
21  Q  Do you know when AVL engaged Mr. Thimke?
22  A  It's roughly April or May 2011.
23  Q  And he was counsel for AVL at that time?
24  A  Correct.
25  Q  Prior to speaking to Mr. Thimke, did you have any

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 17

1  understanding of what this footnote meant?
2  A  My interpretation would have been that we were not
3     allowed to emit from these stacks.
4  Q  Did you convey that interpretation to any
5     representative of AVL at any time?
6  A  At the time that we had conversation in 2008, we
7     had talked about what test stands AVL would be
8     using. And then at the time I told them we would
9     need to submit a construction permit, an
10    application for a construction permit, to be able
11    to test those engines.
12 Q  So you told AVL what stacks AVL would be using?
13 A  No.
14 Q  You didn't tell them that?
15 A  No.
16 Q  What did you tell them about the stacks in the OP
17    building?
18 A  I don't know that we specifically had
19    conversations about the stacks. What I had asked
20    from them is to give me their plan on what they
21    plan to test and then on what test stands they
22    plan to test on.
23 Q  So prior to August 28th of 2008, you had never
24    told any representative of AVL anything about
25    these stacks that are referenced in this footnote?

---

Page 18

1  A  I don't recall.
2  Q  Did you tell AVL prior to August 28, 2008, that
3     any particular stack in the OP building could be
4     used by them?
5  A  No. I would not have said that.
6  Q  Why not?
7  A  The way that the test stands are, it actually --
8     it costs a lot of money to revise a test stand. I
9     was not involved with the contract, and I would
10    not necessarily know what engines FME has that
11    they need to test, so they would need to submit
12    that request through sales and engineering.
13 Q  So the decision of which stacks AVL would use
14    would be decided at some point later?
15 A  I believe so.
16 Q  Do you know when that decision was made?
17 A  I would not know that.
18 Q  Did there come a time when you learned which
19    stacks were assigned to AVL?
20 A  Yes. I was submitted information from AVL on four
21    specific test stands and what type of engine they
22    were to test on those four test stands.
23 Q  When did that happen?
24 A  It would have been in the 2008-2009 time period
25    prior to me submitting the construction air permit

---

Page 19

1  application.
2  Q  And at that 2008-2009 timeframe, when you learned
3     which stands AVL would be testing on, did you then
4     tell AVL about these stacks referenced in
5     footnote 22?
6  A  I don't recall.
7  Q  Wouldn't you feel that was important information
8     for AVL to have?
9  A  What was important for AVL to understand was I
10    needed to submit a construction permit
11    application. We had the availability for the test
12    stand. We wanted to work in partnership with them
13    to be able to allow them to test engines.
14 Q  So that means they couldn't begin testing engines
15    until that permit you just described had been
16    achieved?
17 A  Correct.
18 Q  Do you know whether testing began on AVL engines
19    before that permit you just described was
20    achieved?
21       MR. DeGEORGE: I think she
22    described an application, not a permit.
23 Q  Fair enough. Before you submitted the
24    application.
25 A  Before I submitted the application? No.

---

Page 20

1  Q  But the application was submitted so you could get
2     approval for what AVL was doing, right?
3  A  Correct.
4  Q  Do you know whether AVL began testing before that
5     approval was received?
6  A  We never received an air permit because we had
7     numerous times asked AVL which engines they were
8     going to be bringing onsite and I never received
9     anything specific in writing from them.
10 Q  But AVL began testing engines at the facility,
11    right?
12 A  Correct.
13 Q  And they began testing engines through at least
14    some of the stacks that are described in
15    footnote 22, correct?
16 A  My recollection is the earliest testing was done
17    on a test stand that was within the permit.
18 Q  You have no knowledge of whether AVL ever put
19    emissions through one of these stacks that are
20    referenced in footnote 22?
21 A  They certainly did because I had to fill out a
22    compliance deviation report.
23 Q  And that was before any changes were made to this
24    permit, correct?
25 A  Correct.

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 21

1  Q   So FME allowed AVL to go forward and test engines
2      before any modifications were made to this permit
3      that we're looking at right now, correct?
4  A   Correct I guess.
5  Q   Did anyone at FME at any time to your knowledge
6      ever tell AVL that those stacks could not be used?
7  A   I wouldn't know.
8  Q   Why would you not know?
9  A   I'm not sure what other conversations people had
10     with AVL.
11 Q   When did it first come to your attention that AVL
12     was using stacks that are mentioned in this
13     footnote 22?
14 A   In 2011.
15 Q   How did that come about?
16 A   When we were looking at alternatives because of
17     closing in on fuel usage -- at that point in time
18     I personally went out to the OP building and saw
19     that there were engines sitting on the stand that
20     I was unaware that they had an engine on.
21 Q   When was this?  Do you remember exactly?
22 A   It would have been 2011.
23 Q   So in 2011 -- that's the first time that you
24     personally saw AVL engines using stacks that are
25     addressed in footnote 22?

---

Page 22

1  A   Correct.
2  Q   Had you not visited the OP building prior to that
3      since the time AVL came aboard?
4  A   I had visited there, but they were on a test stand
5      that was allowed within the permit.
6  Q   How many engines were there on test stands allowed
7      within the permit when you did that earlier visit?
8  A   I know there was one, but, as to the total number,
9      I'm unsure.
10 Q   So your best recollection is that you visited the
11     OP building at some point prior to 2011 when you
12     saw engines on test stands for non-permitted
13     stacks and at that earlier visit you saw an engine
14     on a permitted stack so you didn't see any cause
15     for concern.
16 A   Correct.
17 Q   Then when you next came in and you saw AVL engines
18     using non-permitted stacks, what was your reaction
19     to that?
20 A   I believe what had happened -- I was unaware of
21     the stacks that they were using until we had
22     discussions with AVL about fuel use alternatives.
23 Q   And when was that?
24 A   Roughly April of 2011.
25 Q   Now, how many engines did AVL have testing at that

---

Page 23

1      time?
2  A   I wouldn't know.
3  Q   More than one?
4  A   I would not know.
5  Q   Well, is this the same 2011 time period that you
6      went into the OP building and saw more than the
7      first engine on a stand?
8  A   It's a different time period.
9  Q   What's the difference between the time when you
10     saw more than one AVL engine in 2011 and the time
11     that you started talking about fuel allocations
12     when you didn't know how many engines AVL was
13     testing?
14 A   Again, I would have to have someone show me the
15     records of what AVL was testing, but they were
16     testing an engine on a test stand that was
17     permitted.  Any additional engines after that -- I
18     was unaware when they came into the Fairbanks
19     facility.
20 Q   Did you personally have anything to do with which
21     test stands or emissions stacks AVL was assigned
22     to use in the OP building?
23 A   No.
24 Q   Did anyone come to you and tell you what stands
25     and stacks AVL would be assigned and ask for your

---

Page 24

1      evaluation?
2  A   No.
3  Q   You were at that time in what position at FME?
4  A   April 2011?
5  Q   Yes.
6  A   I may have been the human resources manager.
7  Q   In May of 2011?
8  A   Uh-huh.
9  Q   Were you dealing with environmental issues at that
10     time?
11 A   That was underneath my area of responsibility as
12     well.
13 Q   What were your responsibilities with respect to
14     environmental compliance at FME?
15 A   Submitting the compliance report documentation.
16 Q   What else?
17 A   Just overall environmental compliance with all
18     permits.
19 Q   For how long a period of time did you have
20     responsibility for overall environmental
21     compliance at FME?
22 A   Since 1999.
23 Q   Through what period?
24 A   I guess until I left in May of 2012.
25 Q   Who did you report to with respect to

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

**Page 25**

1  environmental issues?
2  A  I reported to John Bottorff.
3  Q  Anyone else during the timeframe you have just
4     described?
5  A  Yes.  Prior to John, which was early on, I
6     reported to operations.  That was pre-AVL
7     timeframe.
8  Q  Any particular person in operations?
9  A  Rick Strauss.
10 Q  So for the timeframe you have described, have you
11    given me the two people you direct reported to?
12 A  Correct.
13 Q  Who reported to you with respect to environmental
14    compliance issues?
15 A  I hired Rebecca Bratton as the EHS manager.
16 Q  What is EHS?
17 A  Environmental health and safety.
18 Q  When did you hire her?
19 A  I'm unsure.
20 Q  Can you give me a year?
21 A  I think 2011.
22 Q  Now, prior to Rebecca Bratton being hired on as
23    EHS, did you hold that position?
24 A  Yes.
25 Q  What was that title?

**Page 26**

1  A  EHS manager.
2  Q  Did you have that title from the time in 1999 you
3     started with environmental compliance
4     responsibilities?
5  A  No, I did not.
6  Q  When did the title change?
7  A  2000.
8  Q  What was it prior to 2000?
9  A  Environmental engineer.
10 Q  When Rebecca Bratton hired on, did you personally
11    retain responsibilities over environmental
12    compliance issues?
13 A  Yes.  She reported directly to me.
14 Q  Did you have any other people reporting to you
15    with respect to environmental issues?
16 A  Not for environmental issues.
17 Q  All right.  So until Rebecca came on, you were the
18    person responsible at FME for environmental
19    compliance, correct?
20 A  Yes.
21 Q  Was there anyone else at FME during the timeframe
22    you have described who had responsibilities
23    relative to environmental compliance?
24 A  No.
25 Q  At no time did anyone at FME ever come to you as

**Page 27**

1  the environmental health and safety
2  person and ask you at any time whether it was okay
3  to give AVL any particular stacks to use?
4  A  No.
5  Q  Did you ever ask anyone else what stacks they were
6     assigning for AVL use?
7  A  Yes.
8  Q  Who did you ask?
9  A  I believe it was Joe Eves and Pete DiCaro.
10 Q  When did you ask that question?
11 A  From what my memory serves, we had discussions
12    early on in 2008 and then -- there just wasn't any
13    testing that was going on.  It kind of faded from
14    the scene.  There wasn't much discussion on that.
15    So it would have been the timeframe that AVL
16    started to receive some engine contracts.  Maybe
17    the 2010-2011 timeframe.
18 Q  My question specifically is:  Did you ever ask
19    anyone at FME which stacks were going to be
20    assigned to AVL?  You mentioned discussions you
21    had, but you didn't tell me whether or not you
22    ever asked anyone which stacks were going to be
23    assigned to AVL.
24 A  I believe so, but I don't clearly recall.
25 Q  When did you ask that question?

**Page 28**

1  A  It would have been in the 2010-2011 timeframe.
2  Q  So prior to August 28th of 2008, you don't recall
3     ever asking anyone at FME which stacks were going
4     to be assigned to AVL?
5  A  Say the date one more time, please.
6  Q  Sure.  Prior to August 28 of 2008.
7  A  No.
8  Q  So no one at FME ever old you which stacks AVL
9     would use, and you never asked anyone prior to
10    that date of August 28, 2008, which stacks AVL
11    would use, correct?
12       MR. DeGEORGE:  Object to form.
13       That's not what she said.
14 Q  I'll be happy to rephrase my question if you
15    didn't understand.
16 A  Please repeat it one more time.
17 Q  Let's break it up.  Prior to August 28th of 2008,
18    you personally never asked anyone which stacks AVL
19    would get for its testing.
20 A  The way the conversation was led is that AVL was
21    interested in testing at Fairbanks; that they were
22    trying to work out arrangements for that.
23 Q  That's fair.  But that doesn't answer my question.
24    I want to know whether you asked AVL --
25    whether you asked anyone at FME prior to

---

### Page 29

1   August 28, 2008, which stacks AVL would get. Did
2   that ever happen?
3 A   Yes, but I'm unsure of the timeframe because we
4   submitted the construction air permit application
5   in 2009. There's a time period before that
6   that -- the question was asked the question was
7   answered.
8 Q   But you don't know whether you asked that question
9   of which stacks AVL would have at any time prior
10   to August 28th 2008.
11 A   I'm unclear about the timing or when I learned of
12   that information.
13 Q   Prior to August 28th of 2008, did anyone from FME
14   tell you which stacks AVL would get?
15 A   The same thing. There were four test stands that
16   were designated at that time. I'm unsure of the
17   timeframe.
18 Q   So prior to August 28th of 2008, though, there
19   were four test stands designated for AVL's use?
20 A   Correct.
21 Q   How do you know that?
22 A   Because I submitted an air construction permit
23   application.
24 Q   And that you submitted in 2009?
25 A   Correct.

---

### Page 30

1 Q   So by the time you submitted the 2009 air permit
2   application, you knew which stacks AVL had been
3   assigned for those four test cells?
4 A   From what they had told me then, yes.
5 Q   From what who had told you then?
6 A   AVL. What they had submitted to me.
7 Q   Do you know if AVL just chose whatever test stands
8   it wanted in the OP building?
9 A   I wouldn't know. I wasn't part of those
10   discussions.
11 Q   So you learned that AVL would have four test
12   stands, and that was prior to August 28th of 2008,
13   right?
14 A   I'm unclear of what the timing is. Sometime
15   around there.
16 Q   Just earlier you told me that the four test stands
17   had been assigned prior to August 28th of 2008.
18 A   I'm not sure when they were assigned.
19 Q   Okay.
20 A   I know the information for the air permit,
21   construction permit.
22 Q   So you're certain, though, of the date that --
23   when the construction air permit was submitted in
24   2009, by that time you personally knew that four
25   test stands had been assigned to AVL, correct?

---

### Page 31

1 A   There was a potential for four test stands that
2   they were interested in testing on.
3 Q   That they were interested in testing on.
4 A   Yes.
5 Q   What does that mean?
6 A   It had to deal with -- I believe one of the test
7   stands were shared. It has to deal with the size
8   of the engine. You can't just pick an engine and
9   find a certain test stand. There's parameters
10   that go with it. Where it will fit.
11 Q   So then your answer is at the time you submitted
12   the 2009 construction permit, you still didn't
13   know which test stands AVL would use.
14 A   At the time of the permit application there were
15   four test stands that AVL had the potential to
16   use.
17 Q   Who else had the potential to use them?
18 A   Fairbanks.
19 Q   Do you know what the test plans were for Fairbanks
20   at that time?
21 A   I'm unsure as of today. I wouldn't know.
22 Q   So when the 2009 construction permit was
23   submitted, that could have been used by Fairbanks
24   as much as it could have been used by AVL?
25 A   No, because the way we did -- the way we submitted

---

### Page 32

1   an air permit application was based on which
2   engine is going to sit on which test stand so we
3   can get the modeling appropriate.
4 Q   So in order to submit the permit application or
5   the construction permit application in 2009, you
6   would have had to know which AVL engines were on
7   which test stands?
8 A   Correct.
9 Q   So you had that information when you submitted for
10   the permit, correct?
11 A   Correct.
12 Q   Otherwise you couldn't have submitted for the
13   permit, right?
14 A   Correct.
15 Q   So for four test stands -- AVL had provided engine
16   data for those four test stands, right?
17 A   Yes.
18 Q   And that's what was submitted for the 2009 permit,
19   right?
20 A   Yes.
21 Q   Now, at that time, when you submitted for the 2009
22   permit, you also knew which stacks had been
23   assigned to AVL, correct?
24 A   There's a stack that's associated with each test
25   stand. Correct.

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

**Page 33**

1 Q   So, therefore, you knew the test stands, and,
2   therefore, you knew which stacks were associated?
3 A   Yes.
4 Q   And the association of the test stands to the
5   stacks is something that you personally knew prior
6   to the 2009 application, right?
7 A   Yes.
8 Q   And were any of those stacks the stacks that are
9   identified in footnote 22?
10 A   Yes.
11 Q   Which ones are those?
12 A   I would need to pull the permit application.
13 Q   But at least one of them was assigned to AVL,
14   right?
15 A   I would need to pull the air permit application.
16 Q   But you knew at the time that stacks had been
17   assigned to specific test cells assigned to AVL,
18   right?
19 A   Correct.
20 Q   So at that time did you go to either anyone at FME
21   or anyone at AVL and say "These stacks are not
22   included in our permit"?
23 A   I don't believe so.
24 Q   Why not?
25 A   Because, again, compliance demonstration is based

---

**Page 34**

1   on fuel, and there were no engines that were being
2   tested at that time period.  We were working to
3   get a revised permit.
4 Q   So you didn't think it was necessary to tell AVL
5   that stacks it had been assigned were not included
6   under the permit.
7 A   I didn't have those conversations with AVL.
8 Q   Fast forward to when AVL begins testing its first
9   engine on an un-permitted stack.  Had the 2009
10   permit been approved by that time?
11 A   No.
12 Q   So AVL began testing on an un-permitted stack,
13   right?
14 A   It's my understanding AVL began testing on a test
15   stand that wasn't included in the air permit
16   application because I was unaware that they chose
17   a different test stand.
18 Q   So you were unaware at the time AVL first started
19   testing on an un-permitted stack, right?
20 A   Correct.
21 Q   You only found out about that later?
22 A   Correct.
23 Q   Who was the person who was interfacing with AVL
24   and assigning the stacks for their use?
25 A   I'm unsure.

---

**Page 35**

1 Q   Who was it at FME who allowed AVL to use stacks
2   that weren't included in this permit?
3 A   I'm unsure.
4 Q   Did you ever find out who that was?
5 A   No.
6 Q   Footnote 22 is not the only place in this permit
7   where stacks are indicated as being omitted,
8   correct?
9 A   I'm unclear to your question.
10 Q   Sure.  Footnote 22 is not the only place in this
11   permit that addresses the un-permitted status of
12   these stacks, right?
13 A   Please clarify the other locations you're speaking
14   of.
15 Q   I'm asking you if you know whether there are other
16   locations other than footnote 22.
17 A   I don't believe so.  I'm sorry.  I thought you
18   said there were others.
19 Q   Yes.  I'm asking you if you remember where there
20   are others.
21 A   No.  I do not know.
22 Q   Let's turn to the first page of Exhibit 15.  Do
23   you see the top part of this permit, the third
24   line down after the title "Source Numbers"?  Do
25   you see that line?  It's on the very first page of

---

**Page 36**

1   the exhibit.  It's the third line down.  Do you
2   see where it references source numbers?
3 A   Yes.
4 Q   Are those stacks?
5 A   Those are stacks or units.
6 Q   What's the difference between a stack and a unit?
7 A   Within the test stand -- in the OP, which is S20
8   and -- actually, process 20 and process 21 there's
9   more than one stack, so it's a source.
10 Q   Well, the process numbers are in the line above,
11   right?
12 A   Yes.
13 Q   What's P20 through P22 in the line above?  What
14   does that reference?
15 A   The test stands.
16 Q   Where are the P20 through P22 test stands located?
17 A   P20 and 21 is the OP building, and P22 is the
18   large engine building.
19 Q   So P20 through P22 refers to the entirety of the
20   OP building and the large engine building,
21   correct?
22 A   Correct.  It refers to the testing of the OP
23   building and the large engine building.
24 Q   Fair enough.
25       If you return to footnote 22, there's the

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 37

1    reference to the stacks S20C, C21A, S21B, and
2    S21C. Now, these happen to be stacks, correct?
3  A  Correct.
4  Q  So they're exhaust stacks that are attached to the
5    building that have emissions going through them,
6    right?
7  A  Yes.
8  Q  But they are also called units?
9  A  For me, I know that there's more than one stack
10    that's associated with that process.
11  Q  But is unit a generic name for --
12  A  I wouldn't -- it was just something that I stated
13    in my own mind right now so I could understand as
14    part of the test stand there was more than one
15    stack associated with that process.
16  Q  So what does source number refer to here?
17  A  I would believe it would refer to the source from
18    where emissions come from.
19  Q  So it would include stacks, right?
20  A  I believe so.
21  Q  Are the stacks that are referenced in
22    footnote 22 -- do they appear in the line of
23    source numbers on the first page of this permit?
24  A  It would appear that they're included.
25  Q  Where are they included?

---

Page 38

1  A  They don't have the letter after it, so it just
2    says S20 through S22. So S20 -- in reviewing
3    this, I would think that it would include any of
4    those.
5  Q  So anyone looking at the face of this permit would
6    believe that the stacks referenced in footnote 22
7    were covered by this permit?
8  A  I'm unsure.
9  Q  Why are you unsure?
10  A  Because it looks as though they would be included.
11  Q  So as the person in charge of environmental
12    compliance at FME as of August 8th of 2008, you
13    would look at this permit and -- would you
14    determine that those stacks in footnote 22 were
15    included or not included in this permit?
16  A  I would determine that they were not included.
17  Q  Why?
18  A  From knowledge of how the air permit application
19    was submitted in 2005.
20  Q  And who had knowledge of the application permit in
21    2005?
22  A  I did.
23  Q  The application in 2005 -- was that ever provided
24    to anyone at AVL?
25  A  No.

---

Page 39

1          MR. DeGEORGE: Can we take a break?
2          (Recess)
3          (Exhibit No. 103 marked for
4          identification)
5  Q  Ms. Mosley, you have Plaintiff's Exhibit 103.
6    Again, my earlier talk with you applies. Feel
7    free to take as much time as you need to review
8    the document, but my first question to you for
9    this exhibit will be whether you recall this
10    exhibit. But, again, take your time to
11    familiarize yourself with it.
12  A  I recall it.
13  Q  What is this exhibit?
14  A  It's our construction permit application to the
15    Wisconsin DNR.
16  Q  Is this the application you referenced earlier
17    that would have ultimately become Plaintiff's
18    Exhibit 15 that we looked at earlier? Take your
19    time. Look at 15 again if you need to. I just
20    want to understand whether Plaintiff's Exhibit 103
21    is the application that FME submitted in support
22    of getting the permit that is Plaintiff's
23    Exhibit 15.
24  A  I believe we received an actual construction
25    permit from this application.

---

Page 40

1  Q  And that would be a different permit than what is
2    embodied in Plaintiff's Exhibit 15?
3  A  I just recall having a construction permit as
4    well.
5  Q  Well, let me revisit something you said earlier
6    then because now I'm -- I'm admittedly confused.
7    I thought you told me earlier that Plaintiff's
8    Exhibit 15 was the only governing permit for
9    emissions at the FME facility from 2005 until it
10    this renewal. Are you suggesting there was
11    another different permit that also controlled at
12    the same time? I'm just asking. I'm not
13    suggesting one way or the other. I just want to
14    understand that. I want you to take as much time
15    with the documents as you need. There's no rush
16    here.
17  A  I believe that's correct.
18  Q  You believe that Plaintiff's Exhibit 103 was
19    submitted by FME to WDNR in support of obtaining
20    the permit that is Plaintiff's Exhibit 15?
21  A  Yes.
22  Q  With respect to Plaintiff's Exhibit 103, is this
23    the submittal you described earlier where FME
24    would have provided the necessary information for
25    modeling in support of the permit?

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 41

1 A  Yes.
2 Q  I notice on the front cover page signed by
3      Mr. Dusing -- who is Mr. Dusing?
4 A  He was hired on behalf of Fairbanks and worked for
5      ERM to prepare the documentation.
6 Q  Did you interact with Mr. Dusing to prepare this?
7 A  Yes.
8 Q  Was Mr. Dusing your primary contact?
9 A  Yes.
10 Q  Do you need some time, Ms. Mosley?
11 A  Yes.
12        MR. HERRMANN: Let's take a break.
13        (Recess)
14 Q  Other than Mr. Dusing, did you work with anyone
15      else at his company?
16 A  What time period are you speaking of?
17 Q  Let's look at the time this was submitted.  First
18      of all, I would like to get clarity on one thing
19      if you could help me out.  I think the cover
20      letter is misdated.  It says January 12, 2004, but
21      by the stamps and other indications in the
22      document, it looks like it was actually submitted
23      in January of 2005.
24 A  I would agree with you.
25 Q  So as of the January 2005 timeframe in connection

---

Page 42

1      with this submission here, Plaintiff's
2      Exhibit 103, who were you interacting with at ERM?
3 A  That would have been just Dave Dusing.
4 Q  For this submission that's Plaintiff's
5      Exhibit 103, what was the process you went through
6      with Mr. Dusing to prepare this?
7 A  What I remember most is we made modification to a
8      test stand, it was S21F.  There were also several
9      things that were incorrect in the air permit, so
10      we tried to review those items and clean them up
11      to the best of our ability.
12 Q  When you say "the air permit" -- at this point in
13      time, which permit was that?
14 A  The S21F referenced a construction permit that I
15      referred to before where I got everyone confused.
16      And that was construction permit 90A-JMS-935.
17 Q  I see you're referring to the document there.
18      Could you tell me which page you're on to help me
19      out.
20 A  I'm on page 1 on the introduction.  It's the first
21      paragraph and line three from the bottom.
22 Q  I've got it.
23        So that references the current construction
24      permit with that numbering you just gave me,
25      right?

---

Page 43

1 A  Correct.
2 Q  At the point in time of this submission,
3      Plaintiff's 103, that permit referenced on page 1
4      was the one that was then in effect?
5 A  We were operating under a construction permit as
6      well as our overall facility permit.
7 Q  What's the difference between the construction
8      permit and the overall facilities permit?
9 A  When you make modifications within your facility,
10      you submit a construction permit application, and
11      they specifically just look at in that permit
12      modification the construction revision that you're
13      making.  Sometimes, based on the work that you do,
14      it may expire or you can ask to have it rolled
15      into your overall facility permit.
16 Q  The overall facility permit -- is that also known
17      as the operation permit?
18 A  Yes.
19 Q  So if we refer back to Plaintiff's Exhibit 15,
20      that's titled "Operation Permit."
21 A  Yes.
22 Q  The operation permit could be modified by a
23      construction permit submission?
24 A  Yes.
25 Q  Is there ever anything issued by WDNR that's

---

Page 44

1      called a construction permit?
2 A  Yes.
3 Q  So could you have a construction permit in place
4      at the same time you have an operation permit?
5 A  Yes.
6 Q  So for Plaintiff's Exhibit 15 -- at any time while
7      it was in force, was there also a construction
8      permit in force?
9 A  I don't recall when 98-JMS-935 -- when it was
10      rolled into.  At the time of 2008, we were only
11      operating under one permit.
12 Q  So for Plaintiff's Exhibit 103 -- when that was
13      submitted, the idea was that Plaintiff's 103 would
14      make revisions that would ultimately be included
15      in Plaintiff's 15?
16 A  I believe so.
17 Q  Were there other submissions other than
18      Plaintiff's 103 provided to WDNR that ultimately
19      fed into what became Plaintiff's 15?
20 A  Again, I'm going to reference the construction
21      permit because they would have combined this
22      application --
23 Q  This application being Plaintiff's 103?
24 A  Correct.  Construction permit 98-JMS-935 along
25      with permit number what I think would have been

---

Page 45

1   154002970-P09 -- I believe that would have been
2   the previous one.
3 Q   And you just referred to the top of Plaintiff's
4   Exhibit 15.  But, instead of the P10 at the end,
5   it would have been P09?
6 A   Correct.
7 Q   As of any time in 2008, if I wanted to look up and
8   see which permit was currently governing emissions
9   at the FME facility, it would be Plaintiff's
10   Exhibit 15, right?
11 A   That's correct.
12 Q   If I wanted to understand Plaintiff's Exhibit 15,
13   would I need any additional information other than
14   the permit itself?
15 A   You should not.
16 Q   Why is that?
17 A   Because this is our permit that's issued by
18   Wisconsin DNR, and it states in there what are the
19   compliance demonstrations that we need to meet in
20   order to fulfill compliance demonstration for the
21   permit.
22 Q   So a person investigating FME's status of its
23   permit would look to Plaintiff's 15?
24 A   Correct.
25 Q   Would they need to look anywhere else?

Page 46

1 A   No.
2 Q   If you return to Plaintiff's 103 and if you turn
3   to page 3 -- again, take as much time as you need.
4   My understanding of this section, 3.1 on page 3 --
5   it describes to the WDNR the removal of the stacks
6   that ultimately ended up in footnote 22 of
7   Plaintiff's 15; is that correct?  Again, take as
8   much time as you need.
9 A   Can you point out where it says removal of the
10   stacks?
11 Q   Well, it may not use the word "stacks."  I don't
12   mean to suggest that.  What I want to understand,
13   though, is in Section 3.1 -- I'm referencing
14   mostly the three indented bullets.
15 A   Okay.  Thank you.
16 Q   I see that it says the test stands identified as
17   S21A, S21B, and S21C.
18 A   Yes.
19 Q   And S20C.  Is that not the stacks that are
20   referenced in footnote 22 of Plaintiff's 15?  If
21   it's not, tell me.  I don't have an understanding.
22   I just want to know.
23 A   It is, but this references removal of the test
24   stands.  In my mind, it doesn't talk about us
25   having the need to remove the stacks.  We are just

Page 47

1   removing it from within our permit under which we
2   operate.
3 Q   So if I were to review this application back in
4   2008, would I know whether or not the stacks in
5   footnote 22 of Plaintiff's 15 had been removed
6   from the modeling?
7 A   Can you repeat that one more time?
8 Q   Sure.  The timeframe of my question is any time in
9   2008.
10 A   Okay.
11 Q   If I were back in that time period and I pulled
12   Plaintiff's Exhibit 103 --
13 A   Okay.
14 Q   -- and read it and saw on page 3 and this
15   reference to these three indented bullet points,
16   would that tell me one way or the other whether
17   the stacks that are identified in footnote 22 of
18   Plaintiff's Exhibit 15 had been removed from the
19   modeling that was used for the permit?
20 A   It would have told you it was removed from the
21   modeling.  But, again, for me -- my compliance
22   demonstration within the permit was based on fuel
23   usage per building.  It could be very confusing.
24 Q   What could be confusing?
25 A   For compliance demonstration purposes, I don't

Page 48

1   have to state what test stand I'm using nor what
2   stack I'm using.
3 Q   But if a stack had been removed from modeling, any
4   subsequent use of that stack would change the
5   modeling, correct?
6 A   That's correct.
7 Q   Would you then be under an obligation with WDNR to
8   go back and say "We told you before we weren't
9   using it, but now we are using it so we need to
10   change our modeling"?
11 A   We would be under obligation.  Correct.
12 Q   At the time AVL started testing on any of these
13   un-permitted stacks, to your knowledge did anyone
14   approach WDNR and tell WDNR that the stacks were
15   now in use and it therefore changed the modeling?
16 A   I don't recall.
17 Q   You were still in charge of environmental
18   compliance at that time, right?
19 A   That's correct.
20 Q   Do you recall telling that to WDNR?
21 A   I did not.
22 Q   This is going to be tricky, I apologize, because
23   we don't have page numbers here.  What I want to
24   refer to is Figure 2 of this submission.  It
25   follows the tables after the text.  I can show it

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 49

1  to you, what I'm looking at here. It's this page
2  with Figure 2 with the layout.
3  A   Okay.
4  Q   This is titled "Figure 2: P20 through 21 stack
5  layout."
6  A   Yes.
7  Q   This reference to P20-21 at the top -- would it be
8  your understanding that that would include all
9  stacks within that series including sub lettered
10 stacks?
11 A   That's correct.
12 Q   If you look down on the diagram here, do any of
13 the stacks appear that are listed in footnote 22
14 of Plaintiff's 15?
15 A   They are not included.
16 Q   By submitting this Figure 2 along with
17 Plaintiff's 103 to WDNR, was the intent to convey
18 to WDNR that those stacks had been in fact
19 removed?
20 A   It was to convey to them which stacks we planned
21 to do future testing in and have emissions from.
22 Q   But not necessarily whether they had been removed?
23 A   Correct.
24 Q   I may have a blank page here. It's either one or
25 two pages in. It starts "Facility Identification"

Page 50

1  at the top.
2  A   Okay.
3  Q   It's got the facility name and mailing address.
4  A   Yes.
5  Q   What did that mailing address encompass? What
6  buildings?
7  A   For our whole entire facility.
8  Q   Would that include both the OP building and the LE
9  or large engine building?
10 A   That's correct.
11 Q   And the permit contact person I see is you.
12 That's Julie Gilson, right?
13 A   That's correct.
14 Q   Was it a requirement that a contact person at the
15 company be identified for this submittal?
16 A   It is.
17 Q   Did the WDNR ever reach out and contact you
18 directly about any permitting issues?
19 A   While reviewing the application?
20 Q   That's a fair question.
21     I know you had ERM as your consultant, right?
22 A   Yes.
23 Q   And for this exhibit I see that the consultant
24 submitted this on FME's behalf, right?
25 A   Yes.

Page 51

1  Q   That was done with your approval, though, right?
2  A   Yes.
3  Q   So if you're a contact person on this -- you're
4  clarification is a fair one. For anything
5  involving Plaintiff's 103, do you recall WDNR ever
6  reaching out to you personally on any issues?
7  A   I'm not explicitly sure because the construction
8  permit before that -- the 98-JMS -- I had a lot of
9  discussion with DNR. It was somewhat in the same
10 timeframe. I want to say yes, but I'm unsure.
11 Q   That's okay. Just the best of your memory.
12     Was it the norm for WDNR to reach out to you
13 or would they first go to your consultant?
14 A   No. To me.
15 Q   And above the responsible official identifies
16 Steve Mayse?
17 A   Yes.
18 Q   Who was Steve at this time?
19 A   He was the operations vice president.
20 Q   Did you report to him or was that a different
21 connection?
22 A   I did not.
23 Q   Why was Steve Mayse considered the responsible
24 official for purposes of this submission?
25 A   He was the person responsible for the test stands

Page 52

1  and overall operations for Fairbanks at that time.
2  Q   What was Steve's history? Is he still with the
3  company?
4  A   He is not.
5  Q   When did he depart?
6  A   It would have been some time after 2005. I'm
7  unsure.
8  Q   Could you give me your educational background,
9  please. Take me from high school graduation to
10 the present.
11 A   You're really taxing my memory today.
12 Q   I would have trouble with the same questions.
13 Just do the best you can.
14 A   Okay. I received my bachelor's from
15 U.W.-Platteville. I have a bachelor's of science
16 in reclamation with an environmental earth science
17 minor.
18 Q   I apologize for interrupting. Our court reporter
19 has to take down everything that we say, so take
20 your time. Just speak slowly. Take me back to
21 your bachelor's.
22 A   I received my bachelor's of science from
23 University of Wisconsin-Platteville. I have a
24 reclamation degree with an environmental earth
25 science minor. I've also achieved my --

Page 53

1  Q  Let me interrupt you again and just ask for the
2     date that you graduated. Just the best you can.
3  A  1997.
4  Q  Okay. I'm sorry. Continue.
5  A  I also achieved my MBA from Cardinal Stritch
6     University in 2004.
7  Q  Any other higher education?
8  A  No.
9  Q  At Cardinal, was that an on-campus experience or
10    different?
11 A  Different.
12 Q  How was that achieved?
13 A  They have a two-year program with the satellite
14    office out of Beloit. The program is really fit
15    for working adults. You meet once a week for a
16    consecutive two-year period with no breaks to
17    achieve the program.
18 Q  Was the MBA course of study a standard business
19    administration course?
20 A  Yes.
21 Q  Did you have any engineering or technical for the
22    MBA?
23 A  I did not.
24 Q  I'm not from this area, so I apologize.
25    U.W.-Platteville -- is that a satellite campus of

Page 54

1     U.W.? It's the University of Wisconsin we're
2     talking about, right?
3  A  It is not a satellite campus. There are eight or
4     nine U.W. campuses across Wisconsin.
5  Q  Is U.W.-Platteville a concentration of study in
6     any particular field?
7  A  They are heavily known for their engineering
8     program.
9  Q  More so than U.W. in general?
10 A  Not necessarily.
11 Q  Your major was reclamation, you said?
12 A  Yes.
13 Q  Could you give me a description of what that
14    entails.
15 A  Reclaiming of the land; putting it back to its
16    natural state.
17 Q  What particular science is involved in that course
18    of study?
19 A  Several environmental courses.
20 Q  Since it's focused on reclamation of the land, was
21    there any air --
22 A  There was not.
23 Q  No air environmental issues for that, correct?
24 A  Not that I recall.
25 Q  And then you had a minor in environmental science?

Page 55

1  A  Environmental earth science.
2  Q  Is that related to reclamation in any way?
3  A  It's very similar.
4  Q  How is environmental earth science different from
5     reclamation?
6  A  To be truthful, when I was looking that I only
7     needed two more classes to get a minor under my
8     major, I added those.
9  Q  Fair enough. What were the two additional
10    classes?
11 A  I don't recall.
12 Q  For your formal course of study that you have
13    described, did you have any training in
14    environmental air compliance issues?
15 A  I did not.
16 Q  At any time have you had any classes or coursework
17    or otherwise that led you to some type of
18    professional license or certification?
19 A  Yes.
20 Q  What's that?
21 A  I have my CHMM.
22 Q  Which stands for?
23 A  Certified hazardous materials manager.
24 Q  When did you achieve that?
25 A  I think it's around 2003.

Page 56

1     I also have my PHR.
2  Q  Which is?
3  A  Professional human resources. I achieved that
4     maybe around 2011. That would be it.
5  Q  Let me take a detour here and ask you this
6     question: Did you achieve these certifications
7     while you were employed?
8  A  Correct.
9  Q  Now let's forget education for a minute. Just
10    tell me your employment history taking me from
11    your college years forward.
12 A  You should have told me to bring my résumé.
13    Immediately after college I was working for the
14    Department of Transportation doing surveying.
15 Q  You say immediately after college. That's your
16    undergrad or BS, right?
17 A  That's correct. Thank you.
18 Q  So this would be roughly '97?
19 A  Yes.
20 Q  Go ahead. Continue. So Department of
21    Transportation --
22 A  Yes.
23 Q  -- for the State of Wisconsin?
24 A  Correct.
25 Q  What were you doing for them?

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 57

1  A  Survey work.
2  Q  Did that relate to your environmental --
3  A  No.
4  Q  Go ahead.  Continue.
5  A  I was looking for full-time employment.  The
6     reason I was at the Department of
7     Transportation -- I received an internship the
8     summer prior.  They still needed help.  Once I
9     received my degree, I worked for them while
10    seeking full-time employment.  About two months
11    after that, so about July 1997, I found full-time
12    employment with a small environmental company
13    called Environmental Resource Management.  No.
14 Q  Just do the best you can.
15 A  I apologize.  That's terrible.  I can't remember
16    the company name.
17 Q  That's all right.  We can move on if you don't
18    have a recollection.
19 A  It was a small environmental consulting company
20    that had a lot of concentration in underground
21    tanks.
22 Q  Where was it located?
23 A  In Middleton, Wisconsin.
24       I worked for them for a year and then
25    received a job opportunity for Fairbanks Morse

---

Page 58

1     Engine in 1998.
2  Q  You accepted it?
3  A  I did.
4  Q  What did you hire on to do at first?
5  A  As an environmental engineer, the environmental
6     compliance.
7  Q  Are those two different things or one in the same?
8  A  Which two?
9  Q  You said you hired on as an environmental
10    engineer, environmental compliance.
11 A  I did environmental compliance as an environmental
12    engineer.
13 Q  Thank you.
14       Is environmental engineer a title or is it a
15    profession that arose from your degree?
16 A  It was just a title because I'm not an engineer.
17 Q  Did you have any engineering courses in your
18    formal education?
19 A  Yes.
20 Q  What did you take in general?
21 A  I'm not sure I remember.  There were a few.
22 Q  Were they math and physics courses or were they
23    specific engineering courses?
24 A  All of those.  There was heavy concentration on
25    chemistry, math, science, and there was some

---

Page 59

1     construction engineering courses.
2  Q  I think you told me this earlier, but from the
3     time you hired on, you remained in that role as
4     environmental engineer, compliance?
5  A  Correct.
6  Q  Then your CHMM and PHR designations were achieved
7     while you were working at FME, right?
8  A  Correct.
9  Q  Is that a course of study the company funded for
10    you?
11 A  They did.
12 Q  Are those certifications that you need to take any
13    continuing education to sustain?
14 A  They are.
15 Q  What do you have to do for those?
16 A  There are certain classes that have specific
17    continuing education credits under both programs
18    that I believe -- I believe both of them you need
19    roughly 20 hours a year for each to maintain your
20    certification.
21 Q  Did you keep up with those for the entire time you
22    were employed by FME?
23 A  Yes.
24 Q  Now, the PHR -- does that refer in any way to
25    environmental issues?

---

Page 60

1  A  No.  None.
2  Q  Did you do any HR supervisory work at FME?
3  A  Yes.
4  Q  What did you do?
5  A  I was the HR manager.
6  Q  So you had your environmental compliance issues,
7     but you also had HR duties?
8  A  Correct.
9  Q  What other duties did you have other than
10    environmental compliance and HR at FME?
11 A  Security.  I would oversee security, onsite
12    security.
13 Q  Anything else?
14 A  No.
15 Q  Your PHR was achieved around 2011, right?
16 A  Correct.
17 Q  Did your HR duties only begin as of 2011, or had
18    you been performing them longer?
19 A  I guess I was just trying to seek out future
20    career opportunities, kind of that next step of
21    what I wanted to do within my career.  I worked
22    within the HR department.  I actually had a strong
23    interest in recruiting.  I enjoy talking with
24    people and learning about their backgrounds and
25    what they may have the ability to do.  I

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 61

1  recognized that HR could be of interest to me. I
2  started doing just recruiting within HR.
3 Q  When did you start doing the security function for
4  FME?
5 A  I believe that was when I was promoted to the EHS
6  manager in 2000. That was part of adding on both
7  security and safety.
8 Q  What functions did you perform with respect to
9  security?
10 A  Overseeing security guards at the gate. We had an
11  external company that we used. For them to
12  maintain a secure access and understand who is
13  within the facility and when they leave; to
14  maintain security logs.
15 Q  Did you have any involvement in security issues
16  relative to AVL coming onboard and beginning to
17  test in the facility?
18 A  Not directly. Again, I oversaw the program, but
19  we had procedures as to when someone comes to the
20  site and that security needs to call someone to
21  authorize them to come onsite.
22 Q  I understand from others there were some physical
23  modifications that were made to some facilities
24  such as door locks for passkeys and so forth with
25  respect to AVL. Did you have any involvement in

---

Page 62

1  any of that?
2 A  My security officer would have completed that, but
3  I didn't have direct involvement.
4 Q  Who was your security officer?
5 A  I believe it would have been Virginia Taylor as
6  the security supervisor. I may be mistaken on the
7  name of the person.
8 Q  Before AVL came onboard at the facility, did you
9  personally do any reviews of the facilities with
10  respect to security compliance now that AVL was
11  coming in?
12 A  I did not.
13 Q  While at FME, did you receive any in-house
14  coursework relative to environmental compliance
15  issues? For example, an FME in-house seminar on
16  environmental stuff.
17 A  There were several -- when I first started, I
18  received a lot of guidance from Dave Dusing from
19  ERM to bring me up to speed with knowing
20  environmental compliance and the reports that were
21  necessary. He did a lot of work with me where he
22  would come to the facility, and then I would call
23  him and ask him questions. There was also
24  corporate EHS seminars that I would attend as
25  well.

---

Page 63

1 Q  Who would put those on? Outside people or inside
2  people?
3 A  It would be internal. Corporate and internal to
4  the company.
5 Q  With respect to environmental compliance, were
6  there people there who knew more about it than you
7  such that they were teaching the course instead of
8  you?
9 A  We worked with a company called ERC, Environmental
10  Resource Center. The owner would usually come in,
11  but his focus on communication was on waste.
12 Q  As opposed to permitting?
13 A  Correct. Hazardous waste.
14 Q  Your CHMM certification -- does that deal with air
15  issues at all?
16 A  It does not.
17 Q  Did you have any interaction with the parent
18  company, EnPro?
19 A  Yes.
20 Q  What did that consist of just generally? Did you
21  report either formally or informally to people at
22  EnPro?
23 A  There was no dotted line reporting, no.
24 Q  By dotted line you mean on an organizational
25  chart --

---

Page 64

1 A  Correct.
2 Q  -- you had at least some responsibility to report
3  to EnPro?
4 A  Correct.
5 Q  That wasn't the case?
6 A  That not the case.
7 Q  For what reasons would you report to anyone at
8  EnPro?
9 A  We would have internal compliance reporting that
10  we would need to submit. Again, there was just a
11  close relationship with the person at corporate if
12  you needed any help or if you had any questions.
13 Q  Who did you interact with?
14 A  His name is Joe Wheatley.
15 Q  Did you interact with Joe during your entire
16  tenure at FME or just for certain time periods?
17 A  The entire time.
18 Q  What position did Joe Wheatley have during that
19  time?
20 A  I believe the title was something to the accord of
21  EHS director. I'm not exactly sure.
22 Q  Did you rely on Joe at any time for any air
23  permitting advice or input?
24 A  Up front, yes, and early on. He put me in contact
25  with David Dusing.

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 65

1 Q  Up front early on. Can you give me a date range?
2 A  In like the 1999 timeframe when I first started.
3 Q  So after you got in touch with Dave Dusing -- from
4     that point forward, did you have any interactions
5     with Joe Wheatley relative to air permitting?
6 A  I don't recall specifically for air permitting.
7 Q  Other than Joe Wheatley, did you interact with
8     anyone at EnPro for your official duties?
9 A  He was the main person.
10 Q  Do you have a recollection of FME settling an
11     issue with the government relative to labeling of
12     certain engines?
13 A  Vaguely.
14         MR. DeGEORGE: This is the consent
15     decree?
16         MR. HERRMANN: Yes.
17 Q  You can put those aside for a moment.
18         You have Plaintiff's Exhibit 2. The same
19     rules apply. Take as much time as you need. The
20     first question is whether you recognize this.
21 A  I do not recognize this.
22 Q  Aside from not recognizing this specific document,
23     do you recall FME ultimately entering into a
24     settlement agreement with the government about
25     improper labeling of engines?

---

Page 66

1 A  Vaguely. I was in a different role by that time.
2     I don't really remember.
3 Q  When you say "by that time," what timeframe are
4     you remembering?
5 A  I'm looking at the 2012 timeframe.
6 Q  Do you have any understanding of when this issue
7     first came to the attention of FME?
8 A  Now that's the part I remember.
9 Q  That's fair.
10 A  We had an inspector show up, and, of course -- as
11     you know, I was in charge of security.
12 Q  Right.
13 A  It was an unannounced inspector that was here on
14     behalf of the EPA unannounced.
15 Q  That was not a fun day, I assume.
16 A  It's just unusual. We had never gone through
17     anything like that.
18 Q  I assume the focus of that inspection was this
19     engine labeling issue?
20 A  Yes. But, again, I was not involved with the
21     inspector.
22 Q  Do you remember the timeframe of that inspection?
23 A  I do not.
24 Q  There's a component of the ultimate settlement
25     with the government that includes what is referred

---

Page 67

1     to as the SEP, Supplemental Environmental Program.
2     Do you recall any reference to that? Project, I
3     should say.
4 A  I'm familiar with SEPs. However, I don't really
5     recall this one.
6 Q  Refer to page 11 of this exhibit, if you would.
7     Just read paragraph 13 to yourself just to see if
8     that gives you a reference point on your memory.
9 A  I don't recall this.
10 Q  Whether or not it was called a SEP, do you
11     remember at any time aftertreatment processes
12     being installed in connection with S21F in the OP
13     building?
14 A  No. I don't recall.
15 Q  Do you remember discussions at any time about
16     installing SCR aftertreatment on any of the stands
17     in the OP building?
18 A  We had looked at it from a perspective knowing
19     that there was going to be changes in regulations
20     coming within air compliance, but it was just more
21     of a strategy session of what do we need to know
22     for any future reference.
23 Q  You don't recall that being connected to the SEP
24     for this settlement?
25 A  No. I don't recall. Nor do I think it was

---

Page 68

1     connected.
2 Q  When did those discussions begin that you're
3     recalling about changes in regulations and the
4     need for aftertreatment?
5 A  When we submitted the 2009 air permit
6     application -- at that time I believe it was
7     required to submit a BACT evaluation.
8 Q  That's B-A-C-T?
9 A  Yes.
10 Q  What does that stand for?
11 A  Best Available Control Technology.
12 Q  Sorry to interrupt you. Could you just describe
13     what that means.
14 A  I'll do the best I can with my memory.
15 Q  That's all right.
16 A  It is a protocol under the State that when you're
17     looking at your air permit you need to evaluate it
18     for BACT and make determinations. There are
19     certain criteria. If it meets the criteria, you
20     have to put BACT in place. If it does not meet
21     the criteria, you would not need to put it in
22     place.
23 Q  Is it fair to say that an example of BACT would be
24     SCR aftertreatment?
25 A  That's correct.

---

**Page 69**

1 Q  What would another example be?  Or is that pretty
2 much it?
3 A  Well, there was one for particulate.  I'm trying
4 to think of the name.  Those were the two that we
5 had discussed.  An SCR and maybe a diesel
6 particulate filter or DPF.
7 Q  If either of those two BACT options had been
8 implemented at some point in the OP building --
9 let's take them one by one.  How would an SCR
10 system actually be put in place?  Is it applied to
11 the stands?  To the engine?  To the stacks?  How
12 is it physically implemented?
13 A  It would be somewhere in your exhaust stream.  You
14 could put it on your engine or you could put it on
15 your stack, but you would want to evaluate -- if
16 you were to sell an engine where it was included,
17 you would keep it with the engine.  If you were
18 only required to test with it, you would put it in
19 your stack so you could swap your engines out and
20 not have to replace your control mechanism.
21 Q  As of the 2009 permit application, what
22 implementation of SCR, if any, was being
23 considered by FME?
24 A  There was none at the time.
25 Q  Why is that?

**Page 70**

1 A  When we did a BACT review, there weren't many
2 facilities in the United States that had
3 successfully used them, so this technology was
4 still fairly early on.  There's another category
5 that you want to evaluate or they will take a look
6 at what your cost is to see if it's cost feasible
7 or not.  So technically feasible and cost feasible
8 are the two factors I recall.
9 Q  Is cost feasibility a factor that the government
10 looks at to decide whether or not to make you do
11 it?
12 A  That's correct.
13 Q  So what do you do in that instance?  I assume from
14 the company's perspective the best deal would be
15 to show that it's cost prohibitive so you don't
16 have to do it, right?
17 A  Well, you have to use the data and let the numbers
18 make that determination for you.
19 Q  I'm not suggesting anything nefarious.  I know you
20 would give true information.
21 A  Yes.
22 Q  My point is it's to the company's advantage if the
23 cost is above the government's threshold, right?
24 A  Absolutely.
25 Q  So as of the 2009 air permit application, SCR was

**Page 71**

1 not considered?
2 A  I would want to refer to the documentation in my
3 notes.  I believe it was considered under BACT and
4 found to not be technically nor cost feasible.
5 Q  Do you recall why it would not be technically
6 feasible?
7 A  I think it was the back pressure issue on the
8 engines.
9 Q  And what engines are we referring to here?
10 A  It would have been the engines that we submitted
11 in the application that would have been known on
12 those test stands.
13 Q  Did that include AVL and FME engines?
14 A  Yes.
15 Q  You also mentioned diesel particulate filters.
16 A  Yes.
17 Q  That's another example of BACT?
18 A  Yes.
19 Q  Did DPF relate in any way to the 2009 air permit?
20 A  I don't believe so.  If it did, it would have been
21 under the same philosophy as an SCR.
22 Q  So when the 2009 air permit was submitted, do I
23 understand correctly that it did not include a
24 BACT component at all to the best of your memory?
25 A  Again, we need to check the records.  It came up

**Page 72**

1 in conversation.  If we didn't submit it, it was
2 definitely flagged by the DNR.  But I think we
3 submitted it and had additional conversations with
4 them on it.
5 Q  Why would it be flagged by DNR?  Because DNR
6 expected to see it?
7 A  Correct.
8 Q  Why would DNR expect to see it?
9 A  It's part of their review process.  There are
10 certain things they need to review to ensure that
11 the permit application is deemed complete, and
12 they check to make sure that they have everything
13 as appropriate.
14 Q  When you submit the permit application, you need
15 to address the BACT analysis issue.  You don't
16 necessarily have to tell the government that
17 you're going to install it, right?  You have to do
18 the BACT analysis, right?
19 A  You do.  To the best of my knowledge, because we
20 submitted it with not being cost and technically
21 feasible, we didn't take that any further.  But if
22 you would meet those requirements, I believe you
23 would submit saying you were going to install
24 those.
25 Q  You mentioned you got some feedback from WDNR

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 73

1    about BACT.
2 A  We had quite a bit of conversation on it.  Yes.
3 Q  Because WDNR didn't feel you gave them enough
4    analysis of the issue?
5 A  If memory serves me right, which is bad, they had
6    a lot of questions about the technical feasibility
7    as to maybe they didn't necessarily agree with the
8    submittal.
9 Q  How was that BACT feedback from WDNR ultimately
10   resolved?
11 A  It never was because the construction permit
12   application for those four AVL engines -- it ended
13   up that AVL wasn't testing on those four test
14   stands, so there was lots of changes.
15 Q  When did it end up that AVL was not testing on
16   those four stands?
17 A  When we started to have these discussions in 2011.
18   It would have been then identified by me that they
19   are on test stands that weren't in that permit
20   application.
21 Q  And then what was the interplay between your
22   learning that some of the AVL engines were on test
23   stands that weren't in the permit application and
24   the status of the still then-pending construction
25   application?

---

Page 74

1 A  Can you repeat that one more time for me?
2 Q  Sure.  What I would like to understand is you had
3    this 2009 application that you put in --
4 A  Yes.
5 Q  -- the construction permit application -- it
6    included analysis based on four AVL engines being
7    on four test stands, correct?
8 A  Correct.
9 Q  So that permit application went forward.  You had
10   some feedback and interaction on the BACT issues,
11   right?
12 A  Yes.  Can I --
13 Q  Go ahead.
14 A  I believe that the only reason that you need to
15   look at BACT is if you go over a certain
16   threshold.  If you're requesting additional
17   emissions -- maybe you can help remind me of the
18   terminology -- that's what triggers BACT.  So
19   that's important for me to point out.  I did not
20   state that.
21 Q  Additional emissions above and beyond what?
22 A  I think of where we were currently at.  So I
23   believe the trigger was an additional -- I'm going
24   to say 50 ton as an example.  There's an
25   additional amount that you're requesting to emit

---

Page 75

1    from your facility.  There are different
2    requirements that you have to consider.  That's
3    what we tried to do with the 2009 construction air
4    permit application.
5 Q  So was your position then to WDNR "We don't think
6    we're going to hit that additional emissions zone
7    and therefore we don't need to do BACT"?
8 A  No.  The position was -- we actually approached it
9    from a different philosophy.  We wanted to work
10   with AVL understanding that they would have
11   additional work.  You model to try to understand
12   what number you need, how much fuel, what
13   limitation you need to take in order to stay below
14   the emission threshold.  It's called PSD,
15   prevention of significant deterioration.
16 Q  That's the threshold number?
17 A  I believe it's 50 ton.  If you plan to emit more
18   than 50 ton of emissions from where you were
19   originally at --
20 Q  Then you need to have BACT?
21 A  There's an additional trigger point.  Yes.
22 Q  So the permit application remains pending up into
23   2011, right?
24 A  Correct.
25 Q  Then there came a time where you learned that AVL

---

Page 76

1    engines were being tested on non-permitted stacks,
2    right?
3 A  Correct.
4 Q  So was that discovery a triggering event, if you
5    will, for something that was then done with the
6    permit application?
7 A  Not with the permit application.  We had discussed
8    it, and that's where it was brought up from
9    Mark Thimke, the environmental attorney, that a
10   footnote doesn't designate compliance.  So then it
11   became unclear to me if there was an issue or not.
12 Q  Mr. Thimke brought that up, and it became unclear
13   to you.  What was the WDNR's position ultimately
14   on that issue?
15 A  It was very clear that the DNR's position was you
16   were not to test and have emissions from stacks
17   that were not included with the modeling.
18 Q  Given that it was unclear at that point, did you
19   on behalf of FME argue to WDNR that you agreed
20   with Mr. Thimke and it should be allowed?
21 A  At that point we did not.  We had a meeting with
22   the DNR.  AVL was in participation during that
23   meeting.  It became clear to me in that meeting of
24   DNR's interpretation of the footnote, so what I
25   did at that point in time was I received input

---

Page 77

1    from legal counsel on behalf of EnPro to clearly
2    understand what I needed to do.
3 Q  Don't tell me what you talked to legal counsel
4    about. Tell me about WDNR's interpretation. Was
5    it an interpretation of footnote 22 in the permit?
6 A  It wasn't that they pointed out the footnote. The
7    words that I recall being said in that meeting
8    were from the DNR that you better not be testing
9    from stacks that aren't included within the
10    modeling.
11 Q  So that meeting with DNR where you received the
12    interpretation -- it wasn't really an
13    interpretation of footnote 22, right?
14 A  No.
15 Q  Was footnote 22 called to the WDNR's attention at
16    that meeting at all?
17 A  It was not.
18 Q  Who, to your knowledge, was the first person to
19    identify the AVL testing of engines through the
20    stacks that were not included in the permit?
21 A  I don't recall.
22 Q  I appreciate someone may have told them outside
23    your presence. That's fine.
24 A  Yes.
25 Q  Do you know who it was?

Page 78

1 A  I do not.
2 Q  To the extent you know, was that meeting you're
3    describing the first time it came to WDNR's
4    attention that those stacks might be being used by
5    AVL?
6 A  Could say that one more time, please?
7 Q  Sure. To the best of your memory, that meeting
8    with WDNR you have described where both FME and
9    AFL people were present -- was that the first time
10    that the issue of these un-permitted stacks being
11    used by AVL came to WDNR's attention?
12 A  I'm not sure we explicitly said in that meeting
13    that we had engines on the test stand.
14 Q  Do you recall when this meeting was?
15 A  There's a lot of notes on that meeting.
16 Q  We may get them today. I'm just asking for your
17    best memory.
18 A  Likely June 2011.
19 Q  Prior to that meeting with both FME and AVL at
20    WDNR, did you notify WDNR that AVL was testing
21    through stacks that were not in the permit?
22 A  I did not.
23 Q  Sitting here today, are you aware of anyone at FME
24    having notified WDNR prior to that meeting of the
25    AVL stacks?

Page 79

1 A  No one did.
2 Q  You seem certain of that. Do you know why you
3    know that?
4 A  Because I would have been the point person to talk
5    with the WDNR.
6 Q  And you were the contact person under the permit
7    then, right?
8 A  That's correct.
9 Q  And nobody from WDNR prior to that meeting had
10    contacted you about the issue of AVL testing
11    through un-permitted stacks, right?
12 A  That's correct.
13 Q  Do you know if it was an AVL representative who
14    first called it to WDNR's attention?
15 A  If memory serves me, I think the first time that
16    it was told to DNR was the notification call that
17    I made to our WDNR compliance person,
18    Brian Barbieur, and that would have been a day
19    after the meeting with the DNR.
20 Q  In talking with Brian Barbieur, did he express to
21    you any reaction when you told him this was going
22    on?
23 A  I was just stating the facts with him. I didn't
24    anticipate any type of reaction. At that point in
25    time I told him on the phone -- because, of

Page 80

1    course, they need to know what the issue is and
2    what you're going to do to fix the issue. We had
3    asked AVL to stop testing those engines. Then I
4    was required to submit a deviation report to the
5    DNR. I believe that was within seven days.
6 Q  So that call with Brian Barbieur a couple days
7    after the joint meeting with AVL and WDNR -- is
8    that the first time that WDNR directed you to stop
9    testing?
10 A  No one directed us to stop testing.
11 Q  What did he tell you?
12 A  We had made that determination internally, that we
13    were not within compliance, so we made the call
14    and requested AVL to stop testing. Then we
15    reported it to the DNR.
16 Q  But your first report to WDNR was the phone call
17    you had with Brian Barbieur a couple days after
18    the meeting with AVL and WDNR, right?
19 A  Correct. And I believe he participated in that
20    meeting by phone, so he was aware of the meeting.
21 Q  All I'm trying to understand here is -- when we
22    had the meeting with AVL, FME, and WDNR sometime
23    in June --
24 A  Yes.
25 Q  Brian Barbieur participated in that meeting by

Page 81

1 phone?
2 A Yes.
3 Q And someone from WDNR said "You had better not be
4 testing through these stacks that aren't in the
5 permit."
6 A Correct.
7 Q Was that Brian Barbieur?
8 A It was not. It was our permit writer, Don Faith.
9 Q What brought Don Faith to the point of at that
10 meeting even raising that issue?
11 A We were discussing alternatives. We came to the
12 meeting with here are some things we would like to
13 discuss with you. Do you see any of these as
14 viable options. Through those discussions he made
15 that statement.
16 Q Is that because one of the options you had
17 presented to him included specifically showing him
18 that there might be testing through the
19 un-permitted stacks?
20 A I don't believe so.
21 Q What was your understanding then of why there
22 would even be concern by WDNR about testing
23 through the un-permitted stacks?
24 A Don Faith was very familiar with the modeling and
25 which stacks because he was the one originally

Page 82

1 assigned to the 2009 construction air permit. So
2 he had a very good understanding with the
3 background work that he had been working on for
4 years.
5 Q So he knew that those stacks under discussion here
6 had been removed from the modeling?
7 A Correct.
8 Q So that's the basis of his understanding of the
9 permit, but what, to your knowledge, connected
10 that issue to what the group, whether it was AVL
11 or FME, was then proposing to WDNR? In other
12 words, was there something about your proposal
13 that involved these stacks such that he would say
14 "Wait a minute. That wasn't included under the
15 prior permit"?
16 A No. It was something that he pointed out. You
17 could tell he felt very adamant during that
18 meeting about this. It wasn't like we brought in
19 any type of drawing or specifically talked about
20 certain test stands. It was just alternatives,
21 and he brought it up during that discussion.
22 Q And then after that meeting FME internally,
23 without AVL, determined that what was going on was
24 in violation of the permit?
25 A Yes.

Page 83

1 Q And was that determination made before or after
2 Mr. Thimke commented that he didn't feel the
3 footnote precluded using the stacks?
4 A That determination was made after.
5 Q So regardless of what Mr. Thimke felt or said, it
6 was FME's separate independent conclusion that it
7 was a violation, correct?
8 A That's correct.
9 Q And then at that point you contacted Mr. Barbieur
10 by phone?
11 A Yes.
12 Q And you reported to him the use of the stacks?
13 A Yes.
14 Q And he did not tell you to stop testing through
15 those stacks?
16 A We had already stopped by then. The meeting was
17 on a Wednesday, I believe. By Thursday we
18 recognized there may be an issue. While we
19 resolve this, AVL, you need to stop testing.
20 Q Did AVL stop testing?
21 A They were told, and I believe they still tested
22 for another day.
23 Q Do you know for sure?
24 A I'm pretty confident they continued to test.
25 Q How do you know that?

Page 84

1 A I learned of that from Pete DiCaro.
2 Q When did you learn that from Pete DiCaro?
3 A The day of. The day of this discussion.
4 Q So whatever Mr. DiCaro remembers or said about
5 that issue, you would trust his memory of what
6 happened?
7 A Maybe.
8 Q Did you have any independent knowledge of whether
9 AVL continued to test after you told it to stop?
10 A Yes. It was based on their fuel use records.
11 That's how I could verify that it indeed did
12 happen.
13 Q What are the fuel use records?
14 A Those are records that we're required to keep.
15 It's compliance demonstration for our air permit.
16 Q And those records were detailed enough to show
17 exactly what engines were run at exactly what
18 times?
19 A Yes. AVL had a system for each of their engines
20 to identify this information.
21 Q Would you know what time of day an engine was or
22 was not running?
23 A The record may have been for the day. It may not
24 have been time specific. I would need to look at
25 the records to be sure.

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

**Page 85**

1 Q  But by the time you called Mr. Barbieur to
2    report -- all testing had stopped at that time?
3 A  That I'm unsure of, the sequence of events. I
4    know when I called him, I felt confident that
5    conversations were taking place. AVL was
6    instructed not to start up that day.
7 Q  When AVL was given that instruction, was that the
8    first time FME notified AVL of FME's decision that
9    it was not in compliance and therefore AVL needed
10   to stop testing?
11 A  Yes.
12 Q  Prior to that date, no one had mentioned to AVL
13   that they needed to stop testing on those
14   un-permitted stacks?
15 A  No, because there was a little bit of
16   interpretation about the footnote.
17 Q  I'm sorry. I'm not sure I follow you. Who was
18   doing the interpretation?
19 A  Again, we were having open discussions with AVL.
20   I was having the discussion with Mark Thimke.
21 Q  Right. But you had said after discussions with
22   Mark Thimke then FME had an internal meeting,
23   right?
24 A  We had an internal meeting the day after the
25   meeting with the DNR.

---

**Page 86**

1 Q  Mr. Thimke wasn't involved in that?
2 A  No. Not that next day.
3 Q  And that next day was purely FME, right? AVL
4    wasn't involved?
5 A  That's correct.
6 Q  At that meeting FME came to its own independent
7    conclusion that testing through those stacks was
8    not covered under the permit.
9 A  Correct.
10 Q  Regardless of anything Mr. Thimke may have said?
11 A  Yes.
12 Q  And then the first notice to AVL of FME's
13   determination that it was a violation was when you
14   went to AVL and told them to stop testing, right?
15 A  Correct. I did not do that.
16 Q  Where did it start at FME? Who made the decision
17   to tell AVL to stop testing?
18 A  I believe Pete DiCaro did.
19 Q  And you believe Pete was the same person who told
20   them to stop testing?
21 A  Yes. For that day.
22         MR. HERRMANN: Would you like to
23   take a break?
24         THE WITNESS: I would.
25         (Recess)

---

**Page 87**

1         MR. HERRMANN: This is Exhibit 74,
2    Steve.
3 Q  You have Plaintiff's Exhibit 74, your e-mail to
4    John Bottorff of September 22, 2011. Again, feel
5    free to review it. Do you recall this e-mail?
6 A  I do not recall this e-mail.
7 Q  In reviewing it today, does it refresh your memory
8    at all about any interplay you may have had with
9    the SEP?
10 A  It does not.
11 Q  Who is Mike Zebell, Z-e-b-e-l-l?
12 A  I think it's pronounced Zebell. He was with ERM.
13 Q  Is Mike someone at ERM you normally interacted
14   with?
15 A  Not very frequently.
16 Q  And you don't recall asking Mike to do any workup
17   for the SEP?
18 A  I'm sorry. I do not recall.
19 Q  Does it refresh your memory at all as to when the
20   SEP was first discussed at FME?
21 A  I'm just able to tell that it was in the September
22   2011 timeframe from my e-mail. But I don't
23   recall.
24 Q  Did you come to learn that at some point AVL and
25   FME had entered into a written contract?

---

**Page 88**

1 A  Yes. At some point.
2 Q  Did you personally have any role in negotiating
3    the terms of that written contract?
4 A  I did not.
5 Q  Do you ever recall discussing internally with
6    anyone on the FME team about provisions that would
7    or would not be included in the contract with AVL?
8 A  I did not.
9 Q  Did you ever personally have any discussions with
10   any representative of AVL relative to provisions
11   of the contract?
12 A  I did not.
13 Q  When was the first time you saw the contract
14   between AVL and FME?
15 A  I'm not sure I've ever seen the contract.
16 Q  You don't recall at any time after its execution
17   having any occasion to review it?
18 A  The only thing I recall is when the issue with the
19   test stands -- taking a look at it in 2011.
20   That's the best recollection I know.
21 Q  And the issue with the test stands you're
22   referring to now is what we discussed earlier?
23 A  Correct. It would be within the OP building and
24   what to do since we were encroaching on the fuel
25   use limitation.

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 89

1 Q   And you recall that you looked at the written
2      contract at that time?
3 A   I'm not sure I ever saw a copy of the contract.
4            MR. HERRMANN: This is
5      Plaintiff's 13, Steve.
6            MR. DeGEORGE: Okay.
7 Q   You have Plaintiff's Exhibit 13 previously marked.
8      Does that refresh your memory as to whether you
9      have ever seen this document before?
10 A   I have never seen this document.
11 Q   Let me call that back just because there's an
12     official copy of this that you should look at.
13     There you go.
14 A   Thank you.
15 Q   You have Plaintiff's 13, and you don't recall
16     seeing that before?
17 A   The only thing I remember is Appendix C. I don't
18     know if I just saw maybe one page of the contract
19     before.
20 Q   Do you recall personally contributing in any way
21     to the contents of Appendix C?
22 A   I did not.
23 Q   Do you recall in what context you saw it?
24 A   I just remember the test stand charge number,
25     knowing that number. But, again, I don't recall

---

Page 90

1      ever seeing the contract.
2 Q   By the way, Ms. Mosley, as we go here, you can
3      kind of stack those exhibits out of your way. You
4      don't have to keep them all --
5 A   Sounds good.
6 Q   -- sprayed out all over. We may return to some
7      later, but, for the most part, once we look at
8      them, we will move on.
9            (Exhibit No. 104 marked for
10           identification)
11 Q   You have Plaintiff's Exhibit 104. Do you recall
12     this e-mail of January 24, 2008?
13 A   I don't specifically recall this e-mail.
14 Q   What was the extent of your interaction with
15     Mike Golda?
16 A   It was very minimal.
17 Q   From your prior responses, I assume you had no
18     discussions with him about contract terms between
19     AVL and FME?
20 A   That's correct. No discussions.
21 Q   Here he is forwarding some fuel specs. Do you
22     recall what that related to?
23 A   I do not.
24 Q   How about the max consumption rate of 43,000
25     gallons per month? Do you recall that?

---

Page 91

1 A   I do not. I'm sorry.
2 Q   That's all right.
3            You have Plaintiff's Exhibit 95. Take your
4      time to review it. My first question is whether
5      you recall it.
6 A   Okay.
7 Q   Do you recall the e-mail?
8 A   No.
9 Q   Who is Kevin Lidbury in the "to" line?
10 A   Kevin was an employee of Fairbanks. I believe at
11     that time he was in sales.
12 Q   And Mark Wester?
13 A   He was an FME employee. He was a vice president.
14     I'm thinking of what department. I think it was
15     operations. I may be mistaken on that, though.
16           MR. DeGEORGE: If I can just say
17     something on the record. I'm not sure, Fred,
18     if this is the same document we talked about
19     the other day that John Mayo was copied on
20     that I don't have any problem with you using
21     as long as it's not going to be used to argue
22     a broader waiver of the attorney-client
23     privilege.
24           MR. HERRMANN: Let's go off the
25     record for a minute.

---

Page 92

1            (Discussion off the record)
2            MR. HERRMANN: Back on the record.
3            In discussion with counsel on a break,
4      an issue was raised by counsel for FME that
5      this document might be subject to privilege.
6      I'll state for the record that AVL will not
7      use this document in any sense in support of
8      any argument that there has been a waiver of
9      attorney-client privilege in whole or in part
10     in this case.
11 Q   In the first line of this e-mail, Ms. Mosley, you
12     reference conversations with Joe Eves this
13     afternoon. Do you recall what those conversations
14     were?
15 A   I don't recall those conversations. I can only
16     infer from what I have in writing.
17 Q   There's a reference to ultra low sulfur diesel
18     fuel and that AVL is already using it. Do you
19     remember that issue coming up?
20 A   Not specifically. I don't remember.
21 Q   So you don't recall why it would have been great
22     news at that time?
23 A   To the best of my recollection, there was a change
24     coming from the State of Wisconsin as to the type
25     of fuel that could be used for diesel engines for

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 93

1  testing. We needed to use ultra low sulfur diesel
2  within our facility. There were some contracts
3  that I knew that would be difficult because -- the
4  basis for those engines where they're used -- they
5  don't have the opportunity to run on ultra low
6  sulfur diesel. So I knew some of our contracts
7  may have a different stipulation as to how they
8  were tested.
9  Q  Did the use of anything other that ultra low
10  sulfur diesel fuel ever become a problem going
11  forward with respect to AVL testing?
12  A  No. I think because they were already using ultra
13  low sulfur diesel there's wasn't any other issues.
14  Q  In the fourth paragraph of your e-mail beginning
15  "On a separate note" -- do you see that paragraph?
16  A  I do.
17  Q  You're informing everyone in this distribution
18  group here about FME's stringent fuel usage
19  limitations in the OP building, right?
20  A  Yes.
21  Q  At that time there was a 30,000 gallon rolling
22  12-month average?
23  A  Yes.
24  Q  If you go down to the last paragraph before
25  "Thanks," you're advising everyone here to please

Page 94

1  keep all of these timeframes and costs in mind as
2  we move forward with AVL and other customer
3  negotiations.
4  A  Yes.
5  Q  Do you recall what the other customer negotiations
6  were?
7  A  I would not remember that.
8  Q  Do you believe that going forward from this point
9  the other people at FME who you advised of this
10  issue -- do you believe they kept it in mind going
11  forward with respect to AVL?
12  A  Are you specifically referring to the type of
13  fuel?
14  Q  No. Your admonition in your last paragraph here
15  which refers to your previous paragraph and the
16  fuel burn limits and what would need to be done to
17  increase them.
18  A  I guess I wouldn't be able to answer that on their
19  behalf.
20  Q  Did there come a time where you believed that they
21  were allowing things to happen in the OP building
22  that would indicate they didn't keep this early
23  warning of yours in mind?
24  A  No. I would not believe that.
25  Q  Now, going back to the paragraph with the numbers

Page 95

1  1, 2, 3, 4 -- you say "If there's a need to
2  increase the limits" -- you list those four steps
3  that would need to be taken?
4  A  Yes.
5  Q  Did you know at the time you wrote this whether
6  the limit would need to be increased?
7  A  I did not.
8  Q  After you sent this, did anyone at FME get back to
9  you and say "We will in fact need to increase the
10  limit"?
11  A  I wouldn't recall that.
12  Q  The last item, Number 4, "Submit construction
13  permit application to WDNR," is that the
14  construction permit application that ultimately
15  went in in 2009?
16  A  I believe so, and I think it went in in 2008.
17  Q  You think that's when it was first submitted?
18  A  Correct.
19          MR. HERRMANN: 164.
20          (Exhibit No. 105 marked for
21          identification)
22  Q  You have Plaintiff's Exhibit 105. Take a look.
23  Let me know if you recall that document.
24          MR. DeGEORGE: If I can just say --
25  you may already know this, Fred, but I

Page 96

1  believe this letter is misdated. I think
2  it's supposed to be 2009. I'm not
3  100 percent certain of that.
4          MR. HERRMANN: I can't say either.
5  A  When I first looked at this document, the date
6  didn't make sense in my mind with when we
7  submitted the application.
8  Q  Okay. Just tell me what you remember.
9  A  Can you tell me what date we submitted the
10  application to WDNR?
11  Q  No.
12  A  Okay.
13  Q  You don't recall when that was?
14  A  No. It's either 2008 or 2009. I was just trying
15  to line up --
16  Q  There's no mystery about that. I do have some
17  other documents we're going to discuss today that
18  might refresh your memory about when. I don't
19  have that date in my head, so I can't guide you on
20  that right now.
21  A  Okay.
22  Q  Just do the best you can.
23          Do you remember this? You just think the
24  date might be off?
25  A  I don't really remember it.

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

**Page 97**

1 Q  Did FME have any permit applications pending as of
2     February 19, 2008?
3 A  I don't recall.
4         (Exhibit No. 106 marked for
5         identification)
6 Q  You have Plaintiff's Exhibit 106. Review it,
7     please, and tell me if you recall this e-mail
8     chain.
9         MR. DeGEORGE: I thought we marked
10        this yesterday. Maybe not.
11        MR. HERRMANN: Did we mark 64? I'm
12        not suggesting we didn't. I don't have the
13        form. It's not the last time that's going to
14        happen if we did.
15        MS. BROWN: We didn't.
16        MR. HERRMANN: I do recall
17        discussing some of these e-mails.
18        MR. DeGEORGE: Might have been just
19        a different chain.
20        MR. HERRMANN: Yes.
21 Q  Do you recall seeing it, Ms. Mosley?
22 A  I don't recall.
23 Q  In the first e-mail in time, which appears on the
24     second page, you and others were recipients of an
25     e-mail from Joe Eves.

---

**Page 98**

1 A  That is correct.
2 Q  He describes a 2000-hour around the clock test in
3     June with total test fuel consumption estimated at
4     255,000 gallons. Do you recall that issue being
5     discussed?
6 A  I don't recall.
7 Q  In the next paragraph he says "We may have two or
8     three test beds up and running fairly quick." Do
9     you remember discussing that?
10 A  I don't remember.
11 Q  Now go to your next e-mail in the chain which is
12     the bottom of the first page. It's from you to
13     Joe Eves and others. Do you see that?
14 A  Yes.
15 Q  And you state "Max fuel usage in the OP for the
16     month of June would be 185,000 gallons." Do you
17     see that?
18 A  Yes.
19 Q  Why is that number so high if it was a 30,000
20     rolling average?
21 A  Because it's precisely that. It's a rolling
22     12-month average. I would have taken a lookback
23     period for what the whole timeframe of fuel usage
24     would have been to see what could run the month of
25     June.

---

**Page 99**

1 Q  And what would you have looked at, what records,
2     to do that?
3 A  A spreadsheet that I kept to maintain compliance.
4     A fuel tracking spreadsheet.
5 Q  When did you first start keeping that spreadsheet?
6 A  It would have been for compliance requirements.
7     I'm not sure.
8 Q  Was it the entire time you were at FME?
9 A  Yes. It was developed some time after I started.
10 Q  Prior to the spreadsheet being developed, was
11     there another way that you collected fuel burn
12     information?
13 A  No. I obtained it from maintenance based on what
14     the meters, fuel meters, stated every month, and
15     then I placed it on the spreadsheet.
16 Q  Did you personally go out and do any fuel meter
17     readings?
18 A  I did not.
19 Q  Who in maintenance would provide them to you?
20 A  I believe it was Cal Kooyenga.
21 Q  And in what form did Cal provide that information
22     to you?
23 A  In an e-mail.
24 Q  Is that how he always did it, via e-mail?
25 A  Yes.

---

**Page 100**

1 Q  Did he fill out a spreadsheet and forward the
2     spreadsheet to you, or did he just send you an
3     e-mail that contained the fuel burn data?
4 A  I think he referred to it as a utility record with
5     many things listed on it each month. He would
6     forward that information, and I would pull it off
7     of his monthly utility record.
8 Q  And the utility record was what? Was it a Word
9     document that was attached to an e-mail?
10 A  Yes. It would have been in either Word or Excel.
11     I'm not sure.
12 Q  Was that information provided to you in that
13     fashion by Cal the entire time you were at FME?
14 A  Cal Kooyenga retired, so it may not have always
15     been him.
16 Q  After Cal retired, did someone still continue to
17     do that?
18 A  Yes.
19 Q  And you still continued to receive from Cal's
20     replacement this record in either Excel or Word
21     form via e-mail?
22 A  That's correct.
23 Q  Was that the sole source of information provided
24     to you for your purpose in reporting fuel usage to
25     the authorities?

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 101

1 A  Yes.
2 Q  Did you ever receive fuel usage data in any other
3      form at any other time?
4 A  I received the information from Cal specific to
5      fuel burn for Fairbanks' engines. I may have
6      received it from someone else in regards to fuel
7      burn for AVL engines when they did tests at our
8      site.
9 Q  Do you recall who that was?
10 A  I think it was -- his name was Axel St. Aubin.
11      Then there was a point in time that we requested
12      that everything go through Pete DiCaro for one
13      source, one person.
14 Q  Do you remember what those times were of when it
15      changed?
16 A  I don't recall.
17 Q  Were you confident that the fuel burn data you
18      were getting from AVL was accurate?
19 A  Yes. I had no reason to not believe it.
20 Q  Did you have any reason to believe that the FME
21      fuel burn data you were receiving was inaccurate?
22 A  No.
23 Q  And then you would take the fuel burn data you
24      received and you would then put it together and
25      report it to WDNR?

---

Page 102

1 A  We didn't have to report it to the DNR, but we had
2      to submit compliance reports stating that we were
3      in compliance with our air permit.
4 Q  How often did those reports go in?
5 A  I believe they were every six months.
6 Q  So when you submitted compliance reports, you
7      didn't have to tell WDNR what your fuel burn was?
8 A  I don't believe so.
9 Q  What if you were out of compliance? What were
10      your obligations to WDNR?
11 A  You would have to immediately notify them when you
12      found out you were out of compliance, and then you
13      would need to send in a compliance deviation
14      report and then you would also need to submit that
15      portion of it on your -- I think it was a semi
16      annual compliance certification.
17 Q  You have Plaintiff's Exhibit 98 previously marked.
18      Do you recall the e-mail chain?
19 A  I do not.
20 Q  Let me ask some pointed question. Again,
21      Ms. Mosley, if you want to review more of it as we
22      go, just tell me so. Okay?
23 A  Okay.
24 Q  Let's start with the first in time which is at the
25      bottom of the second to the last page, Joe Eves'

---

Page 103

1      e-mail to, among others, yourself.
2 A  Uh-huh.
3 Q  It goes on to the last page. This is in reference
4      to a quick logistics conference call with AVL he
5      says at the top. Then the fourth paragraph down
6      he calls you out, right?
7 A  Uh-huh.
8 Q  Yes?
9 A  Yes. This is the same e-mail we just looked at.
10 Q  He's talking about the 255,000 gallons again,
11      right?
12 A  Correct.
13 Q  If you go forward to the second page and your
14      e-mail of April 10th at the top of that page --
15 A  Uh-huh.
16 Q  I'm sorry. A couple times, Ms. Mosley, you're
17      saying "uh-huh." Our poor court reporter needs to
18      have a verbal response because that shows up in
19      the record as confusing.
20 A  Understood.
21 Q  I apologize. I'll remind you of that as we go.
22          For your April 10th e-mail from you to
23      Joe Eves and Kevin Lidbury -- you say "This is
24      troubling," right?
25 A  Correct.

---

Page 104

1 Q  You say "These high usages will greatly limit us
2      for the next year as this is an annual average."
3      What were you concerned about there?
4 A  If you have a high number in one month -- I should
5      not have used the word "annual average." It's a
6      rolling 12-month average. You can use all of your
7      fuel up in one month, but that means you have no
8      additional fuel in subsequent months.
9 Q  When you reported in your earlier e-mail on
10      April 8th the 185,000 gallons for the month of
11      June as the max, that was because there hadn't
12      been testing in the past that would have used up
13      the rolling average to that date; is that right?
14 A  That would be correct.
15 Q  Sorry we're jumping around. Back to your
16      April 10th e-mail on the second page. In your
17      last paragraph you say "Cal, I need to get some
18      indications from you on what stacks we can
19      increase and how high without having to do major
20      structural supports which is where things get
21      costly." Do you see that?
22 A  Yes.
23 Q  Did Cal respond to you with any stacks
24      information?
25 A  I do not recall.

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 105

1 Q  Why were you asking Cal that question?
2 A  Cal works within the maintenance, and he would be
3    the person to modify the stacks.
4 Q  Did Cal have any responsibility about knowing
5    whether the stacks were or were not in compliance
6    with the air permit?
7 A  No, he would not.
8 Q  You have Plaintiff's Exhibit 77 which includes an
9    attached memo.  Feel free to review it, but I'll
10   ask first if you recall the e-mail or the memo.
11 A  I do not recall.
12 Q  Who is Shana Westfall?
13 A  She was a consultant that worked for ERM.
14 Q  For what purposes would you interact with Shana?
15 A  She worked with David Dusing.  Depending on their
16   workload, she would assist him with certain
17   things.
18 Q  If you refer to the second page of the exhibit,
19   Joe Eves' e-mail to you of April 18th at the
20   bottom --
21 A  Yes.
22 Q  He's asking you for information to better
23   understand the emissions permit and how it came to
24   be.
25 A  That's correct.

Page 106

1 Q  Including the modeling details that went into it?
2 A  Yes.
3 Q  Above you reach out to Shana to get that
4    information for Joe, right?
5 A  Yes.
6 Q  You had the permit, but then you reference "I'm
7    hoping you can help with the other stuff."  What
8    other stuff were you referring to?
9 A  In Joe's first e-mail, he asks me to identify so
10   that he could better understand our emissions
11   permit and how it came to be.  The other stuff
12   would be what was submitted, what went into the
13   permit.
14 Q  Would other stuff include the application for the
15   permit?
16 A  I'm unsure, but off the top of my head I was
17   definitely thinking about modeling, the modeling
18   information.  But that would have been included in
19   the application as well.
20 Q  Other than reaching out to Shana, did you
21   personally collect anything that you then provided
22   to Joe Eves?  I do note in the first e-mail in the
23   exhibit that you are forwarding Shana's memo to
24   Joe, right?
25 A  Correct.

Page 107

1 Q  There were also tables, XLS tables, provided?
2 A  Yes.
3 Q  Do you know what those were?
4 A  I do not.
5 Q  When Shana sent you the memo, were you satisfied
6    at that time that that covered the information
7    that you wanted to get so you could pass it on to
8    Joe?
9 A  I don't recall.
10 Q  In Shana's memo on the first page, there's a
11   question and a response.  If you could look at the
12   response paragraph.  It's the second sentence from
13   the bottom of that paragraph beginning "In 2005
14   the facility revised their operating permit to
15   incorporate the removal of units in the OP
16   building."  Do you see that?
17 A  I do.
18 Q  Did you understand that to be a reference to the
19   stacks that had been omitted from the modeling?
20 A  No.  It would have been a reference from, I
21   believe, two paint booth units that were removed
22   from the permit.
23 Q  So that had nothing to do with the stacks that
24   were removed?
25 A  It did not.

Page 108

1 Q  Is there anything in Ms. Westfall's memo that
2    explained that those stacks had been omitted from
3    the modeling?
4 A  No.  But what my recollection is is that these
5    stacks weren't omitted.  We just modeled using the
6    stacks that were going to be used in testing
7    future engines.
8 Q  Help me understand that distinction you're making.
9    If they weren't included in the modeling, then
10   weren't they omitted from the modeling?
11 A  Yes.  When you use the word "omitted," I thought
12   that meant in error; that they were left off.
13   That was what I thought your interpretation of
14   that question was.
15 Q  I didn't mean to ascribe any meaning to it other
16   than those stacks in footnote 22 of the P10 permit
17   were not included in the modeling, right?
18 A  They were not included.
19 Q  From looking at Ms. Westfall's memo, there's no
20   reference to that not including of those stacks in
21   the modeling, right?
22 A  That's correct.
23 Q  So there's no way to tell by reading
24   Ms. Westfall's memo that those stacks were not
25   included in modeling?

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

**Page 109**

1  A   Correct.
2  Q   You have Plaintiff's Exhibit 91 previously marked.
3       Do you recall this document?
4  A   I do not recall.
5  Q   If you look under "Current Permit" on the first
6       page, that's the P10 permit we have already looked
7       at today, right?
8  A   Correct.
9  Q   The first two columns under that you have got
10      "Permit Limits," but then the last column is
11      "Current Usage." Do you see that?
12 A   I do.
13 Q   At the time of this memo, was that the
14      then-current usage?
15 A   Yes. It likely would have been through the end of
16      June.
17 Q   So that 14,878 gallons per month was through the
18      end of June of 2008?
19 A   Correct.
20 Q   For the year 2008 up until June?
21 A   This number would have been a rolling 12-month
22      number, so it would have been a lookback period
23      from June for the prior 12 months.
24 Q   Using the lookback analysis that you needed to do
25      to determine whether you were under the 30,333

---

**Page 110**

1       limit -- that was the then-current number through
2       June of 2008?
3  A   I believe so.
4  Q   What was your source for that information?
5  A   My fuel use tracking compliance record.
6  Q   If you go down to "Proposed Future Permit," do you
7       have any recollection what this related to?
8  A   I believe we were working on submitting a revised
9       permit application, and I do recall, based on
10      reading this memo, that there was a change made in
11      the way modeling was completed by the WDNR. I
12      believe it was in reference to modeling and what
13      percent increase we may be allowed to receive
14      under a new permit.
15 Q   Were there ever any assurances that you would be
16      able to get this 495 percent increase in the OP
17      building?
18 A   Never any assurances.
19 Q   Was that 499 percent increase conveyed to AVL at
20      any time?
21 A   I wouldn't know that.
22 Q   On the second page there are a number of bullet
23      points. The last one discusses removal of the
24      Alco engine from the modeling.
25 A   Yes.

---

**Page 111**

1  Q   Do you recall what that related to?
2  A   We had an Alco engine within the modeling that at
3       the time we no longer had customer orders for, and
4       that engine specifically was a high emission
5       pollutant engine. Removing that from within the
6       modeling would likely allow increased fuel usage
7       for other engines.
8  Q   You have Plaintiff's Exhibit 78 previously marked.
9       Do you recall this PowerPoint?
10 A   I don't recall.
11 Q   In the course of your duties in your position at
12      FME, would you prepare presentations for internal
13      meetings from time to time?
14 A   Yes.
15 Q   When you prepared for those meetings, was
16      PowerPoint a usual means of communication for you
17      to a group?
18 A   It was one of the methods.
19 Q   What were the other methods that you employed?
20 A   It may be a verbal discussion with notes that
21      follow.
22 Q   For the times when you prepared PowerPoints for
23      meetings, did you prepare them yourself, or did
24      you have an assistant?
25 A   I prepared them myself.

---

**Page 112**

1  Q   When you prepared them yourself, where in your
2       computer system would you create and store them?
3  A   I would have stored them within my hard drive.
4  Q   Is that a hard drive on your own machine?
5  A   No.
6  Q   Where is it?
7  A   A company-issued laptop.
8  Q   But you would store them on your company-issued
9       laptop?
10 A   Yes.
11 Q   Did your company-issued laptop sync in any way
12      with the company computer system or network?
13 A   Yes.
14 Q   How did that work?
15 A   This is over my avenue of pay grade with IT. All
16      I can tell you is to reboot. Right?
17 Q   To the best you can tell me.
18 A   I believe it was backed up daily at the end of
19      every day.
20 Q   Is that because you docked your laptop into the
21      system in some means?
22 A   Yes.
23 Q   Did you do that every day?
24 A   Yes.
25 Q   And you believe the system backed up everything

---

Page 113

1    that was on your hard drive?
2  A  Yes. I think, if memory serves me right, it would
3     back up maybe what I had on -- I don't know. I
4     was going to say on like a P drive, a personal
5     drive, and that could be backed up versus just
6     solely on the computer.
7  Q  So you had the capability of saving things only to
8     your laptop hard drive that would never be
9     transferred into the company system?
10 A  I believe so.
11 Q  Presentations for work, though -- would those be
12    saved in the backed up area or the non-backed up
13    area?
14 A  They should be in the backed up.
15 Q  How many laptops did you have while you were at
16    FME over time?
17 A  I would have no idea.
18 Q  When you left the company, what happened to your
19    laptop?
20 A  I left it in my office.
21 Q  You don't know what happened after that?
22 A  I would not know.
23 Q  At the time you left the company, would you have
24    had any PowerPoint presentations that you had
25    prepared in the past still on your hard drive?

Page 114

1  A  No.
2  Q  Why not?
3  A  It was a company-issued computer. I left all of
4     that at work.
5  Q  My question, though, is: At the time you left and
6     you left your laptop behind, as far as you knew,
7     all of the presentations you had previously
8     prepared were still on that hard drive?
9  A  As far as I know. Yes.
10 Q  Did you ever have occasion to go in and delete any
11    of them for any reason?
12 A  No.
13 Q  Now, Plaintiff's 78 -- you don't recall that?
14 A  I don't.
15 Q  Do you recall having a meeting or giving any type
16    of presentation on July 14, 2008?
17 A  I do not.
18 Q  In the first two pages of this note, we see the
19    same numbers we saw in the earlier exhibit. We
20    have the current gallons per month for the OP
21    building, correct?
22 A  Correct.
23 Q  And then we have the 495 percent increase for the
24    future permit, correct?
25 A  Correct.

Page 115

1  Q  Now, if you go a little farther in -- we have got
2     control numbers on these pages, Ms. Mosley. That
3     will help. In the lower right-hand corner I'm
4     looking at page FME 3045.
5  A  Okay.
6  Q  Are you there?
7  A  Yes.
8  Q  The second bullet from the bottom again discusses
9     "Removed Alco engine from modeling." That's the
10    same thing we just discussed, right?
11 A  Yes.
12 Q  Now, if we go to the next page -- this is a
13    photograph of the stacks from outside of the OP
14    building, right?
15 A  Correct.
16 Q  These are the stacks on the west wall, right?
17 A  Yes.
18 Q  You see there's some AVL designations on here.
19 A  Yes.
20 Q  Would those have been placed there by you in
21    creating this PowerPoint?
22 A  I put the picture together. Yes.
23 Q  What would the source of your information be that
24    AVL would be associated with these stack numbers?
25 A  I received the information from someone. I don't

Page 116

1     recall who that would be.
2  Q  If you turn another page -- you can disregard the
3     sticky note that appears in this exhibit. I'm
4     only interested in the underlying photograph in
5     the PowerPoint.
6  A  Yes.
7  Q  You will see 20C and 20B stacks, right?
8  A  Yes.
9  Q  And this picture is taken from the north of the OP
10    building looking roughly south, right?
11 A  That's correct.
12 Q  Same question: Do you have any understanding of
13    where you got information that would have had you
14    label these "AVL"?
15 A  I had to have received something in writing from
16    them in preparation for the construction air
17    permit.
18 Q  Now, when you got that information, did that
19    trigger in your mind any concerns relative to
20    those stacks not having been included in the
21    modeling for the P10 permit?
22 A  No, because what I'm accustomed to is it takes
23    quite some time to build a test stand for an
24    engine to be able to go on there. I know it will
25    allow us to have early discussions and get the air

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 117

1     permit modified before testing would actually
2     occur.
3 Q   So you weren't concerned about it at that time?
4 A   No.
5 Q   But did you recognize that some of these stacks
6     were stacks that were not included in the modeling
7     for the P10 permit?
8 A   Yes.
9 Q   Did you bring that to anyone's attention at that
10     time?
11 A   I don't recall.
12 Q   Do you know if anyone received a copy of this
13     PowerPoint other than who may have viewed it at a
14     meeting?
15 A   I would not know.
16 Q   You have Plaintiff's Exhibit 92. Please let me
17     know if you recall that document.
18 A   I do not recall this document.
19 Q   I see the subject line "PSD Requirements and PSD
20     Permitting for Air Permit." It's a memo from you
21     dated July 22, 2008, right?
22 A   Yes.
23 Q   Earlier today we discussed the PSD and the BACT
24     issues relative to permitting?
25 A   Yes.

---

Page 118

1 Q   And this doesn't refresh your memory about what
2     was going on with this document?
3 A   No. Again, I don't recall this document.
4 Q   There's an executive summary on page 3 with two
5     options. Do you recall either of those options
6     being discussed?
7 A   I vaguely remember that discussion.
8 Q   What do you remember about it?
9 A   Just discussing the alternative to having
10     everything under one permit or having AVL obtain
11     their own permit.
12 Q   Was that idea discussed at some point?
13 A   I believe so.
14 Q   As of July of 2008, was that under discussion?
15 A   I'm sorry. I don't recall the timeframe.
16       (Exhibit No. 107 marked for
17        identification)
18 Q   You have plaintiff's Exhibit 107. Do you recall
19     this document?
20 A   I don't recall this document.
21 Q   Earlier today you had discussed the general memory
22     of WDNR giving you some feedback on needing
23     additional information as part of a modeling
24     analysis. Did this relate to that at all?
25 A   It did. Yes.

---

Page 119

1 Q   So by this time of July 2008, per the first
2     paragraph, they acknowledge the receipt of an air
3     pollution control permit application, right?
4 A   Yes.
5 Q   What was that submission that was pending at that
6     time?
7        MR. DeGEORGE: I'm sorry to keep
8     doing this. I can't understand why this
9     mistake was persistently made. I believe
10     that this letter should also be dated 2009.
11     If you go to the second paragraph, it refers
12     to information that was submitted to DNR on
13     July 21, 2009. I have no idea why they keep
14     making this 2008 mistake, but I think that's
15     what they did here again.
16        I'm not trying to coach the witness
17     or anything.
18        MR. HERRMANN: No.
19        MR. DeGEORGE: I'm befuddled.
20        MR. HERRMANN: I appreciate that,
21     Steve, and appreciate you calling that out.
22     It is what it is.
23 Q   Just give me your best memory of this stuff.
24 A   I'm sorry. I don't recall.
25     ///

---

Page 120

1        (Exhibit No. 108 marked for
2        identification)
3 Q   You have Plaintiff's Exhibit 108. There's a cover
4     e-mail from Brian Barbieur at DNR June 21, 2007,
5     to you?
6 A   Correct.
7 Q   Do you recall what this relates to?
8 A   I believe this is dealing with a compliance
9     inspection that Brian Barbieur had completed.
10 Q   Is that where he actually came out to the site?
11 A   Yes.
12 Q   The data that's included -- let me just refer to
13     this. We're not going to spend all day with this
14     exhibit, Ms. Mosley. Again, looking at control
15     numbers -- if you refer in this exhibit to the
16     stamped page WDNR 05743 -- it's about eight pages
17     in or so. Are you there?
18 A   I think so. I believe so.
19 Q   So this is the June 21, 2008, e-mail from you to
20     Brian Barbieur?
21 A   Yes.
22 Q   What were you forwarding here?
23 A   It looks like I had a spreadsheet that contained
24     ultra low sulfur diesel usage, delivery usage.
25 Q   And from what records did you draw this for

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 121

1    purposes of reporting this?
2  A  From the utility records that were provided by
3      Cal Kooyenga.
4  Q  Was any fuel other than low sulfur fuel burned in
5      the OP building during the represented time
6      periods here?
7  A  I believe that is accurate.
8  Q  So in this page attached to the e-mail, which is
9      WDNR 05744 -- that usage category -- that's the
10     number of gallons that passed through the OP
11     building during those indicated months?
12 A  Correct.
13 Q  You can put that aside.
14         MR. HERRMANN: 170.
15         MR. DeGEORGE: What was this
16     marked?
17         MR. HERRMANN: 100.  Sorry.
18 Q  You have Plaintiff's Exhibit 100 previously
19     marked.  Do you recall this e-mail chain?
20 A  I don't specifically recall this.
21 Q  Do you remember receiving direction from Joe Eves
22     on August 15th of 2008 to go forward with the
23     permitting application?
24 A  I do not recall that.
25 Q  Do you recall proceeding with structural analysis

Page 122

1      with respect to the stacks?
2  A  I don't recall that either.
3  Q  In the August 15th e-mail on the front page from
4      you to Joe Eves, there is a reference to an
5      upcoming meeting with the WDNR on Monday.
6  A  Yes.  I see that.
7  Q  Do you recall what that related to?
8  A  I do not recall.
9  Q  Then in the second paragraph of that e-mail you
10     make reference to doing a second permit.  What did
11     you mean by a second permit?  Do you recall?
12 A  In reviewing this, it looks like the first
13     revision would have been done without structural
14     modifications.  If we needed additional fuel, we
15     would have to do structural modifications.
16 Q  Now turn a page in, if you would, please, to the
17     e-mail on the bottom from you to Joe Eves of
18     August 13th.  Do you see that?
19 A  Yes.
20 Q  You reference "If we want to evaluate stack
21     heights, we would need to pass along about $20,000
22     to AVL in structural engineering costs."  What did
23     that refer to?
24 A  I don't recall.
25     ///

Page 123

1         (Exhibit No. 109 marked for
2      identification)
3  Q  You have Plaintiff's Exhibit 109.  Again, feel
4      free to review.  My first question is whether this
5      was the permit construction application submitted
6      in September of 2008?
7  A  Yes.  That is correct.
8  Q  We discussed this earlier today?
9  A  Yes.
10 Q  So does this refresh your memory about when it was
11     submitted?
12 A  Yes.
13 Q  Turn to page WDNR 00226.  Again, I'm looking at
14     the lower right-hand corner numbers.  Refer to the
15     second to the last paragraph.  Through this permit
16     application, the facility is requesting new annual
17     diesel fuel limitations of 1,100,000 gallons in
18     the OP building for processes P20 and P21 combined
19     and 1,000,000 gallons for testing in the LE
20     building, process 22, correct?
21 A  Correct.
22 Q  Is that your memory of what was being sought
23     through this permit?
24 A  That's correct.
25 Q  AVL engines were included in the modeling in

Page 124

1      support of this, right?
2  A  That's correct.
3  Q  What are you looking at?  I see you're making a
4      reference to the document.  Is there a page you're
5      looking at for this?
6  A  I'm looking at WDNR 00236.
7  Q  What appears on that page?  Could you describe it?
8  A  It is a table, and the title is "Hazardous Air
9      Pollutants."
10 Q  And where in this table do the AVL engines appear?
11 A  They would be referenced as Test Engine A, Test
12     Engine B, Test Engine C, and Test Engine D.
13 Q  Why was that nomenclature used for this submittal
14     instead of "AVL" or another reference to AVL?
15 A  AVL, I believe at the time, had requested, for
16     confidentiality reasons, there not be a name
17     identified.
18 Q  But you understood these were AVL engines?
19 A  Yes.
20 Q  And AVL provided you the data that was used for
21     this modeling, correct?
22 A  Correct.
23 Q  And were you satisfied with the accuracy of that
24     data provided?
25 A  I don't recall.

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 125

1  Q   Well, FME would not have made a submission for a
2      permit to WDNR without ensuring reasonable
3      accuracy of the data it was providing, right?
4  A   Forgive me.  The reason for my hesitation --
5      typically when we submit a permit application to
6      the State, we know precisely what engine will be
7      run on which test stand.  AVL did not have that
8      understanding to know for future reference what
9      engines they would obtain.  We asked them to give
10     us that information, and it was difficult for them
11     because they didn't precisely know what type of
12     engine.  And I believe they would submit the
13     maximum, the worst case scenario engine, that they
14     would obtain to run on that test stand.
15 Q   Were you satisfied that that was a good faith
16     submission by AVL?
17 A   Yes.
18 Q   Did you have any reason to doubt that the maximums
19     that were computed were in any way subject to some
20     purposeful misstatement?
21 A   No.
22 Q   So you were confident when you put this
23     application in that you had the best data
24     available?
25 A   Yes.

Page 126

1  Q   Did WDNR ever return to you and ask for any
2      further clarification of data for those engines?
3  A   Yes.  I believe that was one of the exhibits
4      previously presented.
5  Q   About the BACT analysis?
6  A   I don't recall.
7  Q   Feel free to go through the exhibits if you recall
8      a specific one that addressed that issue.
9  A   I believe it was in reference to Exhibit No. 107.
10 Q   Mr. DeGeorge's earlier comment about the dating of
11     Plaintiff's 107 -- do you believe that's correct,
12     and that --
13 A   The date -- I believe he has the wrong year.
14 Q   So it would be 2009 for 107?
15 A   2009.
16 Q   From the time you submitted in September until the
17     date of Plaintiff's 107 in 2009?
18 A   It sounds appropriate.
19 Q   It took DNR that long to get back to you and
20     provide you comments?  Or did you receive other
21     comments at another time?
22 A   Similar to Exhibit 105 from the same permit
23     reviewer, we were having discussions earlier as he
24     was proceeding through his evaluation of the
25     permit application.

Page 127

1  Q   And for Plaintiff's 105 or Plaintiff's 107 -- do
2      any of the issues raised in those documents relate
3      to the AVL engines?
4  A   In Exhibit 107 what I recall is when we submitted
5      the application we used the words "typical
6      emissions," and they signified that that may
7      constitute a violation.
8  Q   And that related to the AVL engines?
9  A   Correct.
10 Q   So what did you do about that going forward?
11 A   I believe we identified working through with AVL
12     -- this is becoming clearer to me.  The DNR was
13     not allowing typical emissions.  They wanted to
14     know maximum emissions.
15 Q   So after receiving Plaintiff's 105 and 107 from
16     WDNR, you went back to AVL, correct?
17 A   Correct.
18 Q   And you got additional data from AVL?
19 A   What I recall is I requested it numerous times,
20     and it was very difficult to get from AVL.
21 Q   Did you get it from AVL?
22 A   I don't recall.
23 Q   Was it coming to you through someone at FME or
24     were you dealing directly with someone from AVL?
25 A   At that point in time I was having direct

Page 128

1      conversations with Axel St. Aubin.
2  Q   And what specifically was it, the additional data,
3      that you needed beyond what had already been
4      submitted with the permit application?
5  A   I needed to know what maximum emissions would be
6      on each test stand.
7  Q   And what data would go into that?  Is it like
8      maximum emissions over a certain period of time?
9      Or is it just a feature of the engine that needed
10     to be known?
11 A   It's over a certain amount of time based on the
12     parameter.
13 Q   The parameter of the engine?
14 A   Yes.  The parameter meaning NOx, SOx, PM, VOCs.
15 Q   Correct me if I'm wrong.  Numbers for those data
16     categories had already been submitted for the AVL
17     engines with the original permit, right?
18 A   They were submitted as typical.
19 Q   But you needed maximum?
20 A   Correct.
21 Q   Do you have any understanding of whether the data
22     AVL provided you was in fact maximum and it was
23     just described in the application as typical?
24 A   No.  It was not maximum.
25 Q   How did you know it was not maximum?

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 129

1 A   AVL had a difficult time understanding what
2   maximum would mean because they didn't know what
3   engines they would come in contract with.
4 Q   Well, what engines were used for the original
5   modeling when the permit was submitted?
6 A   They gave us emissions based on typical for what
7   they planned to test in the future.
8 Q   The permit was not applied for until September of
9   2008, correct?
10 A   Correct.
11 Q   What, to your knowledge, was AVL told at any time
12   prior to September of 2008 about what type of
13   engine data would be necessary in order to secure
14   a new permit?
15 A   In working with ERM as our consultant, they would
16   have had the necessary information that was
17   required for them to model with. I don't
18   specifically recall what that is.
19 Q   ERM was FME's consultant, right?
20 A   Correct.
21 Q   So at any time prior to 2008, do you know whether
22   AVL was told at any time what type of engine data
23   was necessary to support the new permit?
24 A   Yes. They would have had to supply what we needed
25   to give us the typical values.

---

Page 130

1 Q   Did FME ask AVL for typical values or maximum
2   values?
3 A   We asked AVL to provide their engine testing
4   emissions data so we could model.
5 Q   When the permit application was submitted, you,
6   FME or ERM, used the word "typical," right?
7 A   Correct.
8 Q   So what did you ask AVL to provide? Typical or
9   maximum?
10 A   Again, the same thing I just said. We asked AVL
11   to submit to us the engine emissions information
12   on what future tests they would run.
13 Q   And when you submitted the permit in 2009, you
14   understood that that data was typical and not
15   maximum because the words "typical" were used in
16   the permit, right?
17 A   That's correct.
18 Q   In the application?
19 A   Yes.
20 Q   So at the time FME submitted for the permit
21   application, you understood that the AVL engine
22   data was typical and not maximum?
23 A   Correct.
24 Q   At some point prior to the submission of the
25   permit -- at that time you didn't see any issue

---

Page 131

1   with AVL only providing you typical engine data,
2   right?
3 A   I had never done it that way because we always
4   knew what engine was on the test stand. So we
5   were doing our best to work with them to try to
6   get a permit that included everyone's engines.
7 Q   But at the time the best you could do was typical,
8   and AVL knew that and FME knew that.
9 A   Yes.
10       (Exhibit No. 110 marked for
11       identification)
12 Q   You have Plaintiff's Exhibit 110. Do you recall
13   that document?
14 A   I don't recall.
15 Q   Do you recall having any exchanges with
16   Steve Plewa at AVL?
17 A   Yes. I had conversations with Steve.
18 Q   What conversations with Steve do you recall?
19 A   I recall when he came to the facility to review
20   the area, and that is when he produced this
21   document.
22 Q   When did he come to the facility?
23 A   I don't recall, but, according to his e-mail, it
24   was on August 21, 2008.
25 Q   He references a conversation and not necessarily a

---

Page 132

1   visit, but your memory is it was Steve's visit to
2   FME?
3 A   Yes.
4 Q   What do you recall about his visit?
5 A   I remember when he came we actually were sitting
6   outside of the OP building at a picnic table to
7   review some documents that he had with him. I
8   recall during that conversation him asking about
9   current remediation activities that were going on
10   and that he asked to see one of the remediation
11   reports.
12 Q   Do you recall anything else about that visit?
13 A   That's it.
14 Q   What documents did Steve have with him at the time
15   that you were reviewing?
16 A   I don't specifically recall.
17 Q   Was one of the documents the P10 permit?
18 A   I'm sorry. I don't recall.
19 Q   Did you provide any documents to Steve during his
20   visit?
21 A   I remember providing the remediation report to
22   him, and he took it back with him because it was a
23   bound document, and said he would review it and
24   then send it back.
25 Q   Did you give him any other documents?

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

**Page 133**

1 A   Not that I recall.
2 Q   So you don't remember either reviewing the P10
3       permit or providing it to Steve at that meeting,
4       correct?
5 A   I do not recall.
6 Q   Do you recall providing Steve a copy of or
7       reviewing the application that went into the P10
8       permit?
9 A   The application wouldn't have been prepared at
10      that time during that conversation, so I did not
11      share the application with him. For the others I
12      do not recall.
13 Q   You may have misunderstood my question. I
14      apologize. I'm asking about the application that
15      became the then-current 2005 permit.
16 A   I understood your question.
17 Q   Why would the application have not been submitted
18      already for the 2005 permit?
19 A   It wasn't submitted until -- I'm sorry.
20 Q   That's okay.
21 A   I misunderstood. Thank you.
22 Q   I knew you did.
23 A   My apology.
24 Q   That's okay. I am just asking whether you had
25      provided or showed Steve the original --

**Page 134**

1 A   No.
2 Q   -- submission.
3 A   I did not show the original 2005 permit
4       application to him.
5 Q   Thank you. Or provide a copy of it to him, right?
6 A   No.
7 Q   What did the remediation report consist of that
8       you gave to Steve?
9 A   It was information on monitoring wells and where a
10      designated plume was located on our property and
11      how much material we have pulled from those
12      monitoring pumps.
13 Q   Did that remediation report in its entirety only
14      address ground contamination concerns?
15 A   Yes.
16 Q   Did you have any discussion with Steve Plewa when
17      he visited about air permit compliance issues?
18 A   We did not discuss compliance air permit issues.
19 Q   Other than sitting outside the OP building at the
20      table, did you provide any type of tour to Steve
21      when he visited?
22 A   I did not. He had already toured the area from
23      what I recall.
24 Q   Do you know who gave him the tour?
25 A   I do not.

**Page 135**

1 Q   Did you have any discussion with Steve at all
2       about the stacks and their relation to permitting
3       issues?
4 A   I don't recall.
5 Q   Do you recall showing Steve any of the stacks in
6       the context of which ones may be used by AVL?
7 A   I'm sorry. I do not recall.
8 Q   Did you keep any notes of your meeting with Steve
9       when he came?
10 A   I did not.
11 Q   Did you do any writeup afterward reporting on
12      Steve's visit?
13 A   I did not.
14 Q   Even in the form of like an e-mail summary to
15      anyone? Nothing?
16 A   No.
17 Q   Did you at any other time have any discussion with
18      Steve Plewa about the P10 permit?
19 A   Yes. I vaguely remember a discussion about the
20      permit. He had asked some specific questions
21      about the permit, and at that point in time I
22      remember thinking to myself that he did a nice job
23      doing upfront homework because he had to have
24      pulled the air permit from the Wisconsin website
25      because I hadn't provided it to him.

**Page 136**

1 Q   When did you have this discussion with Steve?
2 A   It was sometime in 2008.
3 Q   Do you remember whether it was during this
4       August 21st visit?
5 A   I don't believe it was during that visit.
6 Q   Was it at some later time?
7 A   Yes.
8 Q   Was it at any time between the August 21st visit
9       and August 28th of 2008?
10 A   I'm unsure.
11 Q   How long was it before Steve came back again to
12      visit?
13 A   I only remember meeting him once, but I may be
14      mistaken. That's all I can recall in person.
15 Q   Well, the conversation you had with him about the
16      permit -- would that have been over the phone?
17 A   Over the phone or through e-mail.
18 Q   But that occurred some time after his physical
19      visit that's referenced in Plaintiff's 110?
20 A   I believe so.
21 Q   Do you recall how much after the August 21, '08,
22      date you had that phone conversation with him?
23 A   I'm unsure.
24 Q   Turn to the second page of Plaintiff's 110.
25      Focusing on the environmental section of Steve's

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 137

1  summary, the first bullet point -- do you recall
2  discussing that AVL estimated usage with him when
3  he visited?
4  A  I do not recall that.
5  Q  And the second bullet point -- do you recall
6  discussing with him that there would be up to two
7  engines at once in the current location?
8  A  I don't recall that either.
9  Q  Do you recall a discussion of running up to four
10  engines at once in 2009 at the top of the next
11  page?
12  A  I just know that discussion had to have happened
13  because of the four test stands submitted with the
14  construction air permit application.
15  Q  Did you have any discussions with Steve during his
16  visit about any particular level of fuel usage
17  that FME would require going forward?
18  A  I did not.
19  Q  Did you talk at all about FME fuel requirements in
20  your meeting with Steve?
21  A  I don't recall.
22  Q  Did you talk at all with Steve just in general
23  about what FME engines would be tested in the OP
24  building?
25  A  No.

---

Page 138

1        MR. HERRMANN: Would you like to
2  take a break?
3        THE WITNESS: I would love to.
4  Thank you.
5        (Exhibit No. 111 marked for
6        identification)
7  Q  You have Plaintiff's Exhibit 111. Do you recall
8  this document?
9  A  I don't recall this document.
10  Q  Do you recall any discussion with Steve Plewa
11  about cooling tower restrictions at all?
12  A  I don't recall.
13  Q  This wasn't one of the topics you discussed with
14  Steve at his August 21st visit, right?
15  A  No.
16  Q  You don't remember or you know it wasn't?
17  A  I don't remember.
18        (Exhibit No. 112 marked for
19        identification)
20  Q  You have Plaintiff's Exhibit 112. Do you recall
21  this exhibit?
22  A  I don't recall this.
23  Q  Do you recall at any time discussing capital
24  justifications for facility upgrades with respect
25  to the AVL relationship?

---

Page 139

1  A  I don't recall.
2  Q  You have Plaintiff's 93 previously marked. Do you
3  recall this exhibit?
4  A  I don't recall.
5  Q  In the bottom e-mail on this exhibit do you recall
6  what you were referring to by the changes with
7  AVL?
8  A  I'm sorry. I do not know.
9        (Exhibit No. 113 marked for
10        identification)
11  Q  You have Plaintiff's Exhibit 113. Do you recall
12  this submission to WDNR?
13  A  I do not recall.
14  Q  This relates to a then-pending application, right?
15  A  Yes.
16  Q  The permit to construct in the subject line is
17  08-DCV-235, right?
18  A  That's correct.
19  Q  Is that the one that was submitted in September of
20  2008?
21  A  That is correct.
22  Q  If you look in the second paragraph on the cover
23  letter to Mr. Faith, it says "FME has had to
24  change the scope of the project." Do you recall
25  what that change of scope was?

---

Page 140

1  A  It looks to be that, based on the questions we
2  received from Don Faith on a previous information
3  request, we were withdrawing requesting any
4  additional fuel in the large engine building.
5  Q  Is that the reason why this was submitted?
6  A  I believe it was to answer his questions from his
7  October 15, 2008, letter.
8  Q  In response, you indicated that the large engine
9  building was being withdrawn, right? Well, you
10  didn't.
11  A  I think that it wasn't in response to. It was
12  just that we were only going to pursue further
13  fuel usage increase in the OP building.
14  Q  So at this point in time, January 27th of 2009,
15  that would have still included the four-engine AVL
16  inclusion in that permit application, right?
17  A  Yes. That's correct.
18        (Exhibit No. 114 marked for
19        identification)
20  Q  You have Plaintiff's Exhibit 114. Do you recall
21  this submission?
22  A  I do not recall.
23  Q  Do you know why Dan Guido would have been
24  submitting a consolidated BACT document at this
25  time?

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 141

1 A  According to his letter, he's compiling all of the
2    elements that they previously requested during the
3    permit review period to date.
4 Q  Was the purpose of this submission to continue to
5    confirm with DNR that no BACT installations would
6    be required?
7 A  I would have to look pretty deep into the document
8    to answer that. I don't recall.
9 Q  You can I take a look at it. Go ahead. I don't
10   require any details on the BACT analysis other
11   than just my question. I just want to understand
12   whether the purpose of this submittal was to
13   continue to ensure that you could get a permit
14   without having to install BACT.
15 A  It looks like according to page number WDNR
16   00370 that based on the evaluation FME asserts
17   that BACT for NOx is proposed as good engine
18   design and an emission limit of not more than
19   147.6 tons per year of NOx to be monitored by
20   tracking fuel use limited to not more than 75,000
21   gallons per month. So BACT in this case would
22   have been based on good engine design.
23 Q  As opposed to any installation of aftertreatment?
24 A  That is correct.
25 Q  So just the engines themselves?

---

Page 142

1 A  Yes.
2 Q  No facility installation of any type?
3 A  No.
4        (Exhibit No. 115 marked for
5        identification)
6 Q  You have Plaintiff's Exhibit 115. Can you
7    identify that document for me.
8 A  It is an operating permit renewal application that
9    was submitted to the DNR on November 12, 2009.
10 Q  Is this to renew the P10 permit?
11 A  That is correct.
12 Q  Help me understand, Ms. Mosley. I think we
13   covered this a little bit earlier. Again, the
14   interrelationship between the operating permit and
15   the construction permit. You needed to submit
16   Plaintiff's 115 in order to renew the P10 permit
17   regardless of whether there were any construction
18   applications also being submitted; is that
19   correct?
20 A  That is. Yes.
21 Q  Does this application in Plaintiff's 115 address
22   any requests for fuel burn increases?
23 A  It does not include a fuel use increase, but on
24   page WDNR 06533 there are six items in which we
25   requested the State change, or, in this case as to

---

Page 143

1    point number two, clean up an error in the
2    previous permit.
3 Q  I'm sorry. What reference are you making again?
4    You're on 6533?
5 A  That is correct.
6 Q  And where are you on the page?
7 A  I'm on the bold where there are six bold items
8    listed.
9 Q  Yes.
10 A  I'm on item number two.
11 Q  And that is a correction that needed to be made to
12   the then-current P10 permit?
13 A  That is correct.
14 Q  And that correction related to the per year gallon
15   limit for the OP building?
16 A  When the permit was issued, the 1,250,000 gallon
17   number was incorrect. I was aware of that, and we
18   abided within our facility under the 364,000
19   gallon permit that we knew was the correct number.
20 Q  So when did that error first come to your
21   attention?
22 A  I don't recall.
23 Q  Had the error previously been reported to WDNR in
24   any sense? Or was this the first time it was
25   addressed? With the understanding that you stayed

---

Page 144

1    under the lower limit.
2 A  I'm sure I had a conversation with Brian Barbieur
3    about how best to get it corrected.
4 Q  So this area here on this page, number two, is one
5    correction that was being made. Did the other
6    items, one through six -- is that the
7    modifications that are being sought for the
8    renewal?
9 A  That is correct.
10 Q  Is there anything in this section, one through
11   six, that relates to the stacks in the OP building
12   that had not been included in the modeling for the
13   prior permit?
14 A  There is not because that type of change would be
15   too significant for a permit renewal. You would
16   need to submit a construction application.
17 Q  If you turn to page 6555, what follows was also
18   part of the November 12, 2009, submission,
19   correct? This draft permit markup?
20 A  That is correct.
21 Q  Did you review this draft permit markup before it
22   went in?
23 A  I don't recall.
24 Q  If you turn to page 6573, you see footnote 22 on
25   that page.

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 145

1 A   Yes.
2 Q   Is that the same footnote that carried over from
3     the P10 permit itself?
4 A   Yes.
5 Q   Now, this marking is not mine on this page, and I
6     don't know who added this marking. Do you recall
7     anything about the pen marking on the footnote?
8 A   I don't recall. I thought if there was input that
9     was submitted, it was done electronically through
10    strike through.
11 Q  What is strike through?
12 A  On the computer where it would be done by computer
13    to draw a strike through line.
14 Q  I apologize. I thought you were referring to some
15    automated system with WDNR.
16 A  By no means.
17 Q  How is this submittal made to WDNR? Is it mailed
18    or is it submitted electronically?
19 A  It is mailed.
20 Q  Did they have any electronic system for
21    submissions?
22 A  I don't believe so at that time.
23 Q  Sorry. Go ahead. Back to footnote 22. I see
24    this strike out marking on this. Was that
25    included in the submission by ERM?

Page 146

1 A   Are you talking about the pen strike through?
2 Q   Correct. In footnote 22. I don't know if someone
3     was attempting to underline it or strike it out.
4     I just want to know if you know anything about who
5     may have made those markings.
6 A   I do not. It looks as though any indications they
7     did are marked by computer, so I would have no
8     idea who did a pen strike through.
9 Q   Well, this was submitted with computer markings,
10    right?
11 A  Yes.
12 Q  Because this was a draft markup that ERM had done,
13    right?
14 A  Yes.
15 Q  All right. So do you know before it was mailed if
16    ERM or anyone at FME made those pen markings?
17 A  I don't recall.
18 Q  Do you know one way or the other whether
19    footnote 22 remained in this draft application in
20    this submittal as of November 12, 2009? I know
21    it's in the typing. Was there an intent to cross
22    it out?
23 A  There would not have been because that would have
24    required a construction permit.
25    ///

Page 147

1         (Exhibit No. 116 marked for
2          identification)
3 Q   You have Plaintiff's Exhibit 116. Do you recall
4     this document?
5 A   I do not recall.
6 Q   Do you know one way or the other whether you
7     prepared this?
8 A   It would lead me to believe I did. I would have
9     no reason not to believe that.
10 Q  You don't recall for what reason it was prepared?
11 A  I'm trying to refresh my memory the best I can.
12    It looks as though it was prepared in anticipation
13    for the new changes in regulations for diesel
14    engine emissions. I really am unsure.
15 Q  Do you know whether it was prepared only with an
16    eye toward increased fuel burn that would support
17    FME only or FME and AVL combined?
18 A  The reason that we requested the increase in fuel
19    usage was for AVL.
20 Q  Was there a time on the horizon where FME would
21    need to make adjustments to its permitting for its
22    own purposes?
23 A  No.
24 Q  Were there changes in regulations that would
25    require FME at some point in the future to put

Page 148

1     aftertreatment on test stands?
2 A   Yes.
3 Q   Describe that for me, if you would.
4 A   There were changes coming down in the regulations,
5     and we needed to understand when the State was
6     going to adopt those changes in federal
7     regulations and that it would become an issue
8     either in the next construction permit that you
9     submitted for or the next time you would have to
10    renew your operating permit.
11 Q  So assume AVL never came on the scene. These
12    regulations would apply to FME regardless,
13    correct?
14 A  That is correct.
15 Q  What is the earliest date FME would need to comply
16    with those new regs by installing aftertreatment?
17 A  I don't recall the exact date, but it was a long
18    way out. But we needed to begin thinking about it
19    because there were several test stands, a high
20    dollar amount, and to become cognizant that that
21    would be necessary.
22 Q  When you say "a long way out," can you give me a
23    timeframe?
24 A  The reason that it's not -- first off, I would
25    have to look at the State adoption implementation

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 149

1    plan. We had these discussions strategically
2    before then. So whenever the State of Wisconsin
3    would have adopted the lower limits by the federal
4    government -- then you wouldn't be required to
5    consider those until your next permit renewal or
6    change to your permit, so it's not easy just to
7    give a date.
8  Q  Other than an exact date, can you give me a year?
9  A  I cannot.
10  Q  When did the strategic discussions begin at FME
11    looking at this issue?
12  A  When we learned of the changes in the federal
13    government to identify when those would be adopted
14    by the State of Wisconsin.
15  Q  So when was FME's first look at that?
16  A  It was likely around 2010, but I do not recall
17    specifically.
18  Q  Do you recall whether there were discussions at
19    FME of whether or not to invest in the
20    aftertreatment that would be required and how much
21    it would cost?
22  A  There were those discussions. Yes.
23  Q  When did they occur?
24  A  I believe they occurred in 2011 when we were
25    having many discussions with AVL because we were

---

Page 150

1    coming close to running up against our fuel use
2    limitation and we had known at that point in time
3    that the DNR, depending on their adoption date,
4    may require us to have lower emissions for our
5    next submittal.
6  Q  Regardless of whether AVL continued to test?
7  A  Correct. Only, again, if we were to make changes
8    to our air permit and need a construction permit.
9  Q  As of 2011?
10  A  Yes.
11  Q  But even if AVL were never on the scene, there
12    would still come a time when FME would need to put
13    aftertreatment on, correct?
14  A  Correct.
15        (Exhibit No. 117 marked for
16        identification)
17  Q  You have Plaintiff's Exhibit 117. Do you recall
18    this one?
19  A  I do not recall this document.
20  Q  You don't recall receiving on April 7, 2010,
21    answers to emissions and fuel consumption
22    questions from Dan Schwarz at AVL?
23  A  No. I do not remember this.
24        (Exhibit No. 118 marked for
25        identification)

---

Page 151

1  Q  You have Plaintiff's Exhibit 118. Do you recall
2    this PowerPoint?
3  A  I don't specifically recall it.
4  Q  Do you recall whether this relates to the issue of
5    mandatory controls being placed on emissions
6    points?
7  A  I may have made an error. When we looked at this,
8    there was new modeling requirements, a one-hour
9    NOx, PM 2.5.
10  Q  You're on page 2 of the exhibit right now?
11  A  I am. What I recall is it wasn't necessarily a
12    requirement to put additional controls on. But,
13    if you didn't put controls on, you would have had
14    to take a much lower reduction limit on your fuel
15    usage. I want to be clear that I don't think the
16    State ever mandated that you had to put controls
17    on. I inaccurately stated that before.
18  Q  Nevertheless, if AVL had never come on the scene,
19    would FME have still put controls on in order to
20    stay within these bounds?
21  A  It would have had to have been evaluated by
22    modeling and what is the fuel use limitation you
23    would have had to have taken and then taken a look
24    at what the business need is to see if there is an
25    avenue, according to the business strategy, that

---

Page 152

1    they would be able to produce the engines and run
2    them and meet the new limits.
3  Q  Was that analysis conducted by FME?
4  A  It was not.
5  Q  Why not?
6  A  Because the changes hadn't yet come.
7  Q  Well, you would have to plan for the changes to
8    come, right?
9  A  Yes.
10  Q  But you hadn't yet --
11  A  No.
12  Q  -- done this as of April 2010?
13        Do you need to take that?
14        MR. DeGEORGE: Do you need a break?
15        THE WITNESS: No.
16  Q  The changes had not yet come as of April 2010?
17  A  So it looks like there was restrictions or changes
18    for PM 2.5 and one-hour NOx. Those had taken
19    place.
20  Q  Did they require aftertreatment?
21  A  Again, it was -- according to this next bullet on
22    page 2 -- the second bullet said possible add-on
23    controls, so we would have needed to understand
24    what self-restriction we would have had to take
25    and put in place in order to stay within the new

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 153

1  regulated threshold or have the option to put
2  controls in.
3  Q  If you turn to the fourth page, the last bullet
4  point in bold, "Last week WDNR informed ERM that
5  these requirements will apply to the permit
6  currently under review for FME."
7  A  That's correct.
8  Q  What was your understanding of that?
9  A  This would have applied to the construction permit
10  that was submitted in 2008.
11  Q  And aftertreatment would have to be put on to meet
12  that compliance?
13  A  No.
14  Q  Okay.
15  A  Again, I'll say the same thing.
16  Q  I may be misunderstanding you, so help me out.
17  A  No problem.  My understanding under the new
18  modeling requirements is you may have to
19  self-inflict a lower limitation to keep yourself
20  below the threshold.  If because of business needs
21  you're unable to do that to continue to run your
22  business -- at that point in time you would have
23  to put controls on to allow yourself a greater
24  limit to be able to run the engines now having
25  controls.

---

Page 154

1  Q  Was there a reason why WDNR informed ERM of this
2  at this time?
3  A  We wanted to understand from the DNR when these
4  changes were going to be taking place.  We were
5  originally informed by the DNR that if you had
6  something that was already submitted that it would
7  not fall under the new regulations, but the DNR
8  took the stance that they had been working on it
9  for quite some time and it would indeed apply to
10  this construction permit.
11  Q  And at this time this was the construction permit
12  that had been submitted in September of 2008,
13  correct?
14  A  That is correct.
15  Q  And had the engine burn modeling changed at all
16  from that point until the time that WDNR informed
17  ERM of this?
18  A  The modeling didn't change.  Only the regulation.
19  Q  That's my question.
20  A  Yes.  So now you needed to model -- it was
21  previously PM 10.  Now you needed to model for PM
22  2.5.  I believe that the previous NOx number was
23  based on -- I'm not sure.  It might have been a
24  24-hour period, and now they were taking it down
25  to a one-hour period.

---

Page 155

1  Q  When was it that WDNR first told you that you
2  wouldn't need to worry about this for the
3  September 2008 permit submission?
4  A  It was in their broad publication as to how DNR
5  was going to interpret the changes under the
6  State.
7  Q  And when had that publication been issued by DNR?
8  A  I don't recall.
9  Q  Was it before you submitted the September
10  submission?
11  A  No.
12  Q  It came some time later?
13  A  Yes.
14  Q  What did FME know about these upcoming regulations
15  at the time the September construction permit was
16  submitted?
17  A  We were unaware that there was changes coming in
18  the regulations.
19  Q  So WDNR imposed those changes later, and, when
20  they were imposed first, told you that if you
21  already had an application in, they weren't going
22  to apply to you?
23  A  I'm pretty certain they didn't tell us
24  specifically.  The guidance that you could go out
25  and read on their website or from their

---

Page 156

1  publications stated when you would at this point
2  going forward submit, whether it was a new
3  construction permit application or some type of
4  permit application, these rules would now apply to
5  you.
6  Q  And they informed FME that the rules were going to
7  apply to the then-pending permit sometime in April
8  2010?
9  A  Yes.  If I could just point out slide number four.
10  Q  Sure.  Go ahead.
11  A  Memory doesn't do me much justice.  Both of those
12  bullet points refer to the question that you asked
13  me.  In November 2009, DNR implemented
14  requirements for PM 2.5.  In April 2010, DNR
15  implemented the one-hour NOx standard.
16  Q  Thank you.
17        (Exhibit No. 119 marked for
18        identification)
19  Q  You have Plaintiff's Exhibit 119.  Do you recall
20  this document?
21  A  I do not recall.
22  Q  You have Plaintiff's Exhibit 20.  I understand
23  these would not be your notes; is that correct?
24  A  That is correct.
25  Q  Do you recall attending an internal FME meeting on

---

**Page 157**

1    May 24th of 2011?
2  A  I don't recall.
3  Q  You have Plaintiff's Exhibit 21 previously marked.
4     Do you recall that slide presentation?
5  A  I don't specifically recall.
6  Q  Do you recall whether you prepared this slide
7     presentation?
8  A  It certainly looks like this came from me.
9  Q  It's an internal FME review, so this would be an
10    in-house FME meeting only?
11  A  That's correct.
12  Q  Turn to page 8, if you would.  The top slide
13     refers to meeting with WDNR for increased fuel
14     usage.  Do you see that?
15  A  Yes.
16  Q  That's under the "Immediate Requirements" heading?
17  A  Yes.
18  Q  Do you recall why that would be immediate?
19  A  From what I recall, we were very close to our fuel
20     use limit with AVL, and we wanted to see what
21     alternatives we could provide quickly for them to
22     allow for additional testing.
23  Q  When was that meeting to take place?  Was there a
24     date for it or was it just something you needed to
25     schedule?

**Page 158**

1  A  During this meeting there would not have been a
2     date established.
3  Q  And then there's bullets for pros and cons under
4     there.  The first con is "Non-permitted AVL
5     engines."  What does that refer to?
6  A  I believe from the 2008 construction permit
7     submittal there were engines and potentially test
8     stands that were not yet submitted to the State.
9  Q  Help me understand that.  Does that mean AVL was
10    then using test stands that had not been submitted
11    to the State?
12  A  I believe so.
13  Q  So at this point in time AVL was actually
14    operating test stands that were not included in a
15    permit?
16  A  I can't definitively say whether they were testing
17    those engines, but they were getting ready to set
18    up on specific test stands that weren't in the
19    submittal.
20  Q  Which AVL test stands were in the submittal?
21        MR. DeGEORGE: Are you look for the
22     construction permit?
23        THE WITNESS: I am.
24        MR. DeGEORGE: I think that's the
25     biggest one.

**Page 159**

1  A  It would be have been test stand S20B, S20C, S20A,
2     and S21E.
3  Q  What document are you looking at right now?
4  A  I'm looking at the construction permit application
5     from September 2008.
6  Q  What's the exhibit number?
7  A  Exhibit No. 109.
8  Q  And you just referred to the test stands that were
9     identified in that submittal as to be used for AVL
10    engine testing, correct?
11  A  Correct.
12  Q  Now, those S designations -- are those stacks?
13  A  Yes.
14  Q  So which of those from Plaintiff's 109 would have
15    fallen under the non-permitted AVL engines note in
16    Plaintiff's 21?
17  A  I would need to verify from the permit deviation
18    report that was submitted to what test stands
19    those two engines were on.
20  Q  All right.  So engines that were included in the
21    September 2008 permit application were, as of this
22    date, May 24, 2011 -- two of them were deemed to
23    be non-permitted AVL engines?
24  A  I don't recall.
25  Q  Well, why was this note here on non-permitted AVL

**Page 160**

1     engines?
2  A  Because personally I had a concern over what was
3     submitted in 2008 and if that was accurate to
4     reflect what was currently out in that building.
5  Q  Well, how many engines was AVL testing as of
6     May 24, 2011?
7  A  I wouldn't know for sure.
8  Q  Had they changed any of the stack designations
9     from when the September 2008 submittal was made?
10  A  I would need to verify that that was one of the
11    four.
12  Q  Assuming the engines being tested by AVL in the OP
13    building as of May 24, 2011, were still on the
14    same stacks identified in the September 2008
15    application, would they by May 24, 2011, have been
16    deemed to be non-permitted AVL engines?
17  A  Yes, because we wouldn't have received the
18    finalized permit back yet from the State.
19  Q  But by indicating here in this slide presentation
20    as of May 24, 2011 -- more than one of the AVL
21    engines were considered to be non-permitted,
22    correct, because it says "engines" plural.
23  A  That would lead me to believe more than one.  Yes.
24  Q  As of this point in time were non-permitted?
25  A  What memory serves me because we had multiple

Page 161

1   discussions trying to figure out alternatives was,
2   again, based on that footnote interpretation, it
3   was clear for compliance demonstration that we had
4   a fuel use. That was clear to everyone. What was
5   unclear was if you could run on a test stand with
6   a stack that was indicated in a footnote. So the
7   reason I put a con here is if we meet with DNR,
8   this could potentially be brought up.
9 Q  But if you didn't meet with DNR, the hope was they
10  wouldn't bring this up or make an issue out of it?
11 A  No. What we were trying to do was get all of the
12  paperwork in order and get a finalized permit from
13  the State.
14 Q  Right. But it was a con for an upcoming meeting
15  with DNR because --
16 A  That's correct.
17 Q  -- if you discussed the issue, you were afraid
18  WDNR would say you can't continue to test.
19 A  Yes.
20 Q  Because it would be in violation of the permit.
21 A  Yes. It wouldn't necessarily be that they would
22  tell us we couldn't test, but it may be an
23  indication on how they interpret the permit.
24 Q  Well, there's two bullet points here under the
25  cons. One says "Non-permitted AVL engines." The

Page 162

1   other says "Using stacks not identified in
2   permit." Are they the same issue or two different
3   issues?
4 A  Two different issues.
5 Q  What is using stacks not identified in permit?
6 A  I'm sorry. That's the first part I mentioned, the
7   reference to the four stacks.
8 Q  All right. So the reference to the four stacks in
9   the September 2008 construction permit
10  application, right?
11 A  Correct.
12 Q  Those four stacks -- some of them were not
13  identified in the then-existing permit, right?
14 A  Yes. And then, again, it would be subject to
15  interpretation based on -- if you submit a permit
16  application, is that acceptable if you're already
17  making changes or do you need to wait until you
18  have received your finalized permit from the
19  State.
20 Q  Well, the stacks were omitted from the 2005 P10
21  permit, right?
22 A  Yes.
23 Q  And the P10 permit, as of May 24, 2011, was still
24  governing emissions at the facility, right?
25 A  Yes.

Page 163

1 Q  The stacks that had been omitted from the modeling
2   of that permit -- FME never suggested anywhere to
3   WDNR that any of those stacks would be brought
4   back online, correct?
5 A  I may be misunderstanding, but we submitted in
6   September 2008 the stacks that we had intentions
7   to use.
8 Q  Right. My question is for the stacks that were
9   not included in footnote 22 of the original 2005
10  submission, the then-governing P10 permit.
11 A  Yes.
12 Q  Right?
13 A  Correct.
14 Q  You never made any submission to WDNR that said
15  you would be bringing stacks back online. Or did
16  you?
17 A  We did. That's what this construction permit was
18  for.
19 Q  That's what the construction permit was for?
20 A  Yes.
21 Q  So which stacks were in the construction permit
22  that were in footnote 22?
23 A  I need to find the air permit. It looks like S20C
24  was listed.
25 Q  In footnote 22 of the P10 application?

Page 164

1 A  That's correct.
2 Q  Or the P10 permit, I should say. So S20C, right?
3 A  Correct.
4 Q  That was in footnote 22 of the P10 permit, right?
5 A  Yes.
6 Q  And it was also included in the September 2008
7   construction application, right?
8 A  Yes.
9 Q  As identified as one that AVL would be testing on?
10 A  Yes.
11 Q  Do you have an understanding of what test stands,
12  what stacks, AVL was ultimately assigned to use
13  for testing?
14 A  I do not.
15 Q  Do you know whether AVL was using S21A? If we can
16  help you try to find a document, I would be happy
17  to.
18 A  I'm just looking for a picture of the stacks
19  outside that were in a couple of these
20  presentations.
21      Could you repeat that question?
22 Q  Sure. Let me take you back. You had identified
23  S20C as a stack that was in footnote 22 of the P10
24  permit as having been removed from the modeling,
25  right?

Page 165

1 A   Yes.
2 Q   And S20C also appeared in the September 2008
3     construction application --
4 A   Yes.
5 Q   -- as a stack that AVL would be using, right?
6 A   Yes.
7 Q   But there were different stacks assigned to AVL
8     other than what was identified in the September
9     2008 application. Or don't you know that?
10 A   I know of one test stand.
11 Q   Which one is that?
12 A   It was a shared test stand. I believe it was 21F.
13 Q   Was 21F in footnote 22?
14 A   It was not.
15 Q   Do you know of AVL use of S21A or S21B?
16 A   Yes. They used that test stand.
17 Q   But neither S21A nor S21B were included in the
18     September 2008 application, correct?
19 A   That's correct.
20 Q   So at least S21A and S21B were not subject to a
21     pending construction permit application as of
22     May 24, 2011.
23 A   That's correct. At the time, when this was
24     submitted, I was not informed that they would be
25     using that test stand.

Page 166

1 Q   All right. So as of May 24, 2011, in
2     Plaintiff's 21 -- the reference here to using
3     stacks not identified in permit -- did that
4     include stacks that AVL was using that were in
5     footnote 22 of P10 but not included in the
6     September 2008 application?
7 A   You're going to have to ask that one more time a
8     little slower.
9 Q   I'll be happy to.
10         Plaintiff's Exhibit 21 at page 8.
11             MR. DeGEORGE: That's this one.
12 A   Okay.
13 Q   The second bullet point under "Cons" in the upper
14     slide is "Using Stacks Not Identified in Permit."
15     As of May 24, 2011, AVL was using S21A and S21B,
16     correct?
17 A   Correct.
18 Q   And neither of those two stacks were included in
19     the September 2008 construction application,
20     right?
21 A   That is correct.
22 Q   But both of those stacks were listed in
23     footnote 22 as having been withdrawn from the
24     modeling?
25 A   That's correct.

Page 167

1 Q   So as of May 24, 2011, those two stacks at least
2     were stacks not identified in the permit.
3 A   Correct.
4 Q   So they also then were not subject to what you
5     described earlier as an issue of you thought maybe
6     they might be covered because you had a
7     construction permit pending, right?
8 A   Correct.
9 Q   So were those two stacks part of what you
10     indicated here in the slide as stacks not
11     identified in the permit?
12 A   Yes.
13 Q   Returning to the non-permitted AVL engines -- you
14     mentioned that's a different issue than using
15     stacks not identified in the permit. How is that
16     different?
17 A   The engines that they gave us again were listed as
18     typical, and I wanted to ensure that those engines
19     that were onsite would have been properly
20     submitted to the State.
21 Q   And as of May 24, 2011, you didn't know whether or
22     not that was the case?
23 A   We were working on obtaining information at that
24     same time from AVL on what those engines and
25     emissions were.

Page 168

1 Q   So as of May 24, 2011, you didn't yet have enough
2     information to know whether or not the AVL engines
3     were properly permitted?
4 A   I don't exactly recall for that point.
5 Q   When did that concern first arise, the
6     non-permitted AVL engines concern?
7 A   I'm unsure.
8 Q   When did the using stacks not identified in permit
9     issue first arise?
10 A   When I went out to the OP building to identify
11     what stacks they were connected to.
12 Q   And when did you do that?
13 A   Likely around April 2011.
14 Q   When that concern first came to your attention in
15     April of 2011, who did you tell about that? Did
16     you share your concern with anyone?
17 A   Yes. We talked about it internally.
18 Q   Who did you talk to?
19 A   John Bottorff would have known. I don't recall
20     the others.
21 Q   Why would John have known?
22 A   Because he was my direct supervisor.
23 Q   Do you specifically remember telling him?
24 A   I don't specifically remember telling him.
25 Q   Do you specifically remember telling anyone else?

Page 169

1 A   No.  But, again, my notes -- whomever was in this
2       May 24th meeting -- we discussed this then.
3 Q   Do you recall who was present at the May 24th
4       meeting?
5 A   I do not recall.
6 Q   Did you present this slide presentation at the
7       May 24th meeting?
8 A   I did.  Yes.
9 Q   Did you distribute it either before or afterward
10      to anyone?
11 A   I don't recall.
12 Q   Did you cover every one ever the slides in your
13      presentation?
14 A   Yes.
15 Q   So this slide on page 8 at the top -- that was
16      covered?
17 A   Yes.
18 Q   What was the reaction of the people present to the
19      cons issue for non-permitted AVL engines and using
20      stacks not identified in the permit?
21 A   That we needed to work with the State and ensure
22      we were in compliance.
23 Q   Well, this is a con relative to an upcoming
24      meeting with WDNR, right?
25 A   Yes.

Page 170

1 Q   Was there a discussion of not even raising these
2       issues with DNR?
3 A   No.
4 Q   When was this next discussed with DNR?
5 A   It would have been in the next month.  I don't
6       recall the date.
7 Q   Did you feel -- go ahead.
8 A   Maybe June 11th.
9 Q   Did you feel at this point in time, as of May 24,
10      2011, that it would have been appropriate to
11      notify DNR of your discovery of the stacks not
12      being included in the permit?
13 A   I did not feel at that time it was necessary.
14 Q   Why not?
15 A   Because of the interpretation from an
16      environmental attorney stating that compliance was
17      based on fuel use limitation and not what stacks
18      you used.
19 Q   I don't want to know discussions with an attorney
20      for FME, but when you say "the interpretation of
21      an environmental attorney" -- an attorney for FME?
22 A   No.  AVL.
23 Q   Had you had a meeting with an attorney from AVL
24      that addressed this issue of stacks not
25      identified --

Page 171

1 A   Yes.
2 Q   As of May 24, 2011?
3 A   It was April-May timeframe.  I'm not exactly sure
4       when the conversations were had.
5 Q   Was it before or after May 24th?
6 A   I don't recall.
7 Q   At some point in time you had a discussion.
8 A   Absolutely.
9 Q   And this is Mark Thimke again?
10 A   Yes.
11 Q   And Mark Thimke offered his impression that the
12      fact that those stacks had been omitted from
13      footnote 22 --
14       THE WITNESS: I'm sorry.  Can I
15      take a break?
16       MR. HERRMANN: Yes.  Sure.  Go
17      ahead.
18       (Recess)
19 Q   Earlier today we discussed the meeting with WDNR
20      where Mr. Thimke was present, correct?
21 A   Correct.
22 Q   And is that where he voiced his opinion about the
23      absence of the stacks from the footnote not being
24      a prohibition of their use?
25 A   No.  It was a meeting at Fairbanks that he

Page 172

1       participated in.
2 Q   And that was before the meeting with DNR?
3 A   Yes.
4 Q   So by that time at that meeting the issue of the
5       stacks in use that were not part of the permit had
6       already been discussed?
7 A   Yes.
8 Q   Was that meeting before or after May 24th of 2011?
9 A   I believe it was before.
10 Q   When?
11 A   April-ish of 2011.
12 Q   What leads you to believe it was before?
13 A   Because it was trying to work with AVL to come up
14      with alternatives on what we need to do because w
15      were encroaching the fuel usage limit.
16 Q   When did the issue of the stacks not being in the
17      permit first come up?
18 A   I don't recall.
19 Q   Do you know who at AVL was involved in these
20      discussions?
21 A   I'm trying to think of who was in attendance
22      during that meeting.  I remember Bob Maly.  I
23      remember Mark Thimke.  There were a few others.  I
24      guess I'm unsure as to the others.
25 Q   You're sure of Bob Maly and Mark Thimke, though?

Page 173

1 A  Yes.
2 Q  Now, earlier you had told me when you went out and
3    discovered that stacks were being used that were
4    not part of the P10 permit -- that was sometime in
5    April, right?
6 A  I believe so.
7 Q  And the only person you would have reported that
8    to was Mr. Bottorff, right?
9 A  It would have been an internal review about the
10   scenario.  Pete would have been --
11 Q  Go ahead.
12 A  -- included.  Again, I apologize.  I just don't
13   exactly recall.
14 Q  But it would have been an internal meeting of only
15   FME attendees, right?  When you first found out
16   about it, you had an internal meeting.  That was
17   the first step; is that right?
18 A  It wasn't like it was some ah-hah moment when I
19   went out there and the stack was connected.  It
20   may have been that I went out there following one
21   of these meetings with AVL to discuss the
22   situation.  I'm unclear of the timing.
23 Q  So you don't know when AVL first heard of this
24   stacks permitting issue versus when you first
25   heard of it?

Page 174

1 A  Correct.  I don't.
2 Q  You don't know anything about the timing of that?
3 A  I don't recall what the timing is.
4 Q  You have Plaintiff's Exhibit 23.  Do you recall
5    this document?
6 A  I don't explicitly remember this.
7 Q  Do you recall seeing the letter from Ray Corbin to
8    Mr. Whittier?
9 A  I don't recall, but I must have because it was
10   sent to me.
11 Q  You see at the top e-mail on the first page
12   Mr. Bottorff sends it to you and others.
13 A  Yes.
14 Q  And comments that the letter does not provide
15   responses to issues that we raised in the letter.
16   Do you know what that refers to?
17 A  I don't, but I'm assuming it's some letter we sent
18   to him to get some answers.
19 Q  Do you recall one way or the other?
20 A  I don't recall.
21 Q  You have Plaintiff's Exhibit 27.  Do you recall
22   this document?
23 A  I don't recall.
24 Q  There's a mention to a meeting with WDNR tomorrow
25   morning and an attached list of talking points.

Page 175

1    Do you recall the talking points being discussed?
2 A  Just for clarification, you're asking if I
3    remember the talking points being discussed at the
4    meeting with the WDNR?
5 Q  That's a fair clarification.  Do you remember the
6    talking points being discussed before the meeting
7    with WDNR?
8 A  No.  I do not recall.
9 Q  Do you remember the meeting with WDNR on
10   June 11th?
11 A  Yes.
12 Q  What do you remember about that meeting?
13 A  I remember Don Faith at that meeting having the
14   statement by stating that we better not be running
15   engines on stacks that are not within the permit.
16 Q  And you mentioned that to me earlier today, right?
17 A  Yes.
18 Q  That occurred at this June 11th meeting?
19 A  Yes.
20 Q  Now, I don't see in the talking points that were
21   prepared beforehand any reference to the stacks
22   issue.  Feel free to review it yourself.  Do you
23   recall whether there was discussion of whether or
24   not to include that issue for this meeting?
25 A  I don't recall that.

Page 176

1 Q  You don't recall one way or the other whether
2    there was a discussion among FME only or between
3    FME and AVL about whether to address a stacks
4    issue?
5 A  No.  I don't recall.
6 Q  Did anyone at FME tell you at any time or direct
7    you at any time not to discuss the stacks concern
8    with WDNR?
9 A  No.
10 Q  Was that your own decision?
11 A  Was what my own decision?
12 Q  Your decision not to raise the stacks issue with
13   WDNR prior to the June 11th meeting.
14 A  I don't recall that it -- Don Faith made that
15   statement when we were talking through some
16   points.  I don't know that we specifically brought
17   up about the stacks.
18 Q  I understand.  My issue is it was on your cons
19   list as of May 24, 2011.  My first question was
20   did anyone at FME ever tell you "You have got that
21   up on your slide show, Ms. Mosley.  Let's not talk
22   to WDNR about it"?
23 A  No.  No one said that.
24 Q  So to the extent that issue was not discussed with
25   WDNR prior to June 11th, that was, as far as you

Page 177

1    were concerned, your own decision?
2  A  Yes.
3        (Exhibit No. 120 marked for
4        identification)
5  Q  You have plaintiff's Exhibit 120.
6        MR. DeGEORGE: Give me 15 seconds.
7        MR. HERRMANN: Sure.
8        (Recess)
9        MR. DeGEORGE: Okay.
10  Q  Do you recall Plaintiff's 120?
11  A  I do not recall.
12  Q  This proposes a meeting on Monday, June 13th. Do
13    you recall attending such a meeting?
14  A  I don't recall the meeting, but I'm sure I was in
15    attendance according to this.
16  Q  You don't remember anything about the meeting?
17  A  I don't.
18        (Exhibit No. 121 marked for
19        identification)
20  Q  You have Plaintiff's 121. These are not your
21    notes, I take it?
22  A  They are not.
23  Q  Do you recall attending a meeting on June 20,
24    2011, with John Bottorff regarding the 2005
25    permit?

Page 178

1  A  I'm sorry. I don't recall.
2  Q  Do you recall any discussion with Mr. Bottorff at
3    any time regarding some listing of stacks being
4    wrong in the permit?
5  A  Not specifically. We had lots of conversation.
6  Q  Do you recall that topic, though, about stacks
7    being listed wrong?
8  A  No.
9  Q  On his first page here he also has a note "Tried
10    to correct operating permit renewal 2010." Do you
11    remember trying to correct any stacks issues in
12    the 2010 renewal? We did discuss that one earlier
13    today.
14  A  Yes. I would have to refer back to the
15    documentation. I don't recall.
16  Q  Which document would you refer to?
17  A  Where we talked about with the six bold items, the
18    bulleted items --
19  Q  But that would be --
20  A  -- for the changes.
21  Q  Right. I recall that. Those six bold items were
22    the changes in the renewal of the P10 permit,
23    right?
24  A  Right.
25  Q  Were those the only corrections that needed to be

Page 179

1    made?
2  A  I don't recall.
3        (Exhibit No. 122 marked for
4        identification)
5  Q  You have Plaintiff's Exhibit 122. Do you recall
6    this document?
7  A  I don't recall.
8  Q  Did you attend the meeting that's referenced here,
9    the meeting with WDNR?
10  A  Yes.
11  Q  What do you recall about that meeting?
12  A  That is the same meeting that Don Faith indicated
13    that if we were testing engines on stacks that
14    were not within the modeling, it would be an
15    issue.
16  Q  Would you agree with Lee that the meeting did not
17    go well?
18  A  Yes.
19  Q  Why?
20  A  Because of that statement.
21  Q  Any other reason?
22  A  I don't recall, but I believe that they were
23    unable to make any progress with any of the
24    alternatives.
25    ///

Page 180

1        (Exhibit No. 123 marked for
2        identification)
3  Q  You have Plaintiff's 123. Do you recall this one?
4  A  Yes.
5  Q  What is this document?
6  A  This is the deviation report that was submitted to
7    WDNR following the meeting with them identifying
8    two test stands that were running for the total
9    amount of days that they were running and how much
10    fuel was used.
11  Q  This was one of the deviation reports you
12    described earlier?
13  A  Correct.
14  Q  So in your e-mail to Brian Barbieur you reference
15    his return voicemail.
16  A  Yes.
17  Q  You had called him earlier?
18  A  I had called him. I know originally I called him
19    verbally to talk through the compliance issue.
20  Q  The compliance issue being the stacks being used?
21  A  Correct.
22  Q  When did you first call him?
23  A  I believe it was -- it was after the meeting with
24    the DNR.
25  Q  Just so I'm clear, what date was that meeting?

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 181

1  A   It would have been after Wednesday, June 15th.
2  Q   So some time after Wednesday, June 15th, you
3      called Brian Barbieur on the phone?
4  A   Yes.
5  Q   Did you speak with him or leave a voicemail?
6  A   I'm pretty certain I left a voice message.
7  Q   What did you report to him in your voicemail?
8  A   That it was identified that there are two engines
9      that are being tested with stacks that are not
10     listed in the air permit.
11 Q   Why only two engines?
12 A   The other stacks that we were using were listed in
13     the permit.
14 Q   In the permit or in the application?
15 A   In the permit.
16 Q   Was there any stack that you deemed exempt from
17     reporting at this time because it had been listed
18     in the --
19 A   No.
20 Q   Let me finish so we're clear.
21         In the September 2008 construction permit
22     application.
23 A   No.
24 Q   Well, one of those stacks that AVL was using had
25     been omitted from the permit per footnote 22, but

---

Page 182

1      it was included in the September 2008 construction
2      application, right?
3  A   I believe that to be correct.
4  Q   So we previously talked about two stacks being
5      used by AVL, S21A and S21 B, right?
6  A   Yes.
7  Q   And those would be in violation as of this time
8      that you made the report, correct?
9  A   I believe that's correct, but I just want to make
10     sure that those two stacks are associated with
11     test stand eight.
12         Can you state that one more time?
13 Q   Sure.  Let's put it this way:  In this deviation
14     report, Plaintiff's 123, are you identifying
15     stacks to the DNR or are you identifying test
16     stands?
17 A   I'm identifying test stands.
18 Q   Do you know at this time which stacks were
19     connected to those test stands?
20 A   I believe so.
21 Q   Do you know whether more than one stack was
22     connected to a particular test stand?
23 A   Yes.
24 Q   Which one?
25 A   Stack eight was, if memory serves me correct, the

---

Page 183

1      only one that had a dual stack, and it was
2      connected to S21A and S21B.
3  Q   So stack eight at this point was deemed to be in
4      violation, and it was connected to those two
5      stacks you just mentioned?
6  A   Yes.
7  Q   What stack was stand ten connected to?
8  A   I believe it was S20C.
9  Q   So this deviation report involves a report on
10     three stacks, right?
11 A   Yes.
12 Q   You reported this via voicemail some time after
13     the June 15th meeting?
14 A   Correct.
15 Q   Do you know whether it was over the weekend?
16 A   It would not have been on a weekend.
17 Q   So it would have either been the 16th or the 17th
18     of June?
19 A   I believe so.
20 Q   He didn't return your call until Monday morning or
21     Monday at some point?
22 A   I believe he worked four ten-hour days, so he
23     wouldn't be in the office on Fridays.
24 Q   What did he say in his return voicemail to you on
25     June 20th?

---

Page 184

1  A   I don't recall.
2  Q   Did that voicemail go to your e-mail system?  Was
3      your phone connected to your e-mail at this point?
4  A   I think so.
5  Q   So that voicemail would be in your e-mail system?
6  A   I think so.
7  Q   And then in this e-mail transmission you attach
8      your deviation report.  If you look at your
9      deviation report, you indicate "We continue to be
10     below the 30,333 gallon fuel use limitation for
11     the entire OP building."
12 A   Yes.
13 Q   Was that true at the time?
14 A   Yes.
15 Q   And then you say "Engine testing has ceased at
16     these test stand locations and will not resume
17     until approved by the department."
18 A   Yes.
19 Q   Were you confident at that time that the engine
20     testing had in fact ceased?
21 A   Yes.
22         MR. DeGEORGE:  Where are we in the
23     scheme of things?
24         MR. HERRMANN:  We're close, Steve.
25 Q   You have Plaintiff's Exhibit 32.  Do you recall

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 185

1  this e-mail?
2  A  I don't recall.
3  Q  Did you have any role in processing purchase
4  orders for the AVL relationship?
5  A  None.
6  Q  Do you recall what question you asked of
7  Pete DiCaro that he's responding to in his
8  June 22nd e-mail?
9  A  I don't recall.
10 Q  You have Plaintiff's Exhibit 68.  Do you recall
11 this exhibit?
12 A  I don't recall.
13 Q  Do you recall what happened with the non-permitted
14 stacks in the wake of their shutdown following the
15 WDNR's notice?
16 A  I recall that the two test stands that were
17 reported in deviation were reconnected and
18 re-piped to stacks that were within the permit.
19 Q  Did you have any understanding of whether only one
20 engine could run at a time in paragraph 1?
21 A  I recall the way they did the piping it was
22 connected to both, but they ran a blank flange so
23 that it would be directed to the permitted stack.
24 Q  So there was a redirection of exhaust from AVL
25 tested engines to permitted stacks from

---

Page 186

1  non-permitted stacks, correct?
2  A  Correct.
3  Q  Do you have any understanding of what impact that
4  had on AVL's ability to test those engines?
5  A  I wouldn't know that.
6      (Exhibit No. 124 marked for
7      identification)
8  Q  You have Plaintiff's Exhibit 124.  Do you
9  recognize it?
10 A  I don't recognize it.
11 Q  Do you recall the subject matter of the permit
12 currently under review being withdrawn?
13 A  I do.
14 Q  Why was that done?
15 A  Because what was submitted originally in 2008 was
16 no longer accurate.
17 Q  Why not?
18 A  AVL was now testing on different test stands.
19 There were different engines.  We wanted to get
20 the information as accurate as possible.
21 Q  Is that all you recall about it; just to make sure
22 that it was as accurate as possible?
23 A  Yes.
24 Q  By withdrawing that application, did that
25 eliminate what was then in process to get

---

Page 187

1  additional fuel burn?
2  A  Yes.  But, again, it couldn't have been processed
3  because it wasn't accurate.
4  Q  And you said you would submit a new one?
5  A  Yes.
6  Q  When would that happen?
7  A  I don't recall that there was ever one submitted.
8  Q  Do you know why?
9  A  Because of the fuel use limitation in the OP
10 building, AVL wasn't able to fulfill contract
11 requirements with their customers.  I believe then
12 there was no longer a need.
13 Q  How did you come to learn about that issue of AVL
14 not being able to fulfill its contracts with its
15 customers?
16 A  I learned of that through Bob Maly at AVL.
17 Q  Did you hear it from anyone internally at FME?
18 A  I'm unsure.
19 Q  When did Bob Maly tell you that?
20 A  Him and I worked closely.  We probably talked
21 daily in light of the situation to try to figure
22 out the best avenue to move forward.  I don't
23 recall a date.
24      (Exhibit No. 125 marked for
25      identification)

---

Page 188

1  Q  You have Plaintiff's Exhibit 125.  Do you recall
2  receiving this e-mail from Mr. DiCaro?
3  A  I don't recall.
4  Q  Do you recall having any discussions with anyone
5  at FME about the building lease for the OP
6  building?
7  A  I don't recall.
8  Q  For any purpose whatsoever?  No?
9  A  No.
10 Q  You have Plaintiff's 34.  Have you seen this
11 document before?
12 A  I don't recall.
13 Q  Do you recall attending a June 28, 2011, meeting
14 where any of the items listed on this agenda were
15 discussed?
16 A  No.  I'm sorry.  I don't recall.
17 Q  You have Plaintiff's Exhibit 38.  Do you recall
18 this document?
19 A  I don't recall.
20 Q  Do you recall ever preparing what you understand
21 to be a letter terminating or not renewing the
22 master agreement with AVL?
23 A  I don't believe I prepared this.
24 Q  Do you recall the voicemail you left with
25 Barb Spencer?

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 189

1  A  I do not.
2  Q  Was Barb George Whittier's assistant at the time?
3  A  I'm not sure I recall who Barb is.  She must have
4     been.
5  Q  Did you have any personal involvement at any time
6     with any letter that purported to terminate or not
7     renew the master agreement?
8  A  I believe I had discussion with the EnPro legal
9     counsel.
10 Q  I don't want to hear about those.
11 A  I understand.  That's all I think I know.
12 Q  All right.  Did you have any involvement with or
13    any understanding of whether such a letter ever
14    was delivered or not delivered to AVL?
15 A  I was involved with a meeting or in a meeting
16    where George presented a letter stating to AVL
17    that we would not renew their contract.
18 Q  How did you know what was in that letter?
19 A  It may have been sent to me from EnPro legal.
20 Q  May have been.  Do you know whether it was or not?
21 A  I don't recall.
22 Q  Do you know whether the letter was or was not
23    delivered?
24 A  The letter was delivered in a meeting.
25 Q  How do you know what was in the letter?

---

Page 190

1  A  I believe that EnPro legal drafted the letter, and
2     I think I sent it on to at the time it would have
3     been Barb to put it on his letterhead.
4  Q  Do you know whether that was done?  Whether it was
5     put on his letterhead?
6  A  It was absolutely done.
7  Q  Was that Plaintiff's Exhibit 38?
8  A  Yes.
9  Q  Now, if you look at the attachment, it's dated
10    June 30, 2011?
11 A  Yes.
12 Q  Is that the letter you're referring to?
13 A  Yes.
14 Q  So it was put on George Whittier's letterhead at
15    this point?
16 A  I believe so.
17 Q  And did Mr. Whittier sign this letter?
18 A  I'm sorry.  I don't recall that.
19 Q  So you don't know if he signed the letter?
20 A  No.
21 Q  If you don't know if he ever signed the letter,
22    what causes you to remember that a letter that he
23    signed was delivered?
24 A  I remember being in a meeting with AVL.  It was
25    the first time that I had met the new president.

---

Page 191

1     In that meeting I remember George handing them
2     this letter.
3  Q  Did you review the letter as George handed it
4     over?
5  A  I did not.
6  Q  How do you know it was this letter?
7  A  Because he said during that point in time that it
8     was a letter to not extend the contract.
9  Q  George said this?
10 A  Yes.
11 Q  And who was present at the meeting?
12 A  There were several people in attendance.
13    John Bottorff definitely was there.  I remember
14    Chet Ritters (sic) was there.  Pete DiCaro would
15    have been there.
16 Q  Is that Chet Rickers?
17 A  Yes.  I'm sorry.  Yes.  Thank you.
18 Q  Did you get a copy of the letter that was
19    delivered?
20 A  I did not.
21 Q  Did you ever see the letter that was delivered?
22 A  I did not.
23 Q  So the only thing is you heard Mr. Whittier say
24    that the letter he was handing was a letter not
25    renewing the agreement?

---

Page 192

1  A  Yes.
2  Q  Where was that meeting held?
3  A  Fairbanks Morse Engine in the president's
4     conference room.
5  Q  Do you remember the date?
6  A  I do not recall.
7  Q  Did you keep any notes of that meeting?
8  A  I don't recall.
9  Q  Why were you in attendance?
10 A  I don't recall.
11 Q  Do you remember what else was discussed at that
12    meeting?
13 A  I believe this is the meeting that we were still
14    trying to figure out any other solutions to help
15    AVL test their engines, and I recall bringing up
16    -- I think I was sitting next to Chet.  I said I
17    don't know if this is even a possibility, but
18    maybe there's some testing that could be done in
19    the large engine building.
20 Q  You have Plaintiff's Exhibit 44.  Are these your
21    notes?
22 A  They are not.
23 Q  Do you recognize the notes?
24 A  Yes.  I recognized the handwriting.
25 Q  The handwriting is?

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 193

1 A  John Bottorff.
2 Q  And this is dated 9/23/2011. It's got attendees
3     identified from AVL and FME, correct?
4 A  Yes.
5 Q  Do you recall from this whether it was the
6     September 23, 2011, meeting where George Whittier
7     discussed the non-renewal?
8 A  I'm sorry. I don't remember.
9 Q  You don't remember?
10 A  No.
11 Q  Do you know if the meeting you recall was before
12     or after this one?
13 A  I couldn't say.
14 Q  If you turn to the last page, there's a note at
15     the end: "George, I can draft letter of not
16     renewing." Do you see that?
17 A  Yes.
18 Q  Do you know what that refers to?
19 A  I'm assuming it's this letter marked FME 002881.
20 Q  Well, that was for June, right?
21 A  Yes. I'm unsure.
22 Q  Unsure of what?
23 A  What that is a reference to.
24 Q  Do you know whether the letter that you have
25     described was delivered before or after

Page 194

1     September 23 of 2011?
2 A  I would not know.
3 Q  You seem to have a pretty good memory of the
4     meeting where the letter was delivered. Did you
5     review anything prior to the deposition that
6     refreshed your memory about that?
7 A  No. There's just a few meetings that are very
8     familiar in my mind.
9 Q  Why is that one familiar in your mind?
10 A  Because when I had brought up the large engine
11     building with Chet -- you could feel that he was
12     very appreciative that we were still working with
13     them to find other avenues to work with them.
14 Q  Was it you who first brought up the use of the
15     large engine building?
16 A  I believe so, but it was, again, with no
17     commitments. It was just brainstorming ideas when
18     I had brought it up.
19 Q  You have Plaintiff's Exhibit 40 previously marked.
20     Do you recall this e-mail?
21 A  I do not specifically recall it.
22 Q  Does this relate to use of the large engine
23     building for testing?
24 A  I believe so.
25 Q  What do you recall about the discussions about

Page 195

1     that going forward?
2 A  Again, we were trying to find out if there were
3     any other alternatives to allow AVL to test
4     engines for their customers.
5 Q  Were you involved in any discussions about
6     potentially rewriting the master agreement?
7 A  I would not have been.
8         MR. HERRMANN: I'm doing my best to
9     reduce this to cut this short.
10         (Exhibit No. 126 marked for
11         identification)
12 Q  You have Plaintiff's Exhibit 126. Do you recall
13     this document?
14 A  I don't recall.
15 Q  The attachment appears to be a rollup of potential
16     costs per a quote from Universal Silencer dated
17     10/22/10; is that right?
18 A  That's what it looks like.
19 Q  And then the chart on the right -- that's all of
20     the costs that would be associated for various
21     points at that facility?
22 A  Yes.
23 Q  And that includes both the large engine and OP
24     building --
25 A  Yes.

Page 196

1 Q  -- sites? So that would include FME locations in
2     use as well as AVL locations in use?
3 A  Yes.
4 Q  Why was this estimate done back in October of
5     2010?
6 A  I believe it was in reference to the change in
7     federal regulations to State adoption. Yes.
8 Q  So does this relate to forward looking at some
9     point FME would have to put controls on its
10     stands?
11 A  I'm not sure exactly what this references, but
12     that quote from them would have been forward
13     looking.
14 Q  Forward looking to a time when it would be
15     required for FME to spend that money and put those
16     controls on?
17 A  When it would be required for FME to evaluate if
18     controls were necessary due to the change in the
19     regulation.
20         (Exhibit No. 127 marked for
21         identification)
22 Q  You have Plaintiff's Exhibit 127. Do you recall
23     this?
24 A  I don't recall.
25 Q  There's a mention here in item number 2 of SEP

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

---

Page 197

1   review. "Is there any negative aspect to this?"
2   Do you recall what that referred to?
3 A  I'm sorry.  I do not recall.
4        MR. HERRMANN: Let's go off the
5   record for a minute.
6        (Recess)
7 Q  Ms. Mosley, what were the circumstances under
8   which you left FME?
9 A  I had another job opportunity.
10 Q  And that was your current opportunity?
11 A  That's correct.
12 Q  Were you dismissed from FME?
13 A  I was not.
14 Q  You left voluntarily?
15 A  Yes.
16 Q  Did you leave with any form of separation package?
17 A  No.
18        MR. HERRMANN: I have no further
19   questions.
20        MR. DeGEORGE: I just have a
21   couple.
22
23        EXAMINATION
24 By Mr. DeGeorge:
25 Q  I want to pin down a couple days.  I'll be very

---

Page 198

1   brief.  We need to look at 122 and 123.  I just
2   want to clarify two dates that I think you
3   testified about earlier today, Ms. Mosley, that
4   you thought Donald Faith with DNR had made the
5   comment about not using certain stacks at a
6   meeting on June 11th.  Then I think it was
7   subsequent testimony which suggested that comment
8   was made at a meeting on June 15th.  If you look
9   at Exhibit 122, the e-mail from Mr. Graeber to a
10   number of people including you -- this is Friday,
11   June 17.  It says "The meeting with WDNR on
12   Wednesday did not go well."  Does that clarify the
13   date issue at all in your mind?
14 A  Yes.  I think it was Wednesday, June 15, 2011.
15 Q  At which Mr. Faith made that comment?
16 A  Yes.
17 Q  If you could look at Exhibit 123, your deviation
18   report --
19 A  Yes.
20 Q  On column four it says "Date Deviation Previously
21   Reported to DNR," and it says 6/17/11."  What does
22   that signify to you?
23 A  That would signify the date that I called
24   Brian Barbieur.
25        MR. DeGEORGE: Thanks.

---

Page 199

1   I don't have any other questions.
2        MR. HERRMANN: Nothing further.
3   Thank you.
4        (Adjourning at 5:51 p.m.)

---

Page 200

1   STATE OF WISCONSIN )
2   COUNTY OF DANE      ) ss.
3        I, SUSAN C. MILLEVILLE, a Court Reporter
4   and Notary Public duly commissioned and qualified in
5   and for the State of Wisconsin, do hereby certify
6   that pursuant to notice, there came before me on the
7   20th day of November 2015, at 9:52 in the forenoon,
8   at the offices of Whyte Hirschboeck Dudek S.C.,
9   Attorneys at Law, 33 East Main Street, the City of
10   Madison, County of Dane, and State of Wisconsin, the
11   following named person, to wit:  JULIE R. MOSLEY, who
12   was by me duly sworn to testify to the truth and
13   nothing but the truth of her knowledge touching and
14   concerning the matters in controversy in this cause;
15   that she was thereupon carefully examined upon her
16   oath and her examination reduced to typewriting with
17   computer-aided transcription; that the deposition is
18   a true record of the testimony given by the witness.
19        I further certify that I am neither
20   attorney or counsel for, nor related to or employed
21   by any of the parties to the action in which this
22   deposition is taken and further that I am not a
23   relative or employee of any attorney or counsel
24   employed by the parties hereto or financially
25   interested in the action.

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

Page 201

1          In witness whereof I have hereunto set my
2    hand and affixed my notarial seal this 30th day of
3    November 2015.
4
5                    Notary Public, State of Wisconsin
6
7    My commission expires
     June 27, 2017
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

**$**

**$20,000 (1)**
122:21

**/**

**/// (4)**
119:25;122:25;
146:25;179:25

**A**

**abided (1)**
143:18
**ability (3)**
42:11;60:25;186:4
**able (5)**
11:7;17:10;19:13;
87:21;94:18;110:16;
116:24;152:1;153:24;
187:10,14
**aboard (1)**
22:3
**above (6)**
36:10,13;51:15;
70:23;74:21;106:3
**absence (1)**
171:23
**Absolutely (3)**
70:24;171:8;190:6
**acceptable (1)**
162:16
**accepted (1)**
58:2
**access (1)**
61:12
**accord (1)**
64:20
**according (6)**
131:23;141:1,15;
151:25;152:21;177:15
**accuracy (2)**
124:23;125:3
**accurate (7)**
101:18;121:7;160:3;
186:16,20,22;187:3
**accustomed (1)**
116:22
**achieve (3)**
53:17;55:24;56:6
**achieved (8)**
19:16,20;52:25;53:5,
12;56:3;59:6;60:15
**acknowledge (1)**
119:2
**across (1)**
54:4
**activities (1)**
132:9
**actual (1)**
39:24

**actually (11)**
13:24;18:7;36:8;
41:22;60:22;69:10;
75:8;117:1;120:10;
132:5;158:13
**adamant (1)**
82:17
**added (2)**
55:8;145:6
**adding (1)**
61:6
**additional (20)**
23:17;45:13;55:9;
72:3;74:16,21,23,25;
75:6,11,21;104:8;
118:23;122:14;127:18;
128:2;140:4;151:12;
157:22;187:1
**add-on (1)**
152:22
**address (7)**
6:15;50:3,5;72:15;
134:14;142:21;176:3
**addressed (4)**
21:25;126:8;143:25;
170:24
**addresses (1)**
35:11
**Adjourning (1)**
199:4
**adjustments (1)**
147:21
**administration (1)**
53:19
**admittedly (1)**
40:6
**admonition (1)**
94:14
**adopt (1)**
148:6
**adopted (2)**
149:3,13
**adoption (3)**
148:25;150:3;196:7
**adults (1)**
53:15
**advantage (1)**
70:22
**advice (1)**
64:23
**advised (1)**
94:9
**advising (1)**
93:25
**AFL (1)**
78:9
**afraid (1)**
161:17
**afternoon (1)**
92:13
**aftertreatment (11)**
67:11,16;68:4,24;
141:23;148:1,16;

149:20;150:13;152:20;
153:11
**afterward (2)**
135:11;169:9
**again (42)**
15:23;23:14;33:25;
39:6,10,19;44:20;46:3,
7;47:21;53:1;61:18;
64:10;66:20;71:25;
85:19;87:4;89:25;
102:20;103:10;115:8;
118:3;119:15;120:14;
123:3,13;130:10;
136:11;142:13;143:3;
150:7;152:21;153:15;
161:2;162:14;167:17;
169:1;171:9;173:12;
187:2;194:16;195:2
**against (1)**
150:1
**agenda (1)**
188:14
**agree (3)**
41:24;73:7;179:16
**agreed (1)**
76:19
**agreement (5)**
65:24;188:22;189:7;
191:25;195:6
**ahead (9)**
56:20;57:4;74:13;
141:9;145:23;156:10;
170:7;171:17;173:11
**ah-hah (1)**
173:18
**air (53)**
7:17,19,24;8:7,9,14,
15,16;9:15;16:2;18:25;
20:6;29:4,22;30:1,20,
23;32:1;33:15;34:15;
38:18;42:9,12;54:21,
23;55:14;63:14;64:22;
65:5,6;67:20;68:5,17;
70:25;71:19,22;75:3;
82:1;84:15;102:3;
105:6;116:16,25;
117:20;119:2;124:8;
134:17,18;135:24;
137:14;150:8;163:23;
181:10
**Alco (3)**
110:24;111:2;115:9
**allocations (1)**
23:11
**allow (6)**
19:13;111:6;116:25;
153:23;157:22;195:3
**allowed (7)**
17:3;21:1;22:5,6;
35:1;76:20;110:13
**allowing (2)**
94:21;127:13
**along (4)**

8:3;44:24;49:16;
122:21
**alternative (1)**
118:9
**alternatives (9)**
21:16;22:22;81:11;
82:20;157:21;161:1;
172:14;179:24;195:3
**always (3)**
99:24;100:14;131:3
**among (2)**
103:1;176:2
**amount (4)**
74:25;128:11;
148:20;180:9
**analysis (10)**
72:15,18;73:4;74:6;
109:24;118:24;121:25;
126:5;141:10;152:3
**annual (4)**
102:16;104:2,5;
123:16
**answered (1)**
29:7
**anticipate (1)**
79:24
**anticipation (1)**
147:12
**apologize (8)**
48:22;52:18;53:24;
57:15;103:21;133:14;
145:14;173:12
**apology (1)**
133:23
**appear (4)**
37:22,24;49:13;
124:10
**appeared (1)**
165:2
**appears (4)**
97:23;116:3;124:7;
195:15
**Appendix (2)**
89:17,21
**application (112)**
8:2,7,9,9;13;11:9;
12:15;14:2,4,8,10;
15:14;16:3;17:10;19:1,
11,22,24,25;20:1;29:4,
23;30:2;31:14;32:1,4,
5;33:6,12,15;34:16;
38:18,20,23;39:14,16,
21,25;43:10;44:22,23;
47:3;50:19;68:6;69:21;
70:25;71:11;72:11,14;
73:12,20,23,25;74:3,5,
9;75:4,22;76:6,7;
95:13,14;96:7,10;
106:14,19;110:9;
119:3;121:23;123:5,
16;125:5,23;126:25;
127:5;128:4,23;130:5,
18,21;133:7,9,11,14,

17;134:4;137:14;
139:14;140:16;142:8,
21;144:16;146:19;
155:21;156:3,4;159:4,
21;160:15;162:10,16;
163:25;164:7;165:3,9,
18,21;166:6,19;181:14,
22;182:2;186:24
**applications (2)**
97:1;142:18
**applied (5)**
10:10;11:24;69:10;
129:8;153:9
**applies (1)**
39:6
**apply (7)**
65:19;148:12;153:5;
154:9;155:22;156:4,7
**appreciate (3)**
77:22;119:20,21
**appreciative (1)**
194:12
**approach (1)**
48:14
**approached (1)**
75:8
**appropriate (4)**
32:3;72:13;126:18;
170:10
**approval (4)**
13:9;20:2,5;51:1
**approved (2)**
34:10;184:17
**April (16)**
16:22;22:24;24:4;
103:14,22;104:10,16;
105:19;150:20;152:12,
16;156:7,14;168:13,
15;173:5
**April-ish (1)**
172:11
**April-May (1)**
171:3
**area (7)**
24:11;53:24;113:12,
13;131:20;134:22;
144:4
**argue (2)**
76:19;91:21
**argument (1)**
92:8
**arise (2)**
168:5,9
**arose (1)**
58:15
**around (8)**
30:15;55:25;56:4;
60:15;98:2;104:15;
149:16;168:13
**arrangements (1)**
28:22
**ascribe (1)**
108:15

WWW.FORTHERECORDMADISON.COM
For the Record, Inc. / (608) 833-0392

aside (3)
65:17,22;121:13
aspect (1)
197:1
asserts (1)
141:16
assigned (18)
18:19;23:21,25;
27:20,23;28:4;30:3,17,
18,25;32:23;33:13,17,
17;34:5;82:1;164:12;
165:7
assigning (2)
27:6;34:24
assist (1)
105:16
assistant (2)
111:24;189:2
associated (7)
32:24;33:2;37:10,15;
115:24;182:10;195:20
association (1)
33:4
assume (5)
66:15,18;70:13;
90:17;148:11
Assuming (3)
160:12;174:17;
193:19
assurances (2)
110:15,18
attach (1)
184:7
attached (5)
37:4;100:9;105:9;
121:8;174:25
attachment (2)
190:9;195:15
attempting (1)
146:3
attend (2)
62:24;179:8
attendance (4)
172:21;177:15;
191:12;192:9
attendees (2)
173:15;193:2
attending (4)
156:25;177:13,23;
188:13
attention (10)
9:6;21:11;66:7;
77:15;78:4,11;79:14;
117:9;143:21;168:14
attorney (7)
16:16;76:9;170:16,
19,21,21,23
attorney-client (2)
91:22;92:9
Aubin (2)
101:10;128:1
August (2)
5:17;8:23;9:2;17:23;

18:2;28:2,6,10,17;29:1,
10,13,18;30:12,17;
38:12;121:22;122:3,
18;131:24;136:4,8,9,
21;138:14
authorities (1)
100:25
authorize (1)
61:21
automated (1)
145:15
availability (1)
19:11
Available (2)
68:11;125:24
avenue (3)
112:15;151:25;
187:22
avenues (1)
194:13
average (7)
93:22;98:20,22;
104:2,5,6,13
AVL (231)
6:11,11;8:8;16:17,
21,23;17:5,7,12,12,24;
18:2,13,19,20;19:3,4,8,
9,18;20:2,4,7,10,18;
21:1,6,10,11,24;22:3,
17,22,25;23:10,12,15,
21,25;27:3,6,15,20,23;
28:4,8,10,18,20,24;
29:1,9,14;30:2,6,7,11,
25;31:13,15,24;32:6,
15,23;33:13,17,21;
34:4,7,8,12,14,18,23;
35:1;38:24;48:12;
61:16,25;62:8,10;
71:13;73:12,13,15,22;
74:6;75:10,25;76:22;
77:19;78:5,11,19,20,
25;79:10,13;80:3,7,14,
18,22;82:10,23;83:19,
20;84:9,19;85:5,7,8,9,
12,19;86:3,12,14,17;
87:24;88:7,10,14;
90:19;92:6,18;93:11;
94:2,11;101:7,18;
103:4;110:19;115:18,
24;116:14;118:10;
122:22;123:25;124:10,
14,14,15,18,20;125:7,
16;127:3,8,11,16,18,
20,21,24;128:16,22;
129:1,11,22;130:1,3,8,
10,21;131:1,8,16;
135:6;137:2;138:25;
139:7;140:15;147:17,
19;148:11;149:25;
150:6,11,22;151:18;
157:20;158:4,9,13,20;
159:9,15,23,25;160:5,
12,16,20;161:25;164:9,

12,15;165:5,7,15;
166:4,15;167:13,24;
168:2,6;169:19;
170:22,23;172:13,19;
173:21,23;176:3;
181:24;182:5;185:4,
24;186:18;187:10,13,
16;188:22;189:14,16;
190:24;192:15;193:3;
195:3;196:2
AVL's (2)
29:19;186:4
aware (3)
78:23;80:20;143:17
Axel (2)
101:10;128:1

B

bachelor's (4)
52:14,15,21,22
back (26)
12:23;43:19;47:3,11;
48:8;52:20;54:15;71:7;
89:11;92:2;94:25;95:8;
104:15;113:3;126:19;
127:16;132:22,24;
136:11;145:23;160:18;
163:4,15;164:22;
178:14;196:4
backed (5)
112:18,25;113:5,12,
14
background (2)
52:8;82:3
backgrounds (1)
60:24
BACT (26)
68:7,18,20,23;69:7;
70:1;71:3,17,24;72:15,
18;73:1,9;74:10,15,18;
75:7,20;117:23;126:5;
140:24;141:5,10,14,17,
21
B-A-C-T (1)
68:8
bad (1)
73:5
Barb (4)
188:25;189:2,3;
190:3
Barbieur (15)
79:18,20;80:6,17,25;
81:7;83:9;85:1;120:4,
9,20;144:2;180:14;
181:3;198:24
based (18)
10:16;32:1;33:25;
43:13;47:22;74:6;
84:10;99:13;110:9;
128:11;129:6;140:1;
141:16,22;154:23;
162:1;162:15;170:17

basis (2)
82:8;93:4
became (5)
44:19;76:11,12,23;
133:15
become (4)
39:17;93:10;148:7,
20
becoming (1)
127:12
beds (1)
98:8
beforehand (1)
175:21
befuddled (1)
119:19
began (6)
19:18;20:4,10,13;
34:12,14
begin (5)
19:14;60:17;68:2;
148:18;149:10
beginning (3)
61:16;93:14;107:13
begins (1)
34:8
behalf (7)
14:11;41:4;50:24;
66:14;76:19;77:1;
94:19
behind (1)
114:6
Beloit (7)
6:16,22;7:20,24;
8:25;10:12;53:14
below (3)
75:13;153:20;184:10
best (26)
11:17;22:10;42:11;
51:11;52:13;53:2;
57:14;68:11,14;70:14;
71:24;72:19;78:7,17;
88:20;92:23;96:22;
112:17;119:23;125:23;
131:5,7;144:3;147:11;
187:22;195:8
better (5)
77:8;81:3;105:22;
106:10;175:14
beyond (2)
74:21;128:3
biggest (1)
158:25
Biosciences (1)
6:20
bit (3)
73:2;85:15;142:13
blank (2)
49:24;185:22
Bob (4)
172:22,25;187:16,19
bold (2)
143:7,7;153:4;

178:17,21
booth (1)
107:21
both (10)
50:8;59:17,18;61:6;
78:8,19;156:11;
166:22;185:22;195:23
bottom (8)
42:21;98:12;102:25;
105:20;107:13;115:8;
122:17;139:5
Bottorff (9)
25:2;87:4;168:19;
173:8;174:12;177:24;
178:2;191:13;193:1
bound (1)
132:23
bounds (1)
151:20
brainstorming (1)
194:17
Bratton (3)
25:15,22;26:10
break (10)
6:3,4;28:17;39:1;
41:12;86:23;92:3;
138:2;152:14;171:15
breaks (1)
53:16
Brian (13)
79:18,20;80:6,17,25;
81:7;120:4,9,20;144:2;
180:14;181:3;198:24
brief (1)
198:1
bring (4)
56:12;62:19;117:9;
161:10
bringing (3)
20:8;163:15;192:15
broad (1)
155:4
broader (1)
91:22
brought (11)
76:8,12;81:9;82:18,
21;161:8;163:3;
176:16;194:10,14,18
BROWN (1)
97:15
BS (1)
56:16
build (1)
116:23
building (59)
8:22;10:12,17,23,24;
11:2;17:17;18:3,21,18;
22:2,11;23:6,22;30:8;
36:17,18,20,20,23,23;
37:5;47:23;50:8,9;
67:13,17;69:8;88:23;
93:19;94:21;107:16;
110:17;114:21;115:14;

116:10;121:5,11;
123:18,20;132:6;
134:19;137:24;140:4,
9,13;143:15;144:11;
160:4,13;168:10;
184:11;187:10;188:5,
6;192:19;194:11,15,
23;195:24
**buildings (1)**
　50:6
**bullet (11)**
　47:15;110:22;115:8;
137:1,5;152:21,22;
153:3;156:12;161:24;
166:13
**bulleted (1)**
　178:18
**bullets (2)**
　46:14;158:3
**burn (13)**
　94:16;99:11;100:3;
101:5,7,17,21,23;
102:7;142:22;147:16;
154:15;187:1
**burned (1)**
　121:4
**business (5)**
　53:18;151:24,25;
153:20,22

# C

**C21A (1)**
　37:1
**Cal (12)**
　99:20,21;100:13,14,
16;101:4;104:17,23;
105:1,2,4;121:3
**call (11)**
　9:5;61:20;62:22;
79:16;80:6,13,16;
89:11;103:4;180:22;
183:20
**called (16)**
　5:2;37:8;44:1;57:13;
63:9;67:10;75:14;
77:15;79:14;85:1,4;
180:17,18,18;181:3;
198:23
**calling (1)**
　119:21
**calls (1)**
　103:6
**Cal's (1)**
　100:19
**came (25)**
　13:15;15:9;22:3,17;
23:18;26:17;62:8;66:7;
71:25;75:25;78:3,11;
81:11;86:6;105:23;
106:11;120:10;131:19;
132:5;135:9;136:11;
148:11;155:12;157:8;

168:14
**campus (2)**
　53:25;54:3
**campuses (1)**
　54:4
**can (47)**
　6:3;7:6;9:1;13:4,5,6;
16:7;25:20;32:3;39:1;
43:14;46:9;47:7;48:25;
52:13;53:2;57:14,17;
65:1,17;68:14;74:1,12,
17;90:2;91:16;92:15;
95:24;96:9,22;104:6,
18;106:7;112:16,17;
116:2;121:13;136:14;
141:9;142:6;147:11;
148:22;149:8;164:15;
171:14;182:12;193:13
**capability (1)**
　113:7
**capital (1)**
　138:23
**Cardinal (2)**
　53:5,9
**career (2)**
　60:20,21
**carried (1)**
　145:2
**case (9)**
　6:12;8:20;64:5,6;
92:10;125:13;141:21;
142:25;167:22
**categories (1)**
　128:16
**category (2)**
　70:4;121:9
**cause (1)**
　22:14
**causes (1)**
　190:22
**ceased (1)**
　184:15,20
**cells (2)**
　30:3;33:17
**Center (1)**
　63:10
**certain (17)**
　30:22;31:9;59:16;
64:16;65:12;68:19;
72:10;74:15;79:2;
82:20;96:3;105:16;
128:8,11;155:23;
181:6;198:5
**certainly (2)**
　20:21;157:8
**certification (4)**
　55:18;59:20;63:14;
102:16
**certifications (2)**
　56:6;59:12
**Certified (1)**
　55:23
**chain (5)**

97:8,19;98:11;
102:18;121:19
**change (14)**
　5:14;26:6;48:4,10;
92:23;110:10;139:24,
25;142:25;144:14;
149:6;154:18;196:6,18
**changed (4)**
　48:15;101:15;
154:15;160:8
**changes (22)**
　20:23;67:19;68:3;
73:14;139:6;147:13,
24;148:4,6;149:12;
150:7;152:6,7,16,17;
154:4;155:5,17,19;
162:17;178:20,22
**charge (4)**
　38:11;48:17;66:11;
89:24
**chart (2)**
　63:25;195:19
**check (2)**
　71:25;72:12
**chemistry (1)**
　58:25
**Chet (4)**
　191:14,16;192:16;
194:11
**CHMM (3)**
　55:21;59:6;63:14
**chose (2)**
　30:7;34:16
**circumstances (1)**
　197:7
**clarification (4)**
　51:4;126:2;175:2,5
**clarify (4)**
　5:25;35:13;198:2,12
**clarity (1)**
　41:18
**classes (4)**
　55:7,10,16;59:16
**clean (2)**
　42:10;143:1
**clear (7)**
　76:15,23;151:15;
161:3,4;180:25;181:20
**clearer (1)**
　127:12
**clearly (2)**
　27:24;77:1
**clock (1)**
　98:2
**close (4)**
　64:11;150:1;157:19;
184:24
**closely (1)**
　187:20
**closing (1)**
　21:17
**coach (1)**
　119:16

**cognizant (1)**
　148:20
**collect (1)**
　106:21
**collected (1)**
　99:11
**college (3)**
　56:11,13,15
**column (2)**
　109:10;198:20
**columns (1)**
　109:9
**combined (3)**
　44:21;123:18;147:17
**coming (10)**
　10:1;61:16;62:11;
67:20;92:19,24;
127:23;148:4;150:1;
155:17
**comment (4)**
　126:10;198:5,7,15
**commented (1)**
　83:2
**comments (2)**
　126:20,21;174:14
**commitments (1)**
　194:17
**communication (3)**
　14:11;63:11;111:16
**company (16)**
　6:21;41:15;50:15;
52:3;57:12,16,19;59:9;
61:11;63:4,9,18;
112:12;113:9,18,23
**company-issued (4)**
　112:7,8,11;114:3
**company's (2)**
　70:14,22
**compiling (1)**
　141:1
**complete (1)**
　72:11
**completed (3)**
　62:2;110:11;120:9
**compliance (58)**
　7:20;16:18;20:22;
24:14,15,17,21;25:14;
26:3,12,19,23;27:1;
33:25;38:12;45:19,20;
47:21,25;48:18;55:14;
58:6,10,11;59:4;60:6,
10;62:10,14,20;63:5;
64:9;67:20;76:10;
79:17;80:13;84:15;
85:9;99:3,6;102:2,3,6,
9,12,13,16;105:5;
110:5;120:8;134:17,
18;153:12;161:3;
169:22;170:16;180:19,
20
**comply (1)**
　148:15
**component (2)**

66:24;71:24
**computed (1)**
　125:19
**computer (8)**
　112:2,12;113:6;
114:3;145:12,12;
146:7,9
**con (4)**
　158:4;161:7,14;
169:23
**concentration (3)**
　54:5;57:20;58:24
**concern (8)**
　22:15;81:22;160:2;
168:5,6,14,16;176:7
**concerned (3)**
　104:3;117:3;177:1
**concerns (3)**
　116:19;134:14
**conclusion (3)**
　10:21;83:6;86:7
**conducted (3)**
　10:14;15:5;152:3
**conference (2)**
　103:4;192:4
**confident (5)**
　83:24;85:4;101:17;
125:22;184:19
**confidentiality (1)**
　124:16
**confirm (1)**
　141:5
**confused (2)**
　40:6;42:15
**confusing (3)**
　47:23,24;103:19
**connected (12)**
　67:23;68:1;82:9;
168:11;173:19;182:19,
22;183:2,4,7;184:3;
185:22
**connection (3)**
　41:25;51:21;67:12
**cons (5)**
　158:3;161:25;
166:13;169:19;176:18
**consecutive (1)**
　53:16
**consent (1)**
　65:14
**consider (2)**
　75:2;149:5
**considered (7)**
　12:4;14:17;51:23;
69:23;71:1,3;160:21
**consist (2)**
　63:20;134:7
**consolidated (1)**
　140:24
**constitute (1)**
　127:7
**construct (1)**
　139:16

construction (68)
8:3,7,15,16;17:9,10;
18:25;19:10;29:4,22;
30:21,23;31:12,22;
32:5;39:14,24;40:3;
42:14,16,23;43:5,7,10,
12,23;44:1,3,7,20,24;
51:7;59:1;73:11,24;
74:5;75:3;82:1;95:12,
14;116:16;123:5;
137:14;142:15,17;
144:16;146:24;148:8;
150:8;153:9;154:10,
11;155:15;156:3;
158:6,22;159:4;162:9;
163:17,19,21;164:7;
165:3,21;166:19;
167:7;181:21;182:1

consult (1)
10:3

consultant (8)
14:21,24;50:21,23;
51:13;105:13;129:15,
19

consulting (2)
10:8;57:19

consumption (3)
90:24;98:3;150:21

contact (7)
41:8;50:11,14,17;
51:3;64:24;79:6

contacted (2)
79:10;83:9

contained (2)
100:3;120:23

contamination (1)
134:14

contents (1)
89:21

context (2)
89:23;135:6

Continue (9)
53:4;56:20;57:4;
100:16;141:4,13;
153:21;161:18;184:9

continued (4)
83:24;84:9;100:19;
150:6

continuing (2)
59:13,17

contract (16)
18:9;87:25;88:3,7,
11,13,15;89:2,3,18;
90:1,18;129:3;187:10;
189:17;191:8

contracts (4)
27:16;93:2,6;187:14

contributing (1)
89:20

Control (5)
68:11;69:20;115:2;
119:3;120:14

controlled (1)

40:11

controls (12)
151:5,12,13,16,19;
152:23;153:2,23,25;
196:9,16,18

conversation (12)
16:15;17:6;28:20;
72:1;73:2;131:25;
132:8;133:10;136:15,
22;144:2;178:5

conversations (12)
17:19;21:9;34:7;
72:3;85:5;92:12,13,15;
128:1;131:17,18;171:4

convey (3)
17:4;49:17,20

conveyed (1)
110:19

cooling (1)
138:11

copied (1)
91:19

copy (6)
89:3,12;117:12;
133:6;134:5;191:18

Corbin (1)
174:7

corner (2)
115:3;123:14

corporate (3)
62:24;63:3;64:11

corrected (1)
144:3

correction (3)
143:11,14;144:5

corrections (1)
178:25

correctly (1)
71:23

cost (9)
70:6,6,7,9,15,23;
71:4;72:20;149:21

costly (1)
104:21

costs (5)
18:8;94:1;122:22;
195:16,20

counsel (6)
16:23;77:1,3;92:3,4;
189:9

couple (6)
80:6,17;103:16;
164:19;197:21,25

course (9)
53:18,19;54:17;
55:12;59:9;63:7;66:10;
80:1;111:11

courses (5)
54:19;58:17,22,23;
59:1

coursework (2)
55:16;62:14

court (2)

52:18;103:17

cover (5)
41:2,19;120:3;
139:22;169:12

covered (6)
38:7;86:8;107:6;
142:13;167:6;169:16

create (1)
112:2

creating (1)
115:21

credits (1)
59:17

criteria (3)
68:19,19,21

cross (1)
146:21

current (8)
6:15;42:23;109:5,11;
114:20;132:9;137:7;
197:10

currently (6)
6:17;45:8;74:22;
153:6;160:4;186:12

customer (3)
94:2,5;111:3

customers (3)
187:11,15;195:4

cut (1)
195:9

D

daily (2)
112:18;187:21

Dan (2)
140:23;150:22

data (24)
32:16;70:17;100:3;
101:2,17,21,23;120:12;
124:20,24;125:3,23;
126:2;127:18;128:2,7,
15,21;129:13,22;130:4,
14,22;131:1

date (32)
8:10;9:1;28:5,10;
30:22;53:2;65:1;85:12;
96:5,9,19,24;104:13;
126:13,17;136:22;
141:3;148:15,17;
149:7,8;150:3;157:24;
158:2;159:22;170:6;
180:25;187:23;192:5;
198:13,20,23

dated (5)
117:21;119:10;
190:9;193:2;195:16

dates (1)
198:2

dating (1)
126:10

Dave (3)
42:3;62:18;65:3

David (2)
64:25;105:15

day (16)
66:15;79:18;83:22;
84:3,3,21,23;85:6,24;
86:2,3,21;91:19;
112:19,23;120:13

days (6)
80:5,6,17;180:9;
183:22;197:25

deal (4)
31:6,7;63:14;70:14

dealing (3)
24:9;120:8;127:24

decide (1)
70:10

decided (1)
18:14

decision (8)
18:13,16;85:8;86:16;
176:10,11,12;177:1

decree (1)
65:15

deemed (5)
72:11;159:22;
160:16;181:16;183:3

deep (1)
141:7

definitely (3)
72:2;106:17;191:13

definitively (1)
158:16

DeGEORGE (25)
7:3;13:2,6;19:21;
28:12;39:1;65:14;89:6;
91:16;95:24;97:9,18;
119:7;19;121:15;
152:14;158:21,24;
166:11;177:6,9;
184:22;197:20,24;
198:25

DeGeorge's (1)
126:10

degree (3)
52:24;57:9;58:15

delete (1)
114:10

delivered (9)
189:14,14,23,24;
190:23;191:19,21;
193:25;194:4

delivery (1)
120:24

demonstration (7)
16:18;33:25;45:20;
47:22,25;84:15;161:3

demonstrations (1)
45:19

depart (1)
52:5

Department (6)
56:14,20;57:6;60:22;
91:14;184:17

Depending (2)
105:15;150:3

deposition (2)
5:20;194:5

describe (3)
68:12;124:7;148:3

described (16)
7:21;8:6;19:15,19,
22;20:14;25:4,10;
26:22;40:23;55:13;
78:8;128:23;167:5;
180:12;193:25

describes (2)
46:5;98:2

describing (1)
78:3

description (1)
54:13

design (2)
141:18,22

designate (1)
76:10

designated (3)
29:16,19;134:10

designations (4)
59:6;115:18;159:12;
160:8

detailed (1)
84:16

details (2)
106:1;141:10

deterioration (1)
75:15

determination (5)
70:18;80:12;83:1,4;
86:13

determinations (1)
68:18

determine (4)
14:22;38:14,16;
109:25

determined (1)
82:23

detour (1)
56:5

developed (2)
99:9,10

deviation (13)
20:22;80:4;102:13;
159:17;180:6,11;
182:13;183:9;184:8,9;
185:17;198:17,20

diagram (1)
49:12

DiCaro (9)
27:9;84:1,2,4;86:18;
101:12;185:7;188:2;
191:14

diesel (11)
69:5;71:15;92:17,25;
93:1,6,10,13;120:24;
123:17;147:13

difference (4)

8:14;23:9;36:6;43:7
**different (21)**
23:8;34:17;40:1,11;
51:20;53:10,11;55:4;
58:7;66:1;75:1,9;93:7;
97:19;162:2,4;165:7;
167:14,16;186:18,19
**difficult (4)**
93:3;125:10;127:20;
129:1
**direct (5)**
25:11;62:3;127:25;
168:22;176:6
**directed (3)**
80:8,10;185:23
**direction (1)**
121:21
**directly (4)**
26:13;50:18;61:18;
127:24
**director (1)**
64:21
**discovered (1)**
173:3
**discovery (2)**
76:4;170:11
**discuss (6)**
81:13;96:17;134:18;
173:21;176:7;178:12
**discussed (24)**
69:5;76:7;87:20;
88:22;98:5;115:10;
117:23;118:6,12,21;
123:8;138:13;161:17;
169:2;170:4;171:19;
172:6;175:1,3,6;
176:24;188:15;192:11;
193:7
**discusses (2)**
110:23;115:8
**discussing (8)**
81:11;88:5;97:17;
98:9;118:9;137:2,6;
138:23
**discussion (25)**
27:14;51:9;82:5,21;
84:3;85:20;92:1,3;
111:20;118:7,14;
134:16;135:1,17,19;
136:1;137:9,12;
138:10;170:1;171:7;
175:23;176:2;178:2;
189:8
**discussions (27)**
22:22;27:11,20;
30:10;67:15;68:2;
73:17;81:14;85:19,21;
88:9;90:18,20;116:25;
126:23;137:15;149:1,
10,18,22,25;161:1;
170:19;172:20;188:4;
194:25;195:5
**dismissed (1)**

197:12
**dispersion (1)**
14:22
**disregard (1)**
116:2
**distinction (1)**
108:8
**distribute (1)**
169:9
**distribution (1)**
93:17
**DNR (45)**
13:15,16;14:1;15:13;
39:15;45:18;51:9;72:2,
5,5,8;76:22;77:8,11;
79:16,19;80:5,15;
85:25;102:1;119:12;
120:4;126:19;127:12;
141:5;142:9;150:3;
154:3,5,7;155:4,7;
156:13,14;161:7,9,15;
170:2,4,11;172:2;
180:24;182:15;198:4,
23
**DNR's (2)**
76:15,24
**docked (1)**
112:20
**document (45)**
7:6,9,14;14:14;39:8;
41:22;42:17;65:22;
89:9,10;91:18;92:5,7;
95:23;96:5;100:9;
109:3;117:17,18;
118:2,3,19,20;124:4;
131:13,21;132:23;
138:8,9;140:24;141:7;
142:7;147:4;150:19;
156:20;159:3;164:16;
174:5;22;178:16;
179:6;180:5;188:11,
18;195:13
**documentation (4)**
24:15;41:5;71:2;
178:15
**documents (9)**
7:4;40:15;96:17;
127:2;132:7,14,17,19,
25
**dollar (1)**
148:20
**Don (7)**
81:8,9,24;140:2;
175:13;176:14;179:12
**Donald (1)**
198:4
**done (16)**
9:16;20:16;51:1;
76:5;94:16;122:13;
131:3;145:9,12;
146:12;152:12;186:14;
190:4,6;192:18;196:4
**door (1)**

61:24
**dotted (2)**
63:23,24
**doubt (1)**
125:18
**down (10)**
35:24;36:1;49:12;
52:19;93:24;103:5;
110:6;148:4;154:24;
197:25
**DPF (2)**
69:6;71:19
**draft (5)**
144:19,21;146:12,
19;193:15
**drafted (2)**
13:20;190:1
**draw (2)**
120:25;145:13
**drawing (1)**
82:19
**Drive (9)**
6:22;112:3,4;113:1,
4,5,8,25;114:8
**dual (1)**
183:1
**due (2)**
5:18;196:18
**duly (1)**
5:2
**DuPont (2)**
6:20,24
**during (21)**
7:21;8:4;25:3;26:21;
64:15,18;76:22;82:17,
21;121:5,11;132:8,19;
133:10;136:3,5;
137:15;141:2;158:1;
172:22;191:7
**Dusing (11)**
41:3,3,6,8,14;42:3,6;
62:18;64:25;65:3;
105:15
**duties (5)**
60:7,9,17;65:8;
111:11

---

**E**

**earlier (28)**
14:16;22:7,13;30:16;
39:6,16,18;40:5,7,23;
59:2;88:22;104:9;
114:19;117:23;118:21;
123:8;126:10,23;
142:13;167:5;171:19;
173:2;175:16;178:12;
180:12,17;198:3
**earliest (2)**
20:16;148:15
**early (7)**
25:5;27:12;64:24;
65:1;70:4;94:22;

116:25
**earth (4)**
52:16,24;55:1,4
**easy (1)**
149:6
**education (5)**
53:7;56:9;58:18;
59:13,17
**educational (1)**
52:8
**effect (1)**
43:4
**EHS (7)**
25:15,16,23;26:1;
61:5;62:24;64:21
**eight (5)**
54:3;120:16;182:11,
25;183:3
**either (15)**
33:20;49:24;63:21;
69:7;96:4,14;100:10,
20;118:5;122:2;133:2;
137:8;148:8;169:9;
183:17
**electronic (1)**
145:20
**electronically (2)**
145:9,18
**elements (1)**
141:2
**eliminate (1)**
186:25
**else (12)**
24:16;25:3;26:21;
27:5;31:17;41:15;
45:25;60:13;101:6;
132:12;168:25;192:11
**e-mail (51)**
87:3,5,6,22;90:12,
13;91:7;92:11;93:14;
97:7,23,25;98:11;
99:23,24;100:3,9,21;
102:18;103:1,9,14,22;
104:9,16;105:10,19;
106:9,22;120:4,19;
121:8,19;122:3,9,17;
131:23;135:14;136:17;
139:5;174:11;180:14;
184:2,3,5,7;185:1,8;
188:2;194:20;198:9
**e-mails (1)**
97:17
**embodied (1)**
40:2
**emission (3)**
75:14;111:4;141:18
**emissions (33)**
7:19,24;8:24;14:23;
15:16;20:19;23:21;
37:5,18;40:9;45:8;
49:21;74:17,21;75:6,
18;76:16;105:23;
106:10;127:6,13,14;

128:5,8;129:6;130:4,
11;147:14;150:4,21;
151:5;162:24;167:25
**emit (3)**
17:3;74:25;75:17
**employed (4)**
6:17;56:7;59:22;
111:19
**employee (2)**
91:10,13
**employment (4)**
56:10;57:5,10,12
**encompass (1)**
50:5
**encroaching (2)**
88:24;172:15
**end (6)**
45:4;73:15;109:15,
18;112:18;193:15
**ended (2)**
46:6;73:12
**engaged (3)**
15:1,3;16:21
**Engine (65)**
6:8;7:17;10:24;
11:14;18:21;21:20;
22:13;23:7,10,16;
27:16;31:8,8;32:2,15;
34:9;36:18,20,23;50:9;
58:1;66:19;69:11,14,
16,17;84:21;110:24;
111:2,4,5;115:9;
116:24;124:11,12,12,
12;125:6,12,13;128:9,
13;129:13,22;130:3,11,
21;131:1,4;140:4,8;
141:17,22;147:14;
154:15;159:10;184:15,
19;185:20;192:3,19;
194:10,15,22;195:23
**engineer (7)**
26:9;58:5,10,12,14,
16;59:4
**Engineering (11)**
6:12;9:25;10:4,8;
18:12;53:21;54:7;
58:17,23;59:1;122:22
**engines (97)**
8:9;9:13,18,24;10:1,
18;11:5,9,19;17:11;
18:10;19:13,14,18;
20:7,10,13;21:1,19,24;
22:6,12,17,25;23:12,
17;32:6;34:1;65:12,25;
69:19;71:8,9,10,13;
73:12,22;74:6;76:1;
77:19;78:13;80:3;
84:17,19;92:25;93:4;
101:5,7;108:7;111:7;
123:25;124:10,18;
125:9;126:2;127:3,8;
128:17;129:3,4;131:6;
137:7,10,23;141:25;

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

152:1;153:24;158:5,7,
17;159:15,19,20,23;
160:1,5,12,16,21,22;
161:25;167:13,17,18,
24;168:2,6;169:19;
175:15;179:13;181:8,
11;185:25;186:4,19;
192:15;195:4
enjoy (1)
60:23
enough (9)
6:1,5,13;19:23;
36:24;55:9;73:3;84:16;
168:1
EnPro (9)
63:18,22;64:3,8;
65:8;77:1;189:8,19;
190:1
ensure (4)
72:10;141:13;
167:18;169:21
ensuring (1)
125:2
entails (1)
54:14
entered (1)
87:25
entering (1)
65:23
entire (8)
13:21;50:7;59:21;
64:15,17;99:8;100:13;
184:11
entirety (3)
7:6;36:19;134:13
entity (1)
15:1
environmental (51)
16:16;24:9,14,17,20;
25:1,13,17;26:3,9,11,
15,16,18,23;27:1;
38:11;48:17;52:16,24;
54:19,23,25;55:1,4,14;
57:2,12,13,19;58:5,5,9,
10,11,11,14;59:4,25;
60:6,10;62:14,16,20;
63:5,9;67:1;76:9;
136:25;170:16,21
EPA (1)
66:14
ERC (1)
63:9
ERM (19)
14:25;15:6,8;41:5;
42:2;50:21;62:19;
87:12,13;105:13;
129:15,19;130:6;
145:25;146:12,16;
153:4;154:1,17
error (5)
108:12;143:1,20,23;
151:7
established (1)

158:2
estimate (1)
196:4
estimated (2)
98:3;137:2
evaluate (5)
68:17;69:15;70:5;
122:20;196:17
evaluated (2)
11:16;151:21
evaluation (4)
24:1;68:7;126:24;
141:16
even (6)
81:10,22;135:14;
150:11;170:1;192:17
event (1)
76:4
events (1)
85:3
everyone (4)
42:15;93:17,25;
161:4
everyone's (1)
131:6
Eves (9)
27:9;92:12;97:25;
98:13;103:23;106:22;
121:21;122:4,17
Eves' (2)
102:25;105:19
exact (2)
148:17;149:8
exactly (11)
8:12,18;11:4;21:21;
64:21;84:17,17;168:4;
171:3;173:13;196:11
EXAMINATION (2)
5:5;197:23
example (5)
62:15;68:23;69:1;
71:17;74:24
Excel (2)
100:10,20
exchanges (1)
131:15
execution (1)
88:16
executive (1)
118:4
exempt (1)
181:16
exhaust (3)
37:4;69:13;185:24
Exhibit (116)
7:13;8:24;9:5;35:22;
36:1;39:3,5,9,10,13,18,
20,23;40:2,8,18,20,22;
42:2,5;43:19;44:6,12;
45:4,10,12;47:12,18;
50:23;65:18;67:6;87:1,
3;89:7;90:9,11;91:3;
95:20,22;97:4,6;

102:17;105:8,18;
106:23;109:2;111:8;
114:19;116:3;117:16;
118:16,18;120:1,3,14,
15;121:18;123:1,3;
126:9,22;127:4;
131:10,12;138:5,7,18,
20,21;139:3,5,9,11;
140:18,20;142:4,6;
147:1,3;150:15,17,24;
151:1,10;156:17,19,22;
157:3;159:6,7;166:10;
174:4,21;177:3,5,18;
179:3,5;180:1;184:25;
185:10,11;186:6,8;
187:24;188:1,17;
190:7;192:20;194:19;
195:10,12;196:20,22;
198:9,17
exhibits (3)
90:3;126:3,7
existing (2)
12:3;14:17
expect (1)
72:8
expected (1)
72:6
experience (1)
53:9
expiration (1)
8:10
expire (1)
43:14
explained (2)
11:8;108:2
explicitly (3)
51:7;78:12;174:6
express (1)
79:20
extend (1)
191:8
extent (3)
78:2;90:14;176:24
external (1)
61:11
eye (1)
147:16

**F**

face (1)
38:5
facilities (4)
43:8;61:23;62:9;
70:2
facility (38)
7:21,24;8:25;10:13;
12:6,8,9,11,21;13:1,10;
14:23;20:10;23:19;
40:9;43:6,9,15,16;
45:9;49:25;50:3,7;
61:13,17;62:4;82:22;75:1;
93:2;107:14;123:16;

131:19,22;138:24;
142:2;143:18;162:24;
195:21
fact (6)
12:25;49:18;95:9;
128:22;171:12;184:20
factor (1)
70:9
factors (1)
70:8
facts (1)
79:23
faded (1)
27:13
Fair (19)
6:1,5,6,9,10,13,14;
7:10,11;11:21;19:23;
28:23;36:24;50:20;
51:4;55:9;66:9;68:23;
175:5
Fairbanks (13)
6:8;7:17;23:18;
28:21;31:18,19,23;
41:4;52:1;57:25;91:10;
171:25;192:3
Fairbanks' (1)
101:5
fairly (3)
5:22;70:4;98:8
Faith (11)
81:8,9,24;125:15;
139:23;140:2;175:13;
176:14;179:12;198:4,
15
fall (1)
154:7
fallen (1)
159:15
familiar (4)
67:4;81:24;194:8,9
familiarize (1)
39:11
far (3)
114:6,9;176:25
farther (1)
115:1
fashion (1)
100:13
Fast (1)
34:8
feasibility (2)
70:9;73:6
feasible (6)
70:6,7,7;71:4,6;
72:21
feature (1)
128:9
February (1)
97:2
fed (1)
44:19
federal (4)
148:6;149:3,12;

196:7
feedback (4)
72:25;73:9;74:10;
118:22
feel (14)
7:5;19:7;39:6;73:3;
83:2;87:4;105:9;123:3;
126:7;170:7,9,13;
175:22;194:11
felt (2)
82:17;83:5;85:4
few (4)
7:4;58:21;172:23;
194:7
field (1)
54:6
Figure (7)
48:24;49:2,4,16;
161:1;187:21;192:14
fill (2)
20:21;100:1
filter (1)
69:6
filters (1)
71:15
finalized (3)
160:18;161:12;
162:18
find (6)
31:9;35:4;163:23;
164:16;194:13;195:2
fine (1)
77:23
finish (1)
181:20
first (70)
5:2;21:11,23;23:7;
34:8,18,35:22,25;
37:23;39:8;41:17;
42:20;51:13;58:4;
62:17;65:2,20;66:7;
77:18;78:3,9;79:14,15;
80:8,16;85:8;86:12;
87:20;88:13;91:4;
92:11;95:17;96:5;
97:23;98:12;99:5;
102:24;105:10;106:9,
22;107:10;109:5,9;
114:18;119:1;122:12;
123:4;137:1;143:20,
24;148:24;149:15;
155:1,20;158:4;162:6;
168:5,9,14;172:17;
173:15,17,23,24;
174:11;176:19;178:9;
180:22;190:25;194:14
fit (2)
31:10;53:14
five-year (2)
11:17,20
fix (1)
80:2
flagged (2)

72:2,5
flange (1)
185:22
FME (124)
6:7;11:13,22;12:13;
13:16;14:1,7,11,13;
15:3,9,21,25;18:10;
21:1,5;24:3,14,21;
26:18,21,25;27:19;
28:3,8,25;29:13;33:20;
35:1;38:12;39:21;40:9,
19,23;45:9;59:7,22;
60:2,10;61:4;62:13,15;
64:16;65:10,23;66:7;
69:23;71:13;76:19;
78:8,19,23;80:22;
82:11,22;85:8,22;86:3,
6,16;87:20,25;88:6,14;
90:19;91:13;92:4;94:9;
95:8;97:1;99:8;100:13;
101:20;111:12;113:16;
115:4;125:1;127:23;
130:1,6,20;131:8;
132:2;137:17,19,23;
139:23;141:16;146:16;
147:17,17,20,25;
148:12,15;149:10,19;
150:12;151:19;152:3;
153:6;155:14;156:6,
25;157:9,10;163:2;
170:20,21;173:15;
176:2,3,6,20;187:17;
188:5;193:3,19;196:1,
9,15,17;197:8,12
FME's (9)
15:5;45:22;50:24;
83:6;85:8;86:12;93:18;
129:19;149:15
focus (2)
63:11;66:18
focused (1)
54:20
Focusing (1)
136:25
follow (2)
85:17;111:21
following (3)
173:20;180:7;185:14
follows (3)
5:3;48:25;144:17
footnote (59)
9:6,10,20;11:22;
12:2,17;13:20;16:4,8,
15,18;17:1,25;19:5;
20:15,20;21:13,25;
33:9;35:6,10,16;36:25;
37:22;38:6,14;46:6,20;
47:5,17;49:13;76:10,
24;77:5,6,13,15;83:3;
85:16;108:16;144:24;
145:2,7,23;146:2,19;
161:2,6;163:9,22,25;
164:4,23;165:13;

166:5,23;171:13,23;
181:25
force (2)
44:7,8
forget (1)
56:9
Forgive (1)
125:4
form (8)
13:3;28:12;97:13;
99:21;100:21;101:3;
135:14;197:16
formal (2)
55:12;58:18
formally (1)
63:21
formerly (1)
5:12
forth (1)
61:24
forward (5)
21:1;34:8;56:11;
65:4;74:9;93:11;94:2,
8,11;100:1,6;103:13;
121:22;127:10;137:17;
156:2;187:22;195:1;
196:8,12,14
forwarding (3)
90:21;106:23;120:22
found (5)
34:21;57:11;71:4;
102:12;173:15
Four (38)
12:3;14:17;18:20,22;
29:15,19;30:3,11,16,
24;31:1,15;32:15,16;
73:12,13,16;74:6,7;
95:2;137:9,13;156:9;
160:11;162:7,8,12;
183:22;198:20
four-engine (1)
140:15
fourth (3)
93:14;103:5;153:3
Fred (2)
91:17;95:25
free (7)
7:5;39:7;87:5;105:9;
123:4;126:7;175:22
frequently (1)
87:15
Friday (1)
198:10
Fridays (1)
183:23
front (4)
41:2;64:24;65:1;
122:3
fuel (62)
21:17;22:22;23:11;
34:1;47:22;75:12;
84:10,13;88:24;90:21;
92:18,25;93:10,18;

94:13,16;98:3,15,23;
99:4,11,14,16;100:3,
24;101:2,5,6,17,21,23;
102:7;104:7,8;110:5;
111:6;121:4,4;122:14;
123:17;137:16,19;
140:4,13;141:20;
142:22,23;147:16,18;
150:1,21;151:14,22;
157:13,19;161:4;
170:17;172:15;180:10;
184:10;187:1,9
fulfill (3)
45:20;187:10,14
full (1)
5:8
full-time (3)
57:5,10,11
fun (1)
66:15
function (1)
61:3
functions (1)
61:8
funded (1)
59:9
further (5)
72:21;126:2;140:12;
197:18;199:2
future (12)
11:14,14;49:21;
60:19;67:22;108:7;
110:6;114:24;125:8;
129:7;130:12;147:25

## G

gallon (5)
93:21;143:14,16,19;
184:10
gallons (11)
90:25;98:4,16;
103:10;104:10;109:17;
114:20;121:10;123:17,
19;141:21
gate (1)
61:10
gave (6)
42:24;73:3;129:6;
134:8,24;167:17
general (4)
54:9;58:20;118:21;
137:22
generally (1)
63:20
generic (1)
37:11
George (8)
189:2,16;190:14;
191:1,3,9;193:6,15
Gilson (1)
5:12;14:50:12
given (4)

5:20;25:11;76:18;
85:7
gives (1)
67:8
giving (2)
114:15;118:22
goes (1)
103:3
Golda (1)
90:15
Good (7)
5:7;82:2;90:5;
125:15;141:17,22;
194:3
governed (3)
7:19,24;8:24
governing (3)
40:8;45:8;162:24
government (7)
65:11,24;66:25;70:9;
72:16;149:4,13
government's (1)
70:23
grade (1)
112:15
graduated (1)
53:2
graduation (1)
52:9
Graeber (1)
198:9
grant (1)
15:12
great (1)
92:21
greater (1)
153:23
greatly (1)
104:1
ground (1)
134:14
group (3)
82:10;93:18;111:17
guards (1)
61:10
guess (5)
21:4;24:24;60:19;
94:18;172:24
guidance (2)
62:18;155:24
guide (1)
96:19
Guido (1)
140:23

## H

handed (1)
191:3
handing (2)
191:1,24
handwriting (2)
192:24,25

happen (7)
18:23;29:2;37:2;
84:12;94:21;97:14;
187:6
happened (6)
22:20;84:6;113:18,
21;137:12;185:13
happy (3)
28:14;164:16;166:9
hard (4)
112:3,4;113:1,8,25;
114:8
hazardous (3)
55:23;63:13;124:8
head (2)
96:19;106:16
heading (1)
157:16
health (2)
25:17;27:1
hear (2)
187:17;189:10
heard (3)
173:23,25;191:23
heavily (1)
54:7
heavy (1)
58:24
heights (1)
122:21
held (1)
192:2
help (13)
41:19;42:18;57:8;
64:12;74:17;106:7;
108:8;115:3;142:12;
153:16;158:9;164:16;
192:14
Herrmann (26)
5:6;7:1;41:12;65:16;
86:22;87:1;89:4;91:24;
92:2;95:19;96:4;97:11,
16,20;119:18,20;
121:14,17;138:1;
171:16;177:7;184:24;
195:8;197:4,18;199:2
hesitation (2)
8:1;125:4
high (7)
52:9;98:19;104:1,4,
19;111:4;148:19
higher (1)
53:7
hire (2)
25:18;58:4
hired (6)
25:15,22;26:10;41:4;
58:9;59:3
history (2)
52:2;56:10
hit (1)
75:6
hold (1)

25:23
**homework (1)**
135:23
**hooked (1)**
9:14
**hope (1)**
161:9
**hoping (1)**
106:7
**horizon (1)**
147:20
**hours (1)**
59:19
**HR (7)**
60:2,5,7,10,17,22;
61:1,2
**human (2)**
24:6;56:3

# I

**idea (5)**
44:13;113:17;
118:12;119:13;146:8
**ideas (1)**
194:17
**identification (26)**
39:4;49:25;90:10;
95:21;97:5;118:17;
120:2;123:2;131:11;
138:6,19;139:10;
140:19;142:5;147:2;
150:16,25;156:18;
177:4,19;179:4;180:2;
186:7;187:25;195:11;
196:21
**identified (25)**
33:9;46:16;47:17;
50:15;73:18;124:17;
127:11;159:9;160:14;
162:1,5,13;164:9,22;
165:8;166:3,14;167:2,
11,15;168:8;169:20;
170:25;181:8;193:3
**identifies (1)**
51:15
**identify (6)**
77:19;84:20;106:9;
142:7;149:13;168:10
**identifying (4)**
180:7;182:14,15,17
**Immediate (2)**
157:16,18
**Immediately (3)**
56:13,15;102:11
**impact (1)**
186:3
**implementation (2)**
69:22;148:25
**implemented (4)**
69:8,12;156:13,15
**importance (1)**
15:11

**important (3)**
19:7,9;74:19
**imposed (2)**
155:19,20
**impression (1)**
171:11
**improper (1)**
65:25
**inaccurate (1)**
101:21
**inaccurately (1)**
151:17
**Inc (1)**
6:12
**include (11)**
37:19;38:3;49:8;
50:8;71:13,23;106:14;
142:23;166:4;175:24;
196:1
**included (47)**
8:8;9:15;11:9;16:9;
33:22;34:5,15;35:2;
37:24,25;38:10,15,15,
16;44:14;49:15;69:16;
74:6;76:17;77:9,20;
81:17;82:14;88:7;
106:18;108:9,17,18,25;
116:20;117:6;120:12;
123:25;131:6;140:15;
144:12;145:25;158:14;
159:20;163:9;164:6;
165:17;166:5,18;
170:12;173:12;182:1
**includes (3)**
66:25;105:8;195:23
**including (4)**
49:9;106:1;108:20;
198:10
**inclusion (1)**
140:16
**incorporate (1)**
107:15
**incorrect (2)**
42:9;143:17
**increase (11)**
94:17;95:2,9;104:19;
110:13,16,19;114:23;
140:13;142:23;147:18
**increased (4)**
95:6;111:6;147:16;
157:13
**increases (1)**
142:22
**indeed (2)**
84:11;154:9
**indented (2)**
46:14;47:15
**independent (3)**
83:6;84:8;86:6
**indicate (2)**
94:22;184:9
**indicated (6)**
35:7;121:11;140:8;

161:6;167:10;179:12
**indicating (1)**
160:19
**indication (1)**
161:23
**indications (3)**
41:21;104:18;146:6
**Industrial (1)**
6:20
**infer (1)**
92:16
**informally (1)**
63:21
**information (39)**
10:3;14:4;15:8,25;
18:20;19:7;29:12;
30:20;32:9;40:24;
45:13;70:20;84:20;
99:12,21;100:6,12,23;
101:4;104:24;105:22;
106:4,18;107:6;110:4;
115:23,25;116:13,18;
118:23;119:12;125:10;
129:16;130:11;134:9;
140:2;167:23;168:2;
186:20
**informed (6)**
153:4;154:1,5,16;
156:6;165:24
**informing (1)**
93:17
**in-house (3)**
62:13,15;157:10
**input (3)**
64:23;76:25;145:8
**inside (1)**
63:1
**inspection (3)**
66:18,22;120:9
**inspector (3)**
66:10,13,21
**install (3)**
72:17,23;141:14
**installation (2)**
141:23;142:2
**installations (1)**
141:5
**installed (1)**
67:12
**installing (2)**
67:16;148:16
**instance (1)**
70:13
**instead (3)**
45:4;63:7;124:14
**instructed (1)**
85:6
**instruction (1)**
85:7
**intend (1)**
11:22
**intended (1)**
12:10

**intent (2)**
49:17;146:21
**intentions (1)**
163:6
**interact (5)**
41:6;64:13,15;65:7;
105:14
**interacted (1)**
87:13
**interacting (1)**
42:2
**interaction (3)**
63:17;74:10;90:14
**interactions (1)**
65:4
**interest (2)**
60:23;61:1
**interested (4)**
28:21;31:2,3;116:4
**interfacing (1)**
34:23
**Internal (12)**
9:25;63:3,3;64:9;
85:22,24;111:12;
156:25;157:9;173:9,
14,16
**internally (6)**
11:16;80:12;82:22;
88:5;168:17;187:17
**internship (1)**
57:7
**interplay (2)**
73:21;87:8
**interpret (2)**
155:5;161:23
**interpretation (17)**
13:17;16:13,14;17:2,
4;76:24;77:4,5,12,13;
85:16,18;108:13;
161:2;162:15;170:15,
20
**interrelationship (1)**
142:14
**interrupt (2)**
53:1;68:12
**interrupting (1)**
52:18
**into (16)**
16:1;23:6,18;43:15;
44:10,19;65:23;75:22;
87:25;106:1,12;
112:20;113:9;128:7;
133:7;141:7
**introduction (1)**
42:20
**invest (1)**
149:19
**investigating (1)**
45:22
**involved (9)**
18:9;54:17;66:20;
82:13;86:1,4;172:19;
189:15;195:5

**involvement (5)**
61:15,25;62:3;189:5,
12
**involves (1)**
183:9
**involving (1)**
51:5
**issue (49)**
65:11;66:6,19;71:7;
72:15;73:4;76:11,14;
78:10;79:10;80:1,2;
81:10;82:10;83:18;
84:5;88:18,21;92:4,19;
94:10;98:4;126:8;
130:25;148:7;149:11;
151:4;161:10,17;
162:2;167:5,14;168:9;
169:19;170:24;172:4,
16;173:24;175:22,24;
176:4,12,18,24;179:15;
180:19,20;187:13;
198:13
**issued (4)**
43:25;45:17;143:16;
155:7
**issues (27)**
24:9;25:1,14;26:12,
15,16;50:18;51:6;
54:23;55:14;59:25;
60:6;61:15;62:15;
63:15;74:10;93:13;
117:24;127:2;134:17,
18;135:3;162:3,4;
170:2;174:15;178:11
**item (1)**
95:12;143:10;196:25
**items (8)**
42:10;142:24;143:7;
144:6;178:17,18,21;
188:14

# J

**January (5)**
41:20,23,25;90:12;
140:14
**job (3)**
57:25;135:22;197:9
**Joe (20)**
27:9;64:14,15,18,22;
65:5,7;92:12;97:25;
98:13;102:25;103:23;
105:19;106:4,22,24;
107:8;121:21;122:4,17
**Joe's (1)**
106:9
**John (20)**
25:2,5;87:4;91:19;
168:19,21;177:24;
191:13;193:1
**joint (1)**
80:7
**judgment (1)**

7:8
**JULIE (4)**
  5:1,9,12;50:12
**July (6)**
  57:11;114:16;
  117:21;118:14;119:1,
  13
**jumping (1)**
  104:15
**June (34)**
  6:25;78:18;80:23;
  98:3,16,25;104:11;
  109:16,18,20,23;110:2;
  120:4;19;170:8;
  175:10,18;176:13,25;
  177:12,23;181:1,2;
  183:13,18,25;185:8;
  188:13;190:10;193:20;
  198:6,8,11,14
**justice (1)**
  156:11
**justifications (1)**
  138:24

**K**

**keep (11)**
  59:21;69:17;84:14;
  90:4;94:1,22;119:7,13;
  135:8;153:19;192:7
**keeping (1)**
  99:5
**Kennedy (1)**
  6:22
**kept (2)**
  94:10;99:3
**Kevin (3)**
  91:9,10;103:23
**kind (3)**
  27:13;60:20;90:3
**knew (17)**
  30:2,24;32:22;33:1,
  2,5,16;63:6;82:5;93:3,
  6;114:6;131:4,8,8;
  133:22;143:19
**knowing (5)**
  13:11;62:19;67:18;
  89:25;105:4
**knowledge (14)**
  10:7,16;11:17;12:24;
  20:18;21:5;38:18,20;
  48:13;72:19;77:18;
  82:9;84:8;129:11
**known (10)**
  5:12;11:25;14:2;
  43:16;54:7;71:11;
  128:10;150:2;168:19,
  21
**Kooyenga (3)**
  99:20;100:14;121:3

**L**

**label (1)**
  116:14
**labeling (3)**
  65:11,25;66:19
**land (2)**
  54:15,20
**language (6)**
  9:10;12:2;13:12,14,
  20;14:16
**laptop (7)**
  112:7,9,11,20;113:8,
  19;114:6
**laptops (1)**
  113:15
**large (12)**
  10:24;36:18,20,23;
  50:9;140:4,8;192:19;
  194:10,15,22;195:23
**largely (1)**
  10:23
**last (13)**
  93:24;94:14;95:12;
  97:13;102:25;103:3;
  104:17;109:10;110:23;
  123:15;153:3,4;193:14
**later (6)**
  18:14;34:21;90:7;
  136:6;155:12,19
**layout (2)**
  49:2,5
**LE (2)**
  50:8;123:19
**lead (3)**
  12:13;147:8;160:23
**leads (1)**
  172:12
**learn (3)**
  84:2;87:24;187:13
**learned (8)**
  18:18;19:2;29:11;
  30:11;75:25;84:1;
  149:12;187:16
**learning (2)**
  60:24;73:22
**lease (1)**
  188:5
**least (6)**
  11:23;20:13;33:13;
  64:2;165:20;167:1
**leave (4)**
  7:8;61:13;181:5;
  197:16
**led (2)**
  28:20;55:17
**Lee (1)**
  179:16
**left (12)**
  24:24;108:12;
  113:18,20,23;114:3,5,
  6;181:6;188:24;197:8,
  14
**legal (5)**
  77:1,3;189:8,19;

190:1
**letter (37)**
  38:1;41:20;96:1;
  119:10;139:23;140:7;
  141:1;174:7,14,15,17;
  188:21;189:6,13,16,18,
  22,24,25;190:1,12,17,
  19,21,22;191:2,3,6,8,
  18,21,24,24;193:15,19,
  24;194:4
**lettered (1)**
  49:9
**letterhead (3)**
  190:3,5,14
**level (1)**
  137:16
**license (1)**
  55:18
**Lidbury (2)**
  91:9;103:23
**light (1)**
  187:21
**Likely (5)**
  78:18;109:15;111:6;
  149:16;168:13
**limit (11)**
  95:6,10;104:1;110:1;
  141:18;143:15;144:1;
  151:14;153:24;157:20;
  172:15
**limitation (8)**
  75:13;88:25;150:2;
  151:22;153:19;170:17;
  184:10;187:9
**limitations (2)**
  93:19;123:17
**limited (1)**
  141:20
**limits (5)**
  94:16;95:2;109:10;
  149:3;152:2
**line (15)**
  35:24,25;36:1,10,13;
  37:22;42:21;63:23,24;
  91:9;92:11;96:15;
  117:19;139:16;145:13
**list (3)**
  95:2;174:25;176:19
**listed (13)**
  16:5,15;49:13;100:5;
  143:8;163:24;166:22;
  167:17;178:7;181:10,
  12,17;188:14
**listing (1)**
  178:3
**little (4)**
  85:15;115:1;142:13;
  166:8
**located (5)**
  6:21,22;36:16;57:22;
  134:10
**location (1)**
  137:7

**locations (5)**
  35:13,16;184:16;
  196:1,2
**locks (1)**
  61:24
**logistics (1)**
  103:4
**logs (1)**
  61:14
**long (8)**
  6:24;9:18;24:19;
  91:21;126:19;136:11;
  148:17,22
**longer (6)**
  12:5;13:18;60:18;
  111:3;186:16;187:12
**look (31)**
  11:17;12:2;38:13;
  39:19;41:17;43:11;
  45:7,23,25;49:12;70:5;
  74:15;84:24;88:19;
  89:12;90:7;95:22;
  107:11;109:5;139:22;
  141:7,9;148:25;
  149:15;151:23;158:21;
  184:8;190:9;198:1,8,
  17
**lookback (3)**
  98:22;109:22,24
**looked (8)**
  39:18;67:18;89:1;
  96:5;99:1;103:9;109:6;
  151:7
**looking (24)**
  7:4;21:3,16;38:5;
  49:1;55:6;57:5;66:5;
  68:17;108:19;115:4;
  116:10;120:14;123:13;
  124:3,5,6;149:11;
  159:3,4;164:18;196:8,
  13,14
**looks (13)**
  38:10;41:22;70:10;
  120:23;122:12;140:1;
  141:15;146:6;147:12;
  152:17;157:8;163:23;
  195:18
**lot (7)**
  18:8;51:8;57:20;
  62:18,21;73:6;78:15
**lots (2)**
  73:14;178:5
**love (1)**
  138:3
**low (7)**
  92:17;93:1,5,9,13;
  120:24;121:4
**lower (7)**
  115:3;123:14;144:1;
  149:3;150:4;151:14;
  153:19

**M**

**machine (1)**
  112:4
**mailed (3)**
  145:17,19;146:15
**mailing (2)**
  50:3,5
**main (1)**
  65:9
**maintain (3)**
  59:19;61:12,14;99:3
**maintenance (3)**
  99:13,19;105:2
**major (3)**
  54:11;55:8;104:19
**making (6)**
  43:13;108:8;119:14;
  124:3;143:3;162:17
**Maly (4)**
  172:22,25;187:16,19
**Management (1)**
  57:13
**manager (6)**
  24:6;25:15;26:1;
  55:23;60:5;61:6
**mandated (1)**
  151:16
**mandatory (1)**
  151:5
**many (8)**
  22:6,25;23:12;70:1;
  100:5;113:15;149:25;
  160:5
**Mark (11)**
  16:16,19;76:9;85:20,
  22;91:12;97:11;171:9,
  11;172:23,25
**marked (38)**
  7:12;39:3;89:7;90:9;
  95:20;97:4,9;102:17;
  109:2;111:8;118:16;
  120:1;121:16,19;
  123:1;131:10;138:5,
  18;139:2,9;140:18;
  142:4;146:7;147:1;
  150:15,24;156:17;
  157:3;177:3,18;179:3;
  180:1;186:6;187:24;
  193:19;194:19;195:10;
  196:20
**marking (4)**
  145:5,6,7,24
**markings (3)**
  146:5,9,16
**markup (3)**
  144:19,21;146:12
**marriage (1)**
  5:18
**master (3)**
  188:22;189:7;195:6
**material (1)**

134:11
materials (1)
  55:23
math (2)
  58:22,25
matter (1)
  186:11
max (3)
  90:24;98:15;104:11
maximum (14)
  15:16;125:13;
  127:14;128:5,8,19,22,
  24,25;129:2;130:1,9,
  15,22
maximums (1)
  125:18
May (63)
  8:11;13:17;16:22;
  24:6,7,24;43:14;46:11;
  49:24;60:25;62:6;
  77:22;78:16;83:18;
  84:23,23;86:10;87:8;
  90:6;91:15;93:7;95:25;
  98:7;100:14;101:5;
  110:13;111:20;117:13;
  127:6;133:13;135:6;
  136:13;146:5;150:4;
  151:7;153:16,18;
  157:1;159:22;160:6,
  13,15,20;161:22;
  162:23;163:5;165:22;
  166:1,15;167:1,21;
  168:1;169:2,3,7;170:9;
  171:2,5;172:8;173:20;
  176:19;189:19,20
Maybe (12)
  27:16;56:4;69:5;
  73:7;74:17;84:7;89:18;
  97:10;113:3;167:5;
  170:8;192:18
Mayo (1)
  91:19
Mayse (2)
  51:16,23
MBA (3)
  53:5,18,22
mean (9)
  9:10;16:4;31:5;
  46:12;63:24;108:15;
  122:11;129:2;158:9
meaning (2)
  108:15;128:14
means (7)
  9:12;19:14;68:13;
  104:7;111:16;112:21;
  145:16
meant (2)
  17:1;108:12
mechanism (1)
  69:20
meet (8)
  45:19;53:15;68:20;
  72:22;152:2;153:11;

161:7,9
meeting (96)
  76:21,23,23;77:7,11,
  16;78:2,7,12,14,15,19,
  24;79:9,19;80:7,18,20,
  20,22,25;81:10,12;
  82:18,22;83:16;85:22,
  24,25;86:6;114:15;
  117:14;122:5;133:3;
  135:8;136:13;137:20;
  156:25;157:10,13,23;
  158:1;161:14;169:2,4,
  7,24;170:23;171:19,
  25;172:2,4,8,22;
  173:14,16;174:24;
  175:4,6,9,12,13,18,24;
  176:13;177:12,13,14,
  16,23;179:8,9,11,12,
  16;180:7,23,25;
  183:13;188:13;189:15,
  15,24;190:24;191:1,
  11;192:2,7,12,13;
  193:6,11;194:4;198:6,
  8,11
meetings (5)
  111:13,15,23;
  173:21;194:7
meets (1)
  68:19
memo (11)
  105:9,10;106:23;
  107:5,10;108:1,19,24;
  109:13;110:10;117:20
memory (28)
  27:11;51:11;52:11;
  67:8;68:14;71:24;73:5;
  78:7,17;79:15;84:5;
  87:7,19;89:8;96:18;
  113:2;118:1,21;
  119:23;123:10,22;
  132:1;147:11;156:11;
  160:25;182:25;194:3,6
mention (2)
  174:24;196:25
mentioned (9)
  21:12;27:20;71:15;
  72:25;85:12;162:6;
  167:14;175:16;183:5
message (1)
  181:6
met (1)
  190:25
meter (1)
  99:16
meters (2)
  99:14,14
method (1)
  14:21
methods (2)
  111:18,19
middle (1)
  5:10
Middleton (1)

57:23
might (8)
  78:4;81:18;92:5;
  96:18,24;97:18;
  154:23;167:6
Mike (4)
  87:11,13,16;90:15
mind (10)
  37:13;46:24;94:1,10,
  23;96:6;116:19;194:8,
  9;198:13
mine (1)
  145:5
minimal (1)
  90:16
minor (4)
  52:17,25;54:25;55:7
minute (4)
  56:9;82:14;91:25;
  197:5
misdated (2)
  41:20;96:1
misstatement (1)
  125:20
mistake (2)
  119:9,14
mistaken (3)
  62:6;91:15;136:14
misunderstanding (2)
  153:16;163:5
misunderstood (2)
  133:13,21
model (11)
  15:13,18,22,23,24;
  16:1;75:11;129:17;
  130:4;154:20,21
modeled (3)
  9:15;15:15;108:5
modeling (51)
  12:4;14:18,20;15:5,
  8,11;32:3;40:25;47:6,
  19,21;48:3,5,10,15;
  76:17;77:10;81:24;
  82:6;106:1,17,17;
  107:19;108:3,9,10,17,
  21,25;110:11,12,24;
  111:2,6;115:9;116:21;
  117:6;118:23;123:25;
  124:21;129:5;144:12;
  151:8,22;153:18;
  154:15,18;163:1;
  164:24;166:24;179:14
modification (2)
  42:7;43:12
modifications (9)
  8:17,18,22;21:2;
  43:9;61:23;122:14,15;
  144:7
modified (2)
  43:22;117:1
modify (1)
  105:3
modifying (1)

8:19
moment (2)
  65:17;173:18
Monday (4)
  122:5;177:12;
  183:20,21
money (2)
  18:8;196:15
monitored (1)
  141:19
monitoring (2)
  134:9,12
month (12)
  90:25;98:16,24;
  99:14;100:5;104:4,7,
  10;109:17;114:20;
  141:21;170:5
monthly (1)
  100:7
months (6)
  8:10;57:10;102:5;
  104:8;109:23;121:11
more (27)
  9:1,5;16:7;23:3,6,10;
  28:5,16;36:9;37:9,14;
  47:7;54:9;55:7;63:6;
  67:20;74:1;75:17;78:6;
  102:21;141:18,20;
  160:20,23;166:7;
  182:12,21
morning (3)
  5:7;174:25;183:20
Morse (4)
  6:8;7:17;57:25;
  192:3
MOSLEY (18)
  5:1,7,9,14;7:5;39:5;
  41:10;90:2;92:11;
  97:21;102:21;103:16;
  115:2;120:14;142:12;
  176:21;197:7;198:3
most (4)
  8:20;10:23;42:7;
  90:7
mostly (1)
  46:14
move (4)
  57:17;90:8;94:2;
  187:22
much (18)
  7:6,9;10:22;27:14;
  31:24;39:7;40:14;46:3,
  8;65:19;69:2;75:12;
  134:11;136:21;149:20;
  151:14;156:11;180:9
multiple (1)
  160:25
must (2)
  174:9;189:3
myself (2)
  111:25;135:22
mystery (1)
  96:16

N

name (11)
  5:8,10,14;37:11;
  50:3;57:16;62:7;64:14;
  69:4;101:10;124:16
natural (1)
  54:16
necessarily (8)
  18:10;49:22;54:10;
  72:16;73:7;131:25;
  151:11;161:21
necessary (9)
  34:4;40:24;62:21;
  129:13,16,23;148:21;
  170:13;196:18
need (63)
  6:3;7:7,9;17:9;18:11,
  11;33:12,15;39:7,19;
  40:15;41:10;45:13,19,
  25;46:3,8,25;48:9;
  59:12,18;64:10;65:19;
  67:21;68:4,17,21;
  71:25;72:10,14;74:14;
  75:7,12,13,20;80:1;
  83:19;84:24;94:16;
  95:1,3,6,9;102:13,14;
  104:17;122:21;144:16;
  147:21;148:15;150:8,
  12;151:24;152:13,14;
  155:2;159:17;160:10;
  162:17;163:23;172:14;
  187:12;198:1
needed (27)
  10:2;13:13;19:10;
  55:7;57:8;64:12;77:2;
  85:9,13;93:1;109:24;
  122:14;128:3,5,9,19;
  129:24;142:15;143:11;
  148:5,18;152:23;
  154:20,21;157:24;
  169:21;178:25
needing (1)
  118:22
needs (3)
  61:20;103:17;153:20
nefarious (1)
  70:19
negative (1)
  197:1
negotiating (1)
  88:2
negotiations (2)
  94:3,5
neither (2)
  165:17;166:18
network (1)
  112:12
Nevertheless (1)
  151:18
new (14)
  110:14;123:16;

129:14,23;147:13;
148:16;151:8;152:2,
25;153:17;154:7;
156:2;187:4;190:25
news (1)
    92:22
next (17)
    22:17;60:20;86:2,3;
    98:7,11;104:2;115:12;
    137:10;148:8,9;149:5;
    150:5;152:21;170:4,5;
    192:16
nice (1)
    135:22
nine (1)
    54:4
nobody (1)
    79:9
nomenclature (1)
    124:13
non-backed (1)
    113:12
None (3)
    60:1;69:24;185:5
non-permitted (16)
    22:12,18;76:1;158:4;
    159:15,23,25;160:16,
    21,24;161:25;167:13;
    168:6;169:19;185:13;
    186:1
non-renewal (1)
    193:7
nor (4)
    48:1;67:25;71:4;
    165:17
norm (1)
    51:12
normally (1)
    87:13
north (1)
    116:9
note (8)
    93:15;106:22;
    114:18;116:3;159:15,
    25;178:9;193:14
notes (10)
    71:3;78:15;111:20;
    135:8;156:23;169:1;
    177:21;192:7,21,23
notice (3)
    41:2;86:12;185:15
notification (1)
    79:16
notified (2)
    78:24;85:8
notify (3)
    78:20;102:11;170:11
November (4)
    142:9;144:18;
    146:20;156:13
NOx (7)
    128:14;141:17,19;
    151:9;152:18;154:22;

156:15
number (26)
    22:8;37:16;44:25;
    75:12,16;89:24,25;
    95:12;98:19;104:4;
    109:21,22;110:1,22;
    121:10;141:15;143:1,
    10,17,19;144:4;
    154:22;156:9;159:6;
    196:25;198:10
numbering (1)
    42:24
Numbers (13)
    35:24;36:2,10;37:23;
    48:23;70:17;94:25;
    114:19;115:2,24;
    120:15;123:14;128:15
numerous (2)
    20:7;127:19

                O

oath (1)
    5:3
Object (1)
    28:12
Objection (1)
    13:2
obligation (2)
    48:7,11
obligations (1)
    102:10
obtain (3)
    118:10;125:9,14
obtained (1)
    99:13
obtaining (2)
    40:19;167:23
Obviously (1)
    13:15
occasion (2)
    88:17;114:10
occur (2)
    117:2;149:23
occurred (3)
    136:18;149:24;
    175:18
October (2)
    140:7;196:4
off (8)
    91:24;92:1;96:24;
    100:6;106:16;108:12;
    148:24;197:4
offered (1)
    171:11
office (3)
    53:14;113:20;183:23
officer (2)
    62:2,4
official (4)
    51:15,24;65:8;89:12
often (1)
    102:4

old (1)
    28:8
omitted (10)
    35:7;107:19;108:2,5,
    10,11;162:20;163:1;
    171:12;181:25
onboard (2)
    61:16;62:8
on-campus (1)
    53:9
once (6)
    53:15;57:8;90:7;
    136:13;137:7,10
one (87)
    6:4,5;8:20;9:1,5;
    16:7;20:19;22:8;23:3,
    10;28:5,8,16;31:6;
    33:13;36:9;37:9,14;
    40:13;41:18;43:4;
    44:11;45:2;47:7,16;
    49:24;51:4;58:7;67:5;
    69:3,9,9;74:1;78:6;
    79:1;80:10;81:16,25;
    85:12;89:18;101:12,
    13;104:4,7;110:23;
    111:18;118:10;126:3,
    8;132:10,17;138:13;
    139:19;144:4,6,10;
    146:18;147:6;150:18;
    158:25;160:10,20,23;
    161:25;164:9;165:10,
    11;166:7,11;169:12;
    173:20;174:19;176:1,
    23;178:12;180:3,11;
    181:24;182:12,21,24;
    183:1;185:19;187:4,7;
    193:12;194:9
one-hour (1)
    151:8;152:18;
    154:25;156:15
ones (2)
    33:11;135:6
online (2)
    163:4,15
only (32)
    7:7;34:21;35:6,10;
    40:8;44:10;55:6;60:17;
    69:18;74:14;88:18;
    89:17;92:15;113:7;
    116:4;131:1;134:13;
    136:13;140:12;147:15,
    17;150:7;154:18;
    157:10;173:7,14;
    176:2;178:25;181:11;
    183:1;185:19;191:23
onsite (4)
    20:8;60:11;61:21;
    167:19
OP (45)
    8:21;10:12,17,22;
    11:2;17:16;18:3;21:18;
    22:2,11;23:6,22;30:8;
    36:7,17,20,22;50:24;

67:12,17;69:8;88:23;
    93:19;94:21;98:15;
    107:15;110:16;114:20;
    115:13;116:9;121:5,
    10;123:18;132:6;
    134:19;137:23;140:13;
    143:15;144:11;160:12;
    168:10;184:11;187:9;
    188:5;195:23
open (1)
    85:19
operate (1)
    47:2
operating (8)
    43:5;44:11;107:14;
    142:8,14;148:10;
    158:14;178:10
operation (4)
    43:17,20,22;44:4
operations (7)
    10:4,13;25:6,8;
    51:19;52:1;91:15
opinion (1)
    171:22
opportunities (1)
    60:20
opportunity (4)
    57:25;93:5;197:9,10
opposed (2)
    63:12;141:23
ops (1)
    10:8
option (1)
    153:1
options (5)
    69:7;81:14,16;118:5,
    5
order (9)
    15:13;32:4;45:20;
    75:13;129:13;142:16;
    151:19;152:25;161:12
orders (2)
    111:3;185:4
organizational (1)
    63:24
original (5)
    128:17;129:4;
    133:25;134:3;163:9
originally (6)
    9:12;75:19;81:25;
    154:5;180:18;186:15
others (11)
    35:18,20;61:22;
    97:24;98:13;103:1;
    133:11;168:20;172:23,
    24;174:12
Otherwise (2)
    32:12;55:17
out (49)
    8:20;20:21;21:18;
    28:22;34:21;35:4;
    41:19;42:19;46:9;
    50:17;51:6,12;53:14;

60:19;69:19;74:19;
    77:6;82:16;90:3,6;
    99:16;100:1;102:9,12,
    12;103:6;106:3,20;
    119:21;120:10;145:24;
    146:3,22;148:18,22;
    153:16;155:24;156:9;
    160:4;161:1,10;
    168:10;173:2,15,19,20;
    187:22;192:14;195:2
Outside (6)
    63:1;77:22;115:13;
    132:6;134:19;164:19
over (13)
    26:11;74:15;90:6;
    112:15;113:16;128:8,
    11;136:16,17;145:2;
    160:2;183:15;191:4
overall (7)
    24:17,20;43:6,8,15,
    16;52:1
oversaw (1)
    61:18
oversee (1)
    60:11
Overseeing (1)
    61:10
own (10)
    15:19,24;37:13;86:6;
    112:4;118:11;147:22;
    176:10,11;177:1
owner (1)
    63:10

                P

P09 (1)
    45:5
P10 (23)
    45:4;108:16;109:6;
    116:21;117:7;132:17;
    133:2,7;135:18;
    142:10,16;143:12;
    145:3;162:20,23;
    163:10,25;164:2,4,23;
    166:5;173:4;178:22
P20 (6)
    36:13,16,17,19;49:4;
    123:18
P20-21 (1)
    49:7
P21 (1)
    123:18
P22 (4)
    36:13,16,17,19
package (1)
    197:16
Paddock (1)
    6:16
Page (59)
    9:4,5,6;35:22,25;
    37:23;41:2;42:18,20;
    43:3;46:3,4;47:14;

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

48:23;49:1,24;67:6;
  89:18;97:24;98:12;
  102:25;103:3,13,14;
  104:16;105:18;107:10;
  109:6;110:22;115:4,
  12;116:2;118:4;
  120:16;121:8;122:3,
  16;123:13;124:4,7;
  136:24;137:11;141:15;
  142:24;143:6;144:4,
  17,24,25;145:5;
  151:10;152:22;153:3;
  157:12;166:10;169:15;
  174:11;178:9;193:14
pages (4)
  49:25;114:18;115:2;
  120:16
paint (1)
  107:21
paperwork (1)
  161:12
paragraph (19)
  42:21;67:7;93:14,15,
  24;94:14,15,25;98:7;
  103:5;104:17;107:12,
  13;119:2,11;122:9;
  123:15;139:22;185:20
parameter (3)
  128:12,13,14
parameters (1)
  31:9
parent (1)
  63:17
part (14)
  30:9;35:23;37:14;
  61:6;66:8;72:9;90:7;
  92:9;118:23;144:18;
  162:6;167:9;172:5;
  173:4
participated (2)
  80:19,25;172:1
participation (1)
  76:22
particular (7)
  18:3;25:8;27:3;54:6,
  17;137:16;182:22
particulate (3)
  69:3,6;71:15
partnership (1)
  19:12
parts (1)
  7:8
pass (2)
  107:7;122:21
passed (1)
  121:10
passkeys (1)
  61:24
past (2)
  104:12;113:25
pay (1)
  112:15
pen (4)

145:7;146:1,8,16
pending (6)
  6:5;75:22;97:1;
  119:5;165:21;167:7
people (14)
  10:5;21:9;25:11;
  26:14;60:24;63:1,2,6,
  21;78:9;94:9;169:18;
  191:12;198:10
per (10)
  47:23;90:25;109:17;
  114:20;119:1;141:19,
  21;143:14;181:25;
  195:16
percent (5)
  96:3;110:13,16,19;
  114:23
perform (1)
  61:8
performing (1)
  60:18
period (19)
  11:20,23;12:1;18:24;
  23:5,8,24;19,23;29:5;
  34:2;41:16;47:11;
  53:16;98:23;109:22;
  128:8;141:3;154:24,25
periods (2)
  64:16;121:6
permit (310)
  7:17,19,23;8:1,3,3,7,
  9,15,15,16,19,24;9:13,
  15,17,23;10:10,17;
  11:3,9,23;12:14;13:8,
  21,22,23;14:2,4,5,7,10;
  15:12,17,22;16:3,6,10;
  17:9,10;18:25;19:10,
  15,19,22;20:6,17,24;
  21:2;22:5,7;29:4,22;
  30:1,20,21,23;31:12,
  14,22;32:1,4,5,10,13,
  18,22;33:12,15,22;
  34:3,6,10,15;35:2,6,11,
  23;37:23;38:5,7,13,15,
  18,20;39:14,22,25;
  40:1,3,8,11,20,25;42:9,
  12,13,14,16,24;43:3,5,
  6,8,8,10,11,15,16,17,
  20,22,23;44:1,3,4,8,11,
  21,24,25;45:8,14,17,
  21,23;47:1,19,22;
  50:11;51:8;68:5,17;
  69:21;70:25;71:19,22;
  72:11,14;73:11,19,23;
  74:5,9;75:4,22;76:6,7;
  77:5,20;78:21;79:6;
  81:5,8;82:1,9,15,24;
  84:15;86:8;95:13,14;
  97:1;102:3;105:6,23;
  106:6,11,13,15;107:14,
  22;108:16;109:5,6,10;
  110:6,9,14;114:24;
  116:17,21;117:1,7,20;

118:10,11;119:3;
  122:10,11;123:5,15,23;
  125:2,5;126:22,25;
  128:4,17;129:5,8,14,
  23;130:5,13,16,20,25;
  131:6;132:17;133:3,8,
  15,18;134:3,17,18;
  135:18,20,21,24;
  136:16;137:14;139:16;
  140:16;141:3,13;
  142:8,10,14,15,16;
  143:2,12,16,19;144:13,
  15,19,21;145:3;
  146:24;148:8,10;
  149:5,6;150:8,8;153:5,
  9;154:10,11;155:3,15;
  156:3,4,7;158:6,15,22;
  159:4,17,21;160:18;
  161:12,20,23;162:2,5,
  9,13,15,18,21,23;
  163:2,10,17,19,21,23;
  164:2,4,24;165:21;
  166:3,14;167:2,7,11,
  15;168:8;169:20;
  170:12;172:5,17;
  173:4;175:15;177:25;
  178:4,10,22;181:10,13,
  14,15,21,25;185:18;
  186:11
permits (1)
  24:18
permit's (1)
  11:10
permitted (6)
  16:6;22:14;23:17;
  168:3;185:23,25
permitting (11)
  50:18;63:12;64:23;
  65:5,6;117:20,24;
  121:23;135:2;147:21;
  173:24
persistently (1)
  119:9
person (23)
  12:13;25:8;26:18;
  27:2;34:23;38:11;
  45:22;50:11,14;51:3,
  25;62:7;64:11;65:9;
  77:18;79:4,6,17;86:19;
  101:13;105:3;136:14;
  173:7
personal (5)
  10:7,16;12:24;113:4;
  189:5
personally (15)
  21:18,24;23:20;
  26:10;28:18;30:24;
  33:5;51:6;62:9;88:2,9;
  89:20;99:16;106:21;
  160:2
perspective (2)
  67:18;70:14
Pete (9)

27:9;84:1,2;86:18,
  19;101:12;173:10;
  185:7;191:14
philosophy (2)
  71:21;75:9
phone (10)
  79:25;80:16,20;81:1;
  83:10;136:16,17,22;
  181:3;184:3
photograph (2)
  115:13;116:4
PHR (4)
  56:1;59:6,24;60:15
physical (2)
  61:22;136:18
physically (1)
  69:12
physics (1)
  58:22
pick (1)
  31:8
picnic (1)
  132:6
picture (3)
  115:22;116:9;164:18
pin (1)
  197:25
piping (1)
  185:21
place (11)
  35:6,10;44:3;68:20,
  22;69:10;85:5;152:19,
  25;154:4;157:23
placed (3)
  99:15;115:20;151:5
plaintiff (1)
  6:12
Plaintiff's (101)
  7:1,13;8:23;9:4;39:5,
  17,20,22;40:2,7,18,20,
  22;42:1,4;43:3,19;
  44:6,12,13,15,18,19,
  23;45:3,9,12,23;46:2,7,
  20;47:5,12,18;49:14,
  17;51:5;65:18;87:3;
  89:5,7,15;90:11;91:3;
  95:22;97:6;102:17;
  105:8;109:2;111:8;
  114:13;117:16;118:18;
  120:3;121:18;123:3;
  126:11,17;127:1,1,15;
  131:12;136:19,24;
  138:7,20;139:2,11;
  140:20;142:6,16,21;
  147:3;150:17;151:1;
  156:19,22;157:3;
  159:14,16;166:2,10;
  174:4,21;177:5,10,20;
  179:5;180:3;182:14;
  184:25;185:10;186:8;
  188:1,10,17;190:7;
  192:20;194:19;195:12;
  196:22

plan (6)
  17:20,21,22;75:17;
  149:1;152:7
planned (2)
  49:20;129:7
plans (2)
  11:13;31:19
please (11)
  5:8,25;28:5,16;
  35:13;52:9;78:6;93:25;
  97:7;117:16;122:16
Plewa (4)
  131:16;134:16;
  135:18;138:10
plume (1)
  134:10
plural (1)
  160:22
PM (7)
  128:14;151:9;
  152:18;154:21,21;
  156:14;199:4
point (51)
  10:25;18:14;21:17;
  22:11;42:12;43:2;46:9;
  65:4;67:8;69:8;70:22;
  74:19;75:21;76:18,21,
  25;79:4,24;81:9;83:9;
  87:24;88:1;94:8;
  101:11;118:12;127:25;
  130:24;135:21;137:1,
  5;140:14;143:1;
  147:25;150:2;153:4,
  22;154:16;156:1,9;
  158:13;160:24;166:13;
  168:4;170:9;171:7;
  183:3,21;184:3;
  190:15;191:7;196:9
pointed (3)
  77:6;82:16;102:20
points (12)
  47:15;110:23;151:6;
  156:12;161:24;174:25;
  175:1,3,6,20;176:16;
  195:21
pollutant (1)
  111:5
Pollutants (1)
  124:9
pollution (1)
  119:3
poor (1)
  103:17
portion (1)
  102:15
position (8)
  24:3;25:23;64:18;
  75:5,8;76:13,15;
  111:11
possibility (1)
  192:17
possible (3)
  152:22;186:20,22

potential (4)
  31:1,15,17;195:15
potentially (3)
  158:7;161:8;195:6
PowerPoint (7)
  111:9,16;113:24;
  115:21;116:5;117:13;
  151:2
PowerPoints (1)
  111:22
Powertrain (1)
  6:11
pre-AVL (1)
  25:6
precisely (3)
  98:21;125:6,11
precluded (1)
  83:3
preparation (1)
  116:16
prepare (5)
  41:5,6;42:6;111:12,
  23
prepared (14)
  111:15,22,25;112:1;
  113:25;114:8;133:9;
  147:7,10,12,15;157:6;
  175:21;188:23
preparing (1)
  188:20
presence (1)
  77:23
present (7)
  52:10;78:9;169:3,6,
  18;171:20;191:11
presentation (6)
  114:16;157:4,7;
  160:19;169:6,13
presentations (5)
  111:12;113:11,24;
  114:7;164:20
presented (3)
  81:17;126:4;189:16
president (3)
  51:19;91:13;190:25
president's (1)
  192:3
pressure (1)
  71:7
pretty (6)
  69:1;83:24;141:7;
  155:23;181:6;194:3
prevention (1)
  75:15
previous (5)
  45:2;94:15;140:2;
  143:2;154:22
previously (16)
  7:12;89:7;102:17;
  109:2;111:8;114:7;
  121:18;126:4;139:2;
  141:2;143:23;154:21;
  157:3;182:4;194:19;

198:20
primary (1)
  41:8
prior (37)
  8:10;16:25;17:23;
  18:2,25;22:2,11;25:5,
  22;26:8;28:2,6,9,17,25;
  29:9,13,18;30:12,17;
  33:5;57:8;78:19,24;
  79:9;82:15;85:12;
  90:17;99:10;109:23;
  129:12,21;130:24;
  144:13;176:13,25;
  194:5
privilege (3)
  91:23;92:5,9
probably (1)
  187:20
problem (3)
  91:20;93:10;153:17
procedures (1)
  61:19
proceeding (3)
  11:2;121:25;126:24
process (9)
  36:8,8,10;37:10,15;
  42:5;72:9;123:20;
  186:25
processed (1)
  187:2
processes (2)
  67:11;123:18
processing (1)
  185:3
produce (1)
  152:1
produced (1)
  131:20
profession (1)
  58:15
professional (2)
  55:18;56:3
program (6)
  53:13,14,17;54:8;
  61:18;67:1
programs (1)
  59:17
progress (1)
  179:23
prohibition (1)
  171:24
prohibitive (1)
  70:15
Project (2)
  67:2;139:24
promoted (1)
  61:5
pronounced (1)
  87:12
properly (2)
  167:19;168:3
property (1)
  134:10

proposal (1)
  82:12
Proposed (2)
  110:6;141:17
proposes (1)
  177:12
proposing (1)
  82:11
pros (1)
  158:3
protocol (1)
  68:16
provide (12)
  5:22;15:25;99:19,21;
  126:20;130:3,8;
  132:19;134:5,20;
  157:21;174:14
provided (15)
  14:4;32:15;38:23;
  40:24;44:18;100:12,
  23;106:21;107:1;
  121:2;124:20,24;
  128:22;133:25;135:25
providing (5)
  125:3;131:1;132:21;
  133:3,6
provisions (1)
  88:6,10
PSD (4)
  75:14;117:19,19,23
publication (1)
  155:4,7
publications (1)
  156:1
pull (3)
  33:12,15;100:6
pulled (3)
  47:11;134:11;135:24
pulling (1)
  9:21
pumps (1)
  134:12
purchase (1)
  185:3
purely (1)
  86:3
purported (1)
  189:6
purpose (4)
  100:24;141:4,12;
  188:8
purposeful (1)
  125:20
purposes (5)
  47:25;51:24;105:14;
  121:1;147:22
pursuant (1)
  15:5
pursue (1)
  140:12
put (33)
  13:14;20:18;63:1;
  64:24;65:17;68:20,21;

69:10,14,14,18;74:3;
101:24;115:22;121:13;
125:22;147:25;150:12;
151:12,13,16,19;
152:25;153:1,11,23;
161:7;182:13;190:3,5,
14;196:9,15
putting (1)
  54:15

Q

quick (2)
  98:8;103:4
quickly (1)
  157:21
quite (3)
  73:2;116:23;154:9
quote (2)
  195:16;196:12

R

raise (1)
  176:12
raised (3)
  92:4;127:2;174:15
raising (2)
  81:10;170:1
ran (1)
  185:22
range (1)
  65:1
rate (1)
  90:24
Ray (1)
  174:7
reach (3)
  50:17;51:12;106:3
reaching (2)
  51:6;106:20
reaction (4)
  22:18;79:21,24;
  169:18
read (4)
  16:8;47:14;67:7;
  155:25
reading (3)
  16:4;108:23;110:10
readings (1)
  99:17
ready (1)
  158:17
really (7)
  52:11;53:14;66:2;
  67:4;77:12;96:25;
  147:14
reason (16)
  7:25;57:6;74:14;
  101:19,20;114:11;
  125:4,18;140:5;147:9,
  10,18;144:24;154:1;
  161:7;179:21

reasonable (1)
  125:2
reasons (2)
  64:7;124:16
Rebecca (3)
  25:15,22;26:10,17
reboot (1)
  112:16
recall (269)
  8:12;10:6,11;11:4,7;
  12:12,22;13:7,11,12,
  25;15:19;18:1;19:6;
  27:24;28:2;39:9,12;
  40:3;44:9;48:16,20;
  51:5;54:24;55:11;65:6,
  23;67:2,5,9,14,23,25;
  70:8;71:5;77:7,21;
  78:14;87:5,6,16,18,23;
  88:5,16,18;89:1,15,20,
  23,25;90:11,13,22,25;
  91:5,7;92:13,15,17;
  94:5;95:11,23;96:13;
  97:3,7,16,21,22;98:4,6;
  101:9,16;102:18;
  104:25;105:10,11;
  107:9;109:3,4;110:9;
  111:1,9,10;114:13,15;
  116:1;117:11,17,18;
  118:3,5,15,18,20;
  119:24;120:7;121:19,
  20,24,25;122:2,7,8,11,
  24;124:25;126:6,7;
  127:4,19,22;129:18;
  131:12,14,15,18,19,23;
  132:4,8,12,16,18;
  133:1,5,6,12;134:23;
  135:4,5,7;136:14,21;
  137:1,4,5,8,9,21;138:7,
  9,10,12,20,22,23;
  139:1,3,4,5,11,13,24;
  140:20,22;141:8;
  143:22;144:23;145:6,
  8;146:17;147:3,5,10;
  148:17;149:16,18;
  150:17,19,20;151:1,3,
  4,11;155:8;156:19,21,
  25;157:2,4,5,6,18,19;
  159:24;168:4,19;
  169:3,5,11;170:6;
  171:6;172:18;173:13;
  174:3,4,7,9,19,20,21,
  23;175:1,8,23,25;
  176:1,5,14;177:10,11,
  13,14,23;178:1,2,6,15,
  21;179:2,5,7,11,22;
  180:3;184:1,25;185:2,
  6,9,10,12,13,16,21;
  186:11,21;187:7,23;
  188:1,3,4,7,12,13,16,
  17,19,20,24;189:3,21;
  190:18;192:6,8,10,15;
  193:5,11;194:20,21,25;
  195:12,14;196:22,24;

197:2,3
recalling (1)
  68:3
receipt (1)
  119:2
receive (6)
  27:16;62:13;100:19;
  101:2;110:13;126:20
received (23)
  8:4;15:8;20:5,6,8;
  39:24;52:14,22;57:7,9,
  25;62:18;76:25;77:11;
  101:4,6,24;115:25;
  116:15;117:12;140:2;
  160:17;162:18
receiving (5)
  101:21;121:21;
  127:15;150:20;188:2
Recess (6)
  39:2;41:13;86:25;
  171:18;177:8;197:6
recipients (1)
  97:24
Reclaiming (1)
  54:15
reclamation (6)
  52:16,24;54:11,20;
  55:2,5
recognize (7)
  7:13;65:20,21;117:5;
  186:9,10;192:23
recognized (3)
  61:1;83:18;192:24
recognizing (1)
  65:22
recollection (8)
  20:16;22:10;57:18;
  65:10;88:20;92:23;
  108:4;110:7
reconnected (1)
  185:17
record (14)
  5:8;84:23;91:17,25;
  92:1,2,6;100:4,7,8,20;
  103:19;110:5;197:5
records (11)
  9:21;23:15;71:25;
  84:10,13,14,16,25;
  99:1;120:25;121:2
recruiting (2)
  60:23;61:2
redirection (1)
  185:24
reduce (1)
  195:9
reduction (1)
  151:14
refer (20)
  6:8,11;7:8;14:20;
  37:16,17;43:19;48:24;
  59:24;67:6;71:2;
  105:18;120:12,15;
  122:23;123:14;156:12;

158:5;178:14,16
reference (31)
  36:14;37:1;44:20;
  47:15;49:7;67:2,8,22;
  92:12,17;103:3;106:6;
  107:18,20;108:20;
  110:12;122:4,10,20;
  124:4,14;125:8;126:9;
  143:3;162:7,8;166:2;
  175:21;180:14;193:23;
  196:6
referenced (15)
  9:19;11:22;16:9;
  17:25;19:4;20:20;
  37:21;38:6;39:16;
  42:14;43:3;46:20;
  124:11;136:19;179:8
references (5)
  36:2;42:23;46:23;
  131:25;196:11
referencing (1)
  46:13
referred (6)
  42:15;45:3;66:25;
  100:4;159:8;197:2
referring (9)
  6:7;42:17;71:9;
  88:22;94:12;106:8;
  139:6;145:14;190:12
refers (7)
  36:19,22;94:15;
  119:11;157:13;174:16;
  193:18
reflect (1)
  160:4
refresh (7)
  87:7,19;89:8;96:18;
  118:1;123:10;147:11
refreshed (1)
  194:6
regarding (2)
  177:24;178:3
regardless (5)
  83:5;86:10;142:17;
  148:12;150:6
regards (1)
  101:6
regs (1)
  148:16
regulated (1)
  153:1
regulation (2)
  154:18;196:19
regulations (11)
  67:19;68:3;147:13,
  24;148:4,7,12;154:7;
  155:14,18;196:7
relate (6)
  57:2;71:19;118:24;
  127:2;194:22;196:8
related (7)
  55:2;90:22;110:7;
  111:1;122:7;127:8;

143:14
relates (4)
  120:7;139:14;
  144:11;151:4
relation (1)
  135:2
relationship (4)
  15:6;64:11;138:25;
  185:4
relative (9)
  26:23;61:16;62:14;
  65:5,11;88:10;116:19;
  117:24;169:23
relied (1)
  14:5
rely (1)
  64:22
remained (2)
  59:3;146:19
remains (1)
  75:22
remediation (5)
  132:9,10,21;134:7,
  13
remember (55)
  21:21;35:19;42:7;
  57:15;58:21;66:2,8,22;
  67:11,15;89:17,24;
  92:19,20;94:7;96:8,23,
  25;98:9,10;101:14;
  118:7,8;121:21;132:5,
  21;133:2;135:19,22;
  136:3,13;138:16,17;
  150:23;168:23,24,25;
  172:22,23;174:6;
  175:3,5,9,12,13;
  177:16;178:11;190:22,
  24;191:1,13;192:5,11;
  193:8,9
remembering (1)
  66:4
remembers (1)
  84:4
remind (2)
  74:17;103:21
removal (5)
  46:5,9,23;107:15;
  110:23
remove (2)
  13:13;46:25
removed (21)
  12:5,8,9,10,21;13:1,
  10,19,24;14:12;47:5,
  18,20;48:3;49:19,22;
  82:6;107:21,24;115:9;
  164:24
removing (3)
  13:16;47:1;111:5
Renae (1)
  5:11
renew (6)
  8:2;142:10,16;
  148:10;189:7,17

renewal (10)
  8:1,9;40:10;142:8;
  144:8,15;149:5;
  178:10,12,22
renewing (3)
  188:21;191:25;
  193:16
repeat (4)
  28:16;47:7;74:1;
  164:21
rephrase (1)
  28:14
re-piped (1)
  185:18
replace (1)
  69:20
replacement (1)
  100:20
report (26)
  20:22;24:15,25;
  51:20;63:21;64:2,7;
  80:4,16;85:2;101:25;
  102:1,14;132:21;
  134:7,13;159:18;
  180:6;181:7;182:8,14;
  183:9,9;184:8,9;
  198:18
reported (13)
  25:2,6,11,13;26:13;
  80:15;83:12;104:9;
  143:23;173:7;183:12;
  185:17;198:21
reporter (2)
  52:18;103:17
reporting (7)
  26:14;63:23;64:9;
  100:24;121:1;135:11;
  181:17
reports (6)
  62:20;102:2,4,6;
  132:11;180:11
representative (4)
  17:5,24;79:13;88:10
represented (1)
  121:5
representing (1)
  16:17
request (2)
  18:12;140:3
requested (7)
  80:14;101:11;
  124:15;127:19;141:2;
  142:25;147:18
requesting (4)
  74:16,25;123:16;
  140:3
requests (1)
  142:22
require (5)
  137:17;141:10;
  147:25;150:4;152:20
required (11)
  68:7;69:18;80:4;

84:14;129:17;141:6;
  146:24;149:4,20;
  196:15,17
requirement (4)
  15:16,21;50:14;
  151:12
requirements (11)
  72:22;75:2;99:6;
  117:19;137:19;151:8;
  153:5,18;156:14;
  157:16;187:11
residence (1)
  6:15
resolve (1)
  83:19
resolved (1)
  73:10
Resource (2)
  57:13;63:10
resources (2)
  24:6;56:3
respect (14)
  7:20;24:13,25;25:13;
  26:15;40:22;61:8,25;
  62:10;63:5;93:11;
  94:11;122:1;138:24
respond (1)
  104:23
responding (1)
  185:7
response (5)
  103:18;107:11,12;
  140:8,11
responses (3)
  5:23;90:17;174:15
responsibilities (4)
  24:13;26:4,11,22
responsibility (4)
  24:11,20;64:2;105:4
responsible (5)
  12:14;26:18;51:15,
  23,25
restrictions (2)
  138:11;152:17
resume (1)
  184:16
résumé (1)
  56:12
retain (1)
  26:11
retired (2)
  100:14,16
return (8)
  14:16;36:25;46:2;
  90:6;126:1;180:15;
  183:20,24
Returning (1)
  167:13
review (30)
  7:5,9;9:25;14:14;
  39:7;42:10;47:3;70:1;
  72:9,10;87:5;88:17;
  91:4;97:6;102:21;

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

105:9;123:4;131:19;
132:7,23;141:3;
144:21;153:6;157:9;
173:9;175:22;186:12;
191:3;194:5;197:1
reviewed (1)
12:17
reviewer (1)
126:23
reviewing (8)
12:23;38:2;50:19;
87:7;122:12;132:15;
133:2,7
reviews (1)
62:9
revise (1)
18:8
revised (3)
34:3;107:14;110:8
revision (2)
43:12;122:13
revisions (1)
44:14
revisit (1)
40:5
rewriting (1)
195:6
Rick (1)
25:9
Rickers (1)
191:16
right (125)
14:13;15:6,22,25;
20:2,11;21:3;26:17;
30:13;32:13,16,19;
33:6,14,18;34:13,19;
35:12;36:11;37:6,13,
19;42:25;45:10;48:18;
50:12,21,24;51:1;54:2;
56:16;57:17;59:7;
60:15;66:12;68:15;
70:16,23;72:17,18;
73:5;74:11;75:23;76:2;
77:13;79:7,11;80:18;
85:21,23;86:3,14;91:2;
93:19;96:20;103:6,11,
24;104:13;106:4,24;
108:17,21;109:7;
112:16;113:2;115:10,
14,16;116:7,10;
117:21;119:3;124:1;
125:3;128:17;129:19;
130:6,16;131:2;134:5;
138:14;139:14,17;
140:9,16;146:10,13,15;
151:10;152:8;159:3,
20;161:14;162:8,10,13,
21,24;163:8,12;164:2,
4,7,25;165:5;166:1,20;
167:7;169:24;173:5,8,
15,17;175:16;178:21,
23,24;182:2;183:10;
189:12;193:20;195:17,

19
right-hand (2)
115:3;123:14
Ritters (1)
191:14
Road (1)
6:16
role (4)
59:3;66:1;88:2;
185:3
rolled (2)
43:14;44:10
rolling (6)
93:21;98:20,21;
104:6,13;109:21
rollup (1)
195:15
room (1)
192:4
roughly (5)
16:22;22:24;56:18;
59:19;116:10
rules (4)
5:22;65:19;156:4,6
run (13)
15:19,23;84:17;93:5;
98:24;125:7,14;
130:12;152:1;153:21,
24;161:5;185:20
running (7)
84:22;98:8;137:9;
150:1;175:14;180:8,9
rush (1)
40:15

S

S20 (3)
36:7;38:2,2
S20A (1)
159:1
S20B (1)
159:1
S20C (9)
12:3;37:1;46:19;
159:1;163:23;164:2,
23;165:2;183:8
S21 (1)
182:5
S21A (9)
12:3;46:17;164:15;
165:15,17,20;166:15;
182:5;183:2
S21B (8)
12:3;37:1;46:17;
165:15,17,20;166:15;
183:2
S21C (3)
12:3;37:2;46:17
S21E (1)
159:2
S21F (3)
42:8,14;67:12

S22 (1)
38:2
safety (3)
25:17;27:1;61:7
sales (3)
10:1;18:12;91:11
same (23)
23:5;29:15;40:12;
44:4;51:9;52:12;58:7;
65:18;71:21;86:19;
91:18;103:9;114:19;
115:10;116:12;126:22;
130:10;145:2;153:15;
160:14;162:2;167:24;
179:12
satellite (3)
53:13,25;54:3
satisfied (3)
107:5;124:23;125:15
saved (1)
113:12
saving (1)
113:7
saw (13)
21:18,24;22:12,13,
17;23:6,10;47:14;
88:13;89:3,18,23;
114:19
saying (2)
72:23;103:17
scenario (2)
125:13;173:10
scene (4)
27:14;148:11;
150:11;151:18
schedule (1)
157:25
scheme (1)
184:23
school (1)
52:9
Schwarz (1)
150:22
science (9)
52:15,16,22,25;
54:17,25;55:1,4;58:25
scope (2)
139:24,25
SCR (7)
67:16;68:24;69:5,9,
22;70:25;71:21
second (18)
97:24;102:25;
103:13;104:16;105:18;
107:12;110:22;115:8;
119:11;122:9,10,11;
123:15;136:24;137:5;
139:22;152:22;166:13
seconds (1)
177:6
section (4)
46:4,13;136:25;
144:10

secure (2)
61:12;129:13
security (15)
60:11,11,12;61:3,7,9,
10,14,15,20;62:2,4,6,
10;66:11
seeing (4)
89:16;90:1;97:21;
174:7
seek (1)
60:19
seeking (1)
57:10
seem (2)
79:2;194:3
self-inflict (1)
153:19
self-restriction (1)
152:24
sell (1)
69:16
semi (1)
102:15
seminar (1)
62:15
seminars (1)
62:24
send (3)
100:2;102:13;132:24
sends (1)
174:12
sense (3)
92:7;96:6;143:24
sent (6)
95:8;107:5;174:10,
17;189:19;190:2
sentence (1)
107:12
SEP (7)
67:1,10,23;87:9,17,
20;196:25
separate (2)
83:6;93:15
separation (1)
197:16
SEPs (1)
67:4
September (27)
87:4,21;123:6;
126:16;129:8,12;
139:19;154:12;155:3,
9,15;159:5,21;160:9,
14;162:9;163:6;164:6;
165:2,8,18;166:6,19;
181:21;182:1;193:6;
194:1
sequence (1)
85:3
series (1)
49:9
serves (6)
27:11;73:5;79:15;
113:2;160:25;182:25

session (1)
67:21
set (1)
158:17
settlement (3)
65:24;66:24;67:24
settling (1)
65:10
seven (1)
80:5
several (5)
42:8;54:19;62:17;
148:19;191:12
Shana (1)
105:12,14;106:3,20;
107:5
Shana's (2)
106:23;107:10
share (2)
133:11;168:16
shared (2)
31:7;165:12
short (1)
195:9
show (7)
23:14;48:25;66:10;
70:15;84:16;134:3;
176:21
showed (1)
133:25
showing (2)
81:17;135:5
shows (1)
103:18
shutdown (1)
185:14
sic (1)
191:14
sign (1)
190:17
signed (4)
41:2;190:19,21,23
significant (2)
75:15;144:15
signified (1)
127:6
signify (2)
198:22,23
Silencer (1)
195:16
similar (2)
55:3;126:22
simple (1)
5:22
sit (1)
32:2
site (3)
61:20;101:8;120:10
sites (1)
196:1
sitting (5)
21:19;78:23;132:5;
134:19;192:16

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

situation (2)
  173:22;187:21
six (7)
  102:5;142:24;143:7;
  144:6,11;178:17,21
size (1)
  31:7
slide (10)
  156:9;157:4,6,12;
  160:19;166:14;167:10;
  169:6,15;176:21
slides (1)
  169:12
slower (1)
  166:8
slowly (1)
  52:20
small (2)
  57:12,19
sole (1)
  100:23
solely (1)
  113:6
solutions (1)
  192:14
someone (12)
  23:14;61:19,20;
  77:22;81:3;87:13;
  100:16;101:6;115:25;
  127:23,24;146:2
sometime (6)
  16:20;30:14;80:22;
  136:2;156:7;173:4
Sometimes (2)
  7:7;43:13
somewhat (1)
  51:9
somewhere (1)
  69:13
sorry (27)
  12:22;35:17;53:4;
  68:12;85:17;87:18;
  91:1;103:16;104:15;
  118:15;119:7,24;
  121:17;132:18;133:19;
  135:7;139:8;143:3;
  145:23;162:6;171:14;
  178:1;188:16;190:18;
  191:17;193:8;197:3
sought (2)
  123:22;144:7
Sounds (2)
  90:5;126:18
Source (10)
  35:24;36:2,9;37:16,
  17,23;100:23;101:13;
  110:4;115:23
South (2)
  6:16;116:10
SOx (1)
  128:14
speak (2)
  52:20;181:5

speaking (3)
  16:25;35:13;41:16
specific (11)
  18:21;20:9;33:17;
  58:23;59:16;65:22;
  84:24;101:4;126:8;
  135:20;158:18
specifically (24)
  17:18;27:18;43:11;
  65:6;81:17;82:19;
  90:13;92:20;94:12;
  111:4;121:20;128:2;
  129:18;132:16;149:17;
  151:3;155:24;157:5;
  168:23,24,25;176:16;
  178:5;194:21
specs (1)
  90:21
speed (1)
  62:19
Spencer (1)
  188:25
spend (2)
  120:13;196:15
sprayed (1)
  90:6
spreadsheet (8)
  99:3,4,5,10,15;100:1,
  2;120:23
St (2)
  101:10;128:1
stack (31)
  18:3;22:14;32:24;
  34:9,12,19;36:6,9;37:9,
  15;48:2,3,4;49:4;
  69:15,19;90:3;115:24;
  122:20;160:8;161:6;
  164:23;165:5;173:19;
  181:16;182:21,25;
  183:1,3,7;185:23
stacks (192)
  9:19,24;10:9,19;
  11:8,14,21;12:3,25;
  13:9,12,13,16,18,24;
  14:12,17;16:1,5,9;17:3,
  12,16,19,25;18:13,19;
  19:4;20:14,19;21:6,12,
  24;22:13,18,21;23:21,
  25;27:3,5,19,22;28:3,8,
  10,18;29:1,9,14;30:2;
  32:22;33:2,5,8,8,16,21;
  34:5,24;35:1,7,12;36:4,
  5;37:1,2,4,19,21;38:6,
  14;46:5,10,11,19,25;
  47:4,17;48:13,14;49:9,
  10,13,18,20;69:11;
  76:1,16;77:9,20;78:4,
  10,21,25;79:11;81:4,
  19,23,25;82:5,13;83:3,
  12,15;85:14;86:7;
  104:18,23;105:3,5;
  107:19,23;108:2,5,6,
  16,20,24;115:13,16;

116:7,20;117:5,6;
  122:1;135:2,5;144:11;
  159:12;160:14;162:1,
  5,7,8,12,20;163:1,3,6,8,
  15,21;164:12,18;
  165:7;166:3,4,14,18,
  22;167:1,2,9,10,15;
  168:8,11;169:20;
  170:11,17,24;171:12,
  23;172:5,16;173:3,24;
  175:15,21;176:3,7,12,
  17;178:3,6,11;179:13;
  180:20;181:9,12,24;
  182:4,10,15,18;183:5,
  10;185:14,18,25;
  186:1;198:5
stamped (1)
  120:16
stamps (1)
  41:21
stance (1)
  154:8
stand (34)
  18:8;19:12;20:17;
  21:19;22:4;23:7,16;
  31:9;32:2,25;34:15,17;
  36:7;37:14;42:8;48:1;
  68:10;78:13;89:24;
  116:23;125:7,14;
  128:6;131:4;159:1;
  161:5;165:10,12,16,25;
  182:11,22;183:7;
  184:16
standard (2)
  53:18;156:15
stands (63)
  8:20,21;9:14;17:7,
  21;18:7,21,22;19:3;
  22:6,12,23;21,24;
  29:15,19;30:7,12,16,
  25;31:1,7,13,15;32:7,
  15,16;33:1,4;36:15,16;
  46:16,24;51:25;55:22;
  67:16;69:11;71:12;
  73:14,16,19,23;74:7;
  82:20;88:19,21;
  137:13;148:1,19;
  158:8,10,14,18,20;
  159:8,18;164:11;
  180:8;182:16,17,19;
  185:16;186:18;196:10
start (5)
  61:3;85:6;86:16;
  99:5;102:24
started (10)
  23:11;26:3;27:16;
  34:18;48:12;61:2;
  62:17;65:2;73:17;99:9
starts (1)
  49:25
state (27)
  5:7;14:15;48:1;
  54:16;56:23;68:16;

74:20;92:6,24;98:15;
  125:6;142:25;148:5,
  25;149:2,14;151:16;
  155:6;158:8,11;
  160:18;161:13;162:19;
  167:20;169:21;182:12;
  196:7
stated (4)
  37:12;99:14;151:17;
  156:1
statement (4)
  81:15;175:14;
  176:15;179:20
states (2)
  45:18;70:2
stating (5)
  79:23;102:2;170:16;
  175:14;189:16
status (3)
  35:11;45:22;73:24
stay (3)
  75:13;151:20;152:25
stayed (1)
  143:25
step (2)
  60:20;173:17
steps (1)
  95:2
Steve (30)
  7:2;51:16,18,23;
  87:2;89:5;119:21;
  131:16,17,18;132:14,
  19;133:3,6,25;134:8,
  16,20;135:1,5,8,18;
  136:1,11;137:15,20,22;
  140:14;184:24
Steve's (4)
  52:2;132:1;135:12;
  136:25
sticky (1)
  116:3
still (18)
  31:12;48:17;52:2;
  57:8;70:4;73:24;83:21;
  100:16,19;113:25;
  114:8;140:15;150:12;
  151:19;160:13;162:23;
  192:13;194:12
stipulation (1)
  93:7
stop (13)
  80:3,8,10,14;83:14,
  19,20;84:9;85:10,13;
  86:14,17,20
stopped (2)
  83:16;85:2
store (2)
  112:2,8
stored (1)
  112:3
strategic (1)
  149:10
strategically (1)

149:1
strategy (2)
  67:21;151:25
Strauss (1)
  25:9
stream (1)
  69:13
strike (7)
  145:10,11,13,24;
  146:1,3,8
stringent (1)
  93:18
Stritch (1)
  53:5
strong (1)
  60:22
structural (5)
  104:20;121:25;
  122:13,15,22
study (5)
  53:18;54:5,18;55:12;
  59:9
stuff (6)
  62:16;106:7,8,11,14;
  119:23
sub (1)
  49:9
subject (10)
  16:13,14;92:5;
  117:19;125:19;139:16;
  162:14;165:20;167:4;
  186:11
submission (21)
  11:11;42:1,4;43:2,
  23;48:24;51:24;119:5;
  125:1,16;130:24;
  134:2;139:12;140:21;
  141:4;144:18;145:25;
  155:3,10;163:10,14
submissions (2)
  44:17;145:21
submit (25)
  15:14,18,21;17:9;
  18:11;19:10;32:4;
  43:10;64:10;68:7;72:1,
  14,23;80:4;95:12;
  102:2,14;125:5,12;
  130:11;142:15;144:16;
  156:2;162:15;187:4
submittal (13)
  40:23;50:15;73:8;
  124:13;141:12;145:17;
  146:20;150:5;158:7,
  19,20;159:9;160:9
submittals (1)
  8:5
submitted (86)
  8:1;9:12,17,23;
  10:18;11:3,18,19;
  12:25;13:8,11;14:3;
  15:20;16:2;18:20;
  19:23,25;20:1;29:4,22,
  24;30:1,6,23;31:11,23,

25;32:9,12,18,21;
38:19;39:21;40:19;
41:17,22;44:13;50:24;
68:5;71:10,22;72:3,20;
95:17;96:7,9;102:6;
106:12;119:12;123:5,
11;126:16;127:4;
128:4,16,18;129:5;
130:5,13,20;133:17,19;
137:13;139:19;140:5;
142:9,18;145:9,18;
146:9;148:9;153:10;
154:6,12;155:9,16;
158:8,10;159:18;
160:3;163:5;165:24;
167:20;180:6;186:15;
187:7
submitting (6)
12:14;18:25;24:15;
49:16;110:8;140:24
subsequent (3)
48:4;104:8;198:7
successfully (1)
70:3
suggest (1)
46:12
suggested (2)
163:2;198:7
suggesting (4)
40:10,13;70:19;
97:12
sulfur (7)
92:17;93:1,6,10,13;
120:24;121:4
summary (3)
118:4;135:14;137:1
summer (1)
57:8
supervisor (2)
62:6;168:22
supervisory (1)
60:2
Supplemental (1)
67:1
supply (1)
129:24
support (7)
39:21;40:19,25;92:7;
124:1;129:23;147:16
supports (1)
104:20
supposed (1)
96:2
Sure (41)
9:2;11:5;15:14,20,
23;16:8;21:9;28:6;
30:18;35:10;47:8;51:7;
58:21;64:21;72:12;
74:2;78:7,12;83:23;
84:25;85:17;88:15;
89:3;91:17;99:7;
100:11;144:2;154:23;
156:10;160:7;164:22;

171:3,16;172:25;
177:7,14;182:10,13;
186:21;189:3;196:11
Survey (1)
57:1
surveying (1)
56:14
sustain (1)
59:13
swap (1)
69:19
sworn (1)
5:2
sync (1)
112:11
system (11)
69:10;84:19;112:2,
12,21,25;113:9;145:15,
20;184:2,5

T

table (4)
124:8,10;132:6;
134:20
tables (3)
48:25;107:1,1
talk (9)
16:19;39:6;46:24;
79:4;137:19,22;
168:18;176:21;180:19
talked (8)
17:7;77:3;82:19;
91:18;168:17;178:17;
182:4;187:20
talking (12)
23:11;54:2;60:23;
79:20;103:10;146:1;
174:25;175:1,3,6,20;
176:15
tanks (1)
57:21
taxing (1)
52:11
Taylor (1)
62:5
teaching (1)
63:7
team (1)
88:6
technical (2)
53:21;73:6
technically (4)
70:7;71:4,5;72:20
Technology (2)
68:11;70:3
telling (4)
48:20;168:23,24,25
ten (1)
183:7
ten-hour (1)
183:22
tenure (1)

64:16
terminate (1)
189:6
terminating (1)
188:21
terminology (1)
74:18
terms (2)
88:3;90:18
terrible (1)
57:15
test (114)
8:21;9:14;17:7,11,
21,21,22;18:7,8,11,21,
22,22;19:11,13;20:17;
21:1;22:4,6,12;23:16,
21;29:15,19;30:3,7,11,
16,25;31:1,6,9,13,15,
19;32:2,7,15,16,24;
33:1,4,17;34:14,17;
36:7,15,16;37:14;42:8;
46:16,23;48:1;51:25;
61:17;69:18;71:12;
73:13,19,22;74:7;
76:16;78:13;82:20;
83:24;84:9;88:19,21;
89:24;98:2,3,8;116:23;
124:11,11,12,12;125:7,
14;128:6;129:7;131:4;
137:13;148:1,19;
150:6;158:7,10,14,18,
20;159:1,8,18;161:5,
18,22;164:11;165:10,
12,16,25;180:8;182:11,
15,17,19,22;184:16;
185:16;186:4,18;
192:15;195:3
tested (14)
9:19,24;10:2,19;
11:6,10;34:2;76:1;
83:21;93:8;137:23;
160:12;181:9;185:25
testified (2)
5:3;198:3
testimony (1)
198:7
testing (71)
9:16;10:22,23;11:2,
15,20;19:3,14,18;20:4,
10,13,16;22:25;23:13,
15,16;27:13;28:19,21;
31:2,3;34:8,12,14,19;
36:22;48:12;49:21;
73:13,15;77:8,19;
78:20;79:10;80:3,9,10,
14;81:4,18,22;83:14,
19,20;85:2,10,13;86:7,
14,17,20;93:1,11;
104:12;108:6;117:1;
123:19;130:3;157:22;
158:16;159:10;160:5;
164:9,13;179:13;
184:15,20;186:18;

192:18;194:23
tests (2)
101:7;130:12
Thanks (2)
93:25;198:25
then-current (4)
109:14;110:1;
133:15;143:12
then-existing (1)
162:13
then-governing (1)
163:10
then-pending (3)
73:24;139:14;156:7
therefore (5)
33:1,2;48:15;75:7;
85:9
Thimke (18)
16:16,19,21,25;76:9,
12,20;83:2,5;85:20,22;
86:1,10;171:9,11,20;
172:23,25
thinking (4)
91:14;106:17;
135:22;148:18
third (2)
35:23;36:1
though (12)
29:18;30:22;38:10;
46:13;51:1;91:15;
113:11;114:5;146:6;
147:12;172:25;178:6
thought (10)
12:23;35:17;40:7;
97:9;108:11,13;145:8,
14;167:5;198:4
three (5)
42:21;46:14;47:15;
98:8;183:10
threshold (6)
70:23;74:16;75:14,
16;153:1,20
Thursday (1)
83:17
timeframe (25)
7:21;8:2,4;19:2;25:3,
7,10;26:21;27:15,17;
28:1;29:3,17;41:25;
47:8;51:10;65:2;66:3,
5,22;87:22;98:23;
118:15;148:23;171:3
timeframes (1)
94:1
times (6)
20:7;84:18;101:14;
103:16;111:22;127:19
timing (5)
29:11;30:14;173:22;
174:2,3
title (8)
25:25;26:2,6;35:24;
58:14,16;64:20;124:8
titled (2)

43:20;49:4
Today (16)
6:7;7:4;31:21;52:11;
78:16,23;87:7;96:17;
109:7;117:23;118:21;
123:8;171:19;175:16;
178:13;198:3
together (2)
101:24;115:22
told (26)
14:7;16:17;17:8,12,
24;30:4,5,16;40:7;
47:20;48:8;56:12;59:2;
77:22;79:16,21,25;
83:21;84:9;86:14,19;
129:11,22;155:1,20;
173:2
tomorrow (1)
174:24
ton (3)
74:24;75:17,18
tons (1)
141:19
took (3)
126:19;132:22;154:8
top (11)
35:23;45:3;49:7;
50:1;103:5,14;106:16;
137:10;157:12;169:15;
174:11
topic (1)
178:6
topics (1)
138:13
total (3)
22:8;98:3;180:8
touch (1)
65:3
tour (2)
134:20,24
toured (1)
134:22
toward (1)
147:16
tower (1)
138:11
tracking (3)
99:4;110:5;141:20
training (1)
55:13
transferred (1)
113:9
transmission (1)
184:7
Transportation (3)
56:14,21;57:7
tricky (1)
48:22
tried (3)
42:10;75:3;178:9
trigger (3)
74:23;75:21;116:19
triggering (1)

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

76:4
triggers (1)
74:18
trouble (1)
52:12
troubling (1)
103:24
true (2)
70:20;184:13
trust (1)
84:5
truthful (1)
55:6
try (4)
75:11;131:5;164:16;
187:21
trying (14)
28:22;60:19;69:3;
80:21;96:14;119:16;
147:11;161:1,11;
172:13,21;178:11;
192:14;195:2
turn (12)
9:4;35:22;46:2;
116:2;122:16;123:13;
136:24;144:17,24;
153:3;157:12;193:14
two (35)
25:11;49:25;55:7,9;
57:10;58:7,8;69:4,7;
70:8;98:7;107:21;
109:9;114:18;118:4;
137:6;143:1,10;144:4;
159:19,22;161:24;
162:2,4;166:18;167:1,
9;180:8;181:8,11;
182:4,10;183:4;
185:16;198:2
two-year (2)
53:13,16
type (14)
18:21;55:17;79:24;
82:19;92:24;94:12;
114:15;125:11;129:12,
22;134:20;142:2;
144:14;156:3
typical (15)
127:5,13;128:18,23;
129:6,25;130:1,6,8,14,
15,22;131:1,7;167:18
typically (1)
125:5
typing (1)
146:21

U

ultimate (2)
15:11;66:24
ultimately (9)
39:17;44:14,18;46:6;
65:23;73:9;76:13;
95:14;164:12

ultra (6)
92:17;93:1,5,9,12;
120:24
unable (2)
153:21;179:23
unannounced (2)
66:13,14
unaware (6)
21:20;22:20;23:18;
34:16,18;155:17
unclear (8)
29:11;30:14;35:9;
76:11,12,18;161:5;
173:22
under (35)
16:6;34:6;43:5;
44:11;47:1;48:7,11;
55:7;59:17;68:16;71:3,
21;79:6;82:5,14;86:8;
109:5,9,25;110:14;
118:10,14;143:18;
144:1;153:6,17;154:7;
155:5;157:16;158:3;
159:15;161:24;166:13;
186:12;197:7
undergrad (1)
56:16
underground (1)
57:20
underline (1)
146:3
underlying (1)
116:4
underneath (1)
24:11
Understood (5)
103:20;124:18;
130:14,21;133:16
unit (2)
36:6;37:11
United (1)
70:2
units (4)
36:5;37:8;107:15,21
Universal (1)
195:16
University (3)
52:23;53:6;54:1
un-permitted (10)
34:9,12,19;35:11;
48:13;78:10;79:11;
81:19,23;85:14
unsure (23)
16:11,12;22:9;25:19;
29:3,16;31:21;34:25;
35:3;38:8,9;51:10;
52:7;85:3;106:16;
136:10,23;147:14;
168:7;172:24;187:18;
193:21,22
untrue (1)
13:9
unusual (1)

66:16
up (49)
10:1,25;11:10;28:17;
42:10;45:7;46:6;59:21;
62:19;64:24;65:1;
66:10;71:25;73:13,15;
75:22;76:8,12;82:21;
85:6;92:19;96:15;98:8;
103:18;104:7,12;
109:20;112:18,25;
113:3,5,12,12,14;
137:6,9;143:1;150:1;
158:18;161:8,10;
172:13,17;176:17,21;
192:15;194:10,14,18
upcoming (4)
122:5;155:14;
161:14;169:23
upfront (1)
135:23
upgrades (1)
138:24
upper (1)
166:13
usage (20)
21:17;47:23;93:18;
98:15,23;100:24;
101:2;109:11,14;
111:6;120:24,24;
121:9;137:2,16;
140:13;147:19;151:15;
157:14;172:15
usages (1)
104:1
use (47)
11:14,23;18:13;
22:22;23:22;27:3,6;
28:9,11;29:19;31:13,
16,17;34:24;35:1;
46:11;48:4,15;70:17;
83:12;84:10,13;88:25;
92:7;93:1,9;104:6;
108:11;110:5;141:20;
142:23;150:1;151:22;
157:20;161:4;163:7;
164:12;165:15;170:17;
171:24;172:5;184:10;
187:9;194:14,22;
196:2,2
used (33)
10:9;12:5;13:18;
14:8;18:4;21:6;31:23,
24;47:19;61:11;70:3;
78:4,11;91:21;92:25;
93:4;104:5,12;108:6;
124:13,20;127:5;
129:4;130:6,15;135:6;
159:9;165:16;170:18;
173:3;180:10,20;182:5
using (33)
13:12;17:8,12;21:12,
24;22:18,21;48:1,2,9,9;
83:3;91:20;92:18;

93:12;108:5;109:24;
158:10;162:1,5;
164:15;165:5,25;
166:2,4,14,15;167:14;
168:8;169:19;181:12,
24;198:5
usual (1)
111:16
usually (1)
63:10
utility (4)
100:4,7,8;121:2
utilized (1)
14:21
UW (3)
54:1,4,9
UW-Platteville (3)
52:15;53:25;54:5

V

Vaguely (4)
65:13;66:1;118:7;
135:19
values (3)
129:25;130:1,2
various (1)
195:20
verbal (2)
103:18;111:20
verbally (1)
180:19
verify (3)
84:11;159:17;160:10
versus (2)
113:5;173:24
via (3)
99:24;100:21;183:12
viable (1)
81:14
vice (2)
51:19;91:13
viewed (1)
117:13
violation (7)
82:24;83:7;86:13;
127:7;161:20;182:7;
183:4
Virginia (1)
62:5
visit (17)
10:12,17;22:7,13;
132:1,1,4,12,20;
135:12;136:4,5,8,12,
19;137:16;138:14
visited (6)
22:2,4,10;134:17,21;
137:3
VOCs (1)
128:14
voice (1)
181:6
voiced (1)

171:22
voicemail (8)
180:15;181:5,7;
183:12,24;184:2,5;
188:24
voluntarily (1)
197:14

W

Wait (2)
82:14;162:17
waiver (2)
91:22;92:8
wake (1)
185:14
wall (1)
115:16
warning (1)
94:23
waste (2)
63:11,13
way (26)
18:7;28:20;31:25,25;
40:13;47:16;55:2;
59:24;71:19;89:20;
90:2,3;99:11;108:23;
110:11;112:11;125:19;
131:3;146:18;147:6;
148:18,22;174:19;
176:1;182:13;185:21
WDNR (90)
7:20;13:8,20,23;
14:5,5,7,8,11,12;15:1,
18,22,25;40:19;43:25;
44:18;46:5;48:7,14,14,
20;49:17,18;50:17;
51:5,12;72:25;73:3,9;
75:5;76:19;78:8,20,20,
24;79:5,9,17;80:7,8,16,
18,22;81:3,22;82:11;
95:13;96:10;101:25;
102:7,10;110:11;
118:22;120:16;121:9;
122:5;123:13;124:6;
125:2;126:1;127:16;
139:12;141:15;142:24;
143:23;145:15,17;
153:4;154:1,16;155:1,
19;157:13;161:18;
163:3,14;169:24;
171:19;174:24;175:4,
7,9;176:8,13,22,25;
179:9;180:7;198:11
WDNR's (7)
76:13;77:4,15;78:3,
11;79:14;185:15
website (2)
135:24;155:25
Wednesday (5)
83:17;181:1,2;
198:12,14
week (2)

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Julie R. Mosley
November 20, 2015

53:15;153:4
weekend (2)
    183:15,16
wells (1)
    134:9
weren't (11)
    35:2;48:8;70:1;
    73:19,23;108:5,9,10;
    117:3;155:21;158:18
west (1)
    115:16
Wester (1)
    91:12
Westfall (1)
    105:12
Westfall's (3)
    108:1,19,24
What's (8)
    6:15;7:12;23:9;36:6,
    13;43:7;55:20;159:6
whatsoever (1)
    188:8
Wheatley (4)
    64:14,18;65:5,7
whenever (1)
    149:2
Whittier (4)
    174:8;190:17;
    191:23;193:6
Whittier's (2)
    189:2;190:14
whole (4)
    13:21;50:7;92:9;
    98:23
whomever (1)
    169:1
Wisconsin (12)
    6:16,23;39:15;45:18;
    54:1,4;56:23;57:23;
    92:24;135:24;149:2,14
Wisconsin-Platteville (1)
    52:23
withdrawing (2)
    140:3;186:24
withdrawn (3)
    140:9;166:23;186:12
within (33)
    8:2,19;9:15;11:20;
    15:16;20:17;22:5,7;
    36:7;43:9;47:1,22;
    49:9;60:21,22;61:2,13;
    67:20;77:9;80:5,13;
    88:23;93:2;105:2;
    111:2,5;112:3;143:18;
    151:20;152:25;175:15;
    179:14;185:18
without (7)
    9:21;10:7;82:23;
    104:19;122:13;125:2;
    141:14
witness (7)
    5:2;86:24;119:16;
    138:3;152:15;158:23;

171:14
word (7)
    46:11;100:8,10,20;
    104:5;108:11;130:6
words (5)
    12:20;77:7;82:12;
    127:5;130:15
work (17)
    19:12;28:22;41:14;
    43:13;57:1;60:2;62:21;
    75:9,11;82:3;112:14;
    113:11;114:4;131:5;
    169:21;172:13;194:13
worked (9)
    41:4;57:9,24;60:21;
    63:9;105:13,15;
    183:22;187:20
working (12)
    9:25;34:2;53:15;
    56:13;59:7;82:3;110:8;
    127:11;129:15;154:8;
    167:23;194:12
workload (1)
    105:16
works (1)
    105:2
workup (1)
    87:16
worry (1)
    155:2
worst (1)
    125:13
write (1)
    13:22
writer (1)
    81:8
writeup (1)
    135:11
writing (3)
    20:9;92:16;116:15
written (3)
    87:25;88:3;89:1
wrong (4)
    126:13;128:15;
    178:4,7
wrote (3)
    13:21;14:15;95:5

X

XLS (1)
    107:1

Y

year (9)
    25:20;57:24;59:19;
    104:2;109:20;126:13;
    141:19;143:14;149:8
years (2)
    56:11;82:4
yesterday (1)
    97:10

Z

Zebell (2)
    87:11,12
Z-e-b-e-l-l (1)
    87:11
zone (1)
    75:6

0

00226 (1)
    123:13
00236 (1)
    124:6
002881 (1)
    193:19
00370 (1)
    141:16
05743 (1)
    120:16
05744 (1)
    121:9
06533 (1)
    142:24
08 (1)
    136:21
08-DCV-235 (1)
    139:17

1

1 (4)
    42:20;43:3;95:1;
    185:20
1,000,000 (1)
    123:19
1,100,000 (1)
    123:17
1,250,000 (1)
    143:16
10 (1)
    154:21
10/22/10 (1)
    195:17
100 (3)
    96:3;121:17,18
103 (16)
    39:3,5,20;40:18,22;
    42:2,5;43:3;44:12,13,
    18,23;46:2;47:12;
    49:17;51:5
104 (2)
    90:9,11
105 (5)
    95:20,22;126:22;
    127:1,15
106 (2)
    97:4,6
107 (9)
    118:16,18;126:9,11,
    14,17;127:1,4,15

108 (2)
    120:1,3
109 (4)
    123:1,3;159:7,14
10th (3)
    103:14,22;104:16
11 (1)
    67:6
110 (4)
    131:10,12;136:19,24
111 (2)
    138:5,7
112 (2)
    138:18,20
113 (2)
    139:9,11
114 (2)
    140:18,20
115 (4)
    142:4,6,16,21
116 (2)
    147:1,3
117 (2)
    150:15,17
118 (2)
    150:24;151:1
119 (2)
    156:17,19
11th (6)
    170:8;175:10,18;
    176:13,25;198:6
12 (5)
    41:20;109:23;142:9;
    144:18;146:20
120 (3)
    177:3,5,10
121 (2)
    177:18,20
122 (4)
    179:3,5;198:1,9
123 (5)
    180:1,3;182:14;
    198:1,17
124 (2)
    186:6,8
125 (2)
    187:24;188:1
126 (2)
    195:10,12
127 (2)
    196:20,22
12-month (4)
    93:22;98:22;104:6;
    109:21
13 (4)
    67:7;89:5,7,15
13th (2)
    122:18;177:12
14 (1)
    114:16
14,878 (1)
    109:17
147.6 (1)

141:19
15 (27)
    7:1,13;8:24;9:5;
    35:22;39:18,19,23;
    40:2,8,20;43:19;44:6,
    15,19;45:4,10,12,23;
    46:7,20;47:5,18;49:14;
    140:7;177:6;198:14
154002970-P09 (1)
    45:1
15th (6)
    121:22;122:3;181:1,
    2;183:13;198:8
164 (1)
    95:19
16th (1)
    183:17
17 (1)
    198:11
170 (1)
    121:14
17th (1)
    183:17
18 (2)
    8:10;9:4
185,000 (2)
    98:16;104:10
18th (1)
    105:19
19 (2)
    9:5;97:2
1997 (2)
    53:3;57:11
1998 (1)
    58:1
1999 (3)
    24:22;26:2;65:2

2

2 (9)
    48:24;49:2,4,16;
    65:18;95:1;151:10;
    152:22;196:25
2.5 (4)
    151:9;152:18;
    154:22;156:14
20 (4)
    36:8;59:19;156:22;
    177:23
2000 (3)
    26:7,8;61:6
2000-hour (1)
    98:2
2003 (1)
    55:25
2004 (2)
    41:20;53:6
2005 (22)
    5:15,16,17;7:18;
    9:13,17,23;11:3;38:19,
    21,23;40:9;41:23,25;
    52:6;107:13;133:15,

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

18;134:3;162:20;
163:9;177:24
**2007 (1)**
120:4
**2008 (64)**
8:23;9:2;17:6,23;
18:2;27:12;28:2,6,10,
17;29:1,10,13,18;
30:12,17;38:12;44:10;
45:7;47:4,9;90:12;
95:16;96:14;97:2;
109:18,20;110:2;
114:16;117:21;118:14;
119:1,14;120:19;
121:22;123:6;129:9,
12,21;131:24;136:2,9;
139:20;140:7;153:10;
154:12;155:3;158:6;
159:5,21;160:3,9,14;
162:9;163:6;164:6;
165:2,9,18;166:6,19;
181:21;182:1;186:15
**2008-2009 (2)**
18:24;19:2
**2009 (35)**
8:8;29:5,24;30:1,24;
31:12,22;32:5,18,21;
33:6;34:9;68:5;69:21;
70:25;71:19,22;74:3;
75:3;82:1;95:15;96:2,
14;119:10,13;126:14,
15,17;130:13;137:10;
140:14;142:9;144:18;
146:20;156:13
**2010 (11)**
7:18;8:11;149:16;
150:20;152:12,16;
156:8,14;178:10,12;
196:5
**2010-2011 (2)**
27:17;28:1
**2011 (49)**
16:20,22;21:14,22,
23;22:11,24;23:5,10;
24:4,7;25:21;56:4;
60:15,17;73:17;75:23;
78:18;87:4,22;88:19;
149:24;150:9;157:1;
159:22;160:6,13,15,20;
162:23;165:22;166:1,
15;167:1,21;168:1,13,
15;170:10;171:2;
172:8,11;176:19;
177:24;188:13;190:10;
193:6;194:1;198:14
**2012 (3)**
6:25;24:24;66:5
**20B (1)**
116:7
**20C (1)**
116:7
**20th (1)**
183:25

**21 (12)**
36:8,17;49:4;119:13;
120:4,19;131:24;
136:21;157:3;159:16;
166:2,10
**21F (2)**
165:12,13
**21st (3)**
136:4,8;138:14
**22 (48)**
9:6,10,20;11:22;
12:2,17;13:20;16:4,8;
19:5;20:15,20;21:13,
25;33:9;35:6,10,16;
36:25;37:22;38:6,14;
46:6,20;47:5,17;49:13;
77:5,13,15;87:4;
108:16;117:21;123:20;
144:24;145:23;146:2,
19;163:9,22,25;164:4,
23;165:13;166:5,23;
171:13;181:25
**22nd (1)**
185:8
**23 (3)**
174:4;193:6;194:1
**24 (16)**
90:12;159:22;160:6,
13,15,20;162:23;
165:22;166:1,15;
167:1,21;168:1;170:9;
171:2;176:19
**24-hour (1)**
154:24
**24th (6)**
157:1;169:2,3,7;
171:5;172:8
**255,000 (2)**
98:4;103:10
**2600 (1)**
6:22
**2621 (1)**
6:16
**27 (1)**
174:21
**27th (1)**
140:14
**28 (7)**
8:23;9:2;18:2;28:6,
10;29:1;188:13
**28th (9)**
17:23;28:2,17;29:10,
13,18;30:12,17;136:9

**3**

**3 (5)**
46:3,4;47:14;95:1;
118:4
**3.1 (2)**
46:4,13
**30 (1)**
190:10

**30,000 (2)**
93:21;98:19
**30,333 (2)**
109:25;184:10
**3045 (1)**
115:4
**32 (1)**
184:25
**34 (1)**
188:10
**364,000 (1)**
143:18
**38 (2)**
188:17;190:7

**4**

**4 (2)**
95:1,12
**40 (1)**
194:19
**43,000 (1)**
90:24
**44 (1)**
192:20
**495 (2)**
110:16;114:23
**499 (1)**
110:19

**5**

**5:51 (1)**
199:4
**50 (3)**
74:24;75:17,18

**6**

**6/17/11 (1)**
198:21
**64 (1)**
97:11
**6533 (1)**
143:4
**6555 (1)**
144:17
**6573 (1)**
144:24
**68 (1)**
185:10

**7**

**7 (1)**
150:20
**74 (2)**
87:1,3
**75,000 (1)**
141:20
**77 (1)**
105:8
**78 (2)**

111:8;114:13

**8**

**8 (3)**
157:12;166:10;
169:15
**8th (2)**
38:12;104:10

**9**

**9/23/2011 (1)**
193:2
**90A-JMS-935 (1)**
42:16
**91 (1)**
109:2
**92 (1)**
117:16
**93 (1)**
139:2
**95 (1)**
91:3
**97 (1)**
56:18
**98 (1)**
102:17
**98-JMS (1)**
51:8
**98-JMS-935 (2)**
44:9,24