# In The Matter Of:

## *AVL Powertrain Engineering, Inc. v. Fairbanks Morse Engine*

---

## *Deposition of Theodore W. Niehaus*
## *November 18, 2015*

---



Page 3

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF WISCONSIN

AVL POWERTRAIN ENGINEERING, INC.,

        Plaintiff,

v.                Case No. 3:14-cv-877

FAIRBANKS MORSE ENGINE,
a division of COLTEC INDUSTRIES, INC.,

        Defendant.

DEPOSITION

THEODORE W. NIEHAUS

Madison, Wisconsin
November 18, 2015

Sarah Finley Pelletier, RPR
Registered Professional Reporter

1   DEPOSITION of THEODORE W. NIEHAUS, a witness
2   of lawful age, taken on behalf of the Plaintiff,
3   wherein AVL Powertrain Engineering, Inc. is Plaintiff,
4   and Fairbanks Morse Engine is Defendant, pending in
5   the United States District Court for the Western
6   District of Wisconsin, pursuant to notice, before
7   Sarah Finley Pelletier, a Registered Professional
8   Reporter and Notary Public in and for the State of
9   Wisconsin at the offices of Whyte Hirschboeck Dudek,
10  S.C., Attorneys at Law, 33 East Main Street,
11  Suite 300, in the City of Madison, County of Dane,
12  and State of Wisconsin, on the 18th day of
13  November 2015, commencing at 3:52 in the afternoon.
14
15
16          A P P E A R A N C E S
17  FRED K. HERRMANN, Attorney,
    for KERR, RUSSELL AND WEBER, PLC, Attorneys at Law,
18      500 Woodward Avenue, Suite 2500, Detroit,
        Michigan 48226-3427, appearing on behalf of
19      the Plaintiff.
20
    R. STEVEN DeGEORGE, Attorney,
21  for ROBINSON BRADSHAW & HINSON, P.A., Attorneys at Law,
        101 North Tryon Street, Suite 1900, Charlotte,
22      North Carolina 28246, appearing on behalf of
        the Defendant.
23
24
25  Also present:  Lori A. Brown, Corporate Government
                   Compliance Officer at AVL

Page 2

1            I N D E X
2   Witness                              Pages
3   THEODORE W. NIEHAUS
4       Examination by Mr. Herrmann            4
5
6
7
8            E X H I B I T S
9   No.    Description              Identified
10  82     E-mail dated 1/21/11 to Pete DiCaro,
           Tony Provenzano, and Cal Kooyenga
11         from Ted Niehaus, Subject: AVL
           Testing of a Locomotive             49
12  83     E-mail dated 8/23/11 to Ted Niehaus
13         and Daniel Guido from Julie Mosley,
           Subject: AVL Cooling towers          65
14  84     E-mail dated 4/20/11 to Ted Niehaus
15         and others from John MacGregor,
           Subject: FME/AVL meeting minutes
16         4.15.11                             67
17  85     E-mail dated 6/21/11 to Ted Niehaus
           and others from Albert Provenzano,
18         Subject: AVL engines on OP Test
           stands 8 and 10                     71
19  86     E-mail chain dated July 2010,
20         Subject: Cell 7 and cell 10         74
21  87     Action Items for Developing Inventory
           for Air Quality Construction Permit  76
22
23  (The original exhibits were attached to the original
    transcript, and copies were provided to counsel)
24
25  (The original deposition transcript was filed with
          Attorney Fred K. Herrmann)

Page 4

1        THEODORE W. NIEHAUS,
2     called as a witness, being first duly sworn,
3     testified on oath as follows:
4
5          EXAMINATION
6   By Mr. Herrmann:
7   Q   Good afternoon, Mr. Niehaus.  Could you state your
8       full name for the record, please.
9   A   Theodore Wilhelm Niehaus.
10  Q   You go by Ted?
11  A   I do.
12  Q   Have you ever given a deposition before?
13  A   No, I have not.
14  Q   Being it's a new experience for you, I'll take a
15      minute to give you some guidelines.  Fair enough?
16  A   Okay.
17  Q   And you may have already heard these from your
18      counsel, but I'll ask questions, you provide
19      answers.  If at any time you don't understand a
20      question I've asked, by all means please tell me
21      that, and I'll do my best to rephrase it, so that
22      we're accurately communicating.  Fair enough?
23  A   Okay.
24  Q   If at any time you need to take a break, that's
25      fine.  Just let us know.  Speak up.  I'm happy to

Page 5

1  accommodate you.  Only exception would be with a
2  question pending, we need to get the answer to the
3  question first.
4 A  That's fine.
5 Q  The only exception to that would be some issue of
6  attorney-client privilege that you may need to
7  confer with counsel about, but I know Mr. DeGeorge
8  will keep you straight on that.  Okay?
9 A  Okay.
10 Q  I may ask questions that may involve
11  communications you have had with lawyers for FME,
12  and I know Mr. DeGeorge will guide you as well,
13  but I don't need to hear about conversations
14  you've had with lawyers.
15 A  Okay.
16 Q  But I might ask you your understanding or whether
17  or not you had a meeting on a particular day, and
18  you can tell me that information.  Fair enough?
19 A  Okay.
20 Q  Our court reporter here will strike us down if we
21  talk over each other.
22 A  Okay.
23 Q  Okay?  The reason for that is she has to take down
24  everything we say.  And if you and I are talking
25  at the same time, that becomes problematic.

Page 6

1 A  All right.
2 Q  Sometimes I pause with my questions, and I
3  apologize in advance because sometimes that
4  triggers an early response from you.  So this is
5  equal, and we'll do the best we can.  Okay?
6 A  All right.
7 Q  All right.  Could you give me, first, your
8  educational background, taking me from high school
9  to the present?
10 A  Yes.  I was -- I attended high school at
11  Woodstock School in Musoorie, UP, India.  I was
12  there for two years, for the last two years of
13  high school.  I then went to Spartan School of
14  Aeronautics in Tulsa, Oklahoma, where I got my
15  pilot's license and my A&P mechanics license.
16  After that, I went to the University of Tulsa, in
17  Tulsa, Oklahoma, and I got my bachelor of science
18  degree in mechanical engineering.
19 Q  You moved pretty quickly there, so forgive me if I
20  need to retrace some steps, but does that
21  summarize the extent of your higher education?
22 A  Yes.
23 Q  So Woodstock School, did you say that was in
24  India?
25 A  Yes, sir.

Page 7

1 Q  What took you to India?
2 A  My parents lived in Saudi Arabia, and they worked
3  for the Arabian American Oil Company.  After ninth
4  grade, all students were sent away to boarding
5  school someplace in the world.
6     I did not mention that I went to Wentworth
7  Military Academy for one year, for tenth grade,
8  and then after that, my parents moved me to
9  Woodstock.
10 Q  Do you have any citizenship other than U.S.?
11 A  No, I don't.
12 Q  And then you went to Spartan --
13 A  Spartan School of Aeronautics.
14 Q  And where is that located, I'm sorry?
15 A  Tulsa, Oklahoma.
16 Q  And you gained a pilot's license there?
17 A  Private pilot, yes.
18 Q  Have you maintained that license?
19 A  It never expires.  It just requires
20  recertification.
21 Q  And you mentioned A&P mechanic?
22 A  Yes.  Airframe and power plant mechanic.
23 Q  How long was that course of study?
24 A  Eighteen months.
25 Q  And that included the A&P mechanic and the flying,

Page 8

1  or are they separate?
2 A  They're separate.  The flying was three months.
3  The A&P mechanic was 18.
4 Q  Have you ever since then flown for anything other
5  than your personal pleasure?
6 A  No.
7 Q  Have you ever used your skills that you gained as
8  an A&P mechanic other than perhaps on your own
9  airplane?
10 A  No.
11 Q  You've never been employed --
12 A  Actually, I'm sorry.  Yes, I have.  I was employed
13  at Nuss Aircraft Repair at Riverside Airport in
14  Jenks, Oklahoma.  And then I was also employed at
15  Tulsair Beechcraft at Tulsa International Airport.
16 Q  What years were those employments?
17 A  That would have been '89, I think, for Nuss --
18  excuse me -- '79 for Nuss, and it would have been
19  '80 and '81, in that area, for Tulsair Beechcraft.
20 Q  And in those roles you performed mechanic duties
21  for airframes?
22 A  Correct.
23 Q  So you got out of the Spartan School sometime
24  prior to '79; is that accurate?
25 A  I don't remember exactly.  It would have been

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

---

Page 9

1  sometime in -- it probably would have been
2  sometime '79 or '80, somewhere in there.
3  Q  And then, when did you enroll at -- it's
4  University of Tulsa, correct?
5  A  University of Tulsa.  1983.
6  Q  And when did you graduate?
7  A  1989.
8  Q  Bachelor of science in mechanical engineering,
9  right?
10  A  Yes.
11  Q  Did you have any minor concentrations?
12  A  No.
13  Q  Since your B.S. in mechanical engineering, have
14  you had any training in any field that resulted in
15  any type of professional license or certification?
16  A  No.
17  Q  Do you have any training in environmental
18  compliance issues?
19  A  I do not.
20  Q  Was Nuss your first employment leaving Spartan --
21  after Spartan?
22  A  After Spartan, yes.
23  Q  And then you went from Nuss directly to the --
24  A  To Tulsair Beechcraft.
25  Q  And after Tulsa Beechcraft, where did you go?

---

Page 10

1  A  Then I went to -- went back to school.  Went to
2  the University of Tulsa.
3  Q  Ah.  Got it.  And in '89, after getting out of
4  Tulsa, what was your first employment after that?
5  A  I worked for Universities Research Association.  I
6  contracted with the Department of Energy, and it
7  was the Superconducting Super Collider project in
8  Dallas.
9  Q  How long did you stay on that project?
10  A  I was there for five years.
11  Q  And just in general, what duties did you perform
12  while there?
13  A  I was a field engineer for the cryogenics
14  department installing helium refrigeration
15  systems.
16  Q  So five years, are we at 1988?
17  A  No.  This is starting -- this would be starting in
18  1989.
19  Q  Oh, I gotcha.  Okay.
20  A  So it would be --
21  Q  '94?
22  A  -- 1994.  Actually, I think it was '95, actually,
23  when they finally shut it down.
24  Q  And then where did you go?
25  A  And then I came up here.  And I was unemployed for

---

Page 11

1  six months.
2  Q  And then did you start at FME after that?
3  A  No.  I was a contractor and contracted at a number
4  of different locations up until the year 2000,
5  when I took a job, permanent job at Environmental
6  Dynamics Corporation.
7  Q  What did your contractor work consist of?
8  A  Mechanical design, primarily.
9  Q  Any particular industry?
10  A  I went all over the place.  I worked for -- I
11  worked for Environmental Dynamics.  Then I worked
12  for Gardner Disc Grinders and Abrasives.  Then I
13  worked for -- and then I worked for
14  Amerock Corporation, and then I worked for
15  General Motors, and then I worked for Beloit
16  Corporation.
17  Q  And were these all as an independent contractor?
18  A  Yes.  Yes.  So I worked for Van Marter &
19  Associates, and they placed me at these different
20  locations.
21  Q  So when your contracting ended, did you then go
22  permanently to Enviro Dynamics?
23  A  Yes.
24  Q  So you became a W-2 employee there?
25  A  Yes.

---

Page 12

1  Q  And how long did you stay with Enviro?
2  A  Until 2003.
3  Q  And then --
4  A  And the company folded, and I worked for -- I went
5  back to contracting again, and I worked for -- I
6  was placed at Ecolab in South Beloit as a
7  mechanical design supervisor.  And then after
8  that, after they let me go from there, then I was
9  placed at Fairbanks Morse in November 2004.
10  Q  So 2004 was your first contact with --
11  A  Yes.
12  Q  -- FME?
13  A  Yes.
14  Q  And if I say FME, will you understand that's
15  Fairbanks Morse Engine in Beloit?
16  A  Yes.
17  Q  We'll also refer to AVL today.  Can we have the
18  understanding that is AVL Powertrain Engineering,
19  Inc., the plaintiff in this case?
20  A  Yes.
21  Q  So do I have it right that for a period of time
22  you were doing contract work for FME?
23  A  Yes.  That's correct.
24  Q  And what were those years, from '04 until --
25  A  That was actually from November of 2004 through

---

Page 13

1 April of 2005. I was hired by Fairbanks on
2 April 6, 2005.
3 Q During your contract work for FME, what duties
4 were you performing?
5 A I was a test stand designer. I performed
6 mechanical design for actually test stand 7 in the
7 OP building.
8 Q Is that the only test stand you worked on during
9 your contracting period?
10 A Yes.
11 Q Tell me about the design work you did for test
12 stand 7.
13 A I designed the intake and exhaust -- intake
14 ducting, the intake piping, the exhaust ducting,
15 all the liquid piping systems, the dynamometer
16 mounting, the engine mounting, the platforming,
17 the fuel systems. Any fluid system, hydrocarbon
18 system, cooling system, I designed it and put it
19 in place.
20 Q And when did you begin that work?
21 A I began that work in November 2004.
22 Q So immediately when you contracted in, you started
23 that work?
24 A Yes.
25 Q What was the condition of test stand 7 at the time

Page 14

1 you started?
2 A The building was basically abandoned, and it was
3 very -- it was a pretty rough building. It was
4 very unused. So we had to do a lot of cleanup and
5 throwing out of things and moving things out of
6 the way.
7 Q You needed to do that to do the work that you did
8 on test stand 7?
9 A Yes.
10 Q Did you do any of that cleanup work elsewhere in
11 the OP building at that time?
12 A No.
13 Q Did you have an understanding at that time of why
14 you were doing the design work?
15 A Yes.
16 Q And what was that?
17 A It was to test the LC6 engine series.
18 Q Did you have an understanding whether test stand 7
19 and the work you were doing for it would be the
20 first such test of the LC6 engine at FME?
21 A Yes.
22 Q And what was your understanding of when the first
23 LC6 engine would be tested on test stand 7?
24 A That was a moving target, actually. It was
25 scheduled to be early in 2005, I believe, but it

Page 15

1 kept slipping throughout the year. I don't know
2 what the first engine actually went on. I don't
3 remember.
4 Q But the first target you remember was early 2005?
5 A Yes.
6 Q That's when it was, at the time, expected that a
7 PA6B engine would be put on that stand?
8 A That was my understanding.
9 Q All right. And what was your understanding of the
10 testing that would be required for a PA6B engine
11 on test stand 7?
12 A The first test of any engine line is a, what they
13 call a first article test or a FAT test, which
14 typically requires 1,000 hours of operation at
15 full power, as well as operating at various
16 different load points.
17 Q And would first article test apply only to the
18 first engine in a series?
19 A Usually. Yes.
20 Q What would be the conditions that would cause
21 later engines in a series to also undergo FAT
22 testing?
23 A Usually it doesn't happen. It would have to be
24 some major change to the engine.
25 Q Do you have any understanding whether the PA6B

Page 16

1 engine ever underwent any such change that would
2 require additional FAT testing?
3 A It did not.
4 Q Was the first engine in the series that FME
5 tested, did that engine undergo FAT testing?
6 A Yes.
7 Q When did that occur?
8 A It was after it hit the test stand, but I don't
9 know when that date was.
10 Q All right. Do you know if the first PA6B engine
11 was put on the test stand in 2012?
12 A No. It was much earlier than that. The first --
13 it was -- the likelihood is is that the first PA6
14 engine was put on the test stand in 2006.
15 Q And that would have been for FAT testing?
16 A Yes.
17 Q If I wanted to search records to confirm that,
18 where would I look?
19 A You'd probably look in the program management
20 documents for the LCS contract.
21 Q And where would they reside at FME?
22 A That would be up in program management.
23 Q After you did the design work on test stand 7 to
24 support the PA6B, did you participate in any
25 actual testing of the PA6B?

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

Page 17

1 A   I was there to support testing. So I did not
2     actually do any testing of the engine, but
3     verification of all the systems were operational
4     as they should be, troubleshooting where it was
5     necessary, and then repairing the problems that we
6     found.
7 Q   Would I be making a correct assumption if the way
8     it worked was the people actually testing the
9     engine, if something went wrong that needed your
10    attention, they would contact you?
11 A  Correct.
12 Q  Did you for any reason on your own keep up with
13    the status of testing of the PA6B without being so
14    notified?
15 A  Yes. I usually kept up on the status on most
16    engines being tested at Fairbanks.
17 Q  And to what extent would you keep up on the
18    status?
19 A  I would drop by the test stand once or twice a
20    day.
21 Q  Who are the people who were responsible for the
22    FAT test in, and I know you don't remember
23    exactly, but roughly 2006?
24 A  Howard Koth was the engineer in charge of the
25    testing. I think he would be the point person.

Page 18

1 Q   Anyone else you recall?
2 A   No. And now that I think about it, I was still a
3     contractor when the first engine was on the test
4     stand. So that would actually have been in 2005
5     when it went on. Because I remember -- I do
6     remember a situation where I was -- I stayed over
7     without permission.
8 Q   You stayed over without permission?
9 A   I stayed on the clock without getting approval
10    because there was a problem that needed to be
11    solved.
12 Q  I see. And then you were hired full-time as a W-2
13    employee April 6 of 2005?
14 A  Correct.
15 Q  Did your duties change when you were hired, or did
16    it just work out that you kept the same duties but
17    became a W-2 employee?
18 A  My duties expanded. They were still primarily
19    test stand design, but then I was hired into the
20    facilities department. And so then I was
21    started -- I began to receive responsibilities for
22    various pieces of equipment and systems around the
23    plant.
24 Q  And what were those systems over which you assumed
25    some responsibilities?

Page 19

1 A   Overhead cranes and lifting, sanitary sewer
2     systems, storm sewer systems, fire piping systems
3     over the years -- so this would be kind of a
4     progression over years -- building systems, HVAC,
5     fire alarm systems. Pretty much any mechanical
6     system that the plant needed to operate I was at
7     some point ultimately in charge of.
8 Q   And did your duties encompass the entirety of the
9     FME plant at Beloit --
10 A  Correct.
11 Q  -- not just the OP?
12 A  Yes. The entire plant.
13 Q  Returning to the FAT testing of the first PA6B,
14    you said that's the initial test, right?
15 A  That is correct.
16 Q  And that normally applies only to the first engine
17    in a series, right?
18 A  Uh-huh.
19 Q  So what's the next test that the engine that went
20    through the FAT test proceeded to?
21 A  Once the FAT test is done, that engine has been
22    completed. Subsequent engines are given what is
23    typically called a hot test, where they're
24    started -- they're gone -- they go through a
25    wear-in process, at which point they are run

Page 20

1     through a series of load steps in order to prove
2     power at various loads. The engine is opened up.
3     The bearings are inspected. The clearances are
4     inspected. They're closed back up. They're run
5     again. And then after a period of maybe 30 hours
6     of running, the engine is completed and
7     disassembled and taken off the test stand.
8 Q   The 30 hours of running, is that total time for
9     that engine?
10 A  That's -- that would be the total time for the
11    engine. I'm not -- I wouldn't say that that is
12    exactly how many hours any engine -- any
13    particular engine runs. You know, there is a
14    short duration of time that the engines would run.
15 Q  But the testing protocol at that stage is 30 hours
16    of run time?
17 A  Roughly. Someplace in there.
18 Q  Are the dynamics of the engine changed during that
19    30 hours such that the amount of fuel being burned
20    by it alternates --
21 A  No.
22 Q  -- or changes?
23 A  No. Fuel burn -- fuel usage will be the same at
24    any given engine power. So from the FAT test to a
25    hot test, if it's running at 50 percent power,

Page 21

1    fuel consumption will be the same.
2  Q  And the 30 hours, that's total run time of the
3    tested engine, right?
4  A  Yes.  But I wouldn't -- but not being an engine
5    guy, being more a facilities guy, I would say -- I
6    would not use 30 hours as gospel saying that this
7    is -- all engines were run for 30 hours.  It could
8    be more; it could be less.
9  Q  But whatever that number is, that's the run time
10   of the engine, right?
11 A  Correct.
12 Q  Not the total time it's on the stand?
13 A  It would be the run time of the engine.  Right.
14 Q  So how long would the engine need to be on the
15   stand to accomplish the approximately 30 hours of
16   testing?
17 A  Three weeks to a month.
18 Q  And then that would complete the testing for that
19   particular engine?
20 A  Yes.
21 Q  And then what would happen to it?
22 A  Then the engine -- all the systems would be
23   disconnected from the engine, and it would be
24   lifted off and sent to paint and then shipped.
25 Q  How long would it take to connect an engine to

Page 22

1    test stand 7 --
2  A  About two weeks.
3  Q  -- in order for it to be tested?
4  A  About two weeks.
5  Q  And then in order for it to be decoupled, how long
6    would that take?
7  A  Approximately a week.
8  Q  So after the first FAT test in 2005, what was the
9    next engine to come in the door for testing?
10 A  It would have been the second engine in the series
11   for the first LCS ship.
12 Q  What was the first LCS ship?
13 A  The LCS ship, LCS standing for littoral combat
14   ship, used two PA6B engines.  So the first would
15   have been the FAT test.  The second would have
16   been just the second engine out of assembly.
17 Q  And when did that second engine come into FME for
18   testing?
19 A  We would have built it on site, and it would have
20   been tested immediately or shortly after the first
21   engine completed the FAT test.
22 Q  Where were the PA6Bs built?
23 A  They were built at Fairbanks.
24 Q  Where at Fairbanks?
25 A  In large engine building.

Page 23

1  Q  That's different from the OP building?
2  A  That's correct.
3  Q  So the second engine would have started testing
4    shortly after the FAT test completed, right?
5  A  Yes.
6  Q  So was that in 2005?
7  A  I don't know the answer.  It could have been.
8  Q  Well, it wouldn't have been any later than 2006,
9    right?
10 A  Not likely.
11 Q  Okay.  And then when was the second engine testing
12   completed?
13 A  I don't know exactly.  It would have been roughly
14   30 days after it hit the stand.
15 Q  All right.  And did you get a third engine?
16 A  Actually, we were expecting a fairly large
17   contract of 40 engines, which we didn't get.  So
18   we built the first two, and then the stand waited
19   for a year or so, and then we tested the second
20   two engines.
21 Q  The 40-engine contract you expected to get, when
22   did you learn that that was not going to happen?
23 A  Shortly after the second engine was built, I
24   think.
25 Q  So we're in the 2006 time frame?

Page 24

1  A  Yes, somewhere in there.
2  Q  So at that time how many engines were you
3    contracted to build, if not the 40?
4  A  We were only contracted to build the first two.
5    That particular contract has kind of come
6    piecemeal to Fairbanks, where they've said Oh,
7    we're going to build two ships, and we're going to
8    need four engines.  The Navy has not done a
9    long-term contract for those ships.
10 Q  So the next engine you tested was a third engine?
11 A  Uh-huh.  Yes.
12 Q  And that part of a group of two engines,
13   right?
14 A  Right.
15 Q  Now, was there a separate contract for those two
16   additional engines?
17 A  I don't know that.
18 Q  But at that time you were only contracted to do
19   two more?
20 A  Right.  We built the test stand to test a numbers
21   of engines to be capable of quick change-out, so
22   that we could drop one, we could put one engine
23   on, get it tested, pull it off fast, put another
24   one, because we expected the large contract, and
25   that contract didn't come.  So the test stand kind

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

---

Page 25

1    of languished, I would say, for a number of years.
2    It just kind of sat -- it was very lightly used.
3  Q  How was it lightly used if not for PA6B?
4  A  Just for PA6Bs.
5  Q  So this rapid swap-out you've described, is that
6    embodied in the time frames you gave me already
7    for --
8  A  Yes.
9  Q  -- hookup and detachment?
10 A  Yes.
11 Q  So when did the third engine come up for testing?
12 A  I don't know the answer to that.
13 Q  Can you give me a rough time frame?
14 A  It would probably have been in 2006 sometime.
15 Q  And the fourth?
16 A  Probably would have been shortly after that.
17 Q  Same 2006 time frame?
18 A  It's likely.
19 Q  And after the fourth?
20 A  Then there were other engines tested, but at that
21    point the test stand was functional and didn't
22    need my assistance.  So at that point I didn't
23    keep as close track on it.
24 Q  As far as tracking what engines were tested, that
25    would be in the program management files?

---

Page 26

1  A  That would be in program management files, yes.
2  Q  Other than PA6B engines, were any other engines
3    tested during your tenure at FME on test stand 7?
4  A  No.  Well, other engines tested, AVL put a Cat
5    C280 on that test stand.
6  Q  Fair enough.
7  A  But no other Fairbanks engines were tested on that
8    test stand.
9  Q  Where was your office at the FME plant?
10 A  It was in the warehouse, which was adjacent to the
11    OP building.
12 Q  From your office, did you have a visual sightline
13    to the testing area?
14 A  No.  No.  I had to walk outside from one building
15    to another.
16 Q  From the time you started your contract work from
17    FME until the time AVL arrived in 2008, what other
18    engine testing was performed in the OP building
19    other than what you've already described for the
20    PA6B?
21 A  We did -- we built a test stand for OP engines,
22    for OP genset for, I believe it was for Raytheon.
23    Those engines were to be shipped to Australia.
24    And I believe we tested four engines, if I
25    remember correctly.  So I designed and built that

---

Page 27

1    test stand, also.
2  Q  What test stand was that?
3  A  That would be test stand 2.
4  Q  Was test stand 2 ever used by AVL?
5  A  No.
6  Q  How many -- so four OP engines.  When were they
7    tested?
8  A  2007, maybe.  I don't know the answer to that
9    exactly.
10 Q  For each OP engine, what testing was involved?
11 A  It would have been -- there would have been a hot
12    test.  I'm not sure whether on those engines there
13    was a FAT test.  I don't remember one.
14 Q  Would the FAT test consist of the same 1,000 hours
15    as the PA6B or different?
16 A  Typically.  That would be a typical test.
17 Q  But again, the FAT would only be the first engine
18    in the series, right?
19 A  Correct.
20 Q  So if you're testing four, the first one would
21    undergo the FAT, and the remaining three would be
22    less?
23 A  Correct.
24 Q  So what did the next step, for the second engine,
25    what testing was that?

---

Page 28

1  A  That was -- that would be a hot test, just basic
2    wear in, run at various power levels, check
3    bearing clearances, and then shut it down, take it
4    off.
5  Q  And what's the total run time for that?
6  A  That would be approximately, again, two, three
7    weeks.
8  Q  I asked run time, so I want to make sure we're
9    connecting.
10 A  Okay, run time.  It's going to be approximately
11    that 30 hours of run time, 30, 40 hours, somewhere
12    in there.
13 Q  Per engine, right?
14 A  Per engine.
15 Q  And it would take two to three weeks to cycle an
16    entire engine through the test?
17 A  Yes.
18 Q  And do you know the gallon per hour burn rating
19    for the OP engine?
20 A  No, I don't.
21 Q  How about for the PA6B?
22 A  No.
23 Q  Other than the support you provided by outfitting
24    the cells, do you have any particular expertise in
25    testing the engines themselves?

---

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

Page 29

1  A  I do not.
2  Q  So we discussed PA6B, and we discussed the OP
3     engines for Raytheon, right?  Correct?
4  A  Yes.
5  Q  Any other engines tested by FME in the OP building
6     between the time you hired -- excuse me -- by the
7     time -- from the time you began your contract work
8     for FME and 2008?
9  A  No.  There could have been -- on second thought,
10    there could have been one other contract, that
11    would have been Carolina Power, was another OP
12    genset that might have been tested in that time
13    frame, but I don't remember exactly when it was
14    tested.  But it was similar to a Raytheon engine
15    that would have been tested on test stand 2.
16  Q  How many engines?
17  A  I believe that was only two.
18  Q  But you don't recall the dates?
19  A  No.
20  Q  Okay.  Anything other than Carolina Power?
21  A  Not that I remember.
22  Q  So by the time you finished your work to outfit
23    test stand 7, for the PA6B FAT testing, were you
24    satisfied that that cell had everything it needed
25    to support the testing?

Page 30

1  A  Yes.
2  Q  Same question with respect to the OP engines for
3     Raytheon and test stand 2?
4  A  Yes.
5  Q  But Carolina power, that would have tested also on
6     test stand 2, right?
7  A  Correct.
8  Q  From the time you arrived as a contract worker for
9     FME, what was your understanding of the status of
10    cells in the OP building other than test stands 7
11    and 2?
12  A  They were all abandoned in place.
13  Q  Do you know the last time that they had been used
14    for testing?
15  A  No.
16  Q  Describe the status of the other test stands for
17    me, if you would, at the time you started your
18    upgrade work on test stand 7.
19  A  The other test stands would have had equipment in
20    place to test engines, including piping systems,
21    intakes and exhaust systems.  All that equipment
22    was left in place and essentially abandoned.
23  Q  What led you to the determination that it had been
24    essentially abandoned?  What about it gave you
25    that impression?

Page 31

1  A  The pumps were rusting to where they could not be
2     used.  The pipes were -- the pipes and the valves
3     had rusted shut and could not be operated.  The
4     birds were flying in and out of the exhaust
5     systems.  There was other -- there was debris that
6     was starting to gather, debris being pieces and
7     parts from other places in the plant that somebody
8     needed to put someplace, would be dropped in the
9     floor of some of those test stands for storage
10    spaces.
11  Q  Did you at that time possess the capability
12    personally to determine what would be necessary to
13    outfit those test stands such that they could be
14    used?
15  A  Yes.
16  Q  And what would have been required for these
17    abandoned test cells to be used?
18  A  That's heavily dependent upon the type of engine
19    that they wanted to test.
20  Q  And what factors would go into that?
21  A  Configuration of the engine, where the water comes
22    on and off the engine, where the exhaust and
23    intake come on and off -- where they actually fit
24    up to the engine, what type of engine base it is,
25    which would determine what kind of engine mounts

Page 32

1     that you would need, fuel consumption, which would
2     determine how much fuel, fuel tank size and
3     delivery pump, engine power requirements, which
4     would determine how much cooling, what size piping
5     we would need for cooling the engines, that kind
6     of thing.
7  Q  With respect to test cells 7 and 2, was there a
8     mechanism in place for measuring the fuel
9     consumption of those stands?
10  A  Every stand had a bulk fuel meter.  By bulk I mean
11    a Badger-type meter.  That is called a nutating
12    disc meter.  And it is only used for bulk
13    measurement.  It has -- it is not fine enough to
14    actually be used for emissions.
15  Q  When you say not fine enough to be used for
16    emissions, what do you mean by that?
17  A  Its resolution is in, like, .1 gallons or maybe
18    .5 gallons.  So for emissions testing, you would
19    want to know down to the grams of fuel being used.
20    But the bulk meters were used just to measure the
21    amount of fuel that was being used in each
22    individual test stand.  And we read those meters
23    on a daily basis, when the test stands were being
24    used.
25  Q  You mentioned the resolution is in .1 or a

Page 33

1    .5 gallons, correct?
2  A  Yes.
3  Q  Help me understand the engineering of that.  What
4     does that translate to as a margin of error per
5     gallon of fuel?
6  A  That would mean that if it's .1, then when you
7     read the meter -- because the meter has two things
8     on it.  It has a row of numbers, which index based
9     upon the amount of flow that goes through it, and
10     it also has a dial on it.  So when you look at the
11     meter, you read the numbers, and then you read the
12     dial to determine the finer resolution.  So it
13     could have been plus or minus .1 gallons.
14  Q  At what point in time -- in other words, I'm a
15     layperson, so help me understand this.  If you run
16     a test cell for an entire day's worth of testing,
17     so let's say you've got a constant fuel flow
18     through that meter for seven hours.
19  A  Okay.
20  Q  At the end of the day, what's your margin of error
21     on how much fuel variance you may actually have
22     had versus what's showing on the meter?
23  A  It could be a couple gallons either direction.  We
24     never used the meters to really -- to do anything
25     for fuel consumption.  We always used the meters

Page 34

1     as a check on what was in the bulk tank outside.
2     The bulk tank has a float in it, and it has a
3     measuring device on the outside where you read the
4     level of the liquid in the tank in feet.  That
5     changes based on temperature.  So in a day, if the
6     temperature is 30 degrees at the beginning of the
7     day, and you read it at the beginning of the day,
8     and then it's 60 degrees by the end of the day,
9     then the level has changed in the tank without any
10     usage.  So we just use the meters on the inside to
11     say what was actually coming to the tank -- coming
12     inside to individual test stands.  But it was only
13     good within a gallon or two.
14  Q  When you measured the tank outside looking at the
15     float level, was there a chart or some reference
16     point you looked at that compensated for
17     temperature variances when you took those
18     readings?
19  A  No.  We just tried to read it at the same time
20     every day.  So from summer to winter, we would get
21     difference variances in the reading.  But that
22     reading was really only used for filling the tank.
23     When it got down to a certain level, we knew that
24     we needed to fill it regardless of what the
25     temperature was.

Page 35

1  Q  For what reason did you take readings every day?
2  A  Basically, it was historical.  It's what we had
3     done for years.  And when that was passed to me, I
4     just continued it.
5  Q  And when you -- did you personally take the
6     readings every day?
7  A  No.  I had one of my maintenance guys take the
8     readings.
9  Q  Who would do that?
10  A  Bill Christensen or another employee called
11     Pat Giles, either one of them.
12  Q  And did either of those gentlemen take such
13     readings throughout the entire FME facility,
14     including, for example, the large engine building?
15  A  Yes.
16  Q  So when they would take those readings for the OP
17     building, would they record their readings
18     anywhere?
19  A  They recorded them on a daily check sheet, which
20     had a spot for all of those readings.  And then
21     they would turn that sheet into me on a daily
22     basis.
23  Q  And those check sheets, what did you do with them
24     as you accumulated them?
25  A  I accumulated them for a period of about a month,

Page 36

1     and then I turned them back over to the guys,
2     because I would take the data off of those and put
3     it into an Excel spreadsheet.  At that point, the
4     sheets don't do anything for me anymore, and so I
5     gave them back to the guys, and they would save
6     them for a while.  I do not recall whether or not
7     they would throw them away.
8  Q  And the Excel spreadsheet you kept updated on a
9     rolling basis?
10  A  Yes, I did.
11  Q  How often would you make translations from the
12     check sheets into the spreadsheet?
13  A  Usually it was once a week.
14  Q  Are you the only person who performed that
15     function from the time you were doing contract
16     work for FME until the present?
17  A  Before me, it was Cal Kooyenga.  That would be
18     spelled K-o-o-y-e-n-g-a.  He was the senior plant
19     engineer.  When he retired, then I took over those
20     responsibilities.  When I left Fairbanks, those
21     responsibilities were transferred to Steve Blease,
22     B-l-e-a-s-e.  And who knows whether he's continued
23     that.
24  Q  Let me get some dates here.  When did Cal retire?
25  A  2012, I think.

Page 37

1 Q   So you didn't start doing the spreadsheet updates
2     until he retired?
3 A   Correct.
4 Q   But you did it from 2012 until you left FME?
5 A   Right.
6 Q   When did you leave FME?
7 A   June 30, 2014.
8 Q   And where did you go after FME?
9 A   I'm self-employed now.  I run my own consulting
10    business.
11 Q   Engineering consulting, I assume?
12 A   Yes.
13 Q   Do you do any consulting for FME?
14 A   I do.
15 Q   What do you do for FME?
16 A   Test stands.
17 Q   Couldn't get away from it, huh?
18 A   They lacked significant amount of expertise.
19 Q   So since you left for your consulting work for FME
20    test stands, what have you worked on?
21 A   I've worked on the Shawmox test stand.  That's an
22    engine that's going to go out to South Carolina.
23    I've worked on -- I've consulted and given advice
24    on the MAN test stands in large engine, the PA6B
25    genset test stands in large engine, and the PC2.5

Page 38

1     test stand in large engine.
2 Q   Shawmox, how do you spell that?
3 A   S-h-a-w-m-o-x.
4 Q   And where is that engine being tested?
5 A   That engine is being tested in test stand 3 in the
6     OP.
7 Q   When did that testing start?
8 A   That actually started -- it actually started this
9     summer, I believe.
10 Q   And what does the testing consist of?
11 A   That's a good question.  I'm not involved in the
12    testing, just the test stand design.
13 Q   Have you completed the test stand design?
14 A   Yes.
15 Q   Have you gone back to do any follow-up issues on
16    the test stand design?
17 A   No, I have not.
18 Q   When did you first start the test stand design?
19 A   2010.  Lots of delays in that project.
20 Q   How many engines are involved?
21 A   I believe it's just two.
22 Q   And what's the testing regimen for those?
23 A   I don't know.
24 Q   And the MAN engine, that's in the large engine
25    building?

Page 39

1 A   That's correct.
2 Q   And the PA6B genset, is that in some way different
3     that the PA6B that you've already described?
4 A   It's a PA6B that has lower horsepower, and it's
5     coupled with a generator on its own base.
6 Q   Is that part of the LCS contract or separate?
7 A   That's separate.
8 Q   Who is that for?
9 A   That's also for the Navy.
10 Q   What specifically for the Navy?
11 A   I believe those are gensets for aircraft carriers.
12 Q   How many engines are involved with that?
13 A   That's a good question.  I don't know.
14 Q   Do you know if the testing regimen is the same for
15    that PA6B as the others you've described?
16 A   I do not.
17 Q   How many engines involved?
18 A   I don't know.
19 Q   And the PC2.5, is that in the OP building?
20 A   No.  This is in large engine.
21 Q   How frequently are you in the FME plant these
22    days?
23 A   I am not.  I have not been back since I left in
24    2014.
25 Q   So what work have you been doing with respect to

Page 40

1     the test stands, then?
2 A   It's been design and on-the-phone consulting.  I
3     was fired.  I was not -- I'm not allowed back on
4     site.
5 Q   Why were you fired?
6 A   Safety violation.
7 Q   What was your safety violation?
8 A   I was climbing on the side of an engine without a
9     safety harness on.
10 Q   Who made your termination decision, to your
11    knowledge?
12 A   Rebecca Bratton and Nick Huber.
13 Q   Do you feel you're able to fulfill the duties for
14    the design you need to do without being on site?
15 A   Yes.  I could do better if I was on site.
16 Q   Are you operating pursuant to a written consulting
17    agreement with FME?
18 A   No.  It's on a case-by-case basis.  I have a
19    purchase order, an open purchase order for
20    consulting services.
21 Q   Was there any litigation involved with your
22    termination?
23 A   No.
24 Q   Did you sign any type of separation agreement?
25 A   I believe I did.  Yes.

Page 41

1 Q When would that have been done?
2 A June 30, 2014.
3 Q When did the event take place that was the subject
4    of your violation?
5 A Two days prior on Saturday.
6 Q You have purchase orders for your work, correct?
7 A Correct.
8 Q How does that flow of paperwork work?
9 A I typically will provide a quotation for services,
10   just time and materials, and then they'll give me
11   a purchase order. When we run out of money on the
12   purchase order, they will just up the value of the
13   purchase order and revise it and send it back to
14   me.
15 Q How many purchase orders have there been?
16 A That's a good question. I don't know. There has
17   been a number of them since 2014.
18 Q Do you have any written consulting agreement with
19   FME relative to duties in connection with this
20   litigation?
21 A No. The people at FME don't even know that I'm
22   involved in this.
23 Q The people being?
24 A The people -- the people that are left at FME.
25   That would be the current test stand manager,

Page 42

1    Mark McCorkle, the test stand engineer,
2    Tim Walters. The vast majority of people that I
3    knew when I was there that were in management
4    positions have left.
5 Q What did you do to prepare for this deposition
6    today?
7 A I reviewed some of my e-mails from 2010-2011
8    period of time.
9 Q Do you still have possession of those, or were
10   those provided to you by counsel from FME?
11 A No. I have possession of those. When they fired
12   me at Fairbanks, they called me three days later
13   and asked me to come back as a part-time employee.
14   And then they gave me a computer with all my
15   backup e-mails. And when I left there, I just
16   took copies of e-mails. Because they wanted me to
17   do follow-along consulting work.
18 Q Other than e-mails, did you have any other
19   documents still in your possession that related to
20   your time at FME?
21 A Yes.
22 Q What are those?
23 A I have CAD files of the plants, various test
24   stands, configurations to the test stands. I have
25   electrical and mechanical drawings.

Page 43

1 Q How about the fuel spreadsheet that you updated?
2 A I do have that.
3 Q You do?
4 A Yeah. It's in the e-mails.
5 Q If I wanted to find the check sheets that were
6    generated originally for the fuel ratings, where
7    would I go to find those?
8 A You would have to contact Bill Christensen,
9    probably.
10 Q So to your knowledge, other than the check sheets
11   and the spreadsheet that was updated based on the
12   check sheets, were there any other records kept at
13   FME relative to fuel being consumed by engines
14   tested in the OP building?
15 A None that I know of. The records that we took and
16   the readings that we took were delivered I believe
17   to Pete DiCaro, and he was responsible, then, for
18   keeping track of the fuel usage. I think that's
19   the case.
20 Q Did you have an understanding of any necessity to
21   report fuel burn to WDNR, the Department of
22   Natural Resources?
23 A I knew that we had a roughly 30,000-gallon rolling
24   average fuel burn limit. But it wasn't part of my
25   responsibilities to report that.

Page 44

1 Q To WDNR?
2 A Correct.
3 Q But you understood the fuel burn that you were
4    reporting to I think you said Pete DiCaro, that
5    that would be used to report to DNR?
6 A Yes.
7 Q Were you concerned at any time about the accuracy
8    of the fuel gauges that were in place for that
9    purpose?
10 A No.
11 Q Why not?
12 A I didn't feel that the -- first of all, the DNR
13   never specifies what accuracy they're looking for.
14   They just say to measure it. So the measurement
15   that we had was going to be accurate enough, we
16   felt, for reporting. So we just left it as it
17   was.
18 Q Who made that determination that it was accurate
19   enough for reporting to DNR?
20 A That was a relatively late discussion, actually,
21   post-AVL, as I recall. Fairbanks was trying to --
22   I don't know what they call it -- apply for the
23   ISO 14001 certification, which is an environmental
24   certification, and it requires metering and
25   measuring all these things. And at that point we

Page 45

1  were changing meters and had to decide what meters
2  we were going to put on and how they were going to
3  be calibrated, if they could be calibrated.
4 Q  This was post-AVL after AVL stopped testing
5  engines?
6 A  Yes.
7 Q  When AVL was in the OP building testing engines,
8  did you have any understanding of how AVL was
9  measuring its fuel burn?
10 A  AVL had some specialized fuel measuring devices
11  we gave them, and they installed some of these
12  Badger meters in advance of their equipment, and
13  we would read those meters on a daily basis.
14 Q  For the reading, you would read the AVL test site
15  meters, correct?
16 A  We would read the Fairbanks meters that the -- the
17  Badger meters put in by Fairbanks that were
18  upstream of the AVL meters.  The AVL meters were
19  very precise for measuring fuel burn and
20  consumption and emissions.
21 Q  Did FME ever read those AVL meters in order to
22  determine how much fuel burn AVL had?
23 A  No, not to my knowledge.
24 Q  Your review of documents prior to today, was that
25  based on the e-mails you possessed?

Page 46

1 A  Yes.
2 Q  Did you receive any documents from Mr. DeGeorge or
3  other counsel for FME to review?
4 A  Yes.
5 Q  What were those?
6 A  I received -- I believe I received the -- a couple
7  depositions to review.  And I received -- there
8  were some comments from one -- from Steve and from
9  John Bottorff.
10 Q  Okay.  I don't want to hear about comments from
11  Steve.
12 A  Okay.
13 Q  That's privileged.  But did John Bottorff
14  separately communicate with you about your
15  deposition today?
16 A  It was in communication with everybody.
17 Q  Including counsel?
18 A  Yes.
19 Q  Did you speak with Mr. Bottorff or any other FME
20  representative outside the presence of counsel
21  about your deposition today?
22 A  Yes.  But only to the extent of where it was going
23  to be, when it was going to be, and how to get
24  here.
25 Q  With respect to the documents and e-mails that you

Page 47

1  still have in your possession, did any
2  representative of FME approach you to get those
3  for purposes of this litigation?
4 A  Back when the litigation first started, several
5  years ago, I talked with counsel at that time, and
6  I believe all of the e-mails that I had were
7  gathered up.  All the communication -- all the
8  information that I had was embodied in those
9  e-mails.
10 Q  How was it gathered up when you were still there?
11 A  I have no idea.  I assume that somebody went to IT
12  and gathered up all the e-mails.
13 Q  Did anyone come visit you personally to collect
14  documents?
15 A  No.
16 Q  What about hard copy documents?
17 A  I generally didn't keep very many of those.
18  Anything that I had, anything that I had in hard
19  copy would have come out of an e-mail.
20 Q  So did anyone come to see you about hard copy
21  documents --
22 A  No.
23 Q  -- for this litigation?
24 A  No.
25 Q  A master agreement was signed between AVL and FME

Page 48

1  in August of 2008.  Do you recall that?
2 A  Yes.
3 Q  Did you have any involvement with negotiating that
4  master agreement?
5 A  I did not.
6 Q  Prior to August 28th of 2008, did you personally
7  have any communications with any representatives
8  of AVL?
9 A  What date was that in 2008?
10 Q  August 28th of 2008.
11 A  Is that the date of the master agreement?
12 Q  Yes.
13 A  I don't know the answer to that.  I might have.
14  It would have been on a technical level.
15 Q  Did you keep any notes, that you recall, of any
16  meetings with any AVL representatives?
17 A  I'm a very poor notetaker.  So no.
18 Q  Do you keep a calendar?
19 A  I do.
20 Q  How do you keep your calendar?
21 A  It's usually on Microsoft Outlook.
22 Q  And is that still intact for that 2008 time period
23  on your current machine?
24 A  No, it's not.
25 Q  Did you leave that behind at FME?

Page 49

1 A  I believe that at some point it came with me
2    because it was part of the Outlook file, but I
3    believe that I deleted all that information
4    because it was legacy and baggage, and that was
5    actually done -- would have been done 2014.
6 Q  So you never reviewed any draft of what you
7    understood would become the master agreement?
8 A  No.
9 Q  You never had any discussions with anyone at FME
10   about terms that should be included in the master
11   agreement?
12 A  No.
13         (Exhibit No. 82 marked for
14          identification)
15 Q  Mr. Niehaus, you have Plaintiff's Exhibit 82, a
16   January 21, 2011 e-mail from you to DiCaro and
17   others. Do you recall this e-mail?
18 A  Yes, I do.
19 Q  You begin saying Spent some time yesterday evening
20   with AVL. Do you recall who from AVL?
21 A  No, I don't.
22 Q  Was the topic of discussion this subject matter,
23   AVL testing of a locomotive?
24 A  Yes.
25 Q  And just generally, what did this topic involve?

Page 50

1 A  AVL was interested in testing locomotives and
2    trying to -- and was interested -- because a
3    locomotive is considered a mobile source, they
4    don't come under the same testing regimens that --
5    as a stationary source does in the DNR
6    regulations; therefore, they are exempt from a lot
7    of the restrictions that a stationary source would
8    be. So their idea was to bring a locomotive onto
9    the Fairbanks site, because we had a fairly
10   extensive set of rails on the site, and then test
11   it at that -- at some location on the plant.
12 Q  What did you think about the idea?
13 A  I thought it was very -- I thought it was unique
14   and an interesting idea that might be able to move
15   testing forward, if we could use the exemption for
16   mobile source to get around some of the DNR regs.
17 Q  Whatever happened with this idea?
18 A  It went nowhere fast.
19 Q  Why?
20 A  Apparently once you -- apparently once a
21   locomotive is stationary in a yard, then it's no
22   longer considered a mobile source. Something a
23   mobile source is hauling freight down a track.
24         MR. DeGEORGE: So you've got to
25   design a moving test stand.

Page 51

1         THE WITNESS: That would be unique.
2         MR. HERRMANN: Genius.
3 Q  In your closing lines, your last two sentences,
4    you say Lease agreement with ABC, we all know that
5    this is an issue. What did you intend to convey
6    with that?
7 A  ABC Corporation owns the land on which Fairbanks
8    has facilities. So ABC Corporation owns the OP
9    building. Fairbanks leases the test floor and a
10   section of the building called Freeport Bay from
11   ABC. ABC also owns land to the west of the
12   building. Fairbanks owns the facilities, i.e. the
13   railroad tracks, the cooling towers, you know, any
14   underground piping. That's all Fairbanks'
15   property. The lease agreement with ABC would have
16   to be renegotiated to some degree or at least ABC
17   checked with, so that they could approve our use
18   of the land for that purpose.
19 Q  Did anyone ever check with ABC?
20 A  I don't believe anybody did. I know I didn't.
21 Q  Then you go on to say The big issues seem to be
22   the lease?
23 A  And emissions and noise. A locomotive is very
24   loud, and running at full power in the -- right
25   next to a residential area without some type of

Page 52

1    acoustic treatments around the engine would
2    probably be an untenable situation and would
3    probably get Fairbanks in a lot of trouble with
4    the city for noise pollution.
5 Q  Was AVL aware of the lease situation at this time?
6 A  Yes, they were.
7 Q  How did that come about?
8 A  How did what come about?
9 Q  How did AVL come to know about the lease
10   situation, if you know?
11 A  I don't know exactly how they came to know about
12   it. But they were aware that we were leasing that
13   part of the building from ABC.
14 Q  Prior to this date, did you ever have occasion to
15   have any discussions with any AVL representative
16   about the lease situation?
17 A  I generally didn't discuss the lease agreement
18   with other -- with AVL.
19 Q  Did you have any -- personally have any particular
20   role with respect to that lease relationship?
21 A  After Cal retired, then the responsibilities for
22   the lease kind of fell into my hands. I had all
23   the documentation for the lease, the lease
24   agreements and all that kind of thing.
25   John Bottorff was typically the person in charge

Page 53

1  of the lease.  But when it came to building
2  maintenance issues, stuff that the -- that ABC
3  needed to do to maintain their building, then I
4  was the point of contact for that.
5  Q   What knowledge did you have about FME's air
6      permits with WDNR?
7  A   I knew that there was a limit on what our
8      emissions could be.  But I was never really clear
9      on what it was.  I knew there was a fuel usage
10     limit in both buildings, independent fuel usages.
11     I knew that the cooling -- I was under the
12     impression that the fuel usage was based on the
13     cooling tower capacity in some manner, and that we
14     could not expand the cooling tower capacity beyond
15     what it was without violating our air permit.
16 Q   Did you have a copy of the air permit?
17 A   I did not.
18 Q   Did you ever review it at any time?
19 A   I don't remember.  If I did, it would have been in
20     the last couple years, like 2013, '14.
21 Q   And if you did, for what purpose would you have
22     reviewed it?
23 A   I started to get more involved in that when
24     Rebecca Bratton was at Fairbanks.  She involved me
25     to some degree in the air permit but not in any

Page 54

1  negotiations with the DNR.  I never went to visit
2  the DNR or spoke with anybody at the DNR about
3  that.  It was more on a technical basis what
4  information needed to be in the air permit, what
5  stacks we had, what was being used and not used,
6  that kind of thing.
7  Q   Prior to that time you just described, did you
8      ever have occasion to review the air permit to
9      understand any particular aspect of it?
10 A   No.  I avoided that.
11 Q   Why did you avoid that?
12 A   I didn't want to get involved in the air permit.
13     It was nothing that I was really interested in.
14 Q   Who was the person who was responsible for the air
15     permit?
16 A   It would have been Julie Mosley, and then it would
17     have been Rebecca Bratton.
18 Q   While AVL was testing engines in the OP building,
19     what did you know about the testing regimen for
20     each of those engines?
21 A   Nothing.
22 Q   Did you have any understanding of what AVL's
23     customers were requiring for those engines?
24 A   No.
25 Q   With respect to each of the AVL engines, what did

Page 55

1  you understand about each one of them?
2  A   That they had to be tested, and they were going to
3      be tested at length for usually running endurance
4      for long periods of time.  Other than that, that's
5      about the extent of it.
6  Q   Did you have any involvement in discussions
7      relative to total fuel burn that AVL was
8      experiencing with its engines?
9  A   I probably was involved in some discussions, but I
10     don't remember anything specifically.
11 Q   Do you remember any issues relative to any need
12     for AVL and FME to share available fuel burn
13     limits?
14 A   Yeah.  There was an ongoing discussion between AVL
15     and Fairbanks.  Fairbanks had priority.  If we had
16     to test the PA6 engine, we were going to use up
17     fuel, and we were also going to use up cooling
18     capacity, and at some point we run out of cooling
19     capacity, which means that AVL, being secondary,
20     had to shut down one of their engines.  So pretty
21     much we could run a PA6 and one of the AVL engines
22     but not more than that.
23 Q   How did you come to an understanding that FME had
24     priority and AVL was secondary?
25 A   That was what was communicated to me, that AVL

Page 56

1  needed to shut down.  That was my understanding.
2  Q   Who communicated that to you?
3  A   I believe that was Pete DiCaro.
4  Q   When did Pete communicate that to you?
5  A   That would have been early on, maybe even -- it
6      might have actually been during the time that we
7      were having, you know, the problems of fuel burn
8      when we were starting to run out of fuel capacity.
9  Q   When you say early on, can you put a time frame on
10     that?
11 A   Early on in the -- in AVL's build-out of some of
12     the test cells.  So that would have been, what,
13     2008, 2009.
14 Q   And did Pete DiCaro put in those terms to you that
15     AVL needed to stop testing?
16 A   I don't know that I could characterize it that
17     way.  He would have said that If we have to test,
18     AVL needs to shut down their engine, so that we
19     can test.  So it would have been a matter of
20     priority.  Not that AVL can't test -- well.  If
21     Fairbanks had to run, then AVL could only run a
22     certain amount because Fairbanks had to do
23     testing.  So it was a matter of priority, and at
24     the point where Fairbanks shut down, then AVL
25     could turn their engines on.

---

Page 57

1  Q   Did there come a point where anyone at FME
2      communicated to you that they just wanted AVL to
3      get out of the OP building?
4  A   No.
5  Q   What knowledge do you have of a relocation of an
6      EMD engine to the large engine building?
7  A   I do recall that that was done. I was not
8      involved in any negotiations with that. But I was
9      involved in the logistics, in terms of what they
10     could use, what they couldn't use, what kind of --
11     what facilities we had available for them.
12 Q   So were you involved in determining that there was
13     availability in the large engine building?
14 A   No.
15 Q   Who made those decisions?
16 A   That probably -- whoever was the director of
17     manufacturing at that point in time.
18 Q   You don't recall who that was?
19 A   That might have been -- I don't remember right
20     now. I'll remember in a minute.
21         MR. DeGEORGE: Can we take a short
22     break?
23         MR. HERRMANN: Yeah. Sure, we can.
24         (A recess was taken)
25 By Mr. Herrmann:

---

Page 58

1  Q   Did there come a time where you gained an
2      understanding that there was an issue with certain
3      stacks in the OP building not being permitted
4      under the air permit?
5  A   I remember the discussions, but it was not part of
6      what I was responsible for.
7  Q   What do you remember about the discussions?
8  A   AVL got to a certain point and they could not test
9      any farther. In other words, they could not
10     construct any additional test stands.
11 Q   Why not?
12 A   The stacks were not -- the stacks were not
13     permitted, and we were running out of fuel.
14 Q   Putting aside the fuel limits for a moment, what
15     impact did the permitting status of the stacks
16     have on AVL's ability to continue testing?
17 A   As I recall, AVL had to shut down one of its --
18     the two test stands in the north end. I'm always
19     confused as to which ones those are. I think that
20     was 32 and 33. They had to shut down one of them
21     and re-route the exhaust of the other one, which I
22     found unusual -- I guess I found that unusual
23     because I thought that both of those stacks -- I
24     was told that both of those stacks at the north
25     end of the plant were permitted. I did not know

---

Page 59

1      that one of those was not permitted.
2  Q   When were you told they were permitted?
3  A   Before AVL started. We actually had, in 2005, an
4      engine running on one of those stacks.
5  Q   Which engine was that?
6  A   It was an OP engine. Before AVL came on site, we
7      had to demo two engines out of that location.
8  Q   So in 2005, there was an OP engine?
9  A   There was an OP engine, and there was a 2-cylinder
10     PA6B engine.
11 Q   Were they both run through non-permitted stacks?
12 A   They were run through the two stacks on the north,
13     which I was told were both permitted.
14 Q   Do you remember the numbers of those stacks?
15 A   I do not off the top of my head.
16 Q   But they were on the north end of the building?
17 A   Correct.
18 Q   And there were only two stacks on the north end of
19     the building?
20 A   Correct.
21 Q   Who told you that they were permitted?
22 A   I don't know that I could identify that person.
23     It was -- it could have been a number of different
24     persons. It could have been Julie. Could have
25     been Cal. It could have been a number of people.

---

Page 60

1  Q   Did you affirmatively ask that question, Are these
2      permitted?
3  A   No.
4  Q   So how did it come to you that they were
5      permitted?
6  A   It was part of the discussions -- I guess, I
7      assumed that they were permitted based upon the
8      fact that we had engines out there, that we had
9      this 2-cylinder engine, and we had a 6-cylinder OP
10     engine, and I assumed that both of those stacks
11     were permitted because we had those. I don't
12     believe I ever asked the question if they were
13     permitted.
14 Q   And those engines were run during your tenure at
15     FME, right?
16 A   Only the -- excuse me -- only the 6-cylinder OP
17     engine.
18 Q   And the 6-cylinder OP, what type of test cycle was
19     that running through?
20 A   That was actually run to provide power for the
21     blower test stand, which was farther down the
22     floor in the building.
23 Q   And how long did it run to power the blower test
24     stand?
25 A   Four hours at a time, once every two or three

---

Page 61

1    months.
2 Q  Over what period of time?
3 A  In years, you mean?
4 Q  Well, yeah, as best you can.  I mean, four hours
5    at a time, one time every two to three months.  So
6    what was the span for which that engine was
7    running with its exhaust going through the
8    unpermitted stack?  Years, if it's years, but --
9 A  It would have been years.
10 Q  Starting when and ending when?
11 A  Well, it was operational when I got there in 2004,
12    and we tore it out before AVL arrived.
13 Q  Tore out the engine?
14 A  Yes.
15 Q  So sometime between 2004 and 2008?
16 A  Yes.
17 Q  Was it running up into 2008?
18 A  I don't know.
19 Q  Do you know when it was last run?
20 A  No.
21 Q  Who would know that?
22 A  I don't know that anybody would know that anymore.
23    I think most everybody is gone.
24 Q  But while you were there, you witnessed that
25    engine running?

Page 62

1 A  Yes.
2 Q  And then the other engine you mentioned, you
3    didn't see that one running?
4 A  That one never ran, to my knowledge, when I was
5    there.
6 Q  But it was connected to the stack?
7 A  It was.
8 Q  On the north end?
9 A  Yes.
10 Q  Were any other engines run by FME that were
11    connected to what was ultimately determined to be
12    unpermitted stacks?
13 A  Not to my knowledge.
14 Q  And the engine you were aware of, that you
15    witnessed running, you tore that one out because
16    of the AVL relationship, right?
17 A  Correct.
18 Q  And that was the only reason that engine was taken
19    out?
20 A  Right.
21 Q  When did it first come to your attention that
22    there was an issue with respect to the permitting
23    status of the stacks?
24 A  It would have had to have been 2011, I think.
25 Q  And how were you informed of it?

Page 63

1 A  I remember a conversation with John Scott of AVL,
2    and they were looking for -- they were looking for
3    expansion of their testing beyond the two cells
4    that they had.  And they wanted to expand to the
5    south side of the wall that divided the test
6    floor.
7 Q  How did the stacks permitting issue come up in
8    that conversation?
9 A  Maybe it wasn't so much stack permitting as it was
10    stack silencer capacity.  Because they wanted to
11    test on test stand 8, and the silencer that was
12    installed and was available at that location was
13    not large enough to handle the flow that they
14    needed.
15 Q  Did that relate to a permitting issue, or was it
16    just some type of mechanical issue?
17 A  It may have related to a permitting issue.  As I
18    understand later, that particular stack was not
19    permitted.
20 Q  All right.  That's what I want to understand is
21    when did you first come to know that any of the
22    stacks in the OP building were not permitted?
23 A  It would have had to have been in 2011, sometime
24    in the first half of the year.
25 Q  And how did it first come to your attention?

Page 64

1 A  I think we had a meeting with John Scott, myself,
2    Pete, Julie, couple other AVL folks, and it was --
3    we were informed at that meeting that we had some
4    permitting issues and that the stacks that they
5    wanted to use were not permitted.
6 Q  Do you remember when that meeting was?
7 A  April, April-ish, maybe.  I think.  Had to have
8    been early April.
9 Q  Do you know for sure?
10 A  It's going to be close.
11 Q  Was there a time prior to a meeting where AVL
12    people were present where only FME people
13    discussed any non-permitted status of stacks in
14    the --
15 A  Not to my knowledge.
16 Q  When you learned of the non-permitted status of
17    the stacks, did you go back and take a look at the
18    permit --
19 A  No.
20 Q  -- to check it?
21 A  No.
22 Q  Were you surprised to hear that those stacks were
23    non-permitted?
24 A  I knew that some of the stacks were not permitted.
25    Fairbanks has a bad habit of abandoning things in

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

Page 65

1   place and leaving all kinds of junk hanging
2   around.  So I knew some of the stacks were
3   permitted and some of them weren't, but I wasn't
4   exactly clear which ones were and which ones
5   weren't, except for the ones that we were using,
6   like the silencer for test stand 2, the silencer
7   for the power engine, the silencer for the PA6
8   test stand, and then I thought the two on the end
9   were permitted, and apparently only one was.
10 Q   Well, did you have any understanding, at any time
11      before AVL installed its engines in the OP
12      building, whether any of the stacks to which AVL
13      was connected at that time were not permitted?
14 A   No.
15         (Exhibit No. 83 marked for
16          identification)
17 Q   You have Plaintiff's Exhibit 83.  Do you recognize
18      this e-mail of March 28, 2011?
19 A   Yes, I do.
20 Q   And what did that relate to?
21 A   This related to having too many engines for the
22      capacity of the cooling towers.
23 Q   And you report to Julie in your e-mail, the second
24      one on the page here, in the second line, I am
25      working to install temporary cooling towers?

Page 66

1 A   Yes.
2 Q   What did that relate to?
3 A   In order for AVL to get to run additional
4      engines -- or actually to run its engines in
5      addition to us, to Fairbanks running the PA6B
6      engine, we were going to have to install
7      additional cooling capacity in some form, whether
8      that is a radiator or whether that was additional
9      cooling tower.
10 Q   And what was the temporary cooling towers, what
11      did that refer to?
12 A   So we were going to rent some temporary towers,
13      from either Carrier or Aggreko, and put those out
14      to the west of the current cooling towers on the
15      ground.
16 Q   From an engineering perspective, would that have
17      worked to the end of the year, based on your
18      paragraph here?
19 A   Yes.  The reason it didn't happen is because the
20      addition of another cooling tower would have
21      violated our permit.
22 Q   Did you have personal knowledge of that, or were
23      you relying on someone else to reach that
24      conclusion?
25 A   I relied on somebody else to reach the conclusion.

Page 67

1   I actually added additional piping to the cooling
2   tower system in order to connect to this, this
3   additional cooling tower to be installed, and we
4   were within days of bringing in the cooling tower
5   to the plant and putting it in place when we were
6   halted.
7        (Exhibit No. 84 marked for
8         identification)
9 Q   You have Plaintiff's Exhibit 84.  Do you recognize
10      this e-mail?  I see that you are a to addressee
11      from Mr. MacGregor?
12 A   I do not remember the e-mail specifically, nor do
13      I remember the meeting, but obviously I was there.
14 Q   Well, with that, let me see if I can jog your
15      memory about the meeting.  If you turn to the
16      second page on the meeting minutes, do you recall
17      a discussion, under item number 1, Per FM, the
18      existing site permit was issued in 1999; do you
19      see that?
20 A   Yes, I do.
21 Q   Do you recall the second bullet point being
22      discussed, emissions limited to five specific
23      exhaust stacks at the site?
24 A   That is -- so I don't remember discussing that
25      specific point, but the fact that it's five would

Page 68

1   lead me to believe that it's the five stacks that
2   we were using.  So that would be for test stand 2,
3   for the power engine, for test stand 7, and then
4   the two on the north side.
5 Q   Was it known to FME at this time that any of those
6      stacks were not permitted?
7 A   Not to my knowledge.
8 Q   Do you have any knowledge of aftertreatment being
9      installed on test cell 7 at any point?
10 A   Yes.  That was designed while I was still at
11      Fairbanks.
12 Q   And what do you recall about that?
13 A   That was as the result of what they called the SEP
14      agreement with the EPA to kind of our I'll call it
15      penance for mislabeling some engines.
16 Q   What was your involvement in the SEP?
17 A   My involvement was only from a facilities
18      standpoint, where I was -- I consulted with the
19      designer, who is not me, in terms of what they
20      could do and what they couldn't do and how they --
21      how, in general, they needed to design their
22      system.
23 Q   Who was the designer?
24 A   Another guy at Fairbanks.  I don't recall his name
25      right now.

Page 69

1  Q  Did he have a title?
2  A  Yes, he did.  He would have worked for an engineer
3     named Kyle Padfield.  Kyle would not have been the
4     designer, but this guy worked for him.  I believe
5     his first name was John, but I don't remember his
6     last name.
7  Q  And when did your involvement, interaction, if you
8     will, with the design aspects of the
9     aftertreatment for the SEP begin?
10 A  I'm thinking that was, like, 2012.
11 Q  Do you recall when you first learned of the SEP?
12 A  No, I don't.
13 Q  Were you involved in any discussions relative to
14    AVL making a capital outlay to put aftertreatment
15    on any of the cells?
16 A  No.  I was not.
17 Q  Did you have any interactions with
18    George Whittier?
19 A  Very rarely.
20 Q  To whom did you report directly while at FME?
21 A  I reported to Don Lang at one point,
22    Albert Provenzano at another point, and
23    Mike Perry.
24 Q  Do you recall Mr. Whittier sharing with you at any
25    time frustration relative to the AVL relationship?

Page 70

1  A  I don't remember any direct communications from
2     George Whittier about that.
3  Q  Do you recall any communications about the
4     potential of cancelling the relationship with AVL?
5  A  No.
6  Q  Mr. Niehaus, you have Plaintiff's Exhibit 26
7     previously marked.  Do you recognize receiving
8     this e-mail?  You're a copied to addressee?
9  A  No.  I don't remember receiving it.
10 Q  In the third paragraph, there's a reference to
11    George Whittier saying to Ray Corbin We aren't at
12    a point of cancelling this whole business deal,
13    but that continued frustrations on my part make me
14    at least see that this is a possibility on the
15    horizon?
16 A  There was some communication between Pete DiCaro
17    and myself about frustration with AVL, but it was
18    more -- it was more at their pushing to expand.
19 Q  Were you frustrated about it, or was Pete
20    frustrated about it?
21 A  No.  I could care less.
22 Q  So Pete expressed frustration about AVL expansion?
23 A  Yeah.  I remember -- I distinctly remember, not
24    conversations specifically, but the tenor of
25    conversations about AVL coming in where they first

Page 71

1     started with two test stands, all of a sudden they
2     wanted four, all of a sudden they wanted six, and
3     it was, like, we just don't know where they were
4     going to go.  They kept -- it kept seeming like
5     they were going to expand to take over the
6     entirety of the OP.  I have no idea what their
7     business plans were.
8  Q  Do you know one way or the other what the master
9     agreement provided?
10 A  No, I don't.  I probably had a copy at some point
11    but probably didn't read it.
12         (Exhibit No. 85 marked for
13           identification)
14 Q  You have Plaintiff's Exhibit 85.  Do you recognize
15    this e-mail?
16 A  Yes, I do.
17 Q  It begins with the second e-mail of June 21, 2011
18    at 10:09 a.m. from you to Albert Provenzano and
19    others.  Correct?
20 A  Yes.
21 Q  And you say I have had Pat -- is it Giles or
22    Giles, I'm sorry?
23 A  Giles.
24 Q  G-i-l-e-s -- lock out the tower water feed valves
25    to the AVL engines on OP test stands 8 and 10.

Page 72

1     Why did you have Pat do that?
2  A  I was instructed to do that.
3  Q  Who instructed you to do that?
4  A  I believe it was Pete DiCaro.
5  Q  Did you understand why he was instructing you to
6     do it?
7  A  I do not recall the reason why at this point in
8     time.
9  Q  At the time you directed Pat to do that, was AVL
10    running engines on stands 8 and 10?
11 A  I think they had generally ceased running but
12    could run.  I don't remember it being a surprise.
13    I think when I went down there with Pat to have
14    him put the locks on that AVL knew that this was
15    coming.
16 Q  So you were personally present with Pat when these
17    locks were placed on?
18 A  I was.  I instructed him where to put the locks.
19 Q  At the time you were physically present there to
20    put the locks on, was AVL testing an engine at
21    that time?
22 A  No, they weren't.
23 Q  Had they tested an engine at any time that day?
24 A  Not to my knowledge.
25 Q  How about the day prior; had AVL run those engines

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

Page 73

1 on those test stands the day prior?
2 A I don't know.
3 Q Would your daily fuel burn readings be an
4 indication of whether those test stands ran or
5 not?
6 A They should indicate that. If they had run, there
7 would be fuel usage.
8 Q Would there be any other logbook I could look at
9 that would tell me one way or the other whether
10 those engines were run on either June 20th or
11 21st?
12 A No. It would be in what we call the daily checks.
13 Q And what are the daily checks?
14 A That's the log sheet that the guys go around the
15 plant and they log various meters.
16 Q And that's the same document you described earlier
17 tonight?
18 A Yes.
19 Q Mr. Niehaus, you have Plaintiff's Exhibit 37
20 previously marked. Now, I know you weren't on the
21 last e-mail in this chain, but I see you sent the
22 June 29, 2011 e-mail?
23 A Yes.
24 Q Do you recall that one?
25 A Yes.

Page 74

1 Q What did this pertain to?
2 A AVL had a Cat C280 engine operating on test stand
3 7. And I don't know -- I don't remember the exact
4 situation, but this would have locked out and shut
5 off the water supply to that test stand, so that
6 they could not run the engines.
7 Q Do you know why that was being done at this time?
8 A I do not remember.
9 Q Was the engine actually running at the time you
10 secured it?
11 A No.
12 Q How long prior to the time you secured it was it
13 last run?
14 A I don't know. I would have, in any case, when
15 locking out -- when doing one of these lockouts on
16 an engine, I would have gone to AVL and told them
17 what I had to do and had them shut down the engine
18 in a controlled manner before I did that.
19 Q Did AVL cooperate with you when you made such
20 requests?
21 A Every time.
22 (Exhibit No. 86 marked for
23 identification)
24 Q You have Plaintiff's Exhibit 86. It's an e-mail
25 chain, July 7, 2010, from John Scott of AVL to

Page 75

1 you, correct? That's the first e-mail?
2 A Yes.
3 Q What subject matter does this relate to?
4 A Let me review this for a minute.
5 Q Sure. Take your time.
6 (Witness examines document)
7 A This has to do with providing power for a steam
8 generator that we installed for -- AVL purchased a
9 steam generator. We installed the power for it.
10 And this would be for test stand 10 -- 9 and 10.
11 Q Why was a steam generator needed?
12 A They needed to be able to do environmental
13 testing, which needs a different humidity and
14 temperature levels, and they used the steam, in
15 addition to cooling the intake, they either heat
16 it too high and then cool it, or they overcool it
17 and then reheat it. It's just a control
18 methodology.
19 Q Okay. If you could refer to the second e-mail on
20 the first page, earlier in time, obviously, from
21 you to Pete DiCaro and others, July 6, 2010. Do
22 you see that?
23 A Yes.
24 Q Paragraph 3 refers to work being completed before
25 Cat arrives on Monday. Do you see that?

Page 76

1 A Yes.
2 Q Were you kept advised by AVL of the Cat testing
3 that was taking place?
4 A Sometimes. We had a couple engines that showed up
5 unknown. Just all of a sudden, poof, they were
6 there.
7 Q Were you kept abreast by AVL of specifically what
8 testing regimen was being undertaken with respect
9 to any particular Cat or EMD engine?
10 A No.
11 (Exhibit No. 87 marked for
12 identification)
13 Q You have Plaintiff's Exhibit 87. Do you recognize
14 this document?
15 A Yes, I do.
16 Q What is this?
17 A This is a list of things that I needed to do in
18 order to -- or a list of items that needed to
19 happen in order for us to apply for our next
20 construction permit for our air permit.
21 Q So lead person, Ted Niehaus, was that -- anything
22 following your name, is that an action item for
23 you?
24 A Yeah, it should be all the -- first four action
25 items should be mine.

Page 77

1 Q  Because on the second page, at the top, is
2     Joe Eves, correct?
3 A  Correct.
4 Q  So he had action number 5?
5 A  Correct.
6 Q  Who drafted this?
7 A  Good question.  I don't know.
8 Q  There's a reference under action item 1, at the
9     end of that indented paragraph, to consolidated
10    test engine spreadsheet 3.22.11.XLS?
11 A  Yeah.  So my goal, under action item 1, was to
12    guess at what engines would be tested on what test
13    stands and what their ranges were.  So on an OP
14    engine, they range from 6 cylinders to
15    12 cylinders.  On an ALCO engine, they range from
16    12 to 18.  And on a PA6, they range from 12 to 20.
17    So my goal here was just to say we have a test
18    floor, and I'm going to divide up the test floor
19    in these -- in this particular -- in this
20    particular manner, some arbitrary manner, which I
21    would choose myself, and identify what engines
22    would be tested in those locations, if we were
23    going to test them, based upon the facilities that
24    were available and whether or not that was
25    reasonable or not.

Page 78

1 Q  Was this focused solely on FME engine testing?
2 A  Yes.
3 Q  Did this include any AVL testing at all?
4 A  I do not believe so.
5 Q  So this consolidated test engine spreadsheet,
6     where would that reside at FME?
7 A  That's a good question.  It was an Excel file.  It
8     will probably be buried in some e-mails.
9 Q  Would you have those e-mails?
10 A  Yes.
11         MR. HERRMANN: If we can break for
12     a minute, I would like to confer just
13     shortly, and then --
14         MR. DeGEORGE: Okay.  Great.
15         MR. HERRMANN: -- we should be
16     close to done.
17       (A recess was taken)
18         MR. HERRMANN: Thank you.
19     Mr. Niehaus, I currently have no further
20     questions.
21         THE WITNESS: Okay.
22         MR. DeGEORGE: I have no questions.
23       (Adjourning at 5:47 p.m.)
24
25

Page 79

1 STATE OF WISCONSIN )
2 COUNTY OF DANE     ) ss.
3         I, SARAH FINLEY PELLETTER, a Registered
4 Professional Reporter and Notary Public duly
5 commissioned and qualified in and for the State of
6 Wisconsin, do hereby certify that pursuant to notice,
7 there came before me on the 18th day of
8 November 2015, at 3:52 in the afternoon, at the
9 offices of Whyte Hirschboeck Dudek, S.C.,
10 Attorneys at Law, 33 East Main Street, Suite 300, in
11 the City of Madison, County of Dane, and State of
12 Wisconsin, the following named person, to wit:
13 THEODORE W. NIEHAUS, who was by me duly sworn to
14 testify to the truth and nothing but the truth of his
15 knowledge touching and concerning the matters in
16 controversy in this cause; that he was thereupon
17 carefully examined upon his oath and his examination
18 reduced to typewriting with computer-aided
19 transcription; that the deposition is a true record
20 of the testimony given by the witness; and that
21 reading and signing was not waived.
22         I further certify that I am neither
23 attorney or counsel for, nor related to or employed
24 by any of the parties to the action in which this
25 deposition is taken and further that I am not a

Page 80

1 relative or employee of any attorney or counsel
2 employed by the parties hereto or financially
3 interested in the action.
4         In witness whereof I have hereunto set my
5 hand and affixed my notarial seal this 23rd day of
6 November 2015.
7
8                      Notary Public, State of Wisconsin
9                      Registered Professional Reporter
10
My commission expires
11 July 10, 2016
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## A

**A&P (5)**
6:15;7:21,25;8:3,8
**abandoned (5)**
14:2;30:12,22,24;
31:17
**abandoning (1)**
64:25
**ABC (10)**
51:4,7,8,11,11,15,16,
19;52:13;53:2
**ability (1)**
58:16
**able (3)**
40:13;50:14;75:12
**Abrasives (1)**
11:12
**abreast (1)**
76:7
**Academy (1)**
7:7
**accommodate (1)**
5:1
**accomplish (1)**
21:15
**accumulated (2)**
35:24,25
**accuracy (2)**
44:7,13
**accurate (3)**
8:24;44:15,18
**accurately (1)**
4:22
**acoustic (1)**
52:1
**action (5)**
76:22,24;77:4,8,11
**actual (1)**
16:25
**Actually (25)**
8:12;10:22,22;12:25;
13:6;14:24;15:2;17:2,
8;18:4;23:16;31:23;
32:14;33:21;34:11;
38:8,8;44:20;49:5;
56:6;59:3;60:20;66:4;
67:1;74:9
**added (1)**
67:1
**addition (3)**
66:5,20;75:15
**additional (8)**
16:2;24:16;58:10;
66:3,7,8;67:1,3
**addressee (2)**
67:10;70:8
**adjacent (1)**
26:10
**Adjourning (1)**
78:23
**advance (2)**
6:3;45:12
**advice (1)**
37:23
**advised (1)**
76:2
**Aeronautics (2)**
6:14;7:13
**affirmatively (1)**
60:1
**afternoon (1)**
4:7
**aftertreatment (3)**
68:8;69:9,14
**again (5)**
12:5;20:5;27:17;
28:6
**Aggreko (1)**
66:13
**ago (1)**
47:5
**agreement (13)**
40:17,24;41:18;
47:25;48:4,11;49:7,11;
51:4,15;52:17;68:14;
71:9
**agreements (1)**
52:24
**Ah (1)**
10:3
**air (10)**
53:5,15,16,25;54:4,8,
12,14;58:4;76:20
**Aircraft (2)**
8:13;39:11
**Airframe (1)**
7:22
**airframes (1)**
8:21
**airplane (1)**
8:9
**Airport (2)**
8:13,15
**alarm (1)**
19:5
**Albert (2)**
69:22;71:18
**ALCO (1)**
77:15
**allowed (1)**
40:3
**alternates (1)**
20:20
**always (2)**
33:25;58:18
**American (1)**
7:3
**Amerock (1)**
11:14
**amount (5)**
20:19;32:21;33:9;
37:18;56:22
**anymore (2)**
36:4;61:22

**apologize (1)**
6:3
**Apparently (3)**
50:20,20;65:9
**applies (1)**
19:16
**apply (3)**
15:17;44:22;76:19
**approach (1)**
47:2
**approval (1)**
18:9
**approve (1)**
51:17
**approximately (4)**
21:15;22:7;28:6,10
**April (5)**
13:1,2;18:13;64:7,8
**April-ish (1)**
64:7
**Arabia (1)**
7:2
**Arabian (1)**
7:3
**arbitrary (1)**
77:20
**area (3)**
8:19;26:13;51:25
**around (5)**
18:22;50:16;52:1;
65:2;73:14
**arrived (3)**
26:17;30:8;61:12
**arrives (1)**
75:25
**article (2)**
15:13,17
**aside (1)**
58:14
**aspect (1)**
54:9
**aspects (1)**
69:8
**assembly (1)**
22:16
**assistance (1)**
25:22
**Associates (1)**
11:19
**Association (1)**
10:5
**assume (2)**
37:11;47:11
**assumed (3)**
18:24;60:7,10
**assumption (1)**
17:7
**attended (1)**
6:10
**attention (3)**
17:10;62:21;63:25
**attorney-client (1)**
5:6

**August (3)**
48:1,6,10
**Australia (1)**
26:23
**availability (1)**
57:13
**available (4)**
55:12;57:11;63:12;
77:24
**average (1)**
43:24
**AVL (71)**
12:17,18;26:4,17;
27:4;45:4,7,8,10,14,18,
18,21,22;47:25;48:8,
16;49:20,20,23;50:1;
52:5,9,15,18;54:18,25;
55:7,12,14,19,21,24,
25;56:15,18,20,21,24;
57:2;58:8,17;59:3,6;
61:12;62:16;63:1;64:2,
11;65:11,12;66:3;
69:14,25;70:4,17,22,
25;71:25;72:9,14,20,
25;74:2,16,19,25;75:8;
76:2,7;78:3
**AVL's (3)**
54:22;56:11;58:16
**avoid (1)**
54:11
**avoided (1)**
54:10
**aware (3)**
52:5,12;62:14
**away (3)**
7:4;36:7;37:17

## B

**bachelor (2)**
6:17;9:8
**back (12)**
10:1;12:5;20:4;36:1,
5;38:15;39:23;40:3;
41:13;42:13;47:4;
64:17
**background (1)**
6:8
**backup (1)**
42:15
**bad (1)**
64:25
**Badger (2)**
45:12,17
**Badger-type (1)**
32:11
**baggage (1)**
49:4
**base (2)**
31:24;39:5
**based (8)**
33:8;34:5;43:11;
45:25;53:12;60:7;

**66:17;77:23**
**basic (1)**
28:1
**basically (2)**
14:2;35:2
**basis (6)**
32:23;35:22;36:9;
40:18;45:13;54:3
**Bay (1)**
51:10
**bearing (1)**
28:3
**bearings (1)**
20:3
**became (2)**
11:24;18:17
**become (1)**
49:7
**becomes (1)**
5:25
**Beechcraft (4)**
8:15,19;9:24,25
**began (3)**
13:21;18:21;29:7
**begin (3)**
13:20;49:19;69:9
**beginning (2)**
34:6,7
**begins (1)**
71:17
**behind (1)**
48:25
**Beloit (4)**
11:15;12:6,15;19:9
**best (3)**
4:21;6:5;61:4
**better (1)**
40:15
**beyond (2)**
53:14;63:3
**big (1)**
51:21
**Bill (2)**
35:10;43:8
**birds (1)**
31:4
**Blease (1)**
36:21
**B-l-e-a-s-e (1)**
36:22
**blower (2)**
60:21,23
**boarding (1)**
7:4
**both (6)**
53:10;58:23,24;
59:11,13;60:10
**Bottorff (4)**
46:9,13,19;52:25
**Bratton (3)**
40:12;53:24;54:17
**break (3)**
4:24;57:22;78:11

**bring (1)**
50:8
**bringing (1)**
67:4
**BS (1)**
9:13
**build (3)**
24:3,4,7
**building (34)**
13:7;14:2,3,11;19:4;
22:25;23:1;26:11,14,
18;29:5;30:10;35:14,
17;38:25;39:19;43:14;
45:7;51:9,10,12;52:13;
53:1,3;54:18;57:3,6,
13;58:3;59:16,19;
60:22;63:22;65:12
**buildings (1)**
53:10
**build-out (1)**
56:11
**built (8)**
22:19,22,23;23:18,
23;24:20;26:21,25
**bulk (6)**
32:10,10,12,20;34:1,
2
**bullet (1)**
67:21
**buried (1)**
78:8
**burn (12)**
20:23;28:18;43:21,
24;44:3;45:9,19,22;
55:7,12;56:7;73:3
**burned (1)**
20:19
**business (3)**
37:10;70:12;71:7

**C**

**C280 (2)**
26:5;74:2
**CAD (1)**
42:23
**Cal (4)**
36:17,24;52:21;
59:25
**calendar (2)**
48:18,20
**calibrated (2)**
45:3,3
**call (4)**
15:13;44:22;68:14;
73:12
**called (7)**
4:2;19:23;32:11;
35:10;42:12;51:10;
68:13
**came (5)**
10:25;49:1;52:11;
53:1;59:6

**can (11)**
5:18;6:5;12:17;
25:13;56:9,19;57:21,
23;61:4;67:14;78:11
**cancelling (2)**
70:4,12
**capability (1)**
31:11
**capable (1)**
24:21
**capacity (8)**
53:13,14;55:18,19;
56:8;63:10;65:22;66:7
**capital (1)**
69:14
**care (1)**
70:21
**Carolina (4)**
29:11,20;30:5;37:22
**Carrier (1)**
66:13
**carriers (1)**
39:11
**case (3)**
12:19;43:19;74:14
**case-by-case (1)**
40:18
**Cat (5)**
26:4;74:2;75:25;
76:2,9
**cause (1)**
15:20
**ceased (1)**
72:11
**cell (3)**
29:24;33:16;68:9
**cells (7)**
28:24;30:10;31:17;
32:7;56:12;63:3;69:15
**certain (4)**
34:23;56:22;58:2,8
**certification (3)**
9:15;44:23,24
**chain (2)**
73:21;74:25
**change (3)**
15:24;16:1;18:15
**changed (2)**
20:18;34:9
**change-out (1)**
24:21
**changes (2)**
20:22;34:5
**changing (1)**
45:1
**characterize (1)**
56:16
**charge (3)**
17:24;19:7;52:25
**chart (1)**
34:15
**check (10)**
28:2;34:1;35:19,23;

36:12;43:5,10,12;
51:19;64:20
**checked (1)**
51:17
**checks (2)**
73:12,13
**choose (1)**
77:21
**Christensen (2)**
35:10;43:8
**citizenship (1)**
7:10
**city (1)**
52:4
**cleanup (2)**
14:4,10
**clear (2)**
53:8;65:4
**clearances (2)**
20:3;28:3
**climbing (1)**
40:8
**clock (1)**
18:9
**close (3)**
25:23;64:10;78:16
**closed (1)**
20:4
**closing (1)**
51:3
**collect (1)**
47:13
**Collider (1)**
10:7
**combat (1)**
22:13
**coming (4)**
34:11,11;70:25;
72:15
**comments (2)**
46:8,10
**communicate (2)**
46:14;56:4
**communicated (3)**
55:25;56:2;57:2
**communicating (1)**
4:22
**communication (3)**
46:16;47:7;70:16
**communications (4)**
5:11;48:7;70:1,3
**Company (2)**
7:3;12:4
**compensated (1)**
34:16
**complete (1)**
21:18
**completed (7)**
19:22;20:6;22:21;
23:4,12;38:13;75:24
**compliance (1)**
9:18
**computer (1)**

42:14
**concentrations (1)**
9:11
**concerned (1)**
44:7
**conclusion (2)**
66:24,25
**condition (1)**
13:25
**conditions (1)**
15:20
**confer (2)**
5:7;78:12
**Configuration (1)**
31:21
**configurations (1)**
42:24
**confirm (1)**
16:17
**confused (1)**
58:19
**connect (2)**
21:25;67:2
**connected (3)**
62:6,11;65:13
**connecting (1)**
28:9
**connection (1)**
41:19
**considered (2)**
50:3,22
**consist (3)**
11:7;27:14;38:10
**consolidated (2)**
77:9;78:5
**constant (1)**
33:17
**construct (1)**
58:10
**construction (1)**
76:20
**consulted (2)**
37:23;68:18
**consulting (9)**
37:9,11,13,19;40:2,
16,20;41:18;42:17
**consumed (1)**
43:13
**consumption (5)**
21:1;32:1,9;33:25;
45:20
**contact (4)**
12:10;17:10;43:8;
53:4
**continue (1)**
58:16
**continued (3)**
35:4;36:22;70:13
**contract (16)**
12:22;13:3;16:20;
23:17,21;24:5,9,15,24,
25;26:16;29:7,10;30:8;
36:15;39:6

**contracted (6)**
10:6;11:3;13:22;
24:3,4,18
**contracting (3)**
11:21;12:5;13:9
**contractor (4)**
11:3,7,17;18:3
**control (1)**
75:17
**controlled (1)**
74:18
**conversation (2)**
63:1,8
**conversations (3)**
5:13;70:24,25
**convey (1)**
51:5
**cool (1)**
75:16
**cooling (20)**
13:18;32:4,5;51:13;
53:11,13,14;55:17,18;
65:22,25;66:7,9,10,14,
20;67:1,3,4;75:15
**cooperate (1)**
74:19
**copied (1)**
70:8
**copies (1)**
42:16
**copy (5)**
47:16,19,20;53:16;
71:10
**Corbin (1)**
70:11
**Corporation (5)**
11:6,14,16;51:7,8
**correctly (1)**
26:25
**counsel (7)**
4:18;5:7;42:10;46:3,
17,20;47:5
**couple (5)**
33:23;46:6;53:20;
64:2;76:4
**coupled (1)**
39:5
**course (1)**
7:23
**court (1)**
5:20
**cranes (1)**
19:1
**cryogenics (1)**
10:13
**current (3)**
41:25;48:23;66:14
**currently (1)**
78:19
**customers (1)**
54:23
**cycle (2)**
28:15;60:18

**cylinders (2)**
77:14,15

## D

**daily (7)**
32:23;35:19,21;
45:13;73:3,12,13
**Dallas (1)**
10:8
**data (1)**
36:2
**date (4)**
16:9;48:9,11;52:14
**dates (2)**
29:18;36:24
**day (13)**
5:17;17:20;33:20;
34:5,7,7,8,20;35:1,6;
72:23,25;73:1
**days (5)**
23:14;39:22;41:5;
42:12;67:4
**day's (1)**
33:16
**deal (1)**
70:12
**debris (2)**
31:5,6
**decide (1)**
45:1
**decision (1)**
40:10
**decisions (1)**
57:15
**decoupled (1)**
22:5
**DeGeorge (7)**
5:7,12;46:2;50:24;
57:21;78:14,22
**degree (3)**
6:18;51:16;53:25
**degrees (2)**
34:6,8
**delays (1)**
38:19
**deleted (1)**
49:3
**delivered (1)**
43:16
**delivery (1)**
32:3
**demo (1)**
59:7
**Department (4)**
10:6,14;18:20;43:21
**dependent (1)**
31:18
**deposition (4)**
4:12;42:5;46:15,21
**depositions (1)**
46:7
**Describe (1)**

**30:16**
**described (6)**
25:5;26:19;39:3,15;
54:7;73:16
**design (16)**
11:8;12:7;13:6,11;
14:14;16:23;18:19;
38:12,13,16,18;40:2,
14;50:25;68:21;69:8
**designed (4)**
13:13,18;26:25;
68:10
**designer (4)**
13:5;68:19,23;69:4
**detachment (1)**
25:9
**determination (2)**
30:23;44:18
**determine (4)**
31:12,25;32:2,4;
33:12;45:22
**determined (1)**
62:11
**determining (1)**
57:12
**device (1)**
34:3
**devices (1)**
45:10
**dial (2)**
33:10,12
**DiCaro (8)**
43:17;44:4;49:16;
56:3,14;70:16;72:4;
75:21
**difference (1)**
34:21
**different (8)**
11:4;19;15:16;23:1;
27:15;39:2;59:23;
75:13
**direct (1)**
70:1
**directed (1)**
72:9
**direction (1)**
33:23
**directly (2)**
9:23;69:20
**director (1)**
57:16
**disassembled (1)**
20:7
**Disc (2)**
11:12;32:12
**disconnected (1)**
21:23
**discuss (1)**
52:17
**discussed (4)**
29:2,2;64:13;67:22
**discussing (1)**
67:24

**discussion (4)**
44:20;49:22;55:14;
67:17
**discussions (8)**
49:9;52:15;55:6,9;
58:5,7;60:6;69:13
**distinctly (1)**
70:23
**divide (1)**
77:18
**divided (1)**
63:5
**DNR (8)**
44:5,12,19;50:5,16;
54:1,2,2
**document (3)**
73:16;75:6;76:14
**documentation (1)**
52:23
**documents (8)**
16:20;42:19;45:24;
46:2,25;47:14,16,21
**Don (1)**
69:21
**done (9)**
19:21;24:8;35:3;
41:1;49:5,5;57:7;74:7;
78:16
**door (1)**
22:9
**down (16)**
5:20,23;10:23;28:3;
32:19;34:23;50:23;
55:20;56:1,18,24;
58:17,20;60:21;72:13;
74:17
**draft (1)**
49:6
**drafted (1)**
77:6
**drawings (1)**
42:25
**drop (2)**
17:19;24:22
**dropped (1)**
31:8
**ducting (2)**
13:14,14
**duly (1)**
4:2
**duration (1)**
20:14
**During (6)**
13:3,8;20:18;26:3;
56:6;60:14
**duties (3)**
8:20;10:11;13:3;
18:15,16,18;19:8;
40:13;41:19
**Dynamics (4)**
11:6,11,22;20:18
**dynamometer (1)**
13:15

## E

**earlier (3)**
16:12;73:16;75:20
**early (7)**
6:4;14:25;15:4;56:5,
9,11;64:8
**Ecolab (1)**
12:6
**education (1)**
6:21
**educational (1)**
6:8
**Eighteen (1)**
7:24
**either (6)**
33:23;35:11,12;
66:13;73:10;75:15
**electrical (1)**
42:25
**else (3)**
18:1;66:23,25
**elsewhere (1)**
14:10
**e-mail (15)**
47:19;49:16,17;
65:18,23;67:10,12;
70:8;71:15,17;73:21,
22;74:24;75:1,19
**e-mails (12)**
42:7,15,16,18;43:4;
45:25;46:25;47:6,9,12;
78:8,9
**embodied (2)**
25:6;47:8
**EMD (2)**
57:6;76:9
**emissions (7)**
32:14,16,18;45:20;
51:23;53:8;67:22
**employed (3)**
8:11,12,14
**employee (5)**
11:24;18:13,17;
35:10;42:13
**employment (2)**
9:20;10:4
**employments (1)**
8:16
**encompass (1)**
19:8
**end (10)**
33:20;34:8;58:18,25;
59:16,18;62:8;65:8;
66:17;77:9
**ended (1)**
11:21
**ending (1)**
61:10
**endurance (1)**
55:3
**Energy (1)**

**10:6**
**Engine (115)**
12:15;13:16;14:17,
20,23;15:2,7,10,12,18,
24;16:1,4,5,10,14;17:2,
9;18:3;19:16,19,21;
20:2,6,9,11,12,13,18,
24;21:3,4,10,13,14,19,
22,23,25;22:9,10,16,
17,21,25;23:3,11,15,
23;24:10,10,22;25:11;
26:18;27:10,17,24;
28:13,14,16,19;29:14;
31:18,21,22,24,24,25;
32:3;35:14;37:22,24,
25;38:1,4,5,24,24;
39:20;40:8;52:1;55:16;
57:6,6,13;59:4,5,6,8,9,
10;60:9,10,17;61:6,13,
25;62:2,14,18;65:7;
66:6;68:3;72:20,23;
74:2,9,16,17;76:9;
77:10,14,15;78:1,5
**engineer (5)**
10:13;17:24;36:19;
42:1;69:2
**engineering (7)**
6:18;9:8,13;12:18;
33:3;37:11;66:16
**engines (63)**
15:21;17:16;19:22;
20:14;21:7;22:14;
23:17,20;24:2,8,12,16,
21;25:20,24;26:2,2,4,7,
21,23,24;27:6,12;
28:25;29:3,5,16;30:2,
20;32:5;38:20;39:12,
17;43:13;45:5,7;54:18,
20,23,25;55:8,20,21;
56:18,25;59:7;60:8,14;
62:10;65:11,21;66:4,4;
68:15;71:25;72:10,25;
73:10;74:6;76:4;77:12,
21
**enough (9)**
4:15,22;5:18;26:6;
32:13,15;44:15,19;
63:13
**enroll (1)**
9:3
**entire (3)**
19:12;28:16;33:16;
35:13
**entirety (2)**
19:8;71:6
**Enviro (2)**
11:22;12:1
**environmental (5)**
9:17;11:5,11;44:23;
75:12
**EPA (1)**
68:14
**equal (1)**

6:5

**equipment (4)**
18:22;30:19,21;
45:12

**error (2)**
33:4,20

**essentially (2)**
30:22,24

**even (2)**
41:21;56:5

**evening (1)**
49:19

**event (1)**
41:3

**everybody (2)**
46:16;61:23

**Eves (1)**
77:2

**exact (1)**
74:3

**exactly (8)**
8:25;17:23;20:12;
23:13;27:9;29:13;
52:11;65:4

**EXAMINATION (1)**
4:5

**examines (1)**
75:6

**example (1)**
35:14

**Excel (3)**
36:3,8;78:7

**except (1)**
65:5

**exception (2)**
5:1,5

**excuse (3)**
8:18;29:6;60:16

**exempt (1)**
50:6

**exemption (1)**
50:15

**exhaust (8)**
13:13,14;30:21;31:4,
22;58:21;61:7;67:23

**Exhibit (14)**
49:13,15;65:15,17;
67:7,9;70:6;71:12,14;
73:19;74:22,24;76:11,
13

**existing (1)**
67:18

**expand (4)**
53:14;63:4;70:18;
71:5

**expanded (1)**
18:18

**expansion (2)**
63:3;70:22

**expected (3)**
15:6;23:21;24:24

**expecting (1)**
23:16

**experience (1)**
4:14

**experiencing (1)**
55:8

**expertise (2)**
28:24;37:18

**expires (1)**
7:19

**expressed (1)**
70:22

**extensive (1)**
50:10

**extent (3)**
6:21;17:17;46:22;
55:5

## F

**facilities (7)**
18:20;21:5;51:8,12;
57:11;68:17;77:23

**facility (1)**
35:13

**fact (2)**
60:8;67:25

**factors (1)**
31:20

**Fair (4)**
4:15,22;5:18;26:6

**Fairbanks (28)**
12:9,15;13:1;17:16;
22:23,24;24:6;26:7;
36:20;42:12;44:21;
45:16,17;50:9;51:7,9,
12;52:3;53:24;55:15,
15;56:21,22,24;64:25;
66:5;68:11,24

**Fairbanks' (1)**
51:14

**fairly (2)**
23:16;50:9

**far (1)**
25:24

**farther (2)**
58:9;60:21

**fast (2)**
24:23;50:18

**FAT (19)**
15:13,21;16:2,5,15;
17:22;19:13,20,21;
20:24;22:8,15,21;23:4;
27:13,14,17,21;29:23

**feed (1)**
71:24

**feel (2)**
40:13;44:12

**feet (1)**
34:4

**fell (1)**
52:22

**felt (1)**
44:16

**field (2)**

9:14;10:13

**file (2)**
49:2;78:7

**files (3)**
25:25;26:1;42:23

**fill (1)**
34:24

**filling (1)**
34:22

**finally (1)**
10:23

**find (2)**
43:5,7

**fine (4)**
4:25;5:4;32:13,15

**finer (1)**
33:12

**finished (1)**
29:22

**fire (2)**
19:2,5

**fired (3)**
40:3,5;42:11

**first (43)**
4:2;5:3;6:7;9:20;
10:4;12:10;14:20,22;
15:2,4,12,13,17,18;
16:4,10,12,13;18:3;
19:13,16;22:8,11,12,
14,20;23:18;24:4;
27:17,20;38:18;44:12;
47:4;62:21;63:21,24,
25;69:5,11;70:25;75:1,
20;76:24

**fit (1)**
31:23

**five (5)**
10:10,16;67:22,25;
68:1

**float (2)**
34:2,15

**floor (6)**
31:9;51:9;60:22;
63:6;77:18,18

**flow (4)**
33:9,17;41:8;63:13

**flown (1)**
8:4

**fluid (1)**
13:17

**flying (3)**
7:25;8:2;31:4

**FM (1)**
67:17

**FME (50)**
5:11;11:2;12:12,14,
22;13:3;14:20;16:4,21;
19:9;22:17;26:3,9,17;
29:5,8;30:9;35:13;
36:16;37:4,6,8,13,15,
19;39:21;40:17;41:19,
21,24;42:10,20;43:13;
45:21;46:3,19;47:2,25;

48:25;49:9;55:12,23;
57:1;60:15;62:10;
64:12;68:5;69:20;78:1,
6

**FME's (1)**
53:5

**focused (1)**
78:1

**folded (1)**
12:4

**folks (1)**
64:2

**follow-along (1)**
42:17

**following (1)**
76:22

**follows (1)**
4:3

**follow-up (1)**
38:15

**forgive (1)**
6:19

**form (2)**
66:7

**forward (1)**
50:15

**found (3)**
17:6;58:22,22

**four (8)**
24:8;26:24;27:6,20;
60:25;61:4;71:2;76:24

**fourth (2)**
25:15,19

**frame (5)**
23:25;25:13,17;
29:13;56:9

**frames (1)**
25:6

**Freeport (1)**
51:10

**freight (1)**
50:23

**frequently (1)**
39:21

**frustrated (2)**
70:19,20

**frustration (3)**
69:25;70:17,22

**frustrations (1)**
70:13

**fuel (40)**
13:17;20:19,23,23;
21:1;32:1,2,2,8,10,19,
21;33:5,17,21,25;43:1,
6,13,18,21,24;44:3,8;
45:9,10,19,22;53:9,10,
12;55:7,12,17;56:7,8;
58:13,14;73:3,7

**fulfill (1)**
40:13

**full (3)**
4:8;15:15;51:24

**full-time (1)**

18:12

**function (1)**
36:15

**functional (1)**
25:21

**further (1)**
78:19

## G

**gained (3)**
7:16;8:7;58:1

**gallon (3)**
28:18;33:5;34:13

**gallons (5)**
32:17,18;33:1,13,23

**Gardner (1)**
11:12

**gather (1)**
31:6

**gathered (3)**
47:7,10,12

**gauges (1)**
44:8

**gave (5)**
25:6;30:24;36:5;
42:14;45:11

**general (3)**
10:11;11:15;68:21

**generally (4)**
47:17;49:25;52:17;
72:11

**generated (1)**
43:6

**generator (4)**
39:5;75:8,9,11

**Genius (1)**
51:2

**genset (4)**
26:22;29:12;37:25;
39:2

**gensets (1)**
39:11

**gentlemen (1)**
35:12

**George (3)**
69:18;70:2,11

**Giles (4)**
35:11;71:21,22,23

**G-i-l-e-s (1)**
71:24

**given (4)**
4:12;19:22;20:24;
37:23

**goal (2)**
77:11,17

**goes (1)**
33:9

**Good (7)**
4:7;34:13;38:11;
39:13;41:16;77:7;78:7

**gospel (1)**
21:6

gotcha (1)
    10:19
grade (2)
    7:4,7
graduate (1)
    9:6
grams (1)
    32:19
Great (1)
    78:14
Grinders (1)
    11:12
ground (1)
    66:15
group (1)
    24:12
guess (3)
    58:22;60:6;77:12
guide (1)
    5:12
guidelines (1)
    4:15
guy (4)
    21:5,5;68:24;69:4
guys (4)
    35:7;36:1,5;73:14

**H**

habit (1)
    64:25
half (1)
    63:24
halted (1)
    67:6
handle (1)
    63:13
hands (1)
    52:22
hanging (1)
    65:1
happen (5)
    15:23;21:21;23:22;
    66:19;76:19
happened (1)
    50:17
happy (1)
    4:25
hard (3)
    47:16,18,20
harness (1)
    40:9
hauling (1)
    50:23
head (1)
    59:15
hear (3)
    5:13;46:10;64:22
heard (1)
    4:17
heat (1)
    75:15
heavily (1)

31:18
helium (1)
    10:14
Help (2)
    33:3,15
Herrmann (7)
    4:6;51:2;57:23,25;
    78:11,15,18
high (4)
    6:8,10,13;75:16
higher (1)
    6:21
hired (5)
    13:1;18:12,15,19;
    29:6
historical (1)
    35:2
hit (2)
    16:8;23:14
hookup (1)
    25:9
horizon (1)
    70:15
horsepower (1)
    39:4
hot (4)
    19:23;20:25;27:11;
    28:1
hour (1)
    28:18
hours (16)
    15:14;20:5,8,12,15,
    19;21:2,6,7,15;27:14;
    28:11,11;33:18;60:25;
    61:4
Howard (1)
    17:24
Huber (1)
    40:12
huh (1)
    37:17
humidity (1)
    75:13
HVAC (1)
    19:4
hydrocarbon (1)
    13:17

**I**

idea (6)
    47:11;50:8,12,14,17;
    71:6
identification (6)
    49:14;65:16;67:8;
    71:13;74:23;76:12
identify (2)
    59:22;77:21
ie (1)
    51:12
immediately (2)
    13:22;22:20
impact (1)

58:15
impression (2)
    30:25;53:12
Inc (1)
    12:19
include (1)
    78:3
included (2)
    7:25;49:10
including (3)
    30:20;35:14;46:17
indented (1)
    77:9
independent (2)
    11:17;53:10
index (1)
    33:8
India (3)
    6:11,24;7:1
indicate (1)
    73:6
indication (1)
    73:4
individual (2)
    32:22;34:12
industry (1)
    11:9
information (4)
    5:18;47:8;49:3;54:4
informed (2)
    62:25;64:3
initial (1)
    19:14
inside (2)
    34:10,12
inspected (2)
    20:3,4
install (2)
    65:25;66:6
installed (7)
    45:11;63:12;65:11;
    67:3;68:9;75:8,9
installing (1)
    10:14
instructed (3)
    72:2,3,18
instructing (1)
    72:5
intact (1)
    48:22
intake (5)
    13:13,13,14;31:23;
    75:15
intakes (1)
    30:21
intend (1)
    51:5
interaction (1)
    69:7
interactions (1)
    69:17
interested (3)
    50:1,2;54:13

interesting (1)
    50:14
International (1)
    8:15
into (8)
    18:19;22:17;31:20;
    35:21;36:3,12;52:22;
    61:17
involve (2)
    5:10;49:25
involved (15)
    27:10;38:11,20;
    39:12,17;40:21;41:22;
    53:23,24;54:12;55:9;
    57:8,9,12;69:13
involvement (5)
    48:3;55:6;68:16,17;
    69:7
ISO (1)
    44:23
issue (8)
    5:5;51:5;58:2;62:22;
    63:7,15,16,17
issued (1)
    67:18
issues (6)
    9:18;38:15;51:21;
    53:2;55:11;64:4
item (4)
    67:17;76:22;77:8,11
items (2)
    76:18,25

**J**

January (1)
    49:16
Jenks (1)
    8:14
job (2)
    11:5,5
Joe (1)
    77:2
jog (1)
    67:14
John (7)
    46:9,13;52:25;63:1;
    64:1;69:5;74:25
Julie (4)
    54:16;59:24;64:2;
    65:23
July (2)
    74:25;75:21
June (5)
    37:7;41:2;71:17;
    73:10,22
junk (1)
    65:1

**K**

keep (8)
    5:8;17:12,17;25:23;

47:17;48:15,18,20
keeping (1)
    43:18
kept (9)
    15:1;17:15;18:16;
    36:8;43:12;71:4,4;
    76:2,7
kind (11)
    19:3;24:5,25;25:2;
    31:25;32:5;52:22,24;
    54:6;57:10;68:14
kinds (1)
    65:1
knew (9)
    34:23;42:3;43:23;
    53:7,9,11;64:24;65:2;
    72:14
knowledge (12)
    40:11;43:10;45:23;
    53:5;57:5;62:4,13;
    64:15;66:22;68:7,8;
    72:24
known (1)
    68:5
knows (1)
    36:22
Kooyenga (1)
    36:17
K-o-o-y-e-n-g-a (1)
    36:18
Koth (1)
    17:24
Kyle (2)
    69:3,3

**L**

lacked (1)
    37:18
land (3)
    51:7,11,18
Lang (1)
    69:21
languished (1)
    25:1
large (12)
    22:25;23:16;24:24;
    35:14;37:24,25;38:1,
    24;39:20;57:6,13;
    63:13
last (8)
    6:12;30:13;51:3;
    53:20;61:19;69:6;
    73:21;74:13
late (1)
    44:20
later (4)
    15:21;23:8;42:12;
    63:18
lawyers (2)
    5:11,14
layperson (1)
    33:15

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

**LC6 (3)**
14:17,20,23
**LCS (6)**
16:20;22:11,12,13,
13;39:6
**lead (2)**
68:1;76:21
**learn (1)**
23:22
**learned (2)**
64:16;69:11
**Lease (12)**
51:4,15,22;52:5,9,16,
17,20,22,23,23;53:1
**leases (1)**
51:9
**leasing (1)**
52:12
**least (2)**
51:16;70:14
**leave (2)**
37:6;48:25
**leaving (2)**
9:20;65:1
**led (1)**
30:23
**left (9)**
30:22;36:20;37:4,19;
39:23;41:24;42:4,15;
44:16
**legacy (1)**
49:4
**length (1)**
55:3
**less (3)**
21:8;27:22;70:21
**level (5)**
34:4,9,15,23;48:14
**levels (2)**
28:2;75:14
**license (5)**
6:15,15;7:16,18;9:15
**lifted (1)**
21:24
**lifting (1)**
19:1
**lightly (2)**
25:2,3
**likelihood (1)**
16:13
**likely (2)**
23:10;25:18
**limit (3)**
43:24;53:7,10
**limited (1)**
67:22
**limits (2)**
55:13;58:14
**line (2)**
15:12;65:24
**lines (1)**
51:3
**liquid (2)**

13:15;34:4
**list (2)**
76:17,18
**litigation (5)**
40:21;41:20;47:3,4,
23
**littoral (1)**
22:13
**lived (1)**
7:2
**load (2)**
15:16;20:1
**loads (1)**
20:2
**located (1)**
7:14
**location (3)**
50:11;59:7;63:12
**locations (3)**
11:4,20;77:22
**lock (1)**
71:24
**locked (1)**
74:4
**locking (1)**
74:15
**lockouts (1)**
74:15
**locks (4)**
72:14,17,18,20
**locomotive (5)**
49:23;50:3,8,21;
51:23
**locomotives (1)**
50:1
**log (2)**
73:14,15
**logbook (1)**
73:8
**logistics (1)**
57:9
**long (9)**
7:23;10:9;12:1;
21:14,25;22:5;55:4;
60:23;74:12
**longer (1)**
50:22
**long-term (1)**
24:9
**look (5)**
16:18,19;33:10;
64:17;73:8
**looked (1)**
34:16
**looking (4)**
34:14;44:13;63:2,2
**lot (3)**
14:4;50:6;52:3
**Lots (1)**
38:19
**loud (1)**
51:24
**lower (1)**

39:4

**M**

**MacGregor (1)**
67:11
**machine (1)**
48:23
**maintain (1)**
53:3
**maintained (1)**
7:18
**maintenance (2)**
35:7;53:2
**major (1)**
15:24
**majority (1)**
42:2
**making (2)**
17:7;69:14
**MAN (2)**
37:24;38:24
**management (5)**
16:19,22;25:25;26:1;
42:3
**manager (1)**
41:25
**manner (4)**
53:13;74:18;77:20,
20
**manufacturing (1)**
57:17
**many (10)**
20:12;24:2;27:6;
29:16;38:20;39:12,17;
41:15;47:17;65:21
**March (1)**
65:18
**margin (2)**
33:4,20
**Mark (1)**
42:1
**marked (8)**
49:13;65:15;67:7;
70:7;71:12;73:20;
74:22;76:11
**Marter (1)**
11:18
**master (6)**
47:25;48:4,11;49:7,
10;71:8
**materials (1)**
41:10
**matter (4)**
49:22;56:19,23;75:3
**may (6)**
4:17;5:6,10,10;
33:21;63:17
**maybe (6)**
20:5;27:8;32:17;
56:5;63:9;64:7
**McCorkle (1)**
42:1

**mean (5)**
32:10,16;33:6;61:3,4
**means (2)**
4:20;55:19
**measure (2)**
32:20;44:14
**measured (1)**
34:14
**measurement (2)**
32:13;44:14
**measuring (6)**
32:8;34:3;44:25;
45:9,10,19
**mechanic (6)**
7:21,22,25;8:3,8,20
**mechanical (9)**
6:18;9:8,13;11:8;
12:7;13:6;19:5;42:25;
63:16
**mechanics (1)**
6:15
**mechanism (1)**
32:8
**meeting (8)**
5:17;64:1,3,6,11;
67:13,15,16
**meetings (1)**
48:16
**memory (1)**
67:15
**mention (1)**
7:6
**mentioned (3)**
7:21;32:25;62:2
**meter (8)**
32:10,11,12;33:7,7,
11,18,22
**metering (1)**
44:24
**meters (16)**
32:20,22;33:24,25;
34:10;45:1,1,12,13,15,
16,17,18,18,21;73:15
**methodology (1)**
75:18
**Microsoft (1)**
48:21
**might (6)**
5:16;29:12;48:13;
50:14;56:6;57:19
**Mike (1)**
69:23
**Military (1)**
7:7
**mine (1)**
76:25
**minor (1)**
9:11
**minus (1)**
33:13
**minute (4)**
4:15;57:20;75:4;
78:12

**minutes (1)**
67:16
**mislabeling (1)**
68:15
**mobile (4)**
50:3,16,22,23
**moment (1)**
58:14
**Monday (1)**
75:25
**money (1)**
41:11
**month (2)**
21:17;35:25
**months (5)**
7:24;8:2;11:1;61:1,5
**more (8)**
21:5,8;24:19;53:23;
54:3;55:22;70:18,18
**Morse (2)**
12:9,15
**Mosley (1)**
54:16
**most (2)**
17:15;61:23
**Motors (1)**
11:15
**mounting (2)**
13:16,16
**mounts (1)**
31:25
**move (1)**
50:14
**moved (2)**
6:19;7:8
**moving (2)**
14:5,24;50:25
**much (8)**
16:12;19:5;32:2,4;
33:21;45:22;55:21;
63:9
**Musoorie (1)**
6:11
**myself (3)**
64:1;70:17;77:21

**N**

**name (5)**
4:8;68:24;69:5,6;
76:22
**named (1)**
69:3
**Natural (1)**
43:22
**Navy (3)**
24:8;39:9,10
**necessary (2)**
17:5;31:12
**necessity (1)**
43:20
**need (12)**
4:24;5:2,6,13;6:20;

21:14;24:8;25:22;32:1,
5;40:14;55:11
**needed (17)**
14:7;17:9;18:10;
19:6;29:24;31:8;34:24;
53:3;54:4;56:1,15;
63:14;68:21;75:11,12;
76:17,18
**needs (2)**
56:18;75:13
**negotiating (1)**
48:3
**negotiations (2)**
54:1;57:8
**new (1)**
4:14
**next (6)**
19:19;22:9;24:10;
27:24;51:25;76:19
**Nick (1)**
40:12
**NIEHAUS (8)**
4:1,7,9;49:15;70:6;
73:19;76:21;78:19
**ninth (1)**
7:3
**noise (2)**
51:23;52:4
**None (1)**
43:15
**non-permitted (4)**
59:11;64:13,16,23
**nor (1)**
67:12
**normally (1)**
19:16
**north (7)**
58:18,24;59:12,16,
18;62:8;68:4
**notes (1)**
48:15
**notetaker (1)**
48:17
**notified (1)**
17:14
**November (3)**
12:9,25;13:21
**nowhere (1)**
50:18
**number (8)**
11:3;21:9;25:1;
41:17;59:23,25;67:17;
77:4
**numbers (4)**
24:20;33:8,11;59:14
**Nuss (3)**
8:13,17,18;9:20,23
**nutating (1)**
32:11

## O

**oath (1)**

4:3
**obviously (2)**
67:13;75:20
**occasion (2)**
52:14;54:8
**occur (1)**
16:7
**off (9)**
20:7;21:24;24:23;
28:4;31:22,23;36:2;
59:15;74:5
**office (2)**
26:9,12
**often (1)**
36:11
**Oil (1)**
7:3
**Oklahoma (4)**
6:14,17;7:15;8:14
**once (6)**
17:19;19:21;36:13;
50:20,20;60:25
**one (30)**
7:7;24:22,22,24;
26:14;27:13,20;29:10;
35:7,11;46:8;55:1,20,
21;58:17,20,21;59:1,4;
61:5;62:3,4,15;65:9,
24;69:21;71:8;73:9,24;
74:15
**ones (4)**
58:19;65:4,4,5
**ongoing (1)**
55:14
**Only (22)**
5:1,5;13:8;15:17;
19:16;24:4,18;27:17;
29:17;32:12;34:12,22;
36:14;46:22;56:21;
59:18;60:16,16;62:18;
64:12;65:9;68:17
**on-the-phone (1)**
40:2
**onto (1)**
50:8
**OP (36)**
13:7;14:11;19:11;
23:1;26:11,18,21,22;
27:6,10;28:19;29:2,5,
11;30:2,10;35:16;38:6;
39:19;43:14;45:7;51:8;
54:18;57:3;58:3;59:6,
8,9;60:9,16,18;63:22;
65:11;71:6,25;77:13
**open (1)**
40:19
**opened (1)**
20:2
**operate (1)**
19:6
**operated (1)**
31:3
**operating (3)**

15:15;40:16;74:2
**operation (1)**
15:14
**operational (2)**
17:3;61:11
**order (13)**
20:1;22:3,5;40:19,
19;41:11,12,13;45:21;
66:3;67:2;76:18,19
**orders (2)**
41:6,15
**originally (1)**
43:6
**others (4)**
39:15;49:17;71:19;
75:21
**out (24)**
8:23;10:3;14:5,5;
18:16;22:16;31:4;
37:22;41:11;47:19;
55:18;56:8;57:3;58:13;
59:7;60:8;61:12,13;
62:15,19;66:13;71:24;
74:4,15
**outfit (2)**
29:22;31:13
**outfitting (1)**
28:23
**outlay (1)**
69:14
**Outlook (2)**
48:21;49:2
**outside (5)**
26:14;34:1,3,14;
46:20
**over (11)**
5:21;11:10;18:6,8,
24;19:3,4;36:1,19;
61:2;71:5
**overcool (1)**
75:16
**Overhead (1)**
19:1
**own (4)**
8:8;17:12;37:9;39:5
**owns (4)**
51:7,8,11,12

## P

**PA6 (5)**
16:13;55:16,21;65:7;
77:16
**PA6B (23)**
15:7,10,25;16:10,24,
25;17:13;19:13;22:14;
25:3;26:2,20;27:15;
28:21;29:2,2,23;37:24;
39:2,3,4,15;59:10;66:5
**PA6Bs (2)**
22:22;25:4
**Padfield (1)**
69:3

page (4)
65:24;67:16;75:20;
77:1
**paint (1)**
21:24
**paperwork (1)**
41:8
**paragraph (4)**
66:18;70:10;75:24;
77:9
**parameters (1)**
77:10
**parents (2)**
7:2,8
**part (8)**
24:12;39:6;43:24;
49:2;52:13;58:5;60:6;
70:13
**participate (1)**
16:24
**particular (12)**
5:17;11:9;20:13;
21:19;24:5;28:24;
52:19;54:9;63:18;76:9;
77:19,20
**parts (1)**
31:7
**part-time (1)**
42:13
**passed (1)**
35:3
**Pat (6)**
35:11;71:21;72:1,9,
13,16
**pause (1)**
6:2
**PC2.5 (2)**
37:25;39:19
**penance (1)**
68:15
**pending (1)**
5:2
**people (10)**
17:8,21;41:21,23,24,
24;42:2;59:25;64:12,
12
**Per (5)**
28:13,14,18;33:4;
67:17
**percent (1)**
20:25
**perform (1)**
10:11
**performed (4)**
8:20;13:5;26:18;
36:14
**performing (1)**
13:4
**perhaps (1)**
8:8
**period (7)**
12:21;13:9;20:5;
35:25;42:8;48:22;61:2

periods (1)
55:4
**permanent (1)**
11:5
**permanently (1)**
11:22
**permission (2)**
18:7,8
**permit (13)**
53:15,16,25;54:4,8,
12,15;58:4;64:18;
66:21;67:18;76:20,20
**permits (1)**
53:6
**permitted (20)**
58:3,13,25;59:1,2,13,
21;60:2,5,7,11,13;
63:19,22;64:5,24;65:3,
9,13;68:6
**permitting (7)**
58:15;62:22;63:7,9,
15,17;64:4
**Perry (1)**
69:23
**person (6)**
17:25;36:14;52:25;
54:14;59:22;76:21
**personal (2)**
8:5;66:22
**personally (6)**
31:12;35:5;47:13;
48:6;52:19;72:16
**persons (1)**
59:24
**perspective (1)**
66:16
**pertain (1)**
74:1
**Pete (11)**
43:17;44:4;56:3,4,
14;64:2;70:16,19,22;
72:4;75:21
**physically (1)**
72:19
**piecemeal (1)**
24:6
**pieces (2)**
18:22;31:6
**pilot (1)**
7:17
**pilot's (2)**
6:15;7:16
**pipes (2)**
31:2,2
**piping (7)**
13:14,15;19:2;30:20;
32:4;51:14;67:1
**place (11)**
11:10;13:19;30:12,
20,22;32:8;41:3;44:8;
65:1;67:5;76:3
**placed (2)**
11:19;12:6,9;72:17

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

**places (1)**
31:7
**plaintiff (1)**
12:19
**Plaintiff's (8)**
49:15;65:17;67:9;
70:6;71:14;73:19;
74:24;76:13
**plans (1)**
71:7
**plant (13)**
7:22;18:23;19:6,9,
12;26:9;31:7;36:18;
39:21;50:11;58:25;
67:5;73:15
**plants (1)**
42:23
**platforming (1)**
13:16
**please (2)**
4:8,20
**pleasure (1)**
8:5
**plus (1)**
33:13
**pm (1)**
78:23
**point (24)**
17:25;19:7,25;25:21,
22;33:14;34:16;36:3;
44:25;49:1;53:4;55:18;
56:24;57:1,17;58:8;
67:21,25;68:9;69:21,
22;70:12;71:10;72:7
**points (1)**
15:16
**pollution (1)**
52:4
**poof (1)**
76:5
**poor (1)**
48:17
**positions (1)**
42:4
**possess (1)**
31:11
**possessed (1)**
45:25
**possession (4)**
42:9,11,19;47:1
**possibility (1)**
70:14
**post-AVL (2)**
44:21;45:4
**potential (1)**
70:4
**power (17)**
7:22;15:15;20:2,24,
25;28:2;29:11,20;30:5;
32:3;51:24;60:20,23;
65:7;68:3;75:7,9
**Powertrain (1)**
12:18

**precise (1)**
45:19
**prepare (1)**
42:5
**presence (1)**
46:20
**present (5)**
6:9;36:16;64:12;
72:16,19
**pretty (4)**
6:19;14:3;19:5;
55:20
**previously (2)**
70:7;73:20
**primarily (2)**
11:8;18:18
**prior (10)**
8:24;41:5;45:24;
48:6;52:14;54:7;64:11;
72:25;73:1;74:12
**priority (4)**
55:15,24;56:20,23
**Private (1)**
7:17
**privilege (1)**
5:6
**privileged (1)**
46:13
**probably (12)**
9:1;16:19;25:14,16;
43:9;52:2,3;55:9;
57:16;71:10,11;78:8
**problem (1)**
18:10
**problematic (1)**
5:25
**problems (2)**
17:5;56:7
**proceeded (1)**
19:20
**process (1)**
19:25
**professional (1)**
9:15
**program (4)**
16:19,22;25:25;26:1
**progression (1)**
19:4
**project (3)**
10:7,9;38:19
**property (1)**
51:15
**protocol (1)**
20:15
**prove (1)**
20:1
**Provenzano (2)**
69:22;71:18
**provide (3)**
4:18;41:9;60:20
**provided (3)**
28:23;42:10;71:9
**providing (1)**

75:7
**pull (1)**
24:23
**pump (1)**
32:3
**pumps (1)**
31:1
**purchase (7)**
40:19,19;41:6,11,12,
13,15
**purchased (1)**
75:8
**purpose (3)**
44:9;51:18;53:21
**purposes (1)**
47:3
**pursuant (1)**
40:16
**pushing (1)**
70:18
**put (18)**
13:18;15:7;16:11,14;
24:22,23;26:4;31:8;
36:2;45:2,17;56:9,14;
66:13;69:14;72:14,18,
20
**Putting (2)**
58:14;67:5

**Q**

**quick (1)**
24:21
**quickly (1)**
6:19
**quotation (1)**
41:9

**R**

**radiator (1)**
66:8
**railroad (1)**
51:13
**rails (1)**
50:10
**ran (2)**
62:4;73:4
**range (3)**
77:14,15,16
**ranges (1)**
77:13
**rapid (1)**
25:5
**rarely (1)**
69:19
**rating (1)**
28:18
**ratings (1)**
43:6
**Ray (1)**
70:11
**Raytheon (4)**

26:22;29:3,14;30:3
**reach (2)**
66:23,25
**read (12)**
32:22;33:7,11,11;
34:3,7,19;45:13,14,16,
21;71:11
**reading (3)**
34:21,22;45:14
**readings (10)**
34:18;35:1,6,8,13,16,
17,20;43:16;73:3
**really (4)**
33:24;34:22;53:8;
54:13
**reason (6)**
5:23;17:12;35:1;
62:18;66:19;72:7
**reasonable (1)**
77:25
**Rebecca (3)**
40:12;53:24;54:17
**recall (20)**
18:1;29:18;36:6;
44:21;48:1,15;49:17,
20;57:7,18;58:17;
67:16,21;68:12,24;
69:11,24;70:3;72:7;
73:24
**receive (2)**
18:21;46:2
**received (3)**
46:6,6,7
**receiving (2)**
70:7,9
**recertification (1)**
7:20
**recess (2)**
57:24;78:17
**recognize (5)**
65:17;67:9;70:7;
71:14;76:13
**record (2)**
4:8;35:17
**recorded (1)**
35:19
**records (3)**
16:17;43:12,15
**refer (3)**
12:17;66:11;75:19
**reference (3)**
34:15;70:10;77:8
**refers (1)**
75:24
**refrigeration (1)**
10:14
**regardless (1)**
34:24
**regimen (4)**
38:22;39:14;54:19;
76:8
**regimens (1)**
50:4

**regs (1)**
50:16
**regulations (1)**
50:6
**reheat (1)**
75:17
**relate (4)**
63:15;65:20;66:2;
75:3
**related (3)**
42:19;63:17;65:21
**relationship (4)**
52:20;62:16;69:25;
70:4
**relative (6)**
41:19;43:13;55:7,11;
69:13,25
**relatively (1)**
44:20
**relied (1)**
66:25
**relocation (1)**
57:5
**relying (1)**
66:23
**remaining (1)**
27:21
**remember (31)**
8:25;15:3,4;17:22;
18:5,6;26:25;27:13;
29:13,21;53:19;55:10,
11;57:19,20;58:5,7;
59:14;63:1;64:6;67:12,
13,24;69:5;70:1,9,23,
23;72:12;74:3,8
**renegotiated (1)**
51:16
**rent (1)**
66:12
**Repair (1)**
8:13
**repairing (1)**
17:5
**rephrase (1)**
4:21
**report (5)**
43:21,25;44:5;65:23;
69:20
**reported (1)**
69:21
**reporter (1)**
5:20
**reporting (3)**
44:4,16,19
**representative (3)**
46:20;47:2;52:15
**representatives (2)**
48:7,16
**requests (1)**
74:20
**require (1)**
16:2
**required (2)**

15:10;31:16
**requirements (1)**
  32:3
**requires (3)**
  7:19;15:14;44:24
**requiring (1)**
  54:23
**re-route (1)**
  58:21
**Research (1)**
  10:5
**reside (2)**
  16:21;78:6
**residential (1)**
  51:25
**resolution (3)**
  32:17,25;33:12
**Resources (1)**
  43:22
**respect (8)**
  30:2;32:7;39:25;
  46:25;52:20;54:25;
  62:22;76:8
**response (1)**
  6:4
**responsibilities (6)**
  18:21,25;36:20,21;
  43:25;52:21
**responsible (4)**
  17:21;43:17;54:14;
  58:6
**restrictions (1)**
  50:7
**result (1)**
  68:13
**resulted (1)**
  9:14
**retire (1)**
  36:24
**retired (3)**
  36:19;37:2;52:21
**retrace (1)**
  6:20
**Returning (1)**
  19:13
**review (6)**
  45:24;46:3,7;53:18;
  54:8;75:4
**reviewed (3)**
  42:7;49:6;53:22
**revise (1)**
  41:13
**right (30)**
  6:1,6,7;9:9;12:21;
  15:9;16:10;19:14,17;
  21:3,10,13;23:4,9,15;
  24:13,14,20;27:18;
  28:13;29:3;30:6;37:5;
  51:24;57:19;60:15;
  62:16,20;63:20;68:25
**Riverside (1)**
  8:13
**role (1)**

52:20
**roles (1)**
  8:20
**rolling (2)**
  36:9;43:23
**rough (2)**
  14:3;25:13
**roughly (4)**
  17:23;20:17;23:13;
  43:23
**row (1)**
  33:8
**run (36)**
  19:25;20:4,14,16;
  21:2,7,9,13;28:2,5,8,
  10,11;33:15;37:9;
  41:11;55:18,21;56:8,
  21,21;59:11,12;60:14,
  20,23;61:19;62:10;
  66:3,4;72:12,25;73:6,
  10;74:6,13
**running (17)**
  20:6,8,25;51:24;
  55:3;58:13;59:4;60:19;
  61:7,17,25;62:3,15;
  66:5;72:10,11;74:9
**runs (1)**
  20:13
**rusted (1)**
  31:3
**rusting (1)**
  31:1

**S**

**Safety (3)**
  40:6,7,9
**same (11)**
  5:25;18:16;20:23;
  21:1;25:17;27:14;30:2;
  34:19;39:14;50:4;
  73:16
**sanitary (1)**
  19:1
**sat (1)**
  25:2
**satisfied (1)**
  29:24
**Saturday (1)**
  41:5
**Saudi (1)**
  7:2
**save (1)**
  36:5
**saying (3)**
  21:6;49:19;70:11
**scheduled (1)**
  14:25
**school (10)**
  6:8,10,11,13,13,23;
  7:5,13;8:23;10:1
**science (2)**
  6:17;9:8

**Scott (3)**
  63:1;64:1;74:25
**search (1)**
  16:17
**second (17)**
  22:10,15,16,17;23:3,
  11,19,23;27:24;29:9;
  65:23,24;67:16,21;
  71:17;75:19;77:1
**secondary (2)**
  55:19,24
**section (1)**
  51:10
**secured (2)**
  74:10,12
**seem (1)**
  51:21
**seeming (1)**
  71:4
**self-employed (1)**
  37:9
**send (1)**
  41:13
**senior (1)**
  36:18
**sent (3)**
  7:4;21:24;73:21
**sentences (1)**
  51:3
**SEP (4)**
  68:13,16;69:9,11
**separate (5)**
  8:1,2;24:15;39:6,7
**separately (1)**
  46:14
**separation (1)**
  40:24
**series (8)**
  14:17;15:18,21;16:4;
  19:17;20:1;22:10;
  27:18
**services (2)**
  40:20;41:9
**set (1)**
  50:10
**seven (1)**
  33:18
**several (1)**
  47:4
**sewer (2)**
  19:1,2
**share (1)**
  55:12
**sharing (1)**
  69:24
**Shawmox (2)**
  37:21;38:2
**S-h-a-w-m-o-x (1)**
  38:3
**sheet (3)**
  35:19,21;73:14
**sheets (6)**
  35:23;36:4,12;43:5,

10,12
**ship (4)**
  22:11,12,13,14
**shipped (2)**
  21:24;26:23
**ships (2)**
  24:7,9
**short (2)**
  20:14;57:21
**shortly (5)**
  22:20;23:4,23;25:16;
  78:13
**showed (1)**
  76:4
**showing (1)**
  33:22
**shut (11)**
  10:23;28:3;31:3;
  55:20;56:1,18,24;
  58:17,20;74:4,17
**side (3)**
  40:8;63:5;68:4
**sightline (1)**
  26:12
**sign (1)**
  40:24
**signed (1)**
  47:25
**significant (1)**
  37:18
**silencer (5)**
  63:10,11;65:6,6,7
**similar (1)**
  29:14
**site (10)**
  22:19;40:4,14,15;
  45:14;50:9,10;59:6;
  67:18,23
**situation (6)**
  18:6;52:2,5,10,16;
  74:4
**six (2)**
  11:1;71:2
**size (2)**
  32:2,4
**skills (1)**
  8:7
**slipping (1)**
  15:1
**solely (1)**
  78:1
**solved (1)**
  18:11
**somebody (3)**
  31:7;47:11;66:25
**someone (1)**
  66:23
**someplace (3)**
  7:5;20:17;31:8
**sometime (6)**
  8:23;9:1,2;25:14;
  61:15;63:23
**Sometimes (3)**

10,12
**somewhere (3)**
  9:2;24:1;28:11
**sorry (3)**
  7:14;8:12;71:22
**source (6)**
  50:3,5,7,16,22,23
**South (3)**
  12:6;37:22;63:5
**spaces (1)**
  31:10
**span (1)**
  61:6
**Spartan (7)**
  6:13;7:12,13;8:23;
  9:20,21,22
**Speak (2)**
  4:25;46:19
**specialized (1)**
  45:10
**specific (2)**
  67:22,25
**specifically (5)**
  39:10;55:10;67:12;
  70:24;76:7
**specifies (1)**
  44:13
**spell (1)**
  38:2
**spelled (1)**
  36:18
**Spent (1)**
  49:19
**spoke (1)**
  54:2
**spot (1)**
  35:20
**spreadsheet (7)**
  36:3,8,12;37:1;43:1,
  11;78:5
**stack (5)**
  61:8;62:6;63:9,10,18
**stacks (27)**
  54:5;58:3,12,12,15,
  23,24;59:4,11,12,14,
  18;60:10;62:12,23;
  63:7,22;64:4,13,17,22,
  24;65:2,12;67:23;68:1,
  6
**stage (1)**
  20:15
**stand (61)**
  13:5,6,8,12,25;14:8,
  18,23;15:7,11;16:8,11,
  14,23;17:19;18:4,19;
  20:7;21:12,15;22:1;
  23:14,18;24:20,25;
  25:21;26:3,5,8,21;27:1,
  2,3,4;29:15,23;30:3,6,
  18;32:10,22;37:21;
  38:1,5,12,13,16,18;
  41:25;42:1;50:25;
  60:21,24;63:11;65:6,8;

AVL Powertrain Engineering, Inc. v.
Fairbanks Morse Engine

Deposition of Theodore W. Niehaus
November 18, 2015

68:2,3;74:2,5;75:10

**standing (1)**
  22:13
**standpoint (1)**
  68:18
**stands (23)**
  30:10,16,19;31:9,13;
  32:9,23;34:12;37:16,
  20,24,25;40:1;42:24,
  24;58:10,18;71:1,25;
  72:10;73:1,4;77:13
**start (4)**
  11:2;37:1;38:7,18
**started (13)**
  13:22;14:1;18:21;
  19:24;23:3;26:16;
  30:17;38:8,8;47:4;
  53:23;59:3;71:1
**starting (5)**
  10:17,17;31:6;56:8;
  61:10
**state (1)**
  4:7
**stationary (3)**
  50:5,7,21
**status (9)**
  17:13,15,18;30:9,16;
  58:15;62:23;64:13,16
**stay (2)**
  10:9;12:1
**stayed (3)**
  18:6,8,9
**steam (4)**
  75:7,9,11,14
**step (1)**
  27:24
**steps (2)**
  6:20;20:1
**Steve (3)**
  36:21;46:8,11
**still (8)**
  18:2,18;42:9,19;
  47:1,10;48:22;68:10
**stop (1)**
  56:15
**stopped (1)**
  45:4
**storage (1)**
  31:9
**storm (1)**
  19:2
**straight (1)**
  5:8
**strike (1)**
  5:20
**students (1)**
  7:4
**study (1)**
  7:23
**stuff (1)**
  53:2
**subject (3)**
  41:3;49:22;75:3

**Subsequent (1)**
  19:22
**sudden (3)**
  71:1,2;76:5
**summarize (1)**
  6:21
**summer (2)**
  34:20;38:9
**Super (1)**
  10:7
**Superconducting (1)**
  10:7
**supervisor (1)**
  12:7
**supply (1)**
  74:5
**support (4)**
  16:24;17:1;28:23;
  29:25
**sure (5)**
  27:12;28:8;57:23;
  64:9;75:5
**surprise (1)**
  72:12
**surprised (1)**
  64:22
**swap-out (1)**
  25:5
**sworn (1)**
  4:2
**system (6)**
  13:17,18,18;19:6;
  67:2;68:22
**systems (15)**
  10:15;13:15,17;17:3;
  18:22,24;19:2,2,2,4,5;
  21:22;30:20,21;31:5

**T**

**talk (1)**
  5:21
**talked (1)**
  47:5
**talking (1)**
  5:24
**tank (8)**
  32:2;34:1,2,4,9,11,
  14,22
**target (2)**
  14:24;15:4
**technical (2)**
  48:14;54:3
**Ted (2)**
  4:10;76:21
**temperature (5)**
  34:5,6,17,25;75:14
**temporary (3)**
  65:25;66:10,12
**tenor (1)**
  70:24
**tenth (1)**
  7:7

**tenure (2)**
  26:3;60:14
**termination (2)**
  40:10,22
**terms (4)**
  49:10;56:14;57:9;
  68:19
**test (124)**
  13:5,6,8,11,25;14:8,
  17,18,20,23;15:11,12,
  13,13,17;16:8,11,14,
  23;17:19,22;18:3,19;
  19:14,19,20,21,23;
  20:7,24,25;22:1,8,15,
  21;23:4;24:20,20,25;
  25:21;26:3,5,8,21;27:1,
  2,3,4,12,13,14,16;28:1,
  16;29:15,23;30:3,6,10,
  16,18,19,20;31:9,13,
  17,19;32:7,22,23;
  33:16;34:12;37:16,20,
  21,24,25;38:1,5,12,13,
  16,18;40:1;41:25;42:1,
  23,24;45:14;50:10,25;
  51:9;55:16;56:12,17,
  19,20;58:8,10,18;
  60:18,21,23;63:5,11,
  11;65:6,8;68:2,3,9;
  71:1,25;73:1,4;74:2,5;
  75:10;77:10,12,17,18,
  23;78:5
**tested (29)**
  14:23;16:5;17:16;
  21:3;22:3,20;23:19;
  24:10,23;25:20,24;
  26:3,4,7,24;27:7;29:5,
  12,14,15;30:5;38:4,5;
  43:14;55:2,3;72:23;
  77:12,22
**testified (1)**
  4:3
**testing (54)**
  15:10,22;16:2,5,15,
  25;17:1,2,8,13,25;
  19:13;20:15;21:16,18;
  22:9,18;23:3,11;25:11;
  26:13,18;27:10,20,25;
  28:25;29:23,25;30:14;
  32:18;33:16;38:7,10,
  12,22;39:14;45:4,7;
  49:23;50:1,4,15;54:18,
  19;56:15,23;58:16;
  63:3;72:20;75:13;76:2,
  8;78:1,3
**THEODORE (2)**
  4:1,9
**therefore (1)**
  50:6
**thinking (1)**
  69:10
**third (4)**
  23:15;24:10;25:11;
  70:10

**thought (5)**
  29:9;50:13,13;58:23;
  65:8
**three (8)**
  8:2;21:17;27:21;
  28:6,15;42:12;60:25;
  61:5
**throughout (2)**
  15:1;35:13
**throw (1)**
  36:7
**throwing (1)**
  14:5
**Tim (1)**
  42:2
**title (1)**
  69:1
**today (5)**
  12:17;42:6;45:24;
  46:15,21
**told (5)**
  58:24;59:2,13,21;
  74:16
**tonight (1)**
  73:17
**took (7)**
  7:1;11:5;34:17;
  36:19;42:16;43:15,16
**top (2)**
  59:15;77:1
**topic (2)**
  49:22,25
**tore (3)**
  61:12,13;62:15
**total (6)**
  20:8,10;21:2,12;
  28:5;55:7
**tower (8)**
  53:13,14;66:9,20;
  67:2,3,4;71:24
**towers (6)**
  51:13;65:22,25;
  66:10,12,14
**track (3)**
  25:23;43:18;50:23
**tracking (1)**
  25:24
**tracks (1)**
  51:13
**training (2)**
  9:14,17
**transferred (1)**
  36:21
**translate (1)**
  33:4
**translations (1)**
  36:11
**treatments (1)**
  52:1
**tried (1)**
  34:19
**triggers (1)**
  6:4

**trouble (1)**
  52:3
**troubleshooting (1)**
  17:4
**trying (2)**
  44:21;50:2
**Tulsa (10)**
  6:14,16,17;7:15;
  8:15;9:4,5,25;10:2,4
**Tulsair (3)**
  8:15,19;9:24
**turn (3)**
  35:21;56:25;67:15
**turned (1)**
  36:1
**twice (1)**
  17:19
**two (30)**
  6:12,12;22:2,4,14;
  23:18,20;24:4,7,12,15,
  19;28:6,15;29:17;33:7;
  34:13;38:21;41:5;51:3;
  58:18;59:7,12,18;
  60:25;61:5;63:3;65:8;
  68:4;71:1
**type (7)**
  9:15;31:18,24;40:24;
  51:25;60:18;63:16
**typical (1)**
  27:16
**typically (5)**
  15:14;19:23;27:16;
  41:9;52:25

**U**

**ultimately (2)**
  19:7;62:11
**under (6)**
  50:4;53:11;58:4;
  67:17;77:8,11
**undergo (3)**
  15:21;16:5;27:21
**underground (1)**
  51:14
**understood (2)**
  44:3;49:7
**undertaken (1)**
  76:8
**underwent (1)**
  16:1
**unemployed (1)**
  10:25
**unique (2)**
  50:13;51:1
**Universities (1)**
  10:5
**University (4)**
  6:16;9:4,5;10:2
**unknown (1)**
  76:5
**unpermitted (2)**
  61:8;62:12

**untenable (1)**
52:2
**unused (1)**
14:4
**unusual (2)**
58:22,22
**up (22)**
4:25;6:11;10:25;
11:4;16:22;17:12,15,
17;20:2,4,25:11;31:24;
41:12;47:7,10,12;
55:16,17;61:17;63:7;
76:4;77:18
**updated (3)**
36:8;43:1,11
**updates (1)**
37:1
**upgrade (1)**
30:18
**upon (4)**
31:18;33:9;60:7;
77:23
**upstream (1)**
45:18
**usage (6)**
20:23;34:10;43:18;
53:9,12;73:7
**usages (1)**
53:10
**use (9)**
21:6;34:10;50:15;
51:17;55:16,17;57:10,
10;64:5
**used (23)**
8:7;22:14;25:2,3;
27:4;30:13;31:2,14,17;
32:12,14,15,19,20,21,
24;33:24,25;34:22;
44:5;54:5,5;75:14
**using (2)**
65:5;68:2
**Usually (6)**
15:19,23;17:15;
36:13;48:21;55:3

**V**

**value (1)**
41:12
**valves (2)**
31:2;71:24
**Van (1)**
11:18
**variance (1)**
33:21
**variances (2)**
34:17,21
**various (6)**
15:15;18:22;20:2;
28:2;42:23;73:15
**vast (1)**
42:2
**verification (1)**

17:3
**versus (1)**
33:22
**violated (1)**
66:21
**violating (1)**
53:15
**violation (3)**
40:6,7;41:4
**visit (2)**
47:13;54:1
**visual (1)**
26:12

**W**

**W-2 (3)**
11:24;18:12,17
**waited (1)**
23:18
**walk (1)**
26:14
**wall (1)**
63:5
**Walters (1)**
42:2
**warehouse (1)**
26:10
**water (3)**
31:21;71:24;74:5
**way (6)**
14:6;17:7;39:2;
56:17;71:8;73:9
**WDNR (3)**
43:21;44:1;53:6
**wear (1)**
28:2
**wear-in (1)**
19:25
**week (2)**
22:7;36:13
**weeks (5)**
21:17;22:2,4;28:7,15
**Wentworth (1)**
7:6
**weren't (4)**
65:3,5;72:22;73:20
**west (2)**
51:11;66:14
**what's (5)**
19:19;28:5;33:20,22;
38:22
**Whittier (4)**
69:18,24;70:2,11
**whole (1)**
70:12
**Wilhelm (1)**
4:9
**winter (1)**
34:20
**within (2)**
34:13;67:4
**without (9)**

17:13;18:7,8,9;34:9;
40:8,14;51:25;53:15
**witness (4)**
4:2;51:1;75:6;78:21
**witnessed (2)**
61:24;62:15
**Woodstock (3)**
6:11,23;7:9
**words (2)**
33:14;58:9
**work (24)**
11:7;12:22;13:3,11,
20,21,23;14:7,10,14,
19;16:23;18:16;26:16;
29:7,22;30:18;36:16;
37:19;39:25;41:6,8;
42:17;75:24
**worked (20)**
7:2;10:5;11:10,11,
11,13,13,14,15,18;
12:4,5;13:8;17:8;
37:20,21,23;66:17;
69:2,4
**worker (1)**
30:8
**working (1)**
65:25
**world (1)**
7:5
**worth (1)**
33:16
**written (2)**
40:16;41:18
**wrong (1)**
17:9

**Y**

**yard (1)**
50:21
**year (6)**
7:7;11:4;15:1;23:19;
63:24;66:17
**years (16)**
6:12,12;8:16;10:10,
16;12:24;19:3,4;25:1;
35:3;47:5;53:20;61:3,
8,8,9
**yesterday (1)**
49:19

**0**

**04 (1)**
12:24

**1**

**1 (7)**
32:17,25;33:6,13;
67:17;77:8,11
**1,000 (2)**
15:14;27:14

**10 (4)**
71:25;72:10;75:10,
10
**10:09 (1)**
71:18
**12 (3)**
77:15,16,16
**14 (1)**
53:20
**14001 (1)**
44:23
**18 (2)**
8:3;77:16
**1983 (1)**
9:5
**1988 (1)**
10:16
**1989 (2)**
9:7;10:18
**1994 (1)**
10:22
**1999 (1)**
67:18

**2**

**2 (9)**
27:3,4;29:15;30:3,6,
11;32:7;65:6;68:2
**20 (1)**
77:16
**2000 (1)**
11:4
**2003 (1)**
12:2
**2004 (6)**
12:9,10,25;13:21;
61:11,15
**2005 (10)**
13:1,2;14:25;15:4;
18:4,13;22:8;23:6;
59:3,8
**2006 (6)**
16:14;17:23;23:8,25;
25:14,17
**2007 (1)**
27:8
**2008 (10)**
26:17;29:8;48:1,6,9,
10,22;56:13;61:15,17
**2009 (1)**
56:13
**2010 (3)**
38:19;74:25;75:21
**2010-2011 (1)**
42:7
**2011 (6)**
49:16;62:24;63:23;
65:18;71:17;73:22
**2012 (4)**
16:11;36:25;37:4;
69:10
**2013 (1)**

53:20
**2014 (5)**
37:7;39:24;41:2,17;
49:5
**20th (1)**
73:10
**21 (2)**
49:16;71:17
**21st (1)**
73:11
**26 (1)**
70:6
**28 (1)**
65:18
**28th (2)**
48:6,10
**29 (1)**
73:22
**2-cylinder (2)**
59:9;60:9

**3**

**3 (2)**
38:5;75:24
**3.22.11XLS (1)**
77:10
**30 (14)**
20:5,8,15,19;21:2,6,
7,15;23:14;28:11,11;
34:6;37:7;41:2
**30,000-gallon (1)**
43:23
**32 (1)**
58:20
**33 (1)**
58:20
**37 (1)**
73:19

**4**

**40 (3)**
23:17;24:3;28:11
**40-engine (1)**
23:21

**5**

**5 (3)**
32:18;33:1;77:4
**5:47 (1)**
78:23
**50 (1)**
20:25

**6**

**6 (4)**
13:2;18:13;75:21;
77:14
**60 (1)**
34:8

**6-cylinder (3)**
  60:9,16,18

### 7

**7 (18)**
  13:6,12,25;14:8,18,
  23;15:11;16:23;22:1;
  26:3;29:23;30:10,18;
  32:7;68:3,9;74:3,25
**79 (3)**
  8:18,24;9:2

### 8

**8 (3)**
  63:11;71:25;72:10
**80 (2)**
  8:19;9:2
**81 (1)**
  8:19
**82 (2)**
  49:13,15
**83 (2)**
  65:15,17
**84 (2)**
  67:7,9
**85 (2)**
  71:12,14
**86 (2)**
  74:22,24
**87 (2)**
  76:11,13
**89 (2)**
  8:17;10:3

### 9

**9 (1)**
  75:10
**94 (1)**
  10:21
**95 (1)**
  10:22